JUDGMENT
================================================================================

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

---------------

NO. 99-35320
CT/AG#: CV-95-01671-REJ

PLANNED PARENTHOOD OF THE COLUMBIA/WILLAMETTE INC.; PORTLAND
FEMINIST WOMEN'S HEALTH CENTER; ROBERT CRIST, M.D.; WARREN
M. HERN, M.D.; ELIZABETH NEWHALL, M.D.; JAMES NEWHALL, M.D.

        Plaintiffs - Appellees

    and

KAREN SWEIGERT, M.D.

        Plaintiff

  v.

AMERICAN COALITION OF LIFE ACTIVISTS; ADVOCATES FOR LIFE
MINISTRIES; MICHAEL BRAY; ANDREW BURNETT; DAVID A. CRANE;
TIMOTHY PAUL DRESTE; MICHAEL B. DODDS; JOSEPH L. FOREMAN;
CHARLES ROY MCMILLAN; STEPHEN P. MEARS; BRUCE EVAN MURCH;
CATHERINE RAMEY; DAWN MARIE STOVER; CHARLES WYSONG

        Defendants

    and

MONICA MIGLIORINO MILLER; DONALD TRESHMAN

        Defendants - Appellants

---------------------------

FEMINIST MAJORITY FOUNDATION, Center for Reproductive Law
and Policy, Nat'l Abortion and Reproductive Rights Action
League and NARAL Foundation; National Abortion Federation;
National Coalition of Abortion Providers; National
Organization for Women Foundation; NOW Legal Defense and
Education Fund, National Women's Health Foundation,
Northwest Women's Law Center, Physicians for Reproductive
Choice and Health, and Women's Law Project; ANTI-DEFAMATION
LEAGUE; CHARLES E. SCHUMER; THE AMERICAN MEDICAL
ASSOCIATION; LIFE LEGAL DEFENSE FOUNDATION

Amici Curiae


                        NO. 99-35325
                        CT/AG#: CV-95-01671-REJ


PLANNED PARENTHOOD OF THE COLUMBIA/WILLAMETTE INC.; PORTLAND
FEMINIST WOMEN'S HEALTH CENTER; ROBERT CRIST, M.D.; WARREN
M. HERN, M.D.; ELIZABETH NEWHALL, M.D.; JAMES NEWHALL, M.D.

        Plaintiffs - Appellees


    and

KAREN SWEIGERT, M.D.

        Plaintiff


  v.

AMERICAN COALITION OF LIFE ACTIVISTS; ADVOCATES FOR LIFE
MINISTRIES; MICHAEL BRAY; ANDREW BURNETT; DAVID A. CRANE;
TIMOTHY PAUL DRESTE; JOSEPH L. FOREMAN; STEPHEN P. MEARS;
MONICA MIGLIORINO MILLER; CATHERINE RAMEY; DAWN MARIE
STOVER; DONALD TRESHMAN; CHARLES WYSONG

        Defendants


    and

MICHAEL B. DODDS; CHARLES ROY MCMILLAN; BRUCE EVAN MURCH

        Defendants - Appellants


--------------------------

STATE OF CONNECTICUT; FEMINIST MAJORITY FOUNDATION;
ANTI-DEFAMATION LEAGUE; THE AMERICAN MEDICAL ASSOCIATION

        Amici Curiae


                        NO. 99-35327
                        CT/AG#: CV-95-01671-REJ


PLANNED PARENTHOOD OF THE COLUMBIA/WILLAMETTE INC.; PORTLAND

FEMINIST WOMEN'S HEALTH CENTER; ROBERT CRIST, M.D.; WARREN
M. HERN, M.D.; ELIZABETH NEWHALL, M.D.; JAMES NEWHALL, M.D.

        Plaintiffs - Appellees

    and

KAREN SWEIGERT, M.D.

        Plaintiff

  v.

AMERICAN COALITION OF LIFE ACTIVISTS; ADVOCATES FOR LIFE
MINISTRIES; MICHAEL BRAY; ANDREW BURNETT; DAVID A. CRANE;
MICHAEL B. DODDS; CHARLES ROY MCMILLAN; STEPHEN P. MEARS;
MONICA MIGLIORINO MILLER; BRUCE EVAN MURCH; CATHERINE RAMEY;
DAWN MARIE STOVER; DONALD TRESHMAN

        Defendants

    and

TIMOTHY PAUL DRESTE; JOSEPH L. FOREMAN; CHARLES WYSONG

        Defendants - Appellants

------------------------

STATE OF CONNECTICUT; FEMINIST MAJORITY FOUNDATION;
ANTI-DEFAMATION LEAGUE; AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF OREGON, INC.; THE AMERICAN MEDICAL ASSOCIATION

        Amici Curiae

                          NO. 99-35331
                          CT/AG#: CV-95-01671-REJ

PLANNED PARENTHOOD OF THE COLUMBIA/WILLAMETTE INC.; PORTLAND
FEMINIST WOMEN'S HEALTH CENTER; ROBERT CRIST, M.D.; WARREN
M. HERN, M.D.; ELIZABETH NEWHALL, M.D.; JAMES NEWHALL, M.D.

        Plaintiffs - Appellees

    and

KAREN SWEIGERT, M.D.

    Plaintiff

 v.

AMERICAN COALITION OF LIFE ACTIVISTS; ADVOCATES FOR LIFE
MINISTRIES; MICHAEL BRAY; ANDREW BURNETT; DAVID A. CRANE;
CATHERINE RAMEY; DAWN MARIE STOVER

    Defendants - Appellants

    and

TIMOTHY PAUL DRESTE; MICHAEL B. DODDS; JOSEPH L. FOREMAN;
CHARLES ROY MCMILLAN; STEPHEN P. MEARS; MONICA MIGLIORINO
MILLER; BRUCE EVAN MURCH; DONALD TRESHMAN; CHARLES WYSONG

    Defendants

------------------------

STATE OF CONNECTICUT; FEMINIST MAJORITY FOUNDATION;
ANTI-DEFAMATION LEAGUE; AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF OREGON, INC.; THE AMERICAN MEDICAL ASSOCIATION

    Amici Curiae

                       NO. 99-35333
                       CT/AG#: CV-01671-REJ

PLANNED PARENTHOOD OF THE COLUMBIA/WILLAMETTE INC.; PORTLAND
FEMINIST WOMEN'S HEALTH CENTER; ROBERT CRIST, M.D.; WARREN
M. HERN, M.D.; ELIZABETH NEWHALL, M.D.; JAMES NEWHALL, M.D.;

    Plaintiffs - Appellees

PAUL DEPARRIE

    Appellant

    and

KAREN SWEIGERT, M.D.

    Plaintiff

 v.

AMERICAN COALITION OF LIFE ACTIVISTS; ADVOCATES FOR LIFE
MINISTRIES; MICHAEL BRAY; ANDREW BURNETT; DAVID A. CRANE;
TIMOTHY PAUL DRESTE; MICHAEL B. DODDS; JOSEPH L. FOREMAN;
CHARLES ROY MCMILLAN; BRUCE EVAN MURCH; CATHERINE RAMEY;
DAWN MARIE STOVER; DONALD TRESHMAN; CHARLES WYSONG

    Defendants

------------------------

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OREGON, INC.

    Amicus

    and

STATE OF CONNECTICUT; FEMINIST MAJORITY FOUNDATION;
ANTI-DEFAMATION LEAGUE; AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF OREGON, INC.; THE AMERICAN MEDICAL ASSOCIATION

    Amici Curiae


    NO. 99-35405
    CT/AG#: CV-95-01671-REJ

PLANNED PARENTHOOD OF THE COLUMBIA/WILLAMETTE INC.; PORTLAND
FEMINIST WOMEN'S HEALTH CENTER; ROBERT CRIST, M.D.; WARREN
M. HERN, M.D.; ELIZABETH NEWHALL, M.D.; JAMES NEWHALL, M.D.;
KAREN SWEIGERT, M.D., individually and on behalf of all
persons similarly situated

    Plaintiffs - Appellees

  v.

AMERICAN COALITION OF LIFE ACTIVISTS; ADVOCATES FOR LIFE
MINISTRIES; MICHAEL BRAY; ANDREW BURNETT; DAVID A. CRANE;
TIMOTHY PAUL DRESTE; JOSEPH L. FOREMAN; CHARLES ROY
MCMILLAN; STEPHEN P. MEARS; MONICA MIGLIORINO MILLER; BRUCE
EVAN MURCH; CATHERINE RAMEY; DAWN MARIE STOVER; DONALD
TRESHMAN; CHARLES WYSONG; MICHAEL B. DODDS

    Defendants - Appellants

------------------------

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OREGON

Amicus

and

STATE OF CONNECTICUT; FEMINIST MAJORITY FOUNDATION;
ANTI-DEFAMATION LEAGUE; AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF OREGON, INC.; THE AMERICAN MEDICAL ASSOCIATION

Amici Curiae

---------------------

APPEAL FROM the United States District Court for the District of Oregon (Portland).

THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the District of Oregon (Portland) and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is AFFIRMED in part, VACATED and REMANDED in part.

Filed and entered: 05/16/03

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL 09 2003

by: [signature]
Deputy Clerk