FILED'06 JUL 10 08:54USDC-ORP

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON AT PORTLAND

| | |
|---|---|
| PLANNED PARENTHOOD OF THE COLUMBIA/WILLAMETTE, INC., et al., | )<br>)<br>) |
| Plaintiffs, | ) Case No. 95-1671-JO<br>) |
| v. | ) FINAL JUDGMENT<br>) |
| AMERICAN COALITION OF LIFE ACTIVISTS, et al., | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

This action came on for trial before the Court and a jury, Honorable Robert E. Jones, District Judge, presiding, and the issues having been duly tried, the jury having duly rendered its verdict, and the Ninth Circuit having rendered its decision and issued its mandate,

IT IS HEREBY ORDERED AND ADJUDGED AND DECREED that:

1. The "Deadly Dozen" Poster (Trial Exhibit 1) is a true threat by one or more of the defendants to bodily harm, assault or kill one or more of the plaintiffs.

2. The Poster of Dr. Robert Crist (Trial Exhibit 5) is a true threat by one or more of the defendants to bodily harm, assault or kill one or more of the plaintiffs.

3. The Nuremberg Files (Trial Exhibits 7, 9) are a true threat by one or more of the defendants to bodily harm, assault or kill one or more of the plaintiffs.

4. (a) Plaintiff Dr. Robert Crist has final judgment against and recovery from defendants as follows:

    (i) against defendant American Coalition of Life Activists and its successors and assigns ("ACLA") for $39,656.00 in compensatory damages and $55,381.50 in punitive damages under the Freedom of Access to Clinic Entrances Act ("FACE"), plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $37,132.03;

    (ii) against defendant Advocates for Life Ministries and its successors and assigns ("ALM") for $39,656.00 in compensatory damages and $55,381.50 in punitive damages under FACE, and for $118,968.00 in treble damages under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $83,613.93;

    (iii) against defendant Michael Bray for $39,656.00 in compensatory damages and $24,614.00 in punitive damages under FACE, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $25,110.89;

    (iv) against defendant Andrew Burnett for $39,656.00 in compensatory damages and $24,614.00 in punitive damages under FACE, and for $118,968.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $71,592.80;

    (v) against defendant David Crane for $39,656.00 in compensatory damages and $24,614.00 in punitive damages under FACE, and for $118,968.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $71,592.80;

(vi) against defendant Michael Dodds for $39,656.00 in compensatory damages and $18,460.50 in punitive damages under FACE, and for $89,226.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $57,568.08;

(vii) against defendant Timothy Paul Dreste for $39,656.00 in compensatory damages and $18,460.50 in punitive damages under FACE, and for $59,484.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $45,947.60;

(viii) against defendant Joseph L. Foreman for $39,656.00 in compensatory damages and $18,460.50 in punitive damages under FACE, and for $29,742.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $34,327.12;

(ix) against defendant Charles Roy McMillan for $39,656.00 in compensatory damages and $24,614.00 in punitive damages under FACE, and for $89,226.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $59,972.32;

(x) against defendant Bruce Evan Murch for $39,656.00 in compensatory damages and $18,460.50 in punitive damages under FACE, and for $59,484.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $45,947.60;

(xi) against defendant Catherine Ramey for $39,656.00 in compensatory damages and $12,307.00 in punitive damages under FACE, and for $59,484.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $43,543.37;

(xii) against defendant Dawn Marie Stover for $39,656.00 in compensatory damages and $12,307.00 in punitive damages under FACE, and for $29,742.00 in

treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $31,922.91;

(xiii) against defendant Donald Treshman for $39,656.00 in compensatory damages and $24,614.00 in punitive damages under FACE, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $25,110.89; and

(xiv) against defendant Charles Wysong for $39,656.00 in compensatory damages and $24,614.00 in punitive damages under FACE, and for $118,968.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $71,592.80;

(b) Plaintiff Dr. Warren Hern has final judgment against and recovery from defendants as follows:

(i) against defendant ACLA for $14,429.00 in compensatory damages and $14,983.50 in punitive damages under FACE, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $11,491.72;

(ii) against defendant ALM for $14,429.00 in compensatory damages and $14,983.50 in punitive damages under FACE, and for $43,287.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $28,404.39;

(iii) against defendant Michael Bray for $14,429.00 in compensatory damages and $9,989.00 in punitive damages under FACE, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $9,540.33

(iv) against defendant Andrew Burnett for $14,429.00 in compensatory damages and $9,989.00 in punitive damages under FACE, and for $43,287.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $26,452.98;

(v) against defendant David Crane for $14,429.00 in compensatory damages and $9,989.00 in punitive damages under FACE, and for $43,287.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $26,452.98;

(vi) against defendant Michael Dodds for $14,429.00 in compensatory damages and $7,491.75 in punitive damages under FACE, and for $32,466.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $21,249.39;

(vii) against defendant Timothy Paul Dreste for $14,429.00 in compensatory damages and $7,491.75 in punitive damages under FACE, and for $21,645.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $17,021.53;

(viii) against defendant Joseph L. Foreman for $14,429.00 in compensatory damages and $7,491.75 in punitive damages under FACE, and for $10,821.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $12,792.50;

(ix) against defendant Charles Roy McMillan for $14,429.00 in compensatory damages and $9,989.00 in punitive damages under FACE, and for $32,466.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $22,225.09;

(x) against defendant Bruce Evan Murch for $14,429.00 in compensatory damages and $7,491.75 in punitive damages under FACE, and for $21,645.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $17,021.53;

(xi) against defendant Catherine Ramey for $14,429.00 in compensatory damages and $4,994.00 in punitive damages under FACE, and for $21,645.00 in

treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $16,045.66;

(xii) against defendant Dawn Marie Stover for $14,429.00 in compensatory damages and $4,994.00 in punitive damages under FACE, and for $10,821.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $11,816.60;

(xiii) against defendant Donald Treshman for $14,429.00 in compensatory damages and $9,989.00 in punitive damages under FACE, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $9,540.33; and

(xiv) against defendant Charles Wysong for $14,429.00 in compensatory damages and $9,989.00 in punitive damages under FACE, and for $43,287.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $26,452.98;

(c) Plaintiff Dr. Elizabeth Newhall has final judgment against and recovery from defendants as follows:

(i) against defendant ACLA for $15,797.98 in compensatory damages and $20,312.00 in punitive damages under FACE, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $14,108.51;

(ii) against defendant ALM for $15,797.98 in compensatory damages and $20,312.00 in punitive damages under FACE, and for $47,393.94 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $32,625.76;

(iii) against defendant Michael Bray for $15,797.98 in compensatory damages and $10,156.00 in punitive damages under FACE, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $10,140.47;

(iv) against defendant Andrew Burnett for $15,797.98 in compensatory damages and $10,156.00 in punitive damages under FACE, and for $47,393.94 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $28,657.74;

(v) against defendant David Crane for $15,797.98 in compensatory damages and $10,156.00 in punitive damages under FACE, and for $47,393.94 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $28,657.74;

(vi) against defendant Michael Dodds for $15,797.98 in compensatory damages and $7,617.00 in punitive damages under FACE, and for $35,544.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $23,035.82;

(vii) against defendant Timothy Paul Dreste for $15,797.98 in compensatory damages and $7,617.00 in punitive damages under FACE, and for $23,697.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $18,407.07;

(viii) against defendant Joseph L. Foreman for $15,797.98 in compensatory damages and $7,617.00 in punitive damages under FACE, and for $11,850.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $13,778.36;

(ix) against defendant Charles Roy McMillan for $15,797.98 in compensatory damages and $10,156.00 in punitive damages under FACE, and for $35,544.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $24,027.82;

(x) against defendant Bruce Evan Murch for $15,797.98 in compensatory damages and $7,617.00 in punitive damages under FACE, and for $23,697.00 in

treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $18,407.07;

        (xi) against defendant Catherine Ramey for $15,797.98 in compensatory damages and $5,078.00 in punitive damages under FACE, and for $23,697.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $17,415.09;

        (xii) against defendant Dawn Marie Stover for $15,797.98 in compensatory damages and $5,078.00 in punitive damages under FACE, and for $11,850.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $12,786.36;

        (xiii) against defendant Donald Treshman for $15,797.98 in compensatory damages and $10,156.00 in punitive damages under FACE, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $10,140.47;

        (xiv) against defendant Charles Wysong for $15,797.98 in compensatory damages and $10,156.00 in punitive damages under FACE, and for $47,393.94 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $28,657.74;

    (d) Plaintiff Dr. James Newhall has final judgment against and recovery from defendants as follows:

        (i) against defendant ACLA for $375.00 in compensatory damages and $482.00 in punitive damages under FACE, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $334.84;

        (ii) against defendant ALM for $375.00 in compensatory damages and $482.00 in punitive damages under FACE and for $1,125.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $774.38;

(iii) against defendant Michael Bray for $375.00 in compensatory damages and $241.00 in punitive damages under FACE, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $240.68;

(iv) against defendant Andrew Burnett for $375.00 in compensatory damages and $241.00 in punitive damages under FACE, and for $1,125.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $680.23;

(v) against defendant David Crane for $375.00 in compensatory damages and $241.00 in punitive damages under FACE, and for $1,125.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $680.23;

(vi) against defendant Michael Dodds for $375.00 in compensatory damages and $180.75 in punitive damages under FACE, and for $843.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $546.51;

(vii) against defendant Timothy Paul Dreste for $375.00 in compensatory damages and $180.75 in punitive damages under FACE, and for $564.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $437.50;

(viii) against defendant Joseph L. Foreman for $375.00 in compensatory damages and $180.75 in punitive damages under FACE, and for $282.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $327.30;

(ix) against defendant Charles Roy McMillan for $375.00 in compensatory damages and $241.00 in punitive damages under FACE, and for $843.00 in treble

damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $570.05;

    (x) against defendant Bruce Evan Murch for $375.00 in compensatory damages and $180.75 in punitive damages under FACE, and for $564.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $437.50;

    (xi) against defendant Catherine Ramey for $375.00 in compensatory damages and $120.50 in punitive damages under FACE, and for $564.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $413.95;

    (xii) against defendant Dawn Marie Stover for $375.00 in compensatory damages and $120.50 in punitive damages under FACE, and for $282.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $303.77;

    (xiii) against defendant Donald Treshman for $375.00 in compensatory damages and $241.00 in punitive damages under FACE, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $240.68; and

    (xiv) against defendant Charles Wysong for $375.00 in compensatory damages and $241.00 in punitive damages under FACE, and for $1,125.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $680.23;

  (e) Plaintiff Planned Parenthood of the Columbia/Willamette, Inc. has final judgment against and recovery from defendants as follows:

    (i) against defendant ACLA for $405,834.86 in compensatory damages and $742,884.00 in punitive damages under FACE, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $448,815.10;

(ii) against defendant ALM for $405,834.86 in compensatory damages and $742,884.00 in punitive damages under FACE, and for $1,217,504.58 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $924,505.43;

(iii) against defendant Michael Bray for $405,834.86 in compensatory damages and $247,628.00 in punitive damages under FACE, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $255,314.00;

(iv) against defendant Andrew Burnett for $405,834.86 in compensatory damages and $247,628.00 in punitive damages under FACE, and for $1,217,504.58 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $731,004.32;

(v) against defendant David Crane for $405,834.86 in compensatory damages and $247,628.00 in punitive damages under FACE, and for $1,217,504.58 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $731,004.32;

(vi) against defendant Michael Dodds for $405,834.86 in compensatory damages and $123,814.00 in punitive damages under FACE, and for $913,128.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $563,706.30;

(vii) against defendant Timothy Paul Dreste for $405,834.86 in compensatory damages and $123,814.00 in punitive damages under FACE, and for $608,751.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $444,783.38;

(viii) against defendant Joseph L. Foreman for $405,834.86 in compensatory damages and $123,814.00 in punitive damages under FACE, and for $304,377.00

in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $325,861.66;

   (ix) against defendant Charles Roy McMillan for $405,834.86 in compensatory damages and $247,628.00 in punitive damages under FACE, and for $913,128.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $612,081.58;

   (x) against defendant Bruce Evan Murch for $405,834.86 in compensatory damages and $123,814.00 in punitive damages under FACE, and for $608,751.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $444,783.38;

   (xi) against defendant Catherine Ramey for $405,834.86 in compensatory damages and $92,860.50 in punitive damages under FACE, and for $608,751.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $432,689.55;

   (xii) against defendant Dawn Marie Stover for $405,834.86 in compensatory damages and $92,860.50 in punitive damages under FACE, and for $304,377.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $313,767.83;

   (xiii) against defendant Donald Treshman for $405,834.86 in compensatory damages and $247,628.00 in punitive damages under FACE, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $255,314.00; and

   (xiv) against defendant Charles Wysong for $405,834.86 in compensatory damages and $247,628.00 in punitive damages under FACE, and for $1,217,504.58 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $731,004.32;

(f) Plaintiff Portland Feminist Women's Health Center, doing business as All Women's Health Services, has final judgment against and recovery from defendants as follows:

(i) against defendant ACLA for $50,243.30 in compensatory damages and $57,726.00 in punitive damages under FACE, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $42,184.61;

(ii) against defendant ALM for $50,243.30 in compensatory damages and $57,726.00 in punitive damages under FACE, and for $150,729.90 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $101,076.18;

(iii) against defendant Michael Bray for $50,243.30 in compensatory damages and $38,484.00 in punitive damages under FACE, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $34,666.58;

(iv) against defendant Andrew Burnett for $50,243.30 in compensatory damages and $38,484.00 in punitive damages under FACE, and for $150,729.90 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $93,558.14;

(v) against defendant David Crane for $50,243.30 in compensatory damages and $38,484.00 in punitive damages under FACE, and for $150,729.90 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $93,558.14;

(vi) against defendant Michael Dodds for $50,243.30 in compensatory damages and $19,242.00 in punitive damages under FACE, and for $113,046.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $71,316.65;

(vii) against defendant Timothy Paul Dreste for $50,243.30 in compensatory damages and $19,242.00 in punitive damages under FACE, and for $75,363.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $56,593.58;

(viii) against defendant Joseph L. Foreman for $50,243.30 in compensatory damages and $19,242.00 in punitive damages under FACE, and for $37,683.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $41,871.64;

(ix) against defendant Charles Roy McMillan for $50,243.30 in compensatory damages and $38,484.00 in punitive damages under FACE, and for $113,046.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $78,834.72;

(x) against defendant Bruce Evan Murch for $50,243.30 in compensatory damages and $19,242.00 in punitive damages under FACE, and for $75,363.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $56,593.58;

(xi) against defendant Catherine Ramey for $50,243.30 in compensatory damages and $14,431.50 in punitive damages under FACE, and for $75,363.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $54,714.06;

(xii) against defendant Dawn Marie Stover for $50,243.30 in compensatory damages and $14,431.50 in punitive damages under FACE, and for $37,683.00 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $39,992.15;

(xiii) against defendant Donald Treshman for $50,243.30 in compensatory damages and $38,484.00 in punitive damages under FACE, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $34,666.58; and

(xiv) against defendant Charles Wysong for $50,243.30 in compensatory damages and $38,484.00 in punitive damages under FACE, and for $150,729.90 in treble damages under RICO, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $93,558.14.

5. In addition, Plaintiffs shall recover their costs as set forth in Plaintiffs' unopposed Bill of Costs, dated March 15, 1999, equal to $112,860.38, plus interest accrued from February 22, 1999 through June 30, 2006 in the amount of $44,095.95.

6. Each plaintiff shall recover the aforementioned damages, costs and interest, with post-judgment interest continuing from July 1, 2006, at the rate of 4.584% compounded annually from February 22, 1999, until the Judgment is fully paid, in accordance with 28 U.S.C. § 1961.

7. This Judgment encompasses the relief awarded by the jury and does not include additional relief that the Court may impose or has imposed, including without limitation injunctive relief as set forth in the Court's Injunction dated March 16, 1999. This Court shall retain jurisdiction over this action for the purposes of considering applications for any further relief, in accordance with applicable law. This Court shall also retain jurisdiction over this action for all proceedings involving the interpretation, registration and/or enforcement of this Judgment.

DATED this 7th day of July, 2006.

ROBERT E. JONES
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing **FINAL JUDGMENT** on:

| | |
|---|---|
| Denis V. Brenan, Esq.<br>Christopher A. Ferrara, Esq.<br>American Catholic Lawyers Association, Inc.<br>P.O. Box 10092<br>Fairfield, NJ 07004-6092<br>(973) 244-9895 | Edward L. White III, Esq.<br>Thomas More Law Center<br>24 Frank Lloyd Wright Drive<br>P.O. Box 393<br>Ann Arbor, MI 48106<br>(734) 827-2001 |

☒ by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to said addressee's last-known address and deposited in the U.S. mail at Portland, Oregon on the date set forth below;

☐ by sending a copy thereof via overnight courier in a sealed, prepaid envelope, addressed to said attorney's last-known address on the date set forth below;

☐ by faxing a copy thereof to said attorney at his/her last-known facsimile number on the date set forth below; or

☐ by emailing a copy thereof to said attorney at his/her last-known email address as set forth above.

Dated this 29th day of June, 2006.

DAVIS WRIGHT TREMAINE LLP

By _____
CAROL J. BERNICK, OSB #89409
Of Attorneys for Plaintiffs