Docket as of September 11, 2002 7:25 pm                    Page 1

Proceedings include all events.                                        TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

                                                                       TERMED APPEAL
                          U.S. District Court
          U.S. District Court for the District of Oregon (Portland)

                      CIVIL DOCKET FOR CASE #: 95-CV-1671

Planned Parenthood, et al v. American Coalition, et al       Filed: 10/26/95
Assigned to: Honorable Robert E Jones
Demand: $200,000,000                        Nature of Suit:  890
Lead Docket: None                           Jurisdiction: Federal Question
Dkt # in C/A 4/14/99 : is  :99-  -35405
Dkt # in C/A 3/19/99 : is  :99-  -35333

Cause: 18:1962 Racketeering (RICO) Act


PLANNED PARENTHOOD OF THE          Carol J Bernick
COLUMBIA/WILLAMETTE INC            [COR LD NTC]
      Plaintiff                    Davis Wright Tremaine
                                   1300 SW 5th Avenue
                                   Suite 2300
                                   Portland, OR 97201
                                   503-241-2300
                                   FTS 778-5299

                                   Stephen S Walters
                                   224-3380
                                   [COR LD NTC]
                                   Stoel Rives LLP
                                   900 SW Fifth Avenue
                                   Suite 2600
                                   Portland, OR 97204-1268
                                   (503) 224-3380

                                   Elizabeth Maringer
                                   [COR]
                                   Maria T Vullo
                                   [COR]
                                   Martin London
                                   [COR]
                                   Paul Weiss Rifkind Wharton &
                                   Garrison
                                   1285 Avenue of the Americas
                                   New York, NY 10019-6064
                                   212-373-3000
                                   FTS 373-2212

                                   Roger Evans
                                   [COR]
                                   Planned Parenthood Federation
                                   of America Inc
                                   810 7th Ave
                                   New York, NY 10019

Docket as of September 11, 2002 7:25 pm                    Page 2

Proceedings include all events.                                      TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al


PORTLAND FEMINIST WOMEN'S          Carol J Bernick
HEALTH CENTER                      (See above)
        Plaintiff                  [COR LD NTC]

                                   Stephen S Walters
                                   (See above)
                                   [COR LD]

                                   Elizabeth Maringer
                                   (See above)
                                   [COR]
                                   Maria T Vullo
                                   (See above)
                                   [COR]
                                   Martin London
                                   (See above)
                                   [COR]


ROBERT CRIST, MD                   Carol J Bernick
        Plaintiff                  (See above)
                                   [COR LD NTC]

                                   Stephen S Walters
                                   (See above)
                                   [COR LD]

                                   Elizabeth Maringer
                                   (See above)
                                   [COR]
                                   Maria T Vullo
                                   (See above)
                                   [COR]
                                   Martin London
                                   (See above)
                                   [COR]


WARREN M HERN, MD                  Carol J Bernick
        Plaintiff                  (See above)
                                   [COR LD NTC]

                                   Stephen S Walters
                                   (See above)
                                   [COR LD]

                                   Elizabeth Maringer
                                   (See above)
                                   [COR]
                                   Maria T Vullo
                                   (See above)
                                   [COR]

Docket as of September 11, 2002 7:25 pm                    Page 3

Proceedings include all events.                                    TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

|  | Martin London<br>(See above)<br>[COR] |
|---|---|
| ELIZABETH NEWHALL, MD<br>    Plaintiff | Carol J Bernick<br>(See above)<br>[COR LD NTC] |
|  | Stephen S Walters<br>(See above)<br>[COR LD] |
|  | Elizabeth Maringer<br>(See above)<br>[COR]<br>Maria T Vullo<br>(See above)<br>[COR]<br>Martin London<br>(See above)<br>[COR] |
| JAMES NEWHALL, MD<br>    Plaintiff | Carol J Bernick<br>(See above)<br>[COR LD NTC] |
|  | Stephen S Walters<br>(See above)<br>[COR LD] |
|  | Elizabeth Maringer<br>(See above)<br>[COR]<br>Maria T Vullo<br>(See above)<br>[COR]<br>Martin London<br>(See above)<br>[COR] |
| KAREN SWEIGERT, MD<br>Individually & on behalf of<br>all persons similarly situated<br>    Plaintiff<br> [term 12/30/98] | Stephen S Walters<br> [term 12/30/98]<br>(See above)<br>[COR LD] |
|  | Elizabeth Maringer<br> [term 12/30/98]<br>(See above)<br>[COR]<br>Maria T Vullo<br> [term 12/30/98] |

Docket as of September 11, 2002 7:25 pm                    Page 4

Proceedings include all events.                                       TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

                              (See above)
                              [COR]
                              Martin London
                               [term 12/30/98]
                              (See above)
                              [COR]


     v.


AMERICAN COALITION OF LIFE        David T Daulton
ACTIVISTS                         [COR NTC]
     Defendant                    Berean Law Group PC
                                  125 St. Paul's Blvd
                                  Third Floor--Suite 302
                                  Norfolk, VA 23510
                                  757-622-0225
                                  FTS 622-0791

                                  Kevin L Gibbs
                                  [COR]
                                  Olmstead Gibbs & Harper
                                  705 Second Ave
                                  Suite 610
                                  Seattle, WA 98104
                                  206-223-9366
                                  FTS 626-0873

                                  Mark Renart Peck
                                  [COR]
                                  Law Office of Mark Renart Peck
                                  3 Prospect Street
                                  Morristown, NJ 07960
                                  973-451-0030
                                  FTS 451-0034

                                  William D Bailey
                                   [term 11/16/99]
                                  [COR LD NTC]
                                  5 Centerpointe Dr
                                  Suite 100
                                  Lake Oswego, OR 97035
                                  503-639-9093
                                  FTS 670-7674

                                  Denis V Brenan
                                  [COR LD NTC]
                                  1701 Market Street
                                  Philadelphia, PA 19103
                                  215-963-5407
                                  FTS 963-5299

Docket as of September 11, 2002 7:25 pm                    Page 5

Proceedings include all events.                                        TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

ADVOCATES FOR LIFE MINISTRIES          David T Daulton
        Defendant                      (See above)
                                       [COR LD NTC]

                                       Kevin L Gibbs
                                       (See above)
                                       [COR]

                                       Mark Renart Peck
                                       (See above)
                                       [COR]

                                       William D Bailey
                                        [term  11/16/99]
                                       (See above)
                                       [COR LD NTC]

MICHAEL BRAY                           Kevin L Gibbs
        Defendant                      (See above)
                                       [COR]

                                       Mark Renart Peck
                                       (See above)
                                       [COR]

                                       William D Bailey
                                        [term  11/16/99]
                                       (See above)
                                       [COR LD NTC]

ANDREW BURNETT                         David T Daulton
        Defendant                      (See above)
                                       [COR LD NTC]

                                       Kevin L Gibbs
                                       (See above)
                                       [COR]

                                       Mark Renart Peck
                                       (See above)
                                       [COR]

                                       William D Bailey
                                        [term  11/16/99]
                                       (See above)
                                       [COR LD NTC]

```
DAVID CRANE                         David T Daulton
      Defendant                     (See above)
                                    [COR NTC]




Docket as of September 11, 2002 7:25 pm              Page 6

Proceedings include all events.                      TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al
                                    Kevin L Gibbs
                                    (See above)
                                    [COR]

                                    Mark Renart Peck
                                    (See above)
                                    [COR]

                                    William D Bailey
                                     [term  11/16/99]
                                    (See above)
                                    [COR LD NTC]


TIMOTHY PAUL DRESTE                  Mark Belz
      Defendant                     [COR NTC]
                                    Belz & Jones PC
                                    7777 Bonhomme
                                    Suite 1710
                                    St Louis, MO 63105-1911
                                    314-863-0200

                                    Kevin L Gibbs
                                    (See above)
                                    [COR]

                                    Michael R Hirsh
                                     [term  11/16/99]
                                    [COR]
                                    Hirsh & Heuser PC
                                    125 TownPark Drive
                                    Suite 300
                                    Kennesaw, GA 30144
                                    770-420-8224
                                    FTS 713-4400

                                    Mark Renart Peck
                                    (See above)
                                    [COR]

                                    William D Bailey
                                    (See above)
                                    [COR LD NTC]


MICHAEL DODDS                        Michael P Tierney
      Defendant                     [COR]
                                    Legal Center For The Defense Of
```

```
                              Life
                              210 East 23rd Street
                              Suite 5F
                              New York, NY 10010
                              212-695-1360
```

Docket as of September 11, 2002 7:25 pm              Page 7

Proceedings include all events.                              TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

```
                              David T Daulton
                              (See above)
                              [COR LD NTC]

                              John M McSherry
                              [COR NTC]
                              Legal Center For Defense Of
                              Life
                              210 East 23rd Street
                              #5F
                              New York, NY 10010
                              212-685-1360

                              James M Bendell
                              [COR]
                              Law Office of James M Bendell
                              PO Box 587
                              2535 Ivy Street
                              Port Townsend, WA 98368
                              360-379-5221
                              FTS 379-5319

                              Norman L Lindstedt
                              [COR LD NTC]
                              Norman L Lindstedt, PC
                              1001 SW 5th Ave
                              Suite 1300
                              Portland, OR 97204
                              503-227-7904
                              FTS 222-4429
```

```
JOSEPH L FOREMAN             Mark Belz
        Defendant             (See above)
                              [COR LD NTC]

                              Kevin L Gibbs
                              (See above)
                              [COR]

                              Michael R Hirsh
                               [term 11/16/99]
                              (See above)
                              [COR]

                              Mark Renart Peck
```

```
                                        (See above)
                                        [COR]

                                        William D Bailey
                                        (See above)
                                        [COR NTC]




        Docket as of September 11, 2002 7:25 pm              Page 8

        Proceedings include all events.                         TERMED APPEAL
        3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

        CHARLES ROY MCMILLAN               Kevin L Gibbs
              Defendant                    (See above)
                                           [COR]

                                           Mark Renart Peck
                                           (See above)
                                           [COR]

                                           William D Bailey
                                           (See above)
                                           [COR LD NTC]



        STEPHEN P MEARS                    Michael P Tierney
              Defendant                     [term  12/30/98]
        [term  12/30/98]                   (See above)
                                           [COR]

                                           David T Daulton
                                            [term  12/30/98]
                                           (See above)
                                           [COR LD NTC]

                                           John M McSherry
                                            [term  12/30/98]
                                           (See above)
                                           [COR NTC]

                                           James M Bendell
                                            [term  12/30/98]
                                           (See above)
                                           [COR]

                                           Norman L Lindstedt
                                           (See above)
                                           [COR LD NTC]



        MONICA MIGLIORINO MILLER           Christopher A Ferrara
              Defendant                     [term  12/30/98]
        [term  12/30/98]                   [COR NTC]
                                           American Catholic Lawyers
                                           Association
                                           50 South Franklin Turnpike,
```

```
                              Suite 1
                              PO Box 277
                              Ramsey, NJ 07446
                              201-236-1799

                              James M Bendell
                               [term  12/30/98]
                              (See above)
                              [COR]
```

```
Docket as of September 11, 2002 7:25 pm                    Page 9

Proceedings include all events.                        TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al
```

```
                              Norman L Lindstedt
                              (See above)
                              [COR LD NTC]


BRUCE EVAN MURCH              Kevin L Gibbs
     Defendant               (See above)
                             [COR]

                             Mark Renart Peck
                             (See above)
                             [COR]

                             William D Bailey
                             (See above)
                             [COR LD NTC]


CATHERINE RAMEY              David T Daulton
     Defendant               (See above)
                             [COR LD NTC]

                             Kevin L Gibbs
                             (See above)
                             [COR]

                             Mark Renart Peck
                             (See above)
                             [COR]

                             William D Bailey
                              [term  11/16/99]
                             (See above)
                             [COR LD NTC]


DAWN MARIE STOVER            David T Daulton
     Defendant               (See above)
                             [COR LD NTC]

                             Kevin L Gibbs
                             (See above)
```

```
                              [COR]

                              Mark Renart Peck
                              (See above)
                              [COR]

                              William D Bailey
                               [term  11/16/99]
                              (See above)
                              [COR LD NTC]
```

```
Docket as of September 11, 2002 7:25 pm              Page 10

Proceedings include all events.                       TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al
```

```
DONALD TRESHMAN              Christopher A Ferrara
       Defendant            (See above)
                            [COR LD NTC]

                            James M Bendell
                            (See above)
                            [COR]

                            Norman L Lindstedt
                            (See above)
                            [COR LD NTC]

                            Mark Renart Peck
                            (See above)
                            [COR]


CHARLES WYSONG               Mark Belz
       Defendant            (See above)
                            [COR LD NTC]

                            Kevin L Gibbs
                            (See above)
                            [COR]

                            Michael R Hirsh
                            (See above)
                            [COR LD NTC]

                            Mark Renart Peck
                            (See above)
                            [COR]

                            William D Bailey
                            (See above)
                            [COR LD NTC]


DIANE BURNETT               William Richard Valent
       Respondent           [COR LD NTC]
```

```
                              Dierking & Schuster
                              3565 NE Broadway St
                              Portland, OR 97232-1820
                              503-231-7765


GOOD IMPRESSIONS PRINTING     William Richard Valent
COMPANY, INC.                 (See above)
     Respondent              [COR LD NTC]


-------------------------
```

Docket as of September 11, 2002 7:25 pm                Page 11

Proceedings include all events.                         TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

```
AMERICAN CIVIL LIBERTIES UNION    Michael H Simon
FOUNDATION OF OREGON              503-727-2018
     Amicus                       [COR LD NTC]
                                  Chin See Ming
                                  [COR]
                                  Perkins Coie
                                  1211 SW Fifth Ave
                                  1500 PACWest Bldg
                                  Portland, OR 97204-3715
                                  (503)727-2000
                                  FTS 727-2222


       v.


HENRY KANE                        Henry Kane
     Movant                       [COR LD NTC] [PRO SE]
                                  12077 SW Camden Laneet
                                  Beaverton, OR 97008
                                  503-643-4054


PAUL DEPARRIE                     James E Leuenberger
     Movant                       [COR LD NTC]
                                  8100B SW Durham Road
                                  Tigard, OR 97224
                                  503-670-8182
                                  FTS 213-6085

                                  Paul deParrie
                                  [COR LD NTC] [PRO SE]
                                  539 SE 39th PMB 711
                                  Portland, OR 97214
                                  503-236-0883


THOMAS MORE CENTER FOR LAW &      Stephen J Safranek
```

```
JUSTICE                         [COR LD NTC]
     Movant                     Thomas More Center For Law &
                                Justice
                                24 Frank Lloyd Wright Drive
                                PO Box 422
                                Ann Arbor, MI 48106-0422
                                734-930-4400


CHRISTOPHER A FERRARA           Christopher A Ferrara
     Movant                     [COR LD NTC]
                                American Catholic Lawyers
                                Association
                                50 South Franklin Turnpike,
                                Suite 1
                                PO Box 277
```

Docket as of September 11, 2002 7:25 pm                Page 12

Proceedings include all events.                        TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

```
                                Ramsey, NJ 07446
                                201-236-1799
```

Docket as of September 11, 2002 7:25 pm   Page 13

Proceedings include all events.      TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

10/26/95 1  CLASS ACTION COMPLAINT and JURY TRIAL DEMAND (Cause Code:
      18:1962) (Receipt # 157127)  Intentional infliction of
      emotional distress (wri)

10/26/95 2  DISCOVERY ORDER AND ORDER REQUIRING JOINT STATUS REPORT
      discovery ddl set for 2/23/96 Joint status report due
      2/23/96 pretrial order deadline set for 3/25/96 (wri)

10/26/95 3  SUMMONS ISSUED as to Defendant American Coalition of Life
      Activists (wri)

10/26/95 4  SUMMONS ISSUED as to Defendant Advocates for Life
      Ministries (wri)

10/26/95 5  SUMMONS ISSUED as to Defendant Michael Bray (wri)

10/26/95 6  SUMMONS ISSUED as to Defendant Andrew Burnett (wri)

10/26/95 7  SUMMONS ISSUED as to Defendant David Crane (wri)

10/26/95 8  SUMMONS ISSUED as to Defendant Timothy Paul Dreste (wri)

10/26/95 9  SUMMONS ISSUED as to Defendant Micheal Dodds (wri)

10/26/95 10  SUMMONS ISSUED as to Defendant Charles Roy McMillan (wri)

10/26/95 11  SUMMONS ISSUED as to Defendant Stephen P Mears (wri)

10/26/95 12  SUMMONS ISSUED as to Defendant Monica Migliorino Miller (wri)

10/26/95 13  SUMMONS ISSUED as to Defendant Catherine Ramey (wri)

10/26/95 14  SUMMONS ISSUED as to Defendant Dawn Marie Stover (wri)

10/26/95  15      SUMMONS ISSUED as to Defendant Donald Treshman (wri)

10/26/95  16      SUMMONS ISSUED as to Defendant Charles Wysong (wri)

10/26/95  17      SUMMONS ISSUED as to Defendant Bruce Evan Murch (wri)
                  [Entry date 11/03/95]

10/26/95  18      SUMMONS ISSUED as to Defendant Joseph L Foreman (wri)
                  [Entry date 11/03/95]

10/30/95  22      RETURN OF SERVICE EXECUTED upon Defendant Catherine Ramey
                  on 10/28/95 (wri) [Entry date 11/09/95]

10/31/95  19      MOTION  by Plaintiff Planned Parenthood C, Plaintiff
                  Portland Feminist Wo, Plaintiff Robert Crist, Plaintiff
                  Warren M Hern, Plaintiff Elizabeth Newhall, Plaintiff James
                  Newhall, Plaintiff Karen Sweigert FOR ATTORNEY ROGER EVANS
                  TO APPEAR PRO HAC VICE (wri) [Entry date 11/03/95]

Docket as of September 11, 2002 7:25 pm                    Page 14

Proceedings include all events.                          TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

10/31/95  20      AFFIDAVIT of Stephen S Walters IN SUPPORT OF MOTION FOR
                  ATTORNEY ROGER EVANS TO APPEAR PRO HAC VICE [19-1] (wri)
                  [Entry date 11/03/95]

11/2/95   21      RECORD OF ORDER  by Honorable Robert E. Jones GRANTING
                  MOTION FOR ATTORNEY ROGER EVANS, EDWARD N COSTIKYAN, MARIA
                  T VULLO & EDWARD S ZAS TO APPEAR PRO HAC VICE [19-1]
                  (counsel notified) (wri) [Entry date 11/03/95]

11/8/95   23      RETURN OF SERVICE EXECUTED upon Defendant Dawn Marie Stover
                  on 10/31/95 (wri) [Entry date 11/09/95]

11/8/95   24      RETURN OF SERVICE EXECUTED upon Defendant Advocates For
                  Life Ministries on 10/27/95 (wri) [Entry date 11/09/95]

11/8/95   25      RETURN OF SERVICE EXECUTED upon Defendant American
                  Coalition of Life Activists on 10/27/95 (wri)
                  [Entry date 11/09/95]

11/8/95   26      RETURN OF SERVICE EXECUTED upon Defendant Andrew Burnett
                  on 10/27/95 (wri) [Entry date 11/09/95]

11/8/95   27      RETURN OF SERVICE EXECUTED upon Defendant Michael Bray  on
                  10/27/95 (wri) [Entry date 11/09/95]

11/8/95   28      RETURN OF SERVICE EXECUTED upon Defendant Micheal Dodds  on
                  10/31/95 (wri) [Entry date 11/09/95]

11/9/95   29      RETURN OF SERVICE EXECUTED upon Defendant Bruce Evan Murch
                  on 10/27/95 (wri)

11/9/95   30      RETURN OF SERVICE EXECUTED upon Defendant Charles Wysong

```
                        on 11/1/95 (wri)

11/15/95 31      MOTION by Defendant Catherine Ramey TO EXTEND TIME TO
                 ANSWER (wri) [Entry date 11/16/95]

11/15/95 32      MOTION  by Defendants Advocates For Life Ministries Andrew
                 Burnett & Dawn Marie Stover TO ALLOW EXTENSION OF TIME FOR
                 FILING RESPONSE (wri) [Entry date 11/16/95]

11/16/95 33      RETURN OF SERVICE EXECUTED upon Defendant Monica Migliorino
                 Miller  on 11/1/95 (wri) [Entry date 11/17/95]

11/20/95 34      MOTION  by Defendant Donald Treshman TO EXTEND TIME TO
                 ANSWER (wri) [Entry date 11/21/95]

11/21/95 35      MOTION TO TAKE JUDICIAL NOTICE by Defendant Bruce Evan
                 Murch TO EXTEND TIME TO ANSWER (wri) [Entry date 11/22/95]

11/22/95 36      RETURN OF SERVICE EXECUTED upon Defendant Stephen P Mears
                 on 11/2/95 (clar) [Entry date 11/24/95]
```

Docket as of September 11, 2002 7:25 pm            Page 15

Proceedings include all events.                              TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

```
11/22/95 37      RETURN OF SERVICE EXECUTED upon Defendant Charles Roy
                 McMillan  on 11/6/95 (clar) [Entry date 11/24/95]

11/22/95 38      RECORD OF ORDER  by Honorable Robert E. Jones GRANTING
                 RAMEYS MOTION TO EXTEND TIME TO ANSWER [31-1] Answer
                 deadline reset to 1/22/96 for Catherine Ramey GRANTING
                 MOTION TO ALLOW EXTENSION OF TIME FOR FILING RESPONSE
                 [32-1] Answer reset to 12/8/95 for Advocates For Life
                 Ministries GRANTING MOTION TO EXTEND TIME TO ANSWER [34-1]
                 Answer deadline reset to 1/23/96 for Donald Treshman
                 FINDING DEFENDANT MURCHS MOTION TO EXTEND TIME TO ANSWER
                 [35-1] MOOT answer ddl set for 12/8/95 Parties have
                 stipulated to extension of time to file answer by 12/8/95
                 The Court concurs (counsel notified) (wri)
                 [Entry date 11/27/95]

11/24/95 39      MOTION by Defendant Michael Bray TO EXTEND TIME TO ANSWER
 (wri) [Entry date 11/27/95]

11/24/95 40      MOTION  by Defendant American Coalition TO EXTEND TIME TO
                 ANSWER (wri) [Entry date 11/27/95]

11/24/95 41      MOTION by Defendant David Crane TO EXTEND TIME TO ANSWER
                 (wri) [Entry date 11/27/95]

11/29/95 42      MOTION by Defendant Micheal Dodds FOR EXTENSION OF TIME TO
                 ANSWER (wri)

11/29/95 43      MOTION by Defendants Stephen P Mears & Monica Migliorino
                 Miller TO EXTEND TIME TO ANSWER (wri)
```

```
11/29/95  44    AFFIDAVIT of Michael P Tierney in Support of MOTION TO
                EXTEND TIME TO ANSWER [43-1] (wri)

11/29/95  45    CERTIFICATE OF SERVICE of affidavit [44-1], MOTION TO
                EXTEND TIME TO ANSWER [43-1] by Defendants Stephen P Mears
                & Monica Migliorino Miller (wri)

11/29/95  46    RECORD OF ORDER  by Honorable Robert E. Jones GRANTING
                MOTION TO EXTEND TIME TO ANSWER [39-1] Answer deadline
                reset to 1/17/96 for Michael Bray GRANTING  MOTION TO
                EXTEND TIME TO ANSWER [40-1] Answer deadline reset to
                1/17/96 For American Coalition GRANTING MOTION TO EXTEND
                TIME TO ANSWER [41-1] Answer deadline reset to 1/17/96 for
                David Crane GRANTING MOTION FOR EXTENSION OF TIME TO ANSWER
                [42-1] Answer deadline reset to 1/17/96 for Michael Dodds
                GRANTING TO EXTEND TIME TO ANSWER [43-1] Answer deadline
                reset to 1/17/96 for Monica Migliorino Miller & Stephen P
                Mears (counsel notified) (wri) [Entry date 11/30/95]

12/1/95   47    RESPONSE by Plaintiffs to Various Defendants Motions For
                Extension of Time (wri) [Entry date 12/05/95]
```

Docket as of September 11, 2002 7:25 pm        Page 16

Proceedings include all events.                TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

```
12/4/95   48    MOTION  by Defendant Charles Wysong FOR EXTENSION OF TIME
                TO ANSWER (wri) [Entry date 12/05/95]

12/4/95   49    RECORD OF ORDER  by Honorable Robert E. Jones GRANTING
                MOTION FOR EXTENSION OF TIME TO ANSWER [48-1] Answer
                deadline reset to 2/2/96 for Charles Wysong  (counsel
                notified) (wri) [Entry date 12/06/95]

12/6/95   50    RETURN OF SERVICE EXECUTED upon Defendant Donald Treshman
                on 11/3/95 (wri)

12/7/95   51    MOTION  by Defendants Advocates For Life Ministries, Andrew
                Burnett, & Dawn Marie Stover TO ALLOW ADDITIONAL EXTENSION
                OF TIME FOR FILING RESPONSE (wri) [Entry date 12/08/95]

12/11/95  52    RESPONSE by Plaintiff to MOTIONS FOR EXTENSION OF TIME
                FILED BY DEFENDANTS MCMILLAN & WYSONG (wri)
                [Entry date 12/13/95]

12/14/95  53    RECORD OF ORDER  by Honorable Robert E. Jones GRANTING
                DEFENDANT ADVOCATES FOR LIFES MOTION TO ALLOW ADDITIONAL
                EXTENSION OF TIME FOR FILING RESPONSE [51-1] Answer
                deadline reset to 1/23/96 for Advocates For Life Ministries
                GRANTING Request for Extension [52-1]  Discovery ddl set
                for 4/23/96 Pretrial order ddl set for 5/23/96 Joint status
                report to be filed by 4/23/96 (counsel notified) (wri)
                [Entry date 12/15/95]
```

| 1/2/96 | 54 | MOTION  by Defendant Timothy Paul Dreste TO EXTEND TIME TO ANSWER COMPLAINT (peg) [Entry date 01/03/96] |

| 1/2/96 | 55 | RECORD OF ORDER  by Honorable Robert E. Jones GRANTING MOTION TO EXTEND TIME TO ANSWER COMPLAINT [54-1] Answer deadline reset to 2/5/96 for Timothy Paul Dreste  (counsel notified) (peg) [Entry date 01/03/96] |

| 1/3/96 | 56 | MOTION  by Plaintiff  TO EXTEND TIME FOR FILING MOTION PURSUANT TO LR 200-4 expedited consideration requested (fshr) [Entry date 01/04/96] |

| 1/3/96 | 57 | AFFIDAVIT by Plaintiff of Stephen S. Walters MOTION  TO EXTEND TIME FOR FILING MOTION PURSUANT TO LR 200-4 [56-1] (fshr) [Entry date 01/04/96] |

| 1/10/96 | 58 | MOTION by Attorney William E McCann for Defendants Advocates For Life Ministries, Andrew Burnett, & Dawn Marie Stover TO WITHDRAW AS COUNSEL (wri) [Entry date 01/11/96] |

| 1/12/96 | 59 | RECORD OF ORDER  by Honorable Robert E. Jones GRANTING PLAINTIFFS MOTION TO EXTEND TIME FOR FILING MOTION PURSUANT TO LR 200-4 [56-1] & GRANTING DEFENDANTS BURNETT STOVER & ADVOCATES FOR LIFE MINISTRIES MOTION TO WITHDRAW AS COUNSEL [58-1] attorney William E McCann withdrawn (counsel notified) (wri) [Entry date 01/16/96] |

Proceedings include all events.                    TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

| 1/16/96 | 60 | MOTION by Defendant Donald Treshman FOR LEAVE TO WITHDRAW REPRESENTATION OF DEFENDANT, and TO SUBSTITUTE ATTORNEY Chris Ferrara (wri) [Entry date 01/17/96] |

| 1/17/96 | 61 | MOTION by Defendants Monica Migliorino Miller & Donald Treshman FOR ATTORNEY Christopher A Ferrara TO APPEAR PRO HAC VICE (wri) [Entry date 01/18/96] |

| 1/17/96 | 62 | ANSWER by Defendant Monica Migliorino Miller to Complaint [1-1] (wri) [Entry date 01/18/96] |

| 1/17/96 | 63 | ANSWER by Defendant Donald Treshman to Complaint [1-1] (wri) [Entry date 01/18/96] |

| 1/17/96 | 64 | ANSWER and JURY TRIAL DEMAND by Defendant Michael Dodds to Complaint [1-1] (wri) [Entry date 01/18/96] |

| 1/17/96 | 65 | ANSWER and JURY TRIAL DEMAND by Defendant Stephen P Mears to Complaint [1-1] (wri) [Entry date 01/18/96] |

| 1/19/96 | 66 | RECORD OF ORDER  by Honorable Robert E. Jones GRANTING DEFENDANTS D TRESHMAN & M MILLERS MOTION FOR ATTORNEY Christopher A Ferrara TO APPEAR PRO HAC VICE [61-1], GRANTING DEFENDANT TRESHMANS MOTION FOR LEAVE TO WITHDRAW REPRESENTATION [60-1] attorney Norman L Lindstedt for |

Donald Treshman, GRANTING DEFENDANT TRESHMANS MOTION TO
SUBSTITUTE ATTORNEY Chris Ferrara [60-2] (counsel notified)
(wri) [Entry date 01/22/96]

1/22/96  67  MOTION by Plaintiff  FOR EXTENSION OF TIME TO FILE MOTION
ON CLASS CERTIFICATION PURSUANT TO LOCAL RULE 200-4 (wri)
[Entry date 01/23/96]

2/1/96  68  RECORD OF ORDER  by Honorable Robert E. Jones GRANTING
PLAINTIFFS MOTION FOR EXTENSION OF TIME TO FILE MOTION ON
CLASS CERTIFICATION PURSUANT TO LOCAL RULE 200-4 [67-1]
notified) (wri) [Entry date 02/06/96]

2/6/96  69  RETURN OF SERVICE EXECUTED upon Defendant Timothy Paul
Dreste  on 11/29/95 (wri) [Entry date 02/07/96]

2/13/96  70  MOTION by Defendants ADVOCATES FOR LIFE MINISTRIES, MICHAEL
BRAY, ANDREW BURNETT, CHARLES ROY MCMILLAN, BRUCE EVAN
MURCH, CATHERINE RAMEY & DAWN MARIE STOVER FOR ATTORNEY
JOHN J. BRODERICK TO APPEAR PRO HAC VICE (wri)
[Entry date 02/14/96]

2/13/96  71  AFFIDAVIT of John J Broderick IN SUPPORT OF MOTION FOR
ATTORNEY JOHN J. BRODERICK TO APPEAR PRO HAC VICE [70-1]
(wri) [Entry date 02/14/96]

2/13/96  72  MOTION by Defendants American Coalition of Life & David
Crane FOR ATTORNEY DAVID T DAULTON TO APPEAR PRO HAC VICE

Docket as of September 11, 2002 7:25 pm            Page 18

Proceedings include all events.                        TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

(wri) [Entry date 02/14/96]

2/13/96  73  AFFIDAVIT of David T Daulton in support of MOTION FOR
ATTORNEY DAVID T DAULTON TO APPEAR PRO HAC VICE [72-1] (wri)
[Entry date 02/14/96]

2/15/96  74  RECORD OF ORDER  by Honorable Robert E. Jones GRANTING
DEFENDANTS AMERICAN COALITION & DAVID CRANES MOTION FOR
ATTORNEY DAVID T DAULTON TO APPEAR PRO HAC VICE [72-1], &
GRANTING DEFENDANTS ADVOCATES FOR LIFE, MICHAEL BRAY,
ANDREW BURNETT, CHARLES MCMILLAN, BRUCE EVAN MURCH,
CATHERINE RAMEY & DAWN MARIE STOVERS MOTION FOR ATTORNEY
JOHN J BRODERICK TO APPEAR PRO HAC VICE [70-1] (counsel
notified) (wri) [Entry date 02/16/96]

2/16/96  75  RETURN OF SERVICE EXECUTED upon Defendant Joseph L Foreman
on 2/11/96 (wri) [Entry date 02/20/96]

2/21/96  76  MOTION by Defendants Timothy Paul Dreste & Charles Wysong
FOR ATTORNEY MARK BELZ TO APPEAR PRO HAC VICE (wri)
[Entry date 02/22/96]

2/21/96  77  MOTION by Defendants American Coalition, Advocates For Life
Ministries, Michael Bray, Andrew Burnett, David Crane,

|         |    | Timothy Paul Dreste, Charles Roy McMillan, Bruce Murch, Catherine Ramey, Dawn Marie Stover & Charles Wysong FOR EXTENSION OF TIME TO FILE APPEARANCE (wri) [Entry date 02/22/96] |
|---------|----|---|
| 2/21/96 | 78 | RECORD OF ORDER  by Honorable Robert E. Jones GRANTING DEFENDANTS MOTION FOR EXTENSION OF TIME TO FILE APPEARANCE [77-1] Answer deadline reset to 2/23/96 for all Defendants; & GRANTING DEFENDANTS DRESTE & WYSONGS MOTION FOR ATTORNEY MARK BELZ TO APPEAR PRO HAC VICE [76-1] (counsel notified) (wri) [Entry date 02/23/96] |
| 2/23/96 | 79 | RETURN OF SERVICE EXECUTED upon Defendant David Crane  on 10/31/95 (wri) [Entry date 02/26/96] |
| 2/26/96 | 80 | ANSWER and JURY TRIAL DEMAND  by Defendants American Coalition, Advocates For Life Ministries, Michael Bray, Andrew Burnett, David Crane, Timothy Paul Dreste, Charles Roy McMillan, Bruce Evan Murch, Catherine Ramey, Dawn Marie Stover, Charles Wysong to complaint [1-1] (wri) [Entry date 02/27/96] |
| 3/4/96  | 81 | MOTION by Defendants Michael Dodds & Stephen P Mears FOR ATTORNEYS JOHN M MCSHERRY and MICHAEL P TIERNEY TO APPEAR PRO HAC VICE (wri) |
| 3/4/96  | 82 | AFFIDAVIT of John M McSherry IN SUPPORT OF MOTION FOR ATTORNEYS JOHN M MCSHERRY and MICHAEL P TIERNEY TO APPEAR PRO HAC VICE (wri) |

Docket as of September 11, 2002 7:25 pm          Page 19

Proceedings include all events.                              TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

|         |    |   |
|---------|----|---|
| 3/4/96  | 83 | AFFIDAVIT of Michael P Tierney IN SUPPORT OF MOTION FOR ATTORNEYS JOHN M MCSHERRY and MICHAEL P TIERNEY TO APPEAR PRO HAC VICE (wri) |
| 3/6/96  | 84 | RECORD OF ORDER  by Honorable Robert E. Jones GRANTING DEFENDANTS MEARS & DODDS MOTION FOR ATTORNEYS JOHN M MCSHERRY and MICHAEL P TIERNEY TO APPEAR PRO HAC VICE [81-1] (counsel notified) (wri) [Entry date 03/07/96] |
| 3/8/96  | 86 | AFFIDAVIT of Mark Belz in support of Defendants MOTION FOR ATTORNEY MARK BELZ TO APPEAR PRO HAC VICE [85-1] (wri) [Entry date 03/11/96] |
| 3/8/96  | 87 | CERTIFICATE OF SERVICE of MOTION FOR ATTORNEY MARK BELZ TO APPEAR PRO HAC VICE [85-1], Affidavit in support [86-1] by Defendant Joseph L Foreman (wri) [Entry date 03/11/96] |
| 3/9/96  | 85 | MOTION  by Defendant Joseph L Foreman FOR ATTORNEY MARK BELZ TO APPEAR PRO HAC VICE (wri) [Entry date 03/11/96] |
| 3/11/96 | 88 | ANSWER and JURY TRIAL DEMAND  by Defendant Joseph L Foreman to Complaint [1-1] (wri) |

| 3/11/96 | 89 | RECORD OF ORDER by Honorable Robert E. Jones GRANTING DEFENDANT FOREMANS MOTION FOR ATTORNEY MARK BELZ TO APPEAR PRO HAC VICE [85-1] (counsel notified) (wri) [Entry date 03/13/96] |
|---|---|---|
| 3/12/96 | 90 | MAIL RETURNED [minute order [78-1] ] addressed to John C Broderick for Defendants Dawn Marie Stover, Advocates for Life, Michael Bray, Andrew Burnett, Brian Murch, Catherine Ramey, & Charles McMillan (wri) [Entry date 03/13/96] |
| 3/13/96 | -- | REMARK as to Advocates For Life Ministries, Michael Bray, Andrew Burnett, Charles Roy McMillan, Bruce Evan Murch, Catherine Ramey, Dawn Marie Stover: Minute Order [78-1] resent to Defendants counsel John Broderick at new address (wri) |
| 4/1/96 | 91 | MOTION by Defendants Michael Dodds & Stephen P Mears TO EXTEND DISCOVERY, and REQUESTING A SCHEDULING CONFERENCE (wri) [Entry date 04/04/96] |
| 4/1/96 | 92 | MOTION by Defendants Monica Migliorino Miller & Donald Treshman TO EXTEND DISCOVERY, and REQUESTING A SCHEDULING CONFERENCE (wri) [Entry date 04/04/96] |
| 4/17/96 | 93 | DISCOVERY MOTION by Plaintiffs TO COMPEL THE PRODUCTION OF DOCUMENTS & DEPOSITIONS OF THE DEFENDANTS, and TO EXTEND THE DISCOVERY DEADLINE Expedited Consideration Requested (wri) [Entry date 04/18/96] |

Docket as of September 11, 2002 7:25 pm        Page 20

Proceedings include all events.        TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

| 4/17/96 | 94 | MEMORANDUM IN SUPPORT by Plaintiffs of MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS & DEPOSITIONS OF THE DEFENDANTS [93-1] & of MOTION TO EXTEND THE DISCOVERY DEADLINE [93-2] (wri) [Entry date 04/18/96] |
|---|---|---|
| 4/17/96 | 95 | AFFIDAVIT of Maria T Vullo IN SUPPORT OF DISCOVERY MOTION BY PLAINTIFFS TO COMPEL THE PRODUCTION OF DOCUMENTS & DEPOSITIONS OF THE DEFENDANTS [93-1] & MOTION TO EXTEND THE DISCOVERY DEADLINE [93-2] (wri) [Entry date 04/18/96] |
| 4/22/96 | 96 | RECORD OF ORDER by Honorable Robert E. Jones GRANTING PLAINTIFFS MOTION TO EXTEND THE DISCOVERY DEADLINE [93-2] Discovery ddl to be reset on 5/15/96; Joint Status Report ddl to be reset on 5/15/95, GRANTING DEFENDANTS MOTION TO EXTEND DISCOVERY [92-1], GRANTING DEFENDANTS MOTION REQUESTING A SCHEDULING CONFERENCE [92-2], GRANTING DEFENDANTS MOTION TO EXTEND DISCOVERY [91-1], & GRANTING DEFENDANTS MOTION REQUESTING A SCHEDULING CONFERENCE [91-2] status conference set for 1:30 on 5/15/96, and all dates are continued to 5/15/96 (counsel notified) (wri) |

[Entry date 04/23/96]

4/24/96  97   DISCOVERY MOTION by Defendants Michael Dodds & Stephen P
              Mears FOR PROTECTIVE ORDER (wri)

4/24/96  98   MEMORANDUM by Defendants Michael Dodds & Stephen P Mears IN
              OPPOSITION TO PLAINTIFFS MOTION TO COMPEL THE PRODUCTION OF
              DOCUMENTS & DEPOSITIONS OF THE DEFENDANTS [93-1], & IN
              SUPPORT OF DEFENDANTS MOTION FOR PROTECTIVE ORDER [97-1]
              (wri)

4/24/96  99   CERTIFICATE OF SERVICE of MOTION FOR PROTECTIVE ORDER
              [97-1], & MEMORANDUM [98-1] by Defendants Michael Dodds &
              Stephen P Mears (wri)

5/3/96  100   MEMORANDUM by Plaintiffs' IN OPPOSITION  to Defendants
              Dodds & Mears MOTION FOR PROTECTIVE ORDER [97-1] (tely)

5/8/96  101   RECORD OF ORDER  by Honorable Robert E. Jones re Mears &
              Dodds MOTION FOR PROTECTIVE ORDER [97-1]; Motion to be
              addressed at the 5/15/96 conference (counsel notified) (wri)
              [Entry date 05/09/96]

5/15/96 102   MOTION UNDER LOCAL RULE 220-3(d) by Defendants Michael
              Dodds & Stephen P Mears FOR LEAVE TO FILE A BRIEF ON
              MOTIONS TO DISMISS EXCEEDING 35 PAGES (wri)

5/15/96 103   MOTION by Defendants Michael Dodds & Stephen P Mears TO
              DISMISS (wri)

5/15/96 104   MOTION by Defendants Monica Migliorino Miller & Donald
              Treshman TO DISMISS (wri)

Docket as of September 11, 2002 7:25 pm                    Page 21

Proceedings include all events.                              TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

5/15/96 105   MEMORANDUM IN SUPPORT by Defendants Monica Migliorino
              Miller & Donald Treshman of MOTION TO DISMISS THE COMPLAINT
              & FOR OTHER RELIEF [104-1] (wri)

5/15/96 106   MEMORANDUM OF LAW IN SUPPORT by Defendants Michael Dodds &
              Stephen P Mears of THEIR MOTION TO DISMISS THE COMPLAINT
              [103-1] (gam)

5/15/96 107   RECORD OF PROCEEDINGS (Hearing) before Honorable Robert E.
              Jones; Defendant Dreste joins in Defendant Millers Motion
              To Dismiss [104-1]; SETTING DEFENDANT MILLERS MOTION TO
              DISMISS [104-1] & DEFENDANTS MEARS & DODDS MOTION TO
              DISMISS [103-1] for hearing on 7/1/96 at 9:30; GRANTING
              DEFENDANT MEARS & DODDS MOTION FOR LEAVE TO FILE A BRIEF ON
              MOTIONS TO DISMISS EXCEEDING 35 PAGES [102-1]  Dispositive
              motions due 5/20/96; Response to dispositive motions due
              6/17/96; No replies to be filed; Motion Hearing set for
              9:30 7/1/96, Discovery conference held on 5/15/96; David

Daulton will coordinate ACLU participation; Discovery is
STAYED until Motions To Dismiss & determination of class
certification are resolved; Plaintiff may apply to the
Court for leave to conduct discovery on Motions To Dismiss
if appropriate (counsel notified) Court Rptr Kathy Eismann
(wri) [Entry date 05/17/96]

5/16/96   108   MOTION FOR LEAVE TO APPEAR AS AMICUS CURIAE filed by ACLU
                Foundation of Oregon Inc (wri) [Entry date 05/17/96]

5/16/96   109   CERTIFICATE OF SERVICE of MEMORANDUM IN SUPPORT OF MOTION
                TO DISMISS THE COMPLAINT & OTHER RELIEF [105-1] by
                Defendants Monica Migliorino Miller & Donald Treshman (wri)
                [Entry date 05/17/96]

5/16/96   110   MOTION by Plaintiffs FOR ATTORNEYS Dina Huebner & Anne T
                Amann TO APPEAR PRO HAC VICE (wri) [Entry date 05/17/96]

5/16/96   111   AFFIDAVIT of Stephen S Walters IN SUPPORT OF PLAINTIFFS
                MOTION FOR ATTORNEYS Dina Huebner & Anne T Amann TO APPEAR
                PRO HAC [110-1] (wri) [Entry date 05/17/96]

5/20/96   112   MOTION  by Defendants Timothy Paul Dreste, Joseph L
                Foreman, Charles Wysong TO DISMISS DEFENDANTS DRESTE
                FOREMAN & WYSONG BASED ON LACK OF PERSONAL JURISDICTION
                (tely) [Entry date 05/21/96]

5/20/96   113   MEMORANDUM IN SUPPORT by Defendants Timothy Paul Dreste,
                Joseph L Foreman, Charles Wysong of MOTION TO DISMISS
                DEFENDANTS DRESTE FOREMAN & WYSONG BASED ON LACK OF
                PERSONAL JURISDICTION [112-1] (tely) [Entry date 05/21/96]

5/20/96   114   MOTION  by  American Coalition Defendants JUDGMENT ON THE
                PLEADINGS Oral Argument Requested (tely)
                [Entry date 05/21/96]

Docket as of September 11, 2002 7:25 pm                    Page 22

Proceedings include all events.                         TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

5/20/96   115   MEMORANDUM IN SUPPORT by ACLA Defendants of MOTION JUDGMENT
                ON THE PLEADINGS [114-1] (tely) [Entry date 05/21/96]

5/20/96   116   RECORD OF ORDER  by Honorable Robert E. Jones GRANTING
                ACLU'S MOTION FOR LEAVE TO APPEAR AS AMICUS CURIAE [108-1].
                GRANTING Plaintiff's MOTION FOR ATTORNEYS Dina Huebner &
                Anne T Amann TO APPEAR PRO HAC VICE [110-1] (counsel
                notified) Court Rptr none (tely) [Entry date 05/21/96]

5/22/96   117   BRIEF IN SUPPORT by Defendants Monica Migliorino Miller &
                Donald Treshman of MOTION TO DISMISS & FOR OTHER RELIEF
                [104-1] (wri)

5/23/96   118   AFFIDAVIT PURSUANT TO LOCAL RULE 220-2(b) by Defendants
                American Coalition of Life Activists, Advocates For Life
                Ministries, Michael Bray, Andrew Burnett, David Crane,

Timothy Paul Dreste, Joseph L Foreman, Charles Roy
McMillan, Bruce Evan Murch, Catherine Ramey, Dawn Marie
Stover & Charles Wysong of David Crane in support of
Defendants MOTION TO DISMISS DEFENDANTS DRESTE FOREMAN &
WYSONG BASED ON LACK OF PERSONAL JURISDICTION [112-1] &
MEMORANDUM IN SUPPORT [113-1] (wri)

5/23/96   119   RECORD OF ORDER  by Honorable Robert E. Jones SETTING
                DEFENDANT AMERICAN COALITION OF LIFE ACTIVISTS MOTION FOR
                JUDGMENT ON THE PLEADINGS [114-1] & DEFENDANTS DRESTE,
                FOREMAN & WYSONGS MOTION TO DISMISS DEFENDANTS DRESTE
                FOREMAN & WYSONG BASED ON LACK OF PERSONAL JURISDICTION
                [112-1] on oral argument calendar of 9:00 on 7/1/96
                (counsel notified) (wri)

6/14/96   120   NOTICE OF JOINDER by Defendants Monica Migliorino Miller &
                Donald Treshman JOINING MOTION JUDGMENT ON THE PLEADINGS
                [114-1] of American Coalition of Life Activists, et.al.
                (tely) [Entry date 06/17/96]

6/19/96   121   RECORD OF ORDER  by Honorable Robert E. Jones RESETTING
                Defendant American Coalition Of Life Activists MOTION
                JUDGMENT ON THE PLEADINGS [114-1] & Defendant Dreste,
                Foreman & Wyson's MOTION TO DISMISS DEFENDANTS DRESTE
                FOREMAN & WYSONG BASED ON LACK OF PERSONAL JURISDICTION
                [112-1] to the oral argument calendar of  7/19/96 at 9am
                (counsel notified) Court Rptr none (tely)
                [Entry date 06/20/96]

7/2/96    122   RECORD OF ORDER  by Honorable Robert E. Jones RESETTING
                MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS & DEPOSITIONS
                OF THE DEFENDANTS [93-1];  MOTION FOR PROTECTIVE ORDER
                [97-1]; MOTION TO DISMISS [103-1]; MOTION DISMISS [104-1];
                MOTION TO DISMISS DEFENDANTS DRESTE FOREMAN & BASED ON LACK
                OF PERSONAL JURISDICTION [112-1] & MOTION JUDGMENT ON THE
                PLEADINGS [114-1] on oral argument calendar of 1:30 7/29/96
                 (counsel notified)  Court Rptr none (tely)
                [Entry date 07/03/96]

Docket as of September 11, 2002 7:25 pm                    Page 23

Proceedings include all events.                                TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

7/9/96    123   NOTICE by Plaintiffs of WITHDRAWAL of CLASS ACTION
                ALLEGATIONS set for in their Complaint dated 10/26/95 (tely)

7/9/96    124   MEMORANDUM by Plaintiff IN OPPOSITION to Defendants' MOTION
                JUDGMENT ON THE PLEADINGS [114-1], MOTION TO DISMISS
                DEFENDANTS DRESTE FOREMAN & WYSONG BASED ON LACK OF
                PERSONAL JURISDICTION [112-1], MOTION TO DISMISS [104-1],
                MOTION TO DISMISS [103-1] (tely)

7/23/96   125   RECORD OF ORDER  by Honorable Robert E. Jones RESETTING
                Plaintiff's MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS &
                DEPOSITIONS OF THE DEFENDANTS [93-1];  Defendant Dodds'
                MOTION FOR PROTECTIVE ORDER [97-1] & MOTION TO DISMISS

          [103-1]; Defendant Miller's MOTION TO DISMISS [104-1] ;
          Defendant Dreste's MOTION TO DISMISS DEFENDANTS DRESTE
          FOREMAN & BASED ON LACK OF PERSONAL JURISDICTION [112-1]  &
          American Coalition's MOTION JUDGMENT THE PLEADINGS [114-1]
          on oral argument calendar of 9:30 8/2/96 (counsel notified)
          Court Rptr none (tely)

7/24/96  126     MEMORANDUM  by Amicus ACLU regarding Defendants Dreste'
               MOTION TO DISMISS DEFENDANTS DRESTE FOREMAN & WYSONG BASED
               ON LACK OF PERSONAL JURISDICTION [112-1]; Defendant
               Miller's MOTION TO DISMISS [104-1] & Defendants Dodds
               MOTION TO DISMISS [103-1] (tely)

7/25/96  127     REPLY IN SUPPORT by Defendants Monica Migliorino Miller,
               Donald Treshman  re their [104-1] MOTION TO DISMISS (tely)

7/25/96  128     RECORD OF ORDER by Honorable Robert E. Jones STRIKING
               HEARING set for 8/2/96 regarding Plaintiff's MOTION TO
               COMPEL THE PRODUCTION OF DOCUMENTS & DEPOSITIONS OF THE
               DEFENDANTS [93-1]; Defendant Dodds' MOTION FOR PROTECTIVE
               ORDER [97-1] & MOTION TO DISMISS [103-1]; Defendant
               Miller's MOTION TO DISMISS [104-1]; Defendant Dreste'
               MOTION TO DISMISS DEFENDANTS DRESTE FOREMAN & WYSONG BASED
               ON LACK OF JURISDICTION [112-1] & American Coalition's
               MOTION JUDGMENT ON THE PLEADINGS [114-1]. Counsel to confer
               & let Court know on an acceptable date & time for this
               hearing (counsel notified) Court Rptr none (tely)

8/9/96   129     RECORD OF ORDER  by Honorable Robert E. Jones SETTING
               Plaintiff's MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS &
               DEPOSITIONS OF THE DEFENDANTS [93-1]; Defendant Dodds
               MOTION FOR PROTECTIVE ORDER [97-1] & MOTION TO DISMISS
               [103-1] ; Defendant Miller's MOTION DISMISS [104-1];
               Defendants Dreste' MOTION TO DISMISS DEFENDANTS DRESTE
               FOREMAN & BASED ON LACK OF PERSONAL JURISDICTION [112-1] &
               American Coalition's MOTION JUDGMENT ON THE PLEADINGS
               [114-1] on oral argument calendar of 4:00 9/16/96  (counsel
               notified)  Court Rptr none (tely)

Docket as of September 11, 2002 7:25 pm        Page 24

Proceedings include all events.                     TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

8/26/96  130     REPLY IN SUPPORT by Defendants Michael Dodds, Stephen P
               Mears re [103-1] MOTION TO DISMISS (tely)

8/26/96  131     CERTIFICATE OF SERVICE of MOTION reply [130-1] by Michael
               Dodds, Stephen P Mears (tely)

9/6/96   132     RECORD OF ORDER  by Honorable Robert E. Jones FINDING
               Plaintiff's MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS &
               DEPOSITIONS OF THE DEFENDANTS [93-1]  MOOT & Defendants
               Michael Dodds & Stephen P Mear's MOTION FOR PROTECTIVE
               ORDER [97-1] MOOT (counsel notified) Court Rptr none (tely)
               [Entry date 09/09/96]

| | | |
|---|---|---|
| 9/18/96 | 133 | OPINION AND ORDER DENYING Defendants' MOTIONS TO DISMISS [103-1], [104-1] & [112-1]. Defendant ACLA'S MOTION JUDGMENT ON THE PLEADINGS [114-1] is DENIED in part & GRANTED in part (see file). Plaintiffs are given leave to amend their complaint to clearly distinguish between the allegedly actionable & the contextual expressions, as well as to specifically name the individual Defendants who intended to further the alleged threats of violence. Signed 9/18/96 by Honorable Robert E. Jones  microfilmed & eod 9/18/96 (counsel notified) (tely) |
| 10/1/96 | 134 | TRANSCRIPT of PROCEEDINGS HAD 9/16/96  before Honorable Robert E. Jones  court reporter: Katherine Eismann (tely) [Entry date 10/02/96] |
| 1/28/97 | 135 | AMENDED COMPLAINT [1-1] and JURY TRIAL DEMAND by Plaintiffs' (tely) |
| 1/29/97 | 136 | TRANSCRIPT of PROCEEDINGS HAD 5/15/96  before Honorable Robert E. Jones  court reporter: Katherine Eismann (tely) |
| 2/13/97 | 137 | RECORD OF ORDER  by Honorable Robert E. Jones SETTING telephone conference  for  3/3/97 at 9:30am regarding Christopher Ferrara's letter dated 2/4/97 (counsel notified) Court Rptr none (tely) [Entry date 02/14/97] |

Docket as of September 11, 2002 7:25 pm         Page 25

Proceedings include all events.         TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

| | | |
|---|---|---|
| 3/3/97 | 138 | RECORD OF PROCEEDINGS  before Honorable Robert E. Jones STAY on discovery is FORMALLY LIFTED. No party will be held to have waived any objections to any discovery requests. Document discovery will be completed within 30 days. All depositions will be taken thereafter & will be completed by 7/1/97, unless a party presents the Court with a good reason for needing more time. Regarding document discovery: all relevant documents must be produced. If there are disagreements, the parties are Ordered to cooperate & to confer among themselves to try to resolve |

the dispute. If they cannot resolve the dispute the parties shall submit the disputed documents to the Court for in camera inspection, following by Court rulings. Mr. Ferrara's remaining objection is DENIED as to public presentations by Defendants. Plaintiffs are entitled to know about Defendants upcoming public presentations (counsel notified) Court Rptr Kathy Eismann (tely) [Entry date 03/05/97]

| | | |
|---|---|---|
| 5/4/97 | 139 | RECORD OF ORDER by Honorable Robert E. Jones SETTING telephone conference for 9:30am on 5/8/97 (counsel notified) Court Rptr none (tely) [Entry date 05/05/97] |
| 5/14/97 | 140 | RECORD OF ORDER by Honorable Robert E. Jones SETTING telephone conference for 10:30am on 5/19/97 (counsel notified) Court Rptr none (tely) [Entry date 05/15/97] |
| 5/19/97 | 142 | RECORD OF ORDER Of Status Hearing by Honorable Robert E. Jones Plaintiff shall hi-lite areas that relate to express threats by 6/3/97. Plaintiff's depositions of Defendant will be taken first & Defendants depositions of Plaintiff will be scheduled last. ORDER copies of all depositions shall be given to ACLU at ACLU costs. Parties shall send copies of all documents & pleadings filed with this Court to ACLU. Amended complaint, answers from original complaint will stand as answer to amended complaint unless otherwise stated. (counsel notified) Court Rptr none (tely) [Entry date 05/30/97] |
| 5/22/97 | 141 | NOTICE OF ADDRESS CHANGE by attorney David T Daulton for Defendants American Coalition, Advocates for Life Ministries, Andrew Burnett, Catherine Ramey, Dawn Marie Stover & David Crane (tely) |
| 6/5/97 | 143 | MOTION by Defendants American Coalition & David Crane FOR DISCOVERY (tely) |
| 6/5/97 | 144 | MEMORANDUM IN SUPPORT by American Coalition, David Crane of MOTION FOR DISCOVERY [143-1] (tely) |
| 6/12/97 | 145 | MEMORANDUM by Plaintiffs' IN OPPOSITION to Defendants Crane & ACLA'S MOTION FOR DISCOVERY [143-1] (tely) |

Docket as of September 11, 2002 7:25 pm      Page 26

Proceedings include all events.          TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

| | | |
|---|---|---|
| 6/12/97 | 146 | AFFIDAVIT by Plaintiffs of Maria T Vullo IN OPPOSITION TO DEFENDANTS CRANE & ACLA'S MOTION FOR DISCOVERY [143-1] (tely) |
| 6/25/97 | 147 | RECORD OF ORDER by Honorable Robert E. Jones SETTING discovery conference for 9:30am on 7/21/97 (counsel notified) Court Rptr none (tely) [Entry date 06/26/97] |
| 7/7/97 | 148 | RECORD OF ORDER by Honorable Robert E. Jones Discovery |

hearing shall remain as set for 7/21/97 at 9:30am (counsel notified)  Court Rptr none (tely)

7/17/97   149   ASSOCIATION OF COUNSEL by Plaintiffs of attorney Carol J Bernick (tely)

7/22/97   150   RECORD OF PROCEEDINGS  before Honorable Robert E. Jones All depositions may be video taped. All Defendants will be available in person for trial. Deposition dates given. ORDER Drestie & Wysong to produce documents by 8/1/97. ORDER all Defendants shall produce any documents contained in computer files with respect to request for production of documents. ORDER with respect to a box of document production delivered to Plaintiff, Mr. Broderick shall confirm which documents are Ramey & Stovers & shall identify the loose documents in the box by 8/1/97. ORDER with respect to Roy McMillen's response, Plaintiff needs to know what exhibits 1,2 & 3 are . Counsel shall prepare a formal response by 8/1/97. ORDER Defendants shall represent to Plaintiff all documents have been produced. ORDER Defendants shall provide any files labeled "Death Threats" or "Harassment" or similar. ORDER by 8/30/97 Plaintiff shall by letter indicate to Defendants pecuniary loss-per Plaintiff. ORDER Plaintiffs shall bring to depositions any medical expenses to date. After depositions, Defendants may request individual Plaintiffs to produce a written report from their doctor of treatment. Reports will be due 30 days after date of request. ORDER Defendant American Coalitions MOTION FOR DISCOVERY [143-1] is DENIED.  (counsel notified)  Court Rptr Kathy Eismann (tely) [Entry date 07/24/97] [Edit date 08/06/97]

8/8/97   151   TRANSCRIPT  of PROCEEDINGS HAD 7/21/97   before Honorable Robert E. Jones   court reporter: Katherine Eismann (tely)

1/15/98   152   MOTION  by Plaintiffs FOR LEAVE TO DEPOSE INMATE PAUL HILL (tely) [Entry date 01/16/98]

1/15/98   153   AFFIDAVIT by Plaintiff of Maria T Vullo re: MOTION FOR LEAVE TO DEPOSE INMATE PAUL HILL [152-1] (tely) [Entry date 01/16/98]

1/15/98   154   MOTION  by Plaintiffs' FOR LEAVE TO DEPOSE INMATE RACHELLE SHANNON (tely) [Entry date 01/16/98]

1/15/98   155   AFFIDAVIT by Plaintiff of Maria T Vullo re: MOTION FOR LEAVE TO DEPOSE INMATE RACHELLE SHANNON [154-1] (tely)

Docket as of September 11, 2002 7:25 pm            Page 27

Proceedings include all events.                              TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

               [Entry date 01/16/98]

1/22/98   156   ORDER ESTABLISHING TRIAL & PRETRIAL CONFERENCE DATES & PROCEDURES by Honorable Robert E. Jones discovery deadline set for 3/31/98; pretrial order set for 10/3/98; dispositive motions due 3/31/98; pretrial conference set

```
                    for 9:30 10/19/98 & 9 day jury trial set for 9:00 11/3/98
                    in Portland Signed 1/22/98 Deputy Clerk/C Skopil (counsel
                    notified) (tely) [Entry date 01/23/98]

1/23/98   157       ORDER by Honorable Robert E. Jones GRANTING Plaintiff's
                    MOTION FOR LEAVE TO DEPOSE INMATE RACHELLE SHANNON [154-1]
                    in the Topeka Correctional Facility in Topeka, Kansas
                    Signed 1/22/98 (counsel notified) (tely)

1/23/98   158       ORDER by Honorable Robert E. Jones GRANTING Plaintiff's
                    MOTION FOR LEAVE TO DEPOSE INMATE PAUL HILL [152-1] in the
                    Florida State Prison in Starke, Florida Signed 1/22/98
                    (counsel notified) (tely)

2/19/98   159       NOTICE OF CASE REASSIGNMENT  from Honorable Robert E. Jones
                    to Hon Ann L. Aiken  (counsel notified) (tely)

2/23/98   160       RECORD OF ORDER before Honorable Robert E. Jones  reassign
                    hrg to Honorable Robert E. Jones  STRIKING pretrial
                    conference of 10/19/98 & jury trial of 11/3/98 from Judge
                    Jones' calendar (counsel notified) Court Rptr none (tely)
                    [Entry date 02/24/98]

2/23/98   160       RECORD OF ORDER  by Honorable Ann L. Aiken   SETTING
                    pretrial conference for 9:30am on 10/19/98 & 9 day jury
                    trial set for 9:00am on 11/3/98 in Portland (counsel
                    notified) Court Rptr none (tely) [Entry date 02/24/98]

2/27/98   161       RECORD OF ORDER by Honorable Ann L. Aiken: Pursuant to
                    Judge Jones letter to counsel deadlines reset as follows:
                    Discovery due 5/4/98; Dispositive motions due 7/31/98
                    (counsel notified) (kirk) [Entry date 03/04/98]

2/27/98   162       RECORD OF ORDER to strike hearing previously set before the
                    Honorable Robert E. Jones (kirk) [Entry date 03/04/98]

2/27/98   162       RECORD OF ORDER by Honorable Ann L. Aiken: Resetting case
                    schedule as follows: Pretrial order due 10/5/98; Pretrial
                    conference set for 8:30am on 10/20/98 & 9 day Jury Trial
                    set to begin at 9:00am on 11/3/98 in Portland (counsel
                    notified) (kirk) [Entry date 03/04/98]

2/27/98   163       INTERLOCUTORY APPEAL by Defendant Michael Bray to the 9th
                    Circuit Court of Appeals from a letter to all counsel from
                    the Honorable Robert E. Jones dated 1/22/98 and from an
                    Order entered by the Clerk on said decision (Receipt
                    number: 402247) (kirk) [Entry date 03/04/98]



Docket as of September 11, 2002 7:25 pm           Page 28

Proceedings include all events.                   TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

2/27/98   --        RECEIVED APPEAL fee from Michael Bray in amount of $105.00
                    (Receipt # 402247) (tomg) [Entry date 03/06/98]

3/6/98    --        NOTIFICATION OF INTERLOCUTORY APPEAL mailed to Court of
```

|  |  |  |
|---|---|---|
|  |  | Appeals For the Ninth Circuit and to counsel along with copy of appealed document and docket sheet.  No CADS. (tomg) |
| 3/18/98 | 164 | RESPONSE by Plaintiffs to Defendant Bray's Letter Request for Reconsideration (kirk) [Entry date 03/19/98] |
| 3/18/98 | 165 | RECORD OF ORDER by Honorable Robert E. Jones: Pursuant to Mr Brodericks letter of 3/6/98 requesting reconsideration of Judge Jones Order that Mr Bray submit to 4 hours of deposition & answer all questions about his conviction, parties have until 3/31/98 to file any response to this request for reconsideration; replies due 4/13/98 (counsel notified) (kirk) [Entry date 03/19/98] |
| 3/18/98 | 170 | APPLICATION FOR SPECIAL ADMISSION PRO HAC VICE by attorney John F Baughman; Local Counsel: Carol J Bernick representing Plaintiff Planned Parenthood of the Columbia/Willamette Inc ; Fee paid, receipt # 402441; Approved 3/18/98 by Honorable Ann L. Aiken (counsel notified) (kirk) [Entry date 03/23/98] |
| 3/19/98 | 166 | MOTION by Plaintiff FOR LEAVE TO DEPOSE INMATE FLIP BENHAM (kirk) |
| 3/19/98 | 167 | AFFIDAVIT by Plaintiff of Maria T Vullo in Support of MOTION FOR LEAVE TO DEPOSE INMATE FLIP BENHAM [166-1] (kirk) |
| 3/19/98 | 168 | MOTION by Plaintiffs FOR LEAVE TO DEPOSE INMATE MICHAEL GRIFFIN (kirk) |
| 3/19/98 | 169 | AFFIDAVIT by Plaintiffs of Maria T Vullo in Support of MOTION FOR LEAVE TO DEPOSE INMATE MICHAEL GRIFFIN [168-1] (kirk) |
| 3/23/98 | 171 | ORDER by Honorable Ann L. Aiken: GRANTING Plaintiffs MOTION FOR LEAVE TO DEPOSE INMATE MICHAEL GRIFFIN [168-1];(See formal Order) Signed 3/23/98 (counsel notified) (kirk) [Entry date 03/24/98] |
| 3/23/98 | 172 | ORDER by Honorable Ann L. Aiken: GRANTING Plaintiffs MOTION FOR LEAVE TO DEPOSE INMATE FLIP BENHAM [166-1]; (See formal Order) Signed 3/23/98 (counsel notified) (kirk) [Entry date 03/24/98] |
| 3/23/98 | 173 | CERTIFIED COPY OF TIME SCHEDULE ORDER from the US Court of Appeals for the Ninth Circuit: Appellant/petitioner to file transcript order form by 3/30/98; Court reporter to file transcript by 4/29/98; Appellant/petitioners opening brief due 6/15/98 & Appellee/respondent to file reply brief by 7/15/98 [163-1] (kirk) [Entry date 03/24/98] |

Docket as of September 11, 2002 7:25 pm          Page 29

Proceedings include all events.          TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

| 3/23/98 | 174 | NOTIFICATION by US Court of Appeals for the Ninth Circuit |
|---|---|---|

|          |     | of Docket Number 98-35260 by Defendant regarding Interlocutory Appeal [163-1] (kirk) [Entry date 03/24/98] |
|----------|-----|---|
| 3/31/98  | 175 | RESPONSE by Plaintiffs' to Defendant Bray's request for RECONSIDERATION re Court's minute order [165-1] requiring him to answer questions at his deposition (tely) |
| 4/1/98   | 176 | MOTION by Plaintiffs FOR EIGHT DAY EXTENSION OF DEPOSITION DISCOVERY DEADLINE TO PERMIT THE DEPOSITION OF DONALD SPITZ (Expedited Consideration Requested) (kirk) [Entry date 04/02/98] |
| 4/1/98   | 177 | AFFIDAVIT by Plaintiffs of Anne T. Amann in Support of MOTION FOR EIGHT DAY EXTENSION OF DEPOSITION DISCOVERY DEADLINE TO PERMIT DEPOSITION OF DONALD SPITZ [176-1] (kirk) [Entry date 04/02/98] |
| 4/7/98   | 178 | RECORD OF ORDER by Honorable Ann L. Aiken: GRANTING Plaintiffs MOTION FOR EIGHT DAY EXTENSION OF DEPOSITION DISCOVERY DEADLINE TO PERMIT THE DEPOSITION OF DONALD SPITZ [176-1] (counsel notified) (kirk) [Entry date 04/08/98] |
| 4/14/98  | 179 | OPINION AND ORDER: Defendant Bray's MOTION FOR RECONSIDERATION OF THE COURTS 1/22/98 DISCOVERY ORDER IS DENIED [156-2]; Plaintiffs request for production of Bray's personal notes taken during November 1997 deposition is DENIED; Signed 4/13/98 by Honorable Robert E. Jones (See formal 5-Page Opinion & Order)(microfilmed 4/14/98) (counsel notified) (kirk) |
| 4/21/98  | 180 | MOTION by Defendants Monica Migliorino Miller & Donald Treshman TO COMPEL RESPONSES TO PRIOR WRITTEN DISCOVERY(Expedited Consideration Requested) (kirk) |
| 4/21/98  | 181 | CERTIFICATE OF SERVICE of MOTION TO COMPEL RESPONSES TO PRIOR WRITTEN DISCOVERY [180-1] by Defendant Monica Migliorino Miller, Defendant Donald Treshman (kirk) |
| 4/29/98  | 182 | RECORD OF ORDER by Honorable Ann L. Aiken: Issuance of 16 subpoenas that are subject of Defense Attorney David Daulton's letter of 4/28/98, is STAYED; Defendant is allowed until 5/8/98 to file a motion to quash those subpoenas; Plaintiff is allowed until 5/15/98 to reply; (counsel notified) (dcap) [Entry date 04/30/98] |
| 4/30/98  | 183 | MEMORANDUM by Plaintiffs' IN OPPOSITION to Defendants Miller & Treshman's MOTION TO COMPEL RESPONSES TO PRIOR WRITTEN DISCOVERY [180-1] (tely) |
| 5/6/98   | 184 | REPLY DECLARATION of Christopher A. Ferrara filed by Defendants Monica Migliorino Miller & Donald Treshman (kirk) [Entry date 05/07/98] |

Docket as of September 11, 2002 7:25 pm                    Page 30

Proceedings include all events.                                    TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

5/6/98    185    REPLY MEMORANDUM OF LAW by Defendants Monica Migliorino
                 Miller & Donald Treshman (kirk) [Entry date 05/07/98]

5/6/98    186    CERTIFICATE OF SERVICE of reply [185-1], reply [184-1] by
                 Defendants Monica Migliorino Miller & Donald Treshman (kirk)
                 [Entry date 05/07/98]

5/8/98    187    MOTION by Defendants American Coalition, Advocates For Life
                 Ministries, Andrew Burnett, David Crane, Catherine Ramey, &
                 Dawn Marie Stover TO QUASH SUBPOENAS DUCES TECUM SERVED BY
                 PLAINTIFFS (kirk) [Entry date 05/11/98]

5/8/98    188    RESPONSE by Plaintiffs to Defendants MOTION TO COMPEL
                 RESPONSES TO PRIOR WRITTEN DISCOVERY [180-1] (kirk)
                 [Entry date 05/11/98]

5/8/98    189    NOTICE OF CASE REASSIGNMENT  from Honorable Ann L. Aiken
                 to Honorable Robert E. Jones  (counsel notified) (kirk)
                 [Entry date 05/11/98]

5/15/98   190    MEMORANDUM by Plaintiff IN OPPOSITION to Defendants MOTION
                 TO QUASH SUBPOENAS DUCES TECUM SERVED BY PLAINTIFFS [187-1]
                 (tely)

5/15/98   191    RECORD OF ORDER  by Honorable Robert E. Jones SETTING
                 MOTION TO COMPEL RESPONSES TO PRIOR WRITTEN DISCOVERY
                 [180-1] on not for oral argument calendar of 5/15/98
                 (counsel notified)  Court Rptr none (tely)
                 [Entry date 05/18/98]

5/20/98   193    RECORD OF ORDER  by Honorable Robert E. Jones SETTING
                 Defendants MOTION TO QUASH SUBPOENAS DUCES TECUM SERVED BY
                 PLAINTIFFS [187-1] Telephone argument set for 11:00 6/4/98.
                  Discovery ddl for 6/4/98 (counsel notified) Court Rptr
                 none (tely) [Entry date 05/21/98]

5/21/98   192    CERTIFICATE OF RECORD transmitted to US Court of Appeals
                 for the Ninth Circuit re appeal CA 98-35260 [163-1] filed
                 by Michael Bray on 2/27/98. (tomg)

6/4/98    196    RECORD OF PROCEEDINGS  before Honorable Robert E. Jones
                 DENYING Defendants MOTION TO QUASH SUBPOENAS DUCES TECUM
                 SERVED BY PLAINTIFFS [187-1]. The subpoenaed records are
                 subject to a protective order as follows: (see file).
                 (counsel notified) Court Rptr Jerry Harris (tely)
                 [Entry date 06/12/98]

6/10/98   194    ORDER REINSTATING subpoenas Duces Tecum by Honorable Robert
                 E. Jones re MOTION TO QUASH SUBPOENAS DUCES TECUM SERVED BY
                 PLAINTIFFS [187-1] (see file) Signed 6/8/98 (counsel
                 notified) (tely)

3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

| | | |
|---|---|---|
| 6/11/98 | 195 | ORDER by Honorable Robert E. Jones on 6/4/98 the Court DENIED Defendans' MOTION TO QUASH SUBPOENAS DUCES TECUM SERVED BY PLAINTIFFS [187-1] this AMENDED ORDER is entered for the purposes of clarifying the protective order applicable to the records (see file) Signed 6/11/98 (counsel notified) (tely) |
| 7/2/98 | 197 | RECORD OF PROCEEDINGS  before Honorable Robert E. Jones re Defendants MOTION TO COMPEL RESPONSES TO PRIOR WRITTEN DISCOVERY [180-1]  (see file for ruling). ORDER Defendant shall file dispositive motions by 7/31/98; Response to dispositive motions due 8/31/98; Reply to response due 9/14/98; pretrial conference set for 1:30pm on 10/19/98 & 3 day jury trial set for 11/3/98 at 9am in Portland (counsel notified) Court Rptr Bob Stimler (tely) [Entry date 07/07/98] |
| 7/28/98 | 198 | MOTION  by Plaintiffs TO EXCEED PAGE LIMITATION IN ITS RESPONSE TO DEFENDANT MICHAEL BRAY'S MOTION FOR CERTIFICATION & BRIEF IN SUPPORT OF PLAINTIFFS CROSS MOTION TO HOLD MICHAEL BRAY IN CONTEMPT (tely) |
| 7/28/98 | 199 | MOTION  by Plaintiffs TO HOLD DEFENDANT MICHAEL BRAY IN CONTEMPT (tely) |
| 7/28/98 | 200 | MEMORANDUM by Plaintiffs IN OPPOSITION to Defendant Michael Bray's MOTION for CERTIFICATION of an Interlocutory Appeal (tely) |
| 7/28/98 | 200 | MEMORANDUM IN SUPPORT by Plaintiffs of MOTION TO HOLD DEFENDANT MICHAEL BRAY IN CONTEMPT [199-1] (tely) |
| 7/28/98 | 201 | AFFIDAVIT by Plaintiff of Maria T Vullo re: opposition Defendant Michael Bray's MOTION for CERTIFICATION & in support of their MOTION TO HOLD DEFENDANT MICHAEL BRAY IN CONTEMPT [199-1] (tely) |
| 7/28/98 | 202 | CERTIFICATE OF SERVICE of affidavit [201-1], memorandum [200-1], memorandum [200-1], MOTION TO HOLD DEFENDANT MICHAEL BRAY IN CONTEMPT [199-1], MOTION TO EXCEED PAGE LIMITATION IN ITS RESPONSE TO DEFENDANT MICHAEL BRAY'S MOTION FOR CERTIFICATION & BRIEF IN SUPPORT OF PLAINTIFFS CROSS MOTION TO HOLD MICHAEL BRAY IN CONTEMPT [198-1] by Plaintiff (tely) |
| 7/31/98 | 203 | MOTION by Defendants American Coalition, Advocates For Life M, Andrew Burnett, David Crane, Catherine Ramey, Dawn Marie Stover FOR SUMMARY JUDGMENT (tely) |
| 7/31/98 | 204 | MEMORANDUM IN SUPPORT by Defendants American Coalition, Advocates For Life M, Andrew Burnett, David Crane, Catherine Ramey, Dawn Marie Stover of MOTION FOR SUMMARY JUDGMENT [203-1] (tely) |

Docket as of September 11, 2002 7:25 pm       Page 32

Proceedings include all events.                              TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

7/31/98  205    CONCISE STATEMENT OF MATERIAL FACTS by Defendants American
                Coalition, Advocates For Life M, Andrew Burnett, David
                Crane, Ramey, Dawn Marie Stover in support of MOTION FOR
                SUMMARY JUDGMENT [203-1] (tely)

7/31/98  206    JOINT MOTION by Defendants Timothy Paul Dreste, Joseph L
                Foreman, Charles Wysong FOR SUMMARY JUDGMENT (tely)

7/31/98  207    MEMORANDUM IN SUPPORT by Defendant Timothy Paul Dreste of
                MOTION FOR SUMMARY JUDGMENT [206-1] (tely)

7/31/98  208    MEMORANDUM IN SUPPORT by Defendant Joseph L Foreman of
                MOTION FOR SUMMARY JUDGMENT [206-1] (tely)

7/31/98  209    MEMORANDUM IN SUPPORT by Defendant Charles Wysong of MOTION
                FOR SUMMARY JUDGMENT [206-1] (tely)

8/3/98   210    MOTION  by Monica Migliorino Miller, Donald Treshman TO
                EXCEED PAGE LIMITATION IN ITS BRIEF TO THE SUMMARY JUDGMENT
                MOTION (tely)

8/3/98   211    MOTION  by Defendants Monica Migliorino Miller & Donald
                Treshman FOR SUMMARY JUDGMENT (tely)

8/3/98   212    MEMORANDUM IN SUPPORT by Defendants Monica Migliorino
                Miller & Donald Treshman of MOTION FOR SUMMARY JUDGMENT
                [211-1] (tely)

8/3/98   213    EXHIBITS TO CONCISE STATEMENT OF MATERIAL FACTS by
                Defendants Monica Migliorino Miller & Donald Treshman in
                support of MOTION FOR SUMMARY JUDGMENT [211-1] (tely)

8/3/98   214    CERTIFICATE OF SERVICE of statement [213-1], memorandum
                [212-1], MOTION FOR SUMMARY JUDGMENT [211-1], MOTION TO
                EXCEED PAGE LIMITATION IN ITS BRIEF TO THE SUMMARY JUDGMENT
                MOTION [210-1] by Monica Migliorino Miller, Donald Treshman
                (tely)

8/7/98   215    RECORD OF ORDER  by Honorable Robert E. Jones GRANTING
                Miller & Trershaman's MOTION TO EXCEED PAGE LIMITATION IN
                ITS BRIEF TO THE SUMMARY JUDGMENT MOTION [210-1]. GRANTING
                Plaintiff's MOTION TO EXCEED PAGE LIMITATION IN ITS RESPONSE
                TO DEFENDANT MICHAEL BRAY'S MOTION FOR CERTIFICATION & BRIEF
                IN SUPPORT OF PLAINTIFFS CROSS MOTION TO HOLD MICHAEL BRAY
                IN CONTEMPT [198-1]. ORDE SETTING Plaintiff's CROSS MOTION
                TO HOLD DEFENDANT MICHAEL BRAY IN CONTEMPT [199-1];
                Migliorino, Miller & Treshamm's MOTION FOR SUMMARY JUDGMENT
                [211-1]; Dreste, Foreman & Wysong's MOTION FOR SUMMARY
                JUDGMENT [206-1] &  American Coalition of Life, Burnett,
                Crane, Ramey & Stover's MOTION FOR SUMMARY JUDGMENT [203-1]
                on oral calendar of 9:30 9/28/98 (counsel notified) Court
                Rptr (tely) [Entry date 08/10/98] [Edit date 08/10/98]

Docket as of September 11, 2002 7:25 pm          Page 33

Proceedings include all events.                          TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

8/11/98   216   MOTION  by Defendants American Coalition for Life
                Activists, Advocates for Life Ministries, Andrew Burnett,
                David Crane, Catherine Ramey & Dawn Marie Stover FOR ORDER
                TO INCORPORATION BY REFERENCE ALL LEGAL ARGUMENTS CONTAINED
                IN EACH MOTION FOR SUMMARY JUDGMENT, MEMORANDUM IN SUPPORT
                & STATE OF FACTS FILED BY OTHER COUNSEL ON BEHALF OF THE
                OTHER NAMED DEFENDANTS (tely)

8/11/98   217   RECORD OF ORDER  by Honorable Robert E. Jones GRANTING
                Defendants American Coalition, Burnett, Crane, Ramey &
                Stover's MOTION FOR ORDER TO INCORPORATION BY REFERENCE ALL
                LEGAL ARGUMENTS CONTAINED IN EACH MOTION FOR SUMMARY
                JUDGMENT, MEMORANDUM IN SUPPORT & STATE OF FACTS FILED BY
                OTHER COUNSEL ON BEHALF OF THE OTHER NAMED DEFENDANTS
                [216-1] (counsel notified)  Court Rptr none (tely)
                [Entry date 08/13/98]

8/19/98   218   MOTION  by Plaintiffs TO EXCEED PAGE LIMITATION IN THERE
                MEMORANDUM IN OPPOSITION TO DEFENDANTS MOTIONS FOR SUMMARY
                JUDGMENT (tely)

8/24/98   219   MEMORANDUM by Defendant Michael Bray  IN OPPOSITION  to
                Plaintiffs' MOTION TO HOLD DEFENDANT MICHAEL BRAY IN
                CONTEMPT [199-1] Reply 9/8/98 & REPLY MEMORANDUM of law
                regarding MOTION for INTERLOCUTORY APPEAL (tely)

8/26/98   220   RECORD OF ORDER  by Honorable Robert E. Jones GRANTING
                Plaintiffs' MOTION TO EXCEED PAGE LIMITATION IN THERE
                MEMORANDUM IN OPPOSITION TO DEFENDANTS MOTIONS FOR SUMMARY
                JUDGMENT [218-1]  (counsel notified)  Court Rptr none (tely)
                [Entry date 08/27/98]

8/31/98   221   MOTION  by Plaintiffs FOR ORDER TO SEAL PLAINTIFFS
                AFFIDAVITS IN OPPOSITION IN PLAINTIFFS' MOTION FOR SUMMARY
                JUDGMENT (tely) [Entry date 09/01/98]

8/31/98   222   MEMORANDUM by Plaintiffs IN OPPOSITION  to Defendants'
                MOTIONS FOR SUMMARY JUDGMENT [211-1], [206-1] & [203-1]
                Reply due 9/14/98 (tely) [Entry date 09/01/98]

8/31/98   223   EXHIBITS in support of Plaintiffs memorandum of law in
                opposition to Defendants' MOTIONS for SUMMARY JUDGMENT
                [222-1] (tely) [Entry date 09/01/98]

8/31/98   224   DEPOSITION excerpts in support of Plaintiffs' memorandum of
                law in opposition to Defendants' MOTIONS for SUMMARY
                JUDGMENT-volume I [222] (tely) [Entry date 09/01/98]

8/31/98   225   DEPOSITION excerpts in support of Plaintiffs' memorandum of
                law in opposition to Defendants MOTIONS for SUMMARY
                JUDGMENT-Volume II [222] (tely) [Entry date 09/01/98]

Docket as of September 11, 2002 7:25 pm                    Page 34

Proceedings include all events.                                    TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

8/31/98   226    CONCISE STATEMENT OF MATERIAL FACTS by Plaintiff re
                 Defendants MOTION FOR SUMMARY JUDGMENT [211-1],[ 206-1] &
                 [203-1] (tely) [Entry date 09/01/98]

8/31/98   227    AFFIDAVITS by Plaintiffs  re: memorandum  in opposition to
                 Defendants MOTIONS for SUMMARY JUDGMENT [222-1]  (FILED
                 UNDER SEAL) (tely) [Entry date 09/01/98]

8/31/98   228    AFFIDAVIT by Plaintiffs of Robert Crist, MD re: memorandum
                 in opposition to Defendants MOTIONS for SUMMARY JUDGMENT
                 [222-1]  (FILED UNDER SEAL) (tely) [Entry date 09/01/98]

8/31/98   229    AFFIDAVIT by Plaintiffs of Warren M Hern, MD re: memorandum
                 in opposition to Defendants' MOTIONS for SUMMARY JUDGMENT
                 [222-1]   (FILED UNDER SEAL) (tely) [Entry date 09/01/98]

8/31/98   230    AFFIDAVIT by Plaintiffs of Laura Blue re: memorandum in
                 opposition to Defendants' MOTIONS for SUMMARY JUDGMENT
                 [222-1] (FILED UNDER SEAL) (tely) [Entry date 09/01/98]

8/31/98   231    AFFIDAVIT by Plaintiffs of Karen Sweigert, MD re:
                 memorandum in opposition to Defendants' MOTIONS for SUMMARY
                 JUDGMENT [222-1] (FILED UNDER SEAL) (tely)
                 [Entry date 09/01/98]

8/31/98   232    AFFIDAVIT by Plaintiffs of Elizabeth Newhall, MD re:
                 memorandum in opposition to Defendants MOTIONS for SUMMARY
                 JUDGMENT [222-1] WITH VIDEO (FILED UNDER SEAL) (tely)
                 [Entry date 09/01/98]

8/31/98   233    AFFIDAVIT by Plaintiffs of Jeanne Atkins re: memorandum in
                 opposition to Defendants MOTIONS for SUMMARY JUDGMENT
                 [222-1] (FILED UNDER SEAL) (tely) [Entry date 09/01/98]

8/31/98   234    AFFIDAVIT by Plaintiffs of James Newhall, MD re: memorandum
                 in opposition to Defendants MOTIONS for SUMMARY JUDGMENT
                 [222-1]  (FILED UNDER SEAL) (tely) [Entry date 09/01/98]

8/31/98   235    RECORD OF ORDER  by Honorable Robert E. Jones GRANTING
                 Plaintiff's MOTION FOR ORDER TO SEAL PLAINTIFFS AFFIDAVITS
                 IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
                 [221-1] notified)  Court Rptr none (tely)
                 [Entry date 09/02/98]

9/9/98    236    RESPONSE by Plaintiffs to  Defendants' MOTION for EXTENSION
                 OF TIME to file a reply on Defendants MOTION for SJ (not
                 filed) (tely)

9/17/98   237    MOTION  by Defendants Monica Migliorino Miller, Donald
                 Treshman TO EXCEED PAGE LIMITATION IN ITS REPLY MEMORANDUM
                 TO ITS MOTION FOR SUMMARY JUDGMENT (tely)

Docket as of September 11, 2002 7:25 pm                    Page 35

Proceedings include all events.                                          TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

9/17/98  238    RECORD OF ORDER by Honorable Robert E. Jones GRANTING
                Defendants Dreste, Foreman, Wysong, Miller & Treshman's
                MOTION TO EXCEED PAGE LIMITATION IN ITS REPLY MEMORANDUM TO
                ITS MOTION FOR SUMMARY JUDGMENT [237-1] [222-1], [206-1],
                [211-1] Reply due 9/21/98 (counsel notified) (wri)
                [Entry date 09/21/98]

9/17/98  240    RECORD OF ORDER by Honorable Robert E. Jones GRANTING
                Defendants American Coalition, Advocates for Life
                Ministries, Michael Bray, Andrew Burnett, David Crane,
                Michael Dodds, Charles Roy McMillan, Stephen P. Mears,
                Bruce Evan Murch, Catherine Ramey & Dawn Marie Stover's
                MOTION FOR EXTENSION OF TIME IN WHICH TO FILE A REPLY TO
                Plaintiffs' RESPONSE [222-1] TO Defendants' MOTION FOR
                SUMMARY JUDGMENT [203-1] [239-1]; Reply due 9/21/98
                (counsel notified) (wri) [Entry date 09/21/98]

9/18/98  239    SEPARATE MOTION by Defendants American Coalition, Advocates
                For Life Ministries, Michael Bray, Andrew Burnett, David
                Crane, Michael Dodds, Charles Roy McMillan, Stephen P
                Mears, Bruce Evan Murch, Catherine Ramey, & Dawn Marie
                Stover FOR EXTENSION OF TIME IN WHICH TO FILE A REPLY TO
                Plaintiffs' RESPONSE [222-1] TO Defendants' MOTION FOR
                SUMMARY JUDGMENT [203-1] (wri) [Entry date 09/21/98]

9/18/98  241    MEMORANDUM OF LAW IN REPLY by Defendants Timothy Paul
                Dreste, Joseph L Foreman & Charles Wysong TO Plaintiffs'
                MEMORANDUM OF LAW IN OPPOSITION [222-1] TO Defendants'
                MOTIONS FOR SUMMARY JUDGMENT [206-1], [203-1], [211-1] (wri)
                [Entry date 09/21/98]

9/18/98  242    FORMAL OBJECTION by Defendants Timothy Paul Dreste, Joseph
                L Foreman, Charles Wysong, Monica Migliorino Miller, &
                Donald Treshman to Plaintiffs' AFFIDAVITS [234-1], [233-1],
                [232-1], [231-1], [230-1], [229-1], [228-1], [227-1], IN
                RESPONSE TO Defendants' MOTIONS FOR SUMMARY JUDGMENT
                [211-1], [206-1], [203-1] (wri) [Entry date 09/21/98]

9/21/98  243    REPLY MEMORANDUM by Defendants Monica Miller and Donald
                Treshman in SUPPORT of their MOTION FOR SUMMARY JUDGMENT
                [211-1] (peg)

9/21/98  244    RECORD OF ORDER  by Honorable Robert E. Jones GRANTING
                Miller & Treshman's MOTION TO EXCEED PAGE LIMITATION IN ITS
                REPLY MEMORANDUM TO ITS MOTION FOR SUMMARY JUDGMENT [237-1]
                (counsel notified) Court Rptr none (tely)
                [Entry date 09/22/98]

9/22/98  245    MEMORANDUM  by Amicus ACLU re Defendants MOTIONS FOR
                SUMMARY JUDGMENT [211-1], [206-1] & [203-1] (tely)

Docket as of September 11, 2002 7:25 pm          Page 36

Proceedings include all events.          TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

9/23/98  246    NOTICE OF JOINDER by Defendants Monica Migliorino Miller,
            Donald Treshman in the memorandum of law of Defendants
            Foreman, Dreste & Wysong in reply to Plaintiffs' memorandum
            of law & hereby adopts for purposes of the pending summary
            judgment motion all the legal arguments contained there in.
            (tely)

9/24/98  247    MOTION  by Defendants American Coalition of Life Activists,
            Advocates for Life Ministries, Michael Bray, Andrew
            Burnett, David Crane, Michael Dodds, Charles McMillan,
            Stephen Mears, Bruce Murch, Catherine Ramey & Dawn Marie
            Stover  FOR ORDER TO ADOPT THE FORMAL OBJECTION OF
            DEFENDANTS DRESTE, FOREMAN, WYSONG, MILLER & TRRESHAM TO
            PLAINTIFFS AFFIDAVITS FILED IN SUPPORT OF PLAINTIFFS
            RESPONSE TO DEFENDANTS' MOITON FOR SUMMARY JUDGMENT (tely)

9/24/98  248    MOTION by Defendants American Coalition, Advocates For Life
            M, Michael Bray, Andrew Burnett, David Crane, Michael
            Dodds, Joseph L Foreman, Charles Roy McMillan, Stephen P
            Mears,, Bruce Evan Catherine Ramey, Dawn Marie Stover FOR
            ORDER TO ADOPT THE REPLY MEMORANDUM OF LAW OF DEFENDANTS
            MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANTS MONICA
            MILLER & DONALD TRESHMAN (tely)

9/24/98  249    MOTION  by American Coalition, Advocates For Life M,
            Michael Bray, Andrew Burnett, David Crane, Michael Dodds,
            Joseph L Foreman, Charles Roy McMillan, Stephen P Mears,
            Bruce Evan Murch, Catherine Ramey, Dawn Marie Stover FOR
            ORDER  TO ADOPT MEMORANDUM OF LAW OF DEFENDANTS FOREMAN,
            DRESTE & WYSON IN REPLY TO PLAINTIFFS MEMORANDUM OF LAW IN
            OPPOSITION TO DEFENDANTS MOTIONS FOR SUMMARY JUDGMENT (tely)

9/25/98  250    RESPONSE by Plaintiff to Defendants' formal objection to
            Plaintiffs affidavits (tely)

9/28/98  251    APPLICATION FOR SPECIAL ADMISSION PRO HAC VICE by  attorney
            KEVIN L GIBBS;  Local Counsel: WILLIAM D BAILEY
            representing Defendants American Coalition, Advocates For
            Life M, Michael Bray, Andrew Burnett, David Crane, Timothy
            Paul Dreste, Joseph L Foreman, Charles Roy McMillan, Murch,
            Ramey, Stover & Wysong Fee paid, receipt # WAIVED; Approved
            9/28/98 by Honorable Robert E. Jones (counsel notified)
            (tely) [Entry date 09/29/98]

Docket as of September 11, 2002 7:25 pm            Page 37

Proceedings include all events.                         TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

9/29/98  252    RECORD OF PROCEEDINGS  before Honorable Robert E. Jones
                TAKING UNDER ADVISEMENT on 9/29/98 Defendants' MOTIONS FOR
                SUMMARY JUDGMENT [203-1], [206-1] [211-1]. ORDER STRIKING
                pretrial conference of 10/19/98. Bray's MOTION for
                CERTIFICATION of interlocutory appeal is DENIED. Plaintiffs
                MOTION TO HOLD DEFENDANT MICHAEL BRAY IN CONTEMPT [199-1] is
                GRANTED in part as follows: Defendant Bray has until 12pm on
                9/30/98 to decide whether he will comply with Court's
                previous discovery order & until 10/13/98 to submit a
                further deposition or be found in contempt. American
                Coalition's MOTIONS [247,248 & 249] to ADOPT are GRANTED.
                (counsel notified) Court Rptr Kathy Eismann (tely)
                [Entry date 10/05/98] [Edit date 10/05/98]

10/13/98 253    TRANSCRIPT  of PROCEEDINGS HAD 9/28/98  before Honorable
                Robert E. Jones appeal [163-1]   court reporter: Katherine
                Eismann (tely) [Entry date 10/14/98]

10/14/98 254    RECORD OF ORDER  by Honorable Robert E. Jones   Setting
                pretrial conference  for 9:00am on 11/2/98. Pretrial
                materials as described in the Order Establishing Trial
                filed on 1/22/98 are due on the date of the pretrial
                conference. Trial to begin on 11/3/98 at 9am. It is
                requested that Michael Simon prepare & submit to the COurt
                by 11/2/98 a neutral set of jury instructions based on the
                Opinion issued on 10/14/98. (counsel notified) Court Rptr
                none (tely)

10/14/98 255    OPINION AND ORDER DENYING Defendants' MOTIONS FOR SUMMARY
                JUDGMENT [203-1] [206-1] & [211-1] with the following
                exceptions: Summary judgment is GRANTED in favor of all
                Defendants on Plaintiffs' claims arising out of the bumper
                sticker & the posters attached as Plaintiffs exhibits 56-60
                to the Concise Statement of Material Facts. ORDER that (1)
                Defendant Bray is REINSTATED as a Defendant to Plaintiffs
                RICO & ORICO claims (2) Defendant Bray is in CONTEMPT &
                declared to be in DEFAULT & his defenses stricken as a
                sanction for non compliance with Court Orders, subject to
                relief from default, if appropriate, after a VERDICT is
                rendered on the issue of the existence of "true threats".
                Signed 10/14/98 by Honorable Robert E. Jones   microfilmed
                & eod 10/14/98 (counsel notified) (tely)

10/19/98 256    MOTION by Defendants Timothy Paul Dreste, Joseph L Foreman,
                Monica Migliorino Miller, Donald Treshman, Charles Wysong
                TO CONTINUE PRETRIAL CONFERENCE & TRIAL DATES (tely)

10/19/98 257    MOTION  by Defendants American Coalition of Life Activists,
                Advocates for Life Ministries, Burnett, Crane, Dodds,
                Mears, Ramey & Stover TO CONTINUE PRETRIAL CONFERENCE &

```
                    TRIAL DATES (tely)

10/19/98 258        AFFIDAVIT by Defendants'  of David T Daulton re: MOTION TO
                    CONTINUE PRETRIAL CONFERENCE & TRIAL DATES [257-1] (tely)
```

Docket as of September 11, 2002 7:25 pm            Page 38

Proceedings include all events.                                TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

```
10/20/98 259        MEMORANDUM by Plaintiff IN OPPOSITION To Defendants MOTIONS
                    TO CONTINUE PRETRIAL CONFERENCE & TRIAL DATES [257-1] &
                    [256-1] Reply due 11/3/98 (tely)

10/21/98 260        RECORD OF ORDER  Of Telephone Conference by Honorable
                    Robert E. Jones GRANTING in part MOTIONS TO CONTINUE
                    PRETRIAL CONFERENCE & TRIAL DATES [257-1] & [256-1]. Jury
                    trial reset to 12/7/98 at 9am. Pretrial conference remains
                    set for 11/2/98 at 9am (counsel notified) Court Rptr none
                    (tely) [Entry date 10/22/98]

10/27/98 261        SEPARATE & AMENDED MOTION  by Defendant Charles Wysong TO
                    CONTINUE TRIAL PRESENTLY SET FOR 12/7/98 (tely)

10/28/98 262        MOTION  by Plaintiffs IN LIMINE REGARDING EXPERTS (tely)

10/28/98 263        MEMORANDUM IN SUPPORT by Plaintiffs of MOTION IN LIMINE
                    REGARDING EXPERTS [262-1] (tely)

11/2/98  264        WITNESS LIST by Plaintiffs (tely)

11/2/98  265        2ND MOTION/MEMORANDUM  by Plaintiffs IN LIMINE (tely)
                    [Edit date 11/02/98]

11/2/98  266        MOTION/MEMORANDUM  by Plaintiffs IN LIMINE (tely)

11/2/98  267        MOTION  by Defendants IN LIMINE (tely)

11/2/98  268        WITNESS LIST by Defendants (tely)

11/2/98  292        RECORD OF PROCEEDINGS Of Pretrial Conference of 11/2 &
                    11/3/98 before Honorable Robert E. Jones ORDER DENYING
                    Wysong's MOTION TO CONTINUE TRIAL PRESENTLY SET FOR 12/7/98
                    [261-1]. Wysong is excused from being at trial. With respect
                    to jury instructions, ACLU must submit neutrual set of
                    instructions by 11/16/98, after which time Plaintiff will
                    have 1 week for review, Defendant will have 1 week for
                    review. Plaintiffs & Defendants proposed exhibits are
                    admitted & excluded as stated on the record. The following
                    MOTIONS are underadvisement: Plaintiffs MOTION IN LIMINE
                    REGARDING EXPERTS [262-1] , 2nd MOTION [265] in LIMINE; 3rd
                    MOTION [266] in LIMINE; Defendants 1st & 2nd MOTIONS in
                    LIMINE [276]. Parties will exchange deposition designations
                    on 11/9/98 & cross designations on 11/16/98 (counsel
                    notified) Court Rptr Kathy Eismann (tely)
                    [Entry date 12/01/98] [Edit date 12/01/98]
```

Docket as of September 11, 2002 7:25 pm                    Page 39

Proceedings include all events.                                      TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

11/4/98   269    APPLICATION FOR SPECIAL ADMISSION PRO HAC VICE by  attorney
                 ELIZABETH MARINGER;  Local Counsel: CAROL BERNICK
                 representing Plaintiffs Planned Parenthood C, Portland
                 Feminist Wo,  Robert Crist, Warren M Hern, Elizabeth
                 Newhall, James Newhall, Karen Sweigert ; Fee paid, receipt
                 # 406728;  Approved 11/3/98  by Honorable Robert E. Jones
                 (counsel notified) (tely)

11/5/98   270    RESPONSE by Plaintiffs to Defendants MOTION IN LIMINE
                 [267-1] Reply due 11/19/98 (tely)

11/5/98   271    AMENDED WITNESS LIST by Plaintiffs' (tely)

11/5/98   272    EXHIBIT LIST-Volume I filed by Plaintiffs (tely)

11/5/98   273    CERTIFICATE OF SERVICE of witness list [271-1], MOTION
                 response [270-1] by Plaintiff (tely)

11/5/98   274    CERTIFICATE OF SERVICE of service certificate [273-1],
                 exhibits list [272-1] by Plaintiffs (tely)

11/10/98  275    DEPOSITION  DESIGNATIONS filed by Plaintiffs (tely)

11/12/98  282    RECORD OF PROCEEDINGS Of Telephone Conference  before
                 Honorable Robert E. Jones Jurors will appear 12/3/98 to
                 complete questionnaire. Jury selection will begin 12/7/98
                 at 9am. Trial schedule is as follows: Plaintiffs case
                 12/7/98 thru 12/14/98; Defendants case 12/15/98 thru
                 12/18/98; closing arguments 12/22/98. Plaintiffs shall file
                 any responses to jury instructions by 11/18/98 & Defendants
                 shall file any responses to jury instructions by 12/2/98
                 (counsel notified) Court Rptr Jerry Harris (tely)
                 [Entry date 11/16/98]

11/13/98  276    2ND MOTION  by Defendants IN LIMINE (tely)
                 [Entry date 11/16/98]

11/13/98  277    OBJECTIONS by Defendants to Plaintiffs' amended witness
                 list [271-1] (tely) [Entry date 11/16/98]

11/13/98  278    RESPONSE by Defendants to Plaintiff's 2nd MOTION IN LIMINE
                 [265-1] Reply due 11/27/98 (tely) [Entry date 11/16/98]

11/13/98  279    REPLY IN SUPPORT by Plaintiffs re MOTION IN LIMINE [265-1]
                 (tely) [Entry date 11/16/98]

11/13/98 280    RESPONSE by Plaintiffs to [277-1] Defendants objections to
                witnesses (tely) [Entry date 11/16/98]

11/16/98 281    NOTICE OF SUBMISSIONS of related rulings filed by
                Plaintiffs' (tely)

Docket as of September 11, 2002 7:25 pm                    Page 40

Proceedings include all events.                                TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

11/16/98 283    APPLICATION FOR SPECIAL ADMISSION PRO HAC VICE by  attorney
                MARTIN LONDON;  Local Counsel: CAROL J BERNICK representing
                Plaintiffs Planned Parenthood Portland Feminist Wo, Robert
                Crist, Warren M Hern, Elizabeth Newhall, James Newhall,  &
                Karen Sweigert ; Fee paid, receipt # 407012; Approved
                11/16/98  by Honorable Robert E. Jones (counsel notified)
                (tely)

11/17/98 284    RESPONSE by Plaintiffs to Defendants request for
                preliminary instructions (filed by letter dated 11/13/98)
                (tely)

11/19/98 285    OPINION AND ORDER  re Plaintiffs 1st MOTION IN LIMINE
                REGARDING EXPERTS [262-1]; Plaintiffs 2nd MOTION IN LIMINE
                [265-1] Plaintiffs 3rd MOTION IN LIMINE [266-1]; Defendants
                1st  MOTION IN LIMINE [267-1] & Defendants 2nd MOTION IN
                LIMINE [276-1] (see 9 pg order)  Signed 11/18/98  by
                Honorable Robert E. Jones   microfilmed & eod 11/19/98
                (counsel notified) (tely)

11/19/98 286    APPLICATION FOR SPECIAL ADMISSION PRO HAC VICE by  attorney
                JAMES M BENDELL;  Local Counsel: NORMAN LINDSTEDT
                representing Defendant Michael Dodds, Defendant Stephen P
                Mears, Defendant Monica Migliorino Miller, Defendant Donald
                Treshman ; Fee paid,;  Approved 11/19/98  by Honorable
                Robert E. Jones (counsel notified) (tely)

11/20/98 287    FORMAL OBJECTIONS by Defendants Monica Migliorino Miller,
                Donald Treshman to proffered testimony (tely)

11/23/98 288    PROPOSED JURY INSTRUCTIONS by Amicus ACLU (tely)

11/23/98 289    PROPOSED SPECIAL VERDICT submitted by Amicus ACLU (tely)

11/25/98 290    AMENDED EXHIBIT LIST by Plaintiffs (tely)

11/27/98 291    MOTION  by Defendants Monica Migliorino Miller and Donald
                Treshman FOR RECONSIDERATION OF ITS OPINION AND ORDER OF
                11/18/98 (sher) [Entry date 11/30/98]

12/1/98  293    MOTION & MEMORANDUM  by Plaintiffs IN LIMINE TO ADMIT
                CERTAIN NEWSPAPER ARTICLES (tely)

12/1/98  294    PROPOSED JURY INSTRUCTIONS by Plaintiffs (tely)

12/1/98   295     PROPOSED JURY VERDICT FORM submitted by Plaintiffs (tely)

12/1/98   296     OBJECTIONS by Plaintiffs to proposed testimony of Joan
                  Appleton (tely)

12/2/98   297     MOTION  by Plaintiffs IN LIMINE REGARDING SUBJECTIVE
                  INTENT EVIDENCE (tely)

Docket as of September 11, 2002 7:25 pm                    Page 41

Proceedings include all events.                         TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

12/2/98   298     ORDER setting forth guidelines that the Court intends to
                  follow in conducting the trial so that the parties may
                  receive a fair trial & that the trial itself be
                  conducted with proper order & decorum. by Honorable Robert
                  E. Jones Signed 12/2/98 (counsel notified) (tely)

12/3/98   299     ORDER by Honorable Robert E. Jones DENYING Plaintiffs
                  MOTION IN LIMINE REGARDING SUBJECTIVE INTENT EVIDENCE
                  [297-1] Signed 12/3/98 (counsel notified) (tely)

12/3/98   301     RECORD OF PROCEEDINGS Of Conference  before Honorable
                  Robert E. Jones  Pretrial conference is reset for 9:00am
                  on 1/6/99 & 3 week jury trial reset to 9:00am on 1/7/99 in
                  Portland. Within 7 days, defense to provide definitive list
                  of which Defendants & 3rd party witnesses will be present
                  at trial &  will testify. Plaintiffs will have an
                  additional 7 days to provide equivalent definitive witness
                  list. Defendants proposed jury instructions due within 7
                  days. Defendants to immediately provide objections to
                  Plaintiffs proposed deposition excerpts. (counsel
                  notified) Court Rptr Kathy Eismann (tely)
                  [Entry date 12/07/98]

12/7/98   300     MEMORANDUM by Defendants IN OPPOSITION  to Plaintiffs
                  MOTION IN LIMINE TO ADMIT CERTAIN NEWSPAPER ARTICLES
                  [293-1] Reply due 12/21/98 (tely)

12/7/98   302     TRANSCRIPT  of PROCEEDINGS HAD 12/2/98-Volume I   before
                  Honorable Robert E. Jones   court reporter: Katherine
                  Eismann (tely)

12/7/98   303     TRANSCRIPT  of PROCEEDINGS HAD 12/3/98 -Volume II  before
                  Honorable Robert E. Jones   court reporter: Katherine
                  Eismann (tely)

12/10/98  304     ORDER  by Honorable Robert E. Jones this Court hereby
                  prohibits counsel of record, including their agents &
                  employees, & all parties, including, their agents &
                  employees from discussing the issues & proceedings in this
                  case with any media until the conclusion of the trial.
                  Signed 12/10/98 (counsel notified) (tely)

```
12/14/98 305    PROPOSED JURY INSTRUCTIONS by Defendants Monica Migliorino
                Miller & Donald Treshman (tely)

12/18/98 306    OBJECTIONS by Defendants  to Plaintiffs' proposed jury
                instructions [294-1] (tely) [Entry date 12/21/98]

12/22/98 307    RESPONSE by Plaintiffs to proposed jury instructions of
                Defendants Miller & Treshman [305-1] & to objection of
                Defendants  [306-1] to Plaintiffs proposed jury
                instructions (tely)
```

Docket as of September 11, 2002 7:25 pm         Page 42

Proceedings include all events.                   TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

```
12/22/98 308    REVISED & SUPPLEMENTED JURY INSTRUCTIONS filed
                by Defendants Monica Migliorino Miller & Donald Treshman re
                jury [305-1] (tely)

12/28/98 309    3RD MOTION  by Defendants IN LIMINE REGARDING DEPOSITION
                DESIGNATIONS (tely)

12/28/98 310    MOTION  by Plaintiffs FOR ORDER FOR RULINGS ON THEIR
                OBJECTIONS TO DEFENDANTS DEPOOSITION DESIGNATIONS (tely)

12/28/98 311    REVISED & PROPOSED JURY INSTRUCTIONS on the Hobbs Act filed
                by Plaintiffs (tely)

12/28/98 312    RESPONSE by Plaintiffs to [308-1] Defendants
                Treshmam/Miller's revised & supplemented proposed jury
                instructions (tely)

12/28/98 313    RESPONSE by Plaintiffs to Defendants' 3rd MOTION IN LIMINE
                REGARDING DEPOSITION DESIGNATIONS [309-1] Reply due 1/11/99
                (tely)

12/28/98 314    MOTION  by Plaintiffs IN LIMINE TO INTRODUCE EVIDENCE OF
                DEFENDANTS' OTHER ACTS PURSUANT TO FED. R. EVID. 404(b)
                (tely)

12/28/98 326    RECORD OF PROCEEDINGS Of Telephone Conference  before
                Honorable Robert E. Jones  (counsel notified)  Court Rptr
                Kathy Eismann (tely) [Entry date 01/04/99]

12/29/98 315    CHALLENGES FOR CAUSE filed by Defendants  Monica Migliorino
                Miller, Donald Treshman (tely)

12/30/98 316    MOTION by Defendant Charles Wysong TO DISMISS COUNTS ONE &
                TWO OF THE AMENDED COMPLAINT (kirk) [Entry date 12/31/98]

12/30/98 317    MEMORANDUM IN SUPPORT by Defendant Charles Wysong of MOTION
                TO DISMISS COUNTS ONE & TWO OF THE AMENDED COMPLAINT
                [316-1] (kirk) [Entry date 12/31/98]

12/30/98 318    MOTION by Defendant Charles Wysong TO DISMISS COUNTS THREE
```

                            & FOUR FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN
                            BE GRANTED (kirk) [Entry date 12/31/98]

12/30/98 319     MEMORANDUM IN SUPPORT by Defendant Charles Wysong of MOTION
                            TO DISMISS COUNTS THREE & FOUR FOR FAILURE TO STATE A CLAIM
                            UPON WHICH RELIEF CAN BE GRANTED [318-1] (kirk)
                            [Entry date 12/31/98]

12/30/98 320     MOTION by Defendant Charles Wysong TO DISMISS COUNTS FIVE
                            & SIX OF THE AMENDED COMPLAINT (kirk) [Entry date 12/31/98]

12/30/98 321     MEMORANDUM OF LAW IN SUPPORT by Defendant Charles Wysong of
                            MOTION TO DISMISS COUNTS FIVE & SIX OF THE AMENDED
                            COMPLAINT [320-1] (kirk) [Entry date 12/31/98]

Docket as of September 11, 2002 7:25 pm          Page 43

Proceedings include all events.                    TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

12/30/98 327     RECORD OF PROCEEDINGS  before Honorable Robert E. Jones re
                            time table for trial; Plaintiffs' ORAL MOTION for VOLUNTARY
                            DISMISSAL of claims & defenses is GRANTED as follows:
                            claims of Plaintiff Karen Sweigert are DISMISSED with
                            prejudice; Defendants Monica Miller & Steven Mears are
                            DISMISSED with prejudice. (counsel notified)  Court Rptr
                            Kathy Eismann (tely) [Entry date 01/04/99]

12/31/98 322     TRANSCRIPT  of PROCEEDINGS HAD 12/3/98   before Honorable
                            Robert E. Jones   court reporter: Katherine Eismann (tely)
                            [Entry date 01/04/99]

12/31/98 323     TRANSCRIPT  of PROCEEDGINS HAD 12/18/98   before Honorable
                            Robert E. Jones   court reporter: Katherine Eismann (tely)
                            [Entry date 01/04/99]

12/31/98 324     TRANSCRIPT  of PROCEEDGINS HAD 12/28/98   before Honorable
                            Robert E. Jones   court reporter: Katherine Eismann (tely)
                            [Entry date 01/04/99]

12/31/98 325     TRANSCRIPT  of PROCEEDGINS HAD 12/30/98   before Honorable
                            Robert E. Jones   court reporter: Katherine Eismann (tely)
                            [Entry date 01/04/99]

12/31/98 328     RECORD OF ORDER  by Honorable Robert E. Jones DENYING
                            Defendant Wysong's MOTION TO DISMISS COUNTS ONE & TWO OF
                            THE AMENDED COMPLAINT [316-1] ; MOTION TO DISMISS COUNTS
                            THREE & FOUR FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF
                            CAN BE GRANTED [318-1] & MOTION TO DISMISS COUNTS FIVE &
                            SIX OF THE AMENDED COMPLAINT [320-1] (counsel notified)
                            Court Rptr none (tely) [Entry date 01/04/99]

12/31/98 329     ORDER  by Honorable Robert E. Jones re trial management etc
                            (see file) Signed 12/31/98 (counsel notified) (tely)
                            [Entry date 01/04/99]

1/5/99   330     APPLICATION FOR SPECIAL ADMISSION PRO HAC VICE by  attorney

MICHAEL R HIRSH;  Local Counsel: WILLIAM D BAILEY
representing Defendant Timothy Paul Dreste, Charlie Wysong,
Joseph Foreman ; Approved 1/5/99  by Honorable Robert E.
Jones (counsel notified) (tely) [Entry date 01/06/99]

1/5/99   331     APPLICATION FOR SPECIAL ADMISSION PRO HAC VICE by  attorney
RICHARD J TRAYNOR;  Local Counsel: NORMAN L LINDSTED
representing Defendants Donald Treshman, M. Miller, S.
Mears, & M. Dodds ; Fee paid, receipt 407976;  Approved
1/5/99  by Honorable Robert E. Jones (counsel notified)
(tely) [Entry date 01/06/99]

Docket as of September 11, 2002 7:25 pm        Page 44

Proceedings include all events.              TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

1/5/99   337     RECORD OF PROCEEDINGS OF Status Conference  before
Honorable Robert E. Jones  Hirsh & Traynor are admitted pro
hac vice upon payment & filing of proper application, with
conditions as stated on the record (counsel notified)
Court Rptr Kathy Eismann (tely) [Entry date 01/07/99]

1/6/99   332     OBJECTIONS by Plaintiffs to  Defendants deposition
summaries of Drs. Warren Hern & Karen Sweigert (tely)

1/6/99   333     MEMORANDUM OF LAW opposing admission of evidence of
Defendants' prior arrests & convictions of Defendants filed
by Defendants' (tely)

1/6/99   334     OBJECTIONS by Defendants to Plaintiffs' deposition
transcript designations (tely)

1/6/99   335     OBJECTIONS by Donald Treshman  to proposed preliminary jury
instructions (tely) [Entry date 01/07/99]

1/6/99   336     MOTION/MEMORANDUM  by Movant Henry Kane MAKING MOVANT AN
AMICUS CURIAE (tely) [Entry date 01/07/99]

1/6/99   338     ORDER re individuals who are authorized to bring laptop
computers into the courtroom for the trial in this case
(see file) by Honorable Robert E. Jones Signed 1/6/99
(counsel notified) (tely) [Entry date 01/07/99]

1/6/99   346     RECORD OF PROCEEDINGS Of Pretrial Conference  before
Honorable Robert E. Jones  Bill Bailey's objection to
subpoena of Mr. Craine. Plaintiff to make a showing of
correct service. Defendants' object to deposition
summaries. Written objections to be exchanged by 1/10/99 at
11am. Preliminary instructions due by 1/13/99 at 5pm.
Parties to exchange exhibits by 2pm, 1/6/99. Defendants'
request to subpoena tax returns is DENIED. Plaintiffs
objections to Defendants' exhibits 502,503,504 DENIED.

                        Defendant to redact last 5 paragraphs of page 3 of exhibit
                        506. Defendant to redact Michael Hirsh's name in exhibit
                        515.  (counsel notified) Court Rptr Kathy Eismann (tely)
                        [Entry date 01/11/99]

1/7/99   339    ITEMIZED LIST OF SPECIAL DAMAGES filed by Plaintiffs (tely)

1/7/99   340    MOTION  by Plaintiffs' FOR ORDER TO READ DEFENDANTS
                ADMISSIONS TO THE JURY (submitted as a request) (tely)
                [Entry date 01/08/99]

1/7/99   341    MEMORANDUM  in support of compelling Defendant Crane to
                appear at trial filed by Plaintiffs (tely)
                [Entry date 01/08/99]

Docket as of September 11, 2002 7:25 pm              Page 45

Proceedings include all events.                         TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

1/7/99   342    MEMORANDUM on why it would be grounds for a mistrial to
                allow Plaintiffs counsel to say to the jury that Bray's
                invocation of the 5th amendment is admissible against &
                supports an inference against the other Defendants filed by
                 Defendant Donald Treshman (tely) [Entry date 01/08/99]

1/7/99   347    RECORD OF JURY TRIAL 1ST DAY   before Honorable Robert E.
                Jones VOIR DIRE BEGINS JURY IMPANELED; opening statements;
                Defendants' ORAL MOTIONS for MISTRIAL based upon Plaintiffs
                mini-opening & full opening DENIED; Plaintiffs ORAL MOTION
                for SANCTIONS of Mr. Michael Hirsch & MOTION to INSTRUCT
                the jury of violation of Court rules & rules of
                decorum/professional conduct with respect to opposing
                counsel DENIED; Witness sworn, evidence adduced   (counsel
                notified)  Court Rptr Kathy Eismann (tely)
                [Entry date 01/11/99]

1/8/99   343    APPLICATION FOR SPECIAL ADMISSION PRO HAC VICE by  attorney
                MARK RENART PECK;  Local Counsel: WILLIAM D BAILEY
                representing Defendants ; Fee paid, receipt # 407798;
                Approved 1/8/99  by Honorable Robert E. Jones (counsel
                notified) (tely) [Entry date 01/11/99]

1/8/99   348    RECORD OF JURY TRIAL 2ND DAY    before Honorable Robert E.
                Jones Defendants exhibit 34A received; Plaintiffs exhibit
                34B received; witnesses sworn & evidence adduced (counsel
                notified) Court Rptr Kathy Eismann (tely)
                [Entry date 01/11/99]

1/11/99  344    TRANSCRIPT of PROCEEDINGS HAD 12/5/98   before Honorable
                Robert E. Jones appeal [163-1]   court reporter: Katherine
                Eismann  (Note:  Date incorrect, see docket number 479)
                (tely) [Edit date 04/21/99]

1/11/99   345     TRANSCRIPT  of PROCEEDINGS HAD 12/6/98   before Honorable
                  Robert E. Jones appeal [163-1]   court reporter: Katherine
                  Eismann  (Note: Date incorrect, see docket number 480)
                  (tely) [Edit date 04/21/99]

1/11/99   349     RECORD OF JURY TRIAL 3RD DAY    before Honorable Robert E.
                  Jones Trial hours changed to 9am to 4pm. With respect to
                  5th Amendment issue, counsel may comment with respect to
                  Defendant Bray but Court DEFERS ruling with respect to
                  other parties. Media may obtain transcripts within 4 hours
                  after the close of trial each day. Defendants MOTION for
                  SEVERANCE of claims against Defendant Bray DENIED. Exhibits
                  131,133,135,137,138,144 offered but not received. Exhibit
                  308 received. Defendants ORAL MOTION for MISTRIAL based on
                  FBI agents testimony DENIED. Defendants' ORAL MOTION to
                  EXCUSE 2 jurors (or for mistrial) DENIED. ORDER NO contact
                  with jurors whatsoever by parties, lawyers, witnesses, etc.
                  ORDER Gag order extends to ALL testifying witnesses.
                  Witness sworn & evidence adduced. (counsel notified) Court
                  Rptr Kathy Eismann (tely) [Entry date 01/14/99]




Docket as of September 11, 2002 7:25 pm              Page 46

Proceedings include all events.                              TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al


1/12/99   354     RECORD OF JURY TRIAL 4TH DAY    before Honorable Robert E.
                  Jones Exhibits received 314,323,304,320,303,345,144.
                  Defendant must provide deposition designation page numbers
                  to Plaintiff 48 hours before Defendant intends to read
                  them. Evidence adduced & witnesses sworn. (counsel
                  notified) Court Rptr Kathy Eismann (tely)
                  [Entry date 01/19/99]

1/13/99   355     RECORD OF JURY TRIAL 5TH DAY    before Honorable Robert E.
                  Jones Defendants application for mistrial or
                  disqualification of juror offended by the use of the term
                  "abortionist" DENIED. ORDER counsel to use the terms
                  "abortion provider" and "pro-life activist". Exhibit 722
                  offered & received. Plaintiff may read judicial admissions
                  of Defendants to jury but the document itself does ot go to
                  the jury. Witness sworn & evidence adduced (counsel
                  notified) Court Rptr Kathy Eismann (tely)
                  [Entry date 01/19/99]

1/14/99   350     RECORD OF ORDER  by Honorable Robert E. Jones Pursuant to
                  Local Rule 5.1 Parties must file an original & one copy of
                  every pleading with the Court. The Court does not ACCEPT
                  documents filed via E-mail unless specifically ordered.
                  Pursuant to Local Rule 10.1 Format requirements-Parties
                  must file pleadings in accordance with Local Rule 10.1. The
                  exparte application for leave to file amicus curiae
                  memorandum by A.B. Kyle is DENIED (counsel notified)  Court
                  Rptr none (tely)

1/14/99   356     RECORD OF JURY TRIAL 6TH DAY    before Honorable Robert E.
                  Jones Exhibits 409,319 received. Defendant's object to

exhibit 73 sustained; exhibit 73 pulled from all exhibit
books. ORDER no insignia of any kind may be worn by ANYONE
in the Court. Evidence adduced & witnesses sworn (counsel
notified) Court Rptr Kathy Eismann (tely)
[Entry date 01/19/99]

1/15/99  351     ORDER  by Honorable Robert E. Jones to US Marshals-anyone
                 entering the Courthouse will be instructed that they may not
                 possess any leaflets or literature pertaining to the
                 above-entitled trial & may not distribute any such leaflets
                 or literature to anyone in the building or place any such
                 literature or leaflets anywhere in the building. Violation
                 of this Order will result in SANCTIONS ordered by the Court
                 Signed 1/15/99 (counsel notified) (tely)
                 [Edit date 01/15/99]

1/15/99  352     TRANSCRIPT  of PROCEEDINGS OF 1/7/99   before Honorable
                 Robert E. Jones    court reporter: Katherine Eismann (tely)

1/15/99  353     TRANSCRIPT  of PROCEEDINGS HAD 1/8/99   before Honorable
                 Robert E. Jones    court reporter: Katherine Eismann (tely)

Docket as of September 11, 2002 7:25 pm              Page 47

Proceedings include all events.                            TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

1/15/99  357     RECORD OF JURY TRIAL 7TH DAY   before Honorable Robert E.
                 Jones Evidence adduced, witnesses sworn; Plaintiffs
                 deposition summaries read; Plaintiffs rest; Defendants Rule
                 50 MOTIONS to DISMISS DENIED; exhibit 73 re-admitted;
                 exhibits 74,133, 744 received; Defendants MOTION for
                 MISTRIAL DENIED (counsel notified) Court Rptr Kathy Eismann
                 (tely) [Entry date 01/22/99]

1/18/99  358     RECORD OF PROCEEDINGS  before Honorable Robert E. Jones
                 Defendants offer of proof (ie testimony of Neal Horsley)
                 accepted; but Plaintiffs' cross examination of Horsley will
                 not count against their time limit. Jury names will NOT be
                 revealed. Defendants request to subpoena tax records
                 denied. Ruling: no lawyer for any party will testify
                 (counsel notified) Court Rptr Kathy Eismann (tely)
                 [Entry date 01/22/99]

1/19/99  359     RECORD OF JURY TRIAL 8TH DAY    before Honorable Robert E.
                 Jones Evidence adduced, witnesses sworn; exhibits 387,743 &
                 691 received (counsel notified) Court Rptr Kathy Eismann
                 (tely) [Entry date 01/22/99]

1/20/99  360     RECORD OF JURY TRIAL 9TH DAY    before Honorable Robert E.
                 Jones Evidence adduced, witnesses sworn; Defendants 3
                 MOTIONS for MISTRIAL are DENIED; Defense counsel's name
                 redaced from exhibit 79; Exhibit 389 offered & received;
                 Ruling: Defendant Bray is already in DEFAULT & is not
                 permitted to testify unless Plaintiffs wish otherwise
                 (counsel notified) Court Rptr Kathy Eismann (tely)
                 [Entry date 01/22/99]

1/21/99  361    RECORD OF JURY TRIAL 10th DAY    before Honorable Robert E.
                Jones Evidence adduced, witnesses sworn; Defendants ORAL
                MOTION for MISTRIAL DENIED; Exhibits received 428, 41d,379
                (counsel notified) Court Rptr Kathy Eismann (tely)
                [Entry date 01/22/99]

1/22/99  365    RECORD OF JURY TRIAL 11TH DAY    before Honorable Robert E.
                Jones  Witnesses sworn & evidence adduced; Defendants offer
                of Life Advocate magazines & Reverend Foreman's book-DENIED;
                 exhibits 766 & 454 received. (counsel notified) Court Rptr
                Kathy Eismann (tely) [Entry date 01/26/99]

1/22/99  369    RECORD OF JURY TRIAL 11TH DAY    before Honorable Robert E.
                Jones Witnesses sworn, evidence adduced. Defendants' offer
                of Life Advocate magazines & Reverend Foreman's book
                DENIED. Exhibits 766 & 454 received (counsel notified)
                Court Rptr Kathy Eismann (tely) [Entry date 01/28/99]

1/25/99  362    EXCEPTIONS to jury charges on behalf of all remaining
                Defendants filed  by Defendant Donald Treshman (tely)


Docket as of September 11, 2002 7:25 pm              Page 48

Proceedings include all events.                         TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

1/25/99  363    PROPOSED  additional jury charges submitted on behalf of
                all remaining Defendants submitted by Defendant Donald
                Treshman (tely)

1/25/99  364    PROPOSED JURY VERDICT submitted on behalf of all remaining
                Defendants  by Defendant Donald Treshman (tely)

1/25/99  370    RECORD OF JURY TRIAL 12TH DAY    before Honorable Robert E.
                Jones  Evidence adduced; Defendants MOTION to ADMIT Life
                Advocate issues of 1996 & 1997 DENIED; Exhibits
                421,495,494,769,770,771,772 received; Defendants MOTION to
                RECALL Defendant Crane as witness DENIED; Defense rest;
                Rebuttal by Plaintiffs. Ruing: parties may not make any
                reference to Department of Justice action in closings.
                Defendants ORAL MOTIONS to AMEND answers DENIED.
                Defendants' Rule 50 MOTIONS to DISMISS will be DENIED after
                closings (except for those Defendants who Plaintiffs may
                decide to withdraw). (counsel notified) Court Rptr Kathy
                Eismann (tely) [Entry date 01/28/99]

1/26/99  371    RECORD OF JURY TRIAL 13TH DAY    before Honorable Robert E.
                Jones Jury instructions; closing arguments; bailiff sworn;
                jury to deliberations; jury dismissed until 1/27/99 at
                8:45am (counsel notified) Court Rptr Kathy Eismann (tely)
                [Entry date 01/28/99]

1/27/99  366    COURT'S JURY INSTRUCTIONS (tely)

```
1/27/99  367    MOTION  by Donald Treshman FOR MISTRIAL (tely)

1/27/99  368    FORMAL OBJECTIONS by Donald Treshman (tely)

1/27/99  372    RECORD OF JURY TRIAL 14TH DAY    before Honorable Robert E.
                Jones Jury in deliberations. ORDER DENYING Defendants
                MOTION FOR MISTRIAL [367-1]. Jury dismissed until 1/28/99
                to continue deliberations  (counsel notified)  Court Rptr
                Kathy Eismann (tely) [Entry date 01/28/99]

1/28/99  373    TRANSCRIPT  of PROCEEDINGS HAD 1/17/99  before Honorable
                Robert E. Jones   court reporter: Katherine Eismann (tely)

1/28/99  374    TRANSCRIPT  of PROCEEDINGS HAD 1/26/99-Plaintiffs Rebuttal
                argument  before Honorable Robert E. Jones   court
                reporter: Katherine Eismann (tely)

1/28/99  375    PROPOSED JURY VERDICT FORM 1/24/99 submitted by Plaintiffs
                (sher) [Entry date 01/29/99]

1/28/99  376    PROPOSED EXCEPTIONS TO JURY INSTRUCTIONS by Plaintiffs (sher)
                [Entry date 01/29/99]

1/28/99  381    RECORD OF JURY TRIAL 15TH DAY    before Honorable Robert E.
                Jones  Jury in deliberations  (counsel notified)  Court
                Rptr none (tely) [Entry date 02/04/99]
```

Docket as of September 11, 2002 7:25 pm          Page 49

Proceedings include all events.                            TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

```
1/29/99  382    RECORD OF JURY TRIAL 16TH DAY    before Honorable Robert E.
                Jones Jury in deliberations   (counsel notified)  Court
                Rptr NONE (tely) [Entry date 02/04/99]

2/1/99   377    AFFIDAVIT by Defendant American Coalition of John A
                Obrinski (tely)

2/1/99   383    RECORD OF JURY TRIAL 17TH DAY    before Honorable Robert E.
                Jones Defendants ORAL MOTION for MISTRIAL DENIED; jury in
                deliberations; jury questions  (counsel notified) Court
                Rptr Kathy Eismann (tely) [Entry date 02/04/99]

2/2/99   378    JURY VERDICT for Plaintiffs & against Defendants (see file)
                (tely)

2/2/99   379    MOTION  by Plaintiffs FOR PRELIMINARY INJUNCTION (tely)
                [Entry date 02/03/99]

2/2/99   394    RECORD OF JURY TRIAL 18TH DAY    before Honorable Robert E.
                Jones Verdict received; jury polled; jury dismissed. All
                exhibits returned to parties  (counsel notified) Court
                Rptr Kathy Eismann (tely) [Entry date 02/05/99]

2/3/99   380    AMENDED MOTION FOR PRELIMINARY INJUNCTION  by Plaintiffs
                replacing Motion [379-1] (tely)
```

| | | |
|---|---|---|
| 2/4/99 | 384 | MOTION  by Defendant Donald Treshman FOR LEAVE TO FILE OPPOSITION TO PROPOSED MOTION FOR PRELIMINARY INJUNCTION WITHOUT SIGNATURE OF LOCAL COUNSEL (tely) |
| 2/4/99 | 385 | MEMORANDUM by Defendant Donald Treshman  IN OPPOSITION to Plaintiffs MOTION FOR PRELIMINARY INJUNCTION [380-1] Reply due 2/18/99 (not an original signature) (tely) |
| 2/4/99 | 386 | ORDER  by Honorable Robert E. Jones  this Court will act on Plaintiffs MOTION FOR PRELIMINARY INJUNCTION [380-1] in due course. (see file)  Signed 2/4/99 (counsel notified) (tely) |
| 2/4/99 | 387 | NOTICE to counsel that all further proceedings before this Court all parties are required to have local counsel present (tely) |
| 2/4/99 | 388 | CLERK'S LIST OF EXHIBITS AND WITNESSES (tely) |
| 2/4/99 | 389 | JURY NOTES of 1/21/99 filed (tely) |
| 2/4/99 | 390 | JURY NOTES of 1/28/99  filed (tely) |
| 2/4/99 | 391 | JURY NOTES of 1/29/99 filed (tely) |
| 2/4/99 | 392 | JURY NOTES of 2/1/99 filed (tely) |
| 2/4/99 | 393 | JURY NOTES of 2/1/99 at 3:30pm filed (tely) |

Docket as of September 11, 2002 7:25 pm         Page 50

Proceedings include all events.                   TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

| | | |
|---|---|---|
| 2/8/99 | 395 | MOTION  by Plaintiffs FOR ENTRY OF  JUDGMENT (tely) [Entry date 02/09/99] |
| 2/8/99 | 396 | RECORD OF ORDER  by Honorable Robert E. Jones DENYING Defendants MOTION FOR MISTRIAL [367-1] (counsel notified) Court Rptr none (tely) [Entry date 02/09/99] |
| 2/9/99 | 397 | ORDER  by Honorable Robert E. Jones  GRANTING Defendants' MOTION for LEAVE TO FILE OBJECTIONS to Plaintiffs proposed form of judgment (not yet filed). Objections shall be filed by 2/16/99. The Court also requests review of the proposed judgment & injunction by amici, ACLU.Signed 2/9/99 (counsel notified) (tely) |
| 2/12/99 | 398 | TRANSCRIPT  of PRETRIAL CONFERENCE HAD  11/2/98  before Honorable Robert E. Jones   court reporter: Katherine Eismann (tely) |
| 2/12/99 | 399 | TRANSCRIPT  of PRETRIAL CONFERENCE HAD 11/3/98  before Honorable Robert E. Jones   court reporter: Katherine Eismann (tely) |
| 2/12/99 | 400 | TRANSCRIPT  of MOTION HEARING HAD 1/5/99  before Honorable |

```
                      Robert E. Jones   court reporter: Katherine Eismann (tely)

2/12/99  401      TRANSCRIPT  of PROCEEDINGS HAD 1/11/99   before Honorable
                  Robert E. Jones   court reporter: Katherine Eismann (tely)

2/12/99  402      TRANSCRIPT  of PROCEEDINGS HAD 1/12/99   before Honorable
                  Robert E. Jones   court reporter: Katherine Eisamnn (tely)

2/12/99  403      TRANSCRIPT  of PROCEEDINGS HAD 1/13/99   before Honorable
                  Robert E. Jones   court reporter: Katherine Eismann (tely)

2/12/99  404      TRANSCRIPT  of PROCEEDINGS HAD 1/14/99   before Honorable
                  Robert E. Jones   court reporter: Katherine Eismann (tely)

2/12/99  405      TRANSCRIPT  of PROCEEDINGS HAD 1/15/99   before Honorable
                  Robert E. Jones   court reporter: Katherine Eismann (tely)

2/12/99  406      TRANSCRIPT  of PROCEEDINGS HAD 1/18/99   before Honorable
                  Robert E. Jones   court reporter: Katherine Eisamnn (tely)

2/12/99  407      TRANSCRIPT  of PROCEEDINGS HAD 1/19/99   before Honorable
                  Robert E. Jones   court reporter: Katherine Eismann (tely)

2/12/99  408      TRANSCRIPT  of PROCEEDINGS HAD 1/20/99   before Honorable
                  Robert E. Jones   court reporter: Katherine Eismann (tely)

2/12/99  409      TRANSCRIPT  of PROCEEDINGS HAD 1/22/99   before Honorable
                  Robert E. Jones   court reporter: Katherine Eismann (tely)
```

```
Docket as of September 11, 2002 7:25 pm            Page 51

Proceedings include all events.                         TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

2/12/99  410      TRANSCRIPT  of PROCEEDINGS HAD 1/21/99   before Honorable
                  Robert E. Jones   court reporter: Katherine Eismann (tely)

2/12/99  411      TRANSCRIPT  of 1/25/99 Testimony of Paul Deparrie   before
                  Honorable Robert E. Jones   court reporter: Katherine
                  Eismann (tely)

2/12/99  412      TRANSCRIPT  of 1/25/99 Cross-Examination of Thomas R
                  Reardon before Honorable Robert E. Jones   court reporter:
                  Katherine Eismann (tely)

2/12/99  413      TRANSCRIPT  of JURY CONFERENCE HAD 1/25/99   before
                  Honorable Robert E. Jones   court reporter: Katherine
                  Eismann (tely)

2/12/99  414      TRANSCRIPT  of PROCEEDINGS HAD 1/26/99   before Honorable
                  Robert E. Jones   court reporter: Katherine Eismann (tely)

2/12/99  415      MOTION  by Defendants Treshman, Brunett, Crane, Advocates
                  for Life Ministries & American Coalition of Life Activists
                  TO BE RELIEVED OF REQUIREMENT FOR CERTIFICATIONS &
                  SIGNATURES BY LOCAL COUNSEL (tely) [Entry date 02/16/99]
```

2/12/99   416      ORDER by Honorable Robert E. Jones DENYING Defendants'
                  MOTION TO BE RELIEVED OF REQUIREMENT FOR CERTIFICATIONS &
                  SIGNATURES BY LOCAL COUNSEL [415-1]. Any post-trial motion
                  must designate the portions of the transcript on which the
                  motion is based, which local counsel can readily review
                  Signed 2/12/99 (counsel notified) (tely)
                  [Entry date 02/16/99]

2/17/99   417      OBJECTIONS by Defendants to Plaintiffs' PROPOSED PERMANENT
                  INJUNCTION ORDER and or TEMPORARY INJUNCTION ORDER [380-1];
                  o/a requested; Reply due 3/3/99 (tely)

2/18/99   418      RESPONSE by Defendants to Plaintiffs MOTION FOR ENTRY OF
                  JUDGMENT [395-1] Reply due 3/4/99 (submitted as objections
                  to Plaintiffs proposed judgment on verdict for money
                  damages); o/a requested (tely)

2/22/99   419      JUDGMENT GRANTING Plaintiffs MOTION FOR ENTRY OF JUDGMENT
                  [395-1]. Each Plaintiff shall recover damages with interest
                  along with Plaintiffs costs of this action (see file). This
                  judgment encompasses the relief awarded by the jury & does
                  not include additional relief that the Court may improse,
                  including without limitation injunctive relief. (12 pages)
                  Signed 2/22/99 microfilmed & EOD 2/22/99 Honorable Robert
                  E. Jones (counsel notified) (tely)

2/23/99   420      RESPONSE by Plaintiffs to [418-1] Defendants objections to
                  Plaintiffs proposed judgment on verdict for money damages
                  (tely)

Docket as of September 11, 2002 7:25 pm          Page 52

Proceedings include all events.                 TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

2/24/99   421      MEMORANDUM by Amicus ACLU IN OPPOSITION to Plaintiffs
                  MOTION FOR PERMANENT INJUNCTION [380-1] Reply due 3/10/99
                  (tely)

2/24/99   423      RECORD OF ORDER  by Honorable Robert E. Jones Plaintiffs
                  MOTION IN LIMINE TO ADMIT CERTAIN NEWSPAPER ARTICLES
                  [293-1]are to be admitted; Plaintiffs MOTION IN LIMINE
                  REGARDING DEPOSITION DESIGNATIONS [309-1] ;Plaintiffs
                  MOTION FOR ORDER FOR RULINGS ON THEIR OBJECTIONS TO
                  DEFENDANTS DEPOOSITION DESIGNATIONS [310-1] MOOT;
                  Plaintiffs MOTION IN LIMINE TO INTRODUCE EVIDENCE OF
                  DEFENDANTS' OTHER ACTS PURSUANT TO FED. R. EVID. 404(b)
                  [314-1] MOOT; MOTION by Henry Kane MOVANT AN AMICUS CURIAE
                  [336-1] MOOT; GRANTING Plaintiffs MOTION FOR ORDER TO READ
                  DEFENDANTS ADMISSIONS TO THE JURY [340-1] (counsel
                  notified)  Court Rptr none (tely) [Entry date 02/25/99]

2/25/99   422      ORDER & PERMANENT INJUNCTION (SEE FILE-11pgs) [380-1]  by
                  Honorable Robert E. Jones  Signed 2/25/99 (counsel
                  notified) (tely)

| | | |
|---|---|---|
| 2/25/99 | 424 | ORDER by Honorable Robert E. Jones the US Marshall is ORDERED to serve the Order & Permanent Injunction on Paul DeParrie & to incur the costs of service Signed 2/25/99 (counsel notified) (tely) |
| 3/3/99 | 425 | MOTION by Plaintiffs' TO EXTEND TIME TO 3/15/99 TO FILE THEIR COST BILL [422-1], [419-1] (tely) |
| 3/3/99 | 426 | AFFIDAVIT by Plaintiffs of Carol Bernick re: MOTION TO EXTEND TIME TO 3/15/99 TO FILE THEIR COST BILL [422-1], [419-1] [425-1] (tely) |
| 3/3/99 | 427 | RETURN OF SERVICE of Court's Order to Paul DeParrie exec 2/26/99 (tely) |
| 3/3/99 | 428 | MOTION by Defendants TO EXCEED PAGE LIMITATION IN DEFENDANTS POST TRIAL MOTIONS TO BE UP TO 50 PAGES IN LENGTH (tely) |
| 3/4/99 | 429 | RECORD OF ORDER by Honorable Robert E. Jones GRANTING Plaintiff's MOTION TO EXTEND TIME TO 3/15/99 TO FILE THEIR COST BILL [422-1], [419-1] [425-1] .GRANTING Defendants MOTION TO EXCEED PAGE LIMITATION IN DEFENDANTS POST TRIAL MOTIONS TO BE UP TO 50 PAGES IN LENGTH [428-1] (counsel notified) Court Rptr (tely) [Entry date 03/05/99] |
| 3/12/99 | 430 | TRANSCRIPT of PROCEEDINGS HAD 1/25/99 before Honorable Robert E. Jones court reporter: Katherine Eismann (tely) |
| 3/12/99 | 431 | PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW submitted by Plaintiffs (peg) [Entry date 03/15/99] |
| 3/12/99 | 432 | AFFIDAVIT of Carol J. Bernick (peg) [Entry date 03/15/99] |

Docket as of September 11, 2002 7:25 pm                    Page 53

Proceedings include all events.                           TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

| | | |
|---|---|---|
| 3/16/99 | 433 | BILL OF COSTS in the amount of $112,860.38 submitted by Plaintiffs re: Judgment [419-1], entered on 2/22/99. (peg) |
| 3/16/99 | 434 | MEMORANDUM IN SUPPORT by Plaintiffs of their BILL OF COSTS [433-1] (peg) |
| 3/16/99 | 435 | AFFIDAVIT of Carol J. Bernick (peg) |
| 3/16/99 | 436 | AFFIDAVIT of Maria T. Vullo in Support of Plaintiffs' BILL OF COSTS [433-1] (peg) |
| 3/16/99 | 437 | AMENDED ORDER & PERMANENT INJUNCTION by Honorable Robert E. Jones re order [422-1] Signed 3/16/99 (74 pages) (counsel notified) (tely) [Entry date 03/17/99] |
| 3/16/99 | 439 | RECORD OF ORDER by Honorable Robert E. Jones This case is DISMISSED. Any pending MOTIONS are MOOT (counsel notified) |

Court Rptr none (tely) [Entry date 03/17/99]

3/17/99  438    MOTION  by Non-Defendant-Movant Paul deParrie FOR ORDER
                FOR INTERPRETATION OF ORDER & PERMANENT INJUNCTION (tely)

3/17/99  440    RECORD OF ORDER  by Honorable Robert E. Jones Defense
                counsel is allowed until 4/7/99 in which to file objections
                to the Court's Amended Order & Permanent Injunction
                (counsel notified)  Court Rptr none (tely)

3/18/99  441    POST TRIAL MEMORANDUM of amicus curiae  Movant Henry Kane
                re Order & Permanent Injunction (tely)

3/19/99  442    APPLICATION by Movant Paul deParrie TO PROCEED IN FORMA
                PAUPERIS ON APPEAL (tely)

3/19/99  443    NOTICE OF APPEAL to Court of Appeals by Movant Paul
                deParrie from the Amended Order & Permanent Injunction
                entered 3/17/99 [437-1] Receipt # IFP (tely)

3/19/99  449    RECORD OF ORDER  by Honorable Robert E. Jones the Court
                interprets Defendant's last communication as a request to
                extend the date in order to challenge the Amended Findings
                of Fact & Conclusions of Law. The request to extend the time
                for appeal is GRANTED to 4/21/99 notified) Court Rptr none
                (tely) [Entry date 03/22/99] [Edit date 03/22/99]

3/19/99  --     NO APPEAL FEE RECEIVED from Paul deParrie and in forma
                pauperis application filed 3/19/99 (doc. #442) and DENIED
                3/22/99 [doc. #450]. (tomg) [Entry date 03/23/99]

3/22/99  444    NOTICE OF APPEAL to Court of Appeals by Defendants Monica
                Migliorino Miller & Donald Treshman from  Order & Permanent
                Injunction entered 2/25/99 [422-1] Receipt # 409599 (tely)
                [Edit date 03/22/99]

Docket as of September 11, 2002 7:25 pm            Page 54

Proceedings include all events.                       TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

3/22/99  445    NOTICE OF APPEAL to Court of Appeals by Defendants Michael
                Dodds, Charles Roy McMillan, Bruce Evan Murch from Order  &
                Permanent Injunction  entered 2/25/99 [422-1] Receipt #
                409600 (tely) [Edit date 03/22/99]

3/22/99  446    REPRESENTATION STATEMENT by Michael Dodds, Charles Roy
                McMillan, Bruce Evan Murch (tely)

3/22/99  447    NOTICE OF APPEAL to Court of Appeals by Defendants Timothy
                Paul Dreste, Joseph L Foreman, Charles Wysong from Order &
                Permanent Injunction entered 2/25/99  [422-1] Receipt #
                409597 (tely)

3/22/99  448    NOTICE OF APPEAL to Court of Appeals by Defendants American
                Coalition, Advocates For Life M, Michael Bray, Andrew
                Burnett, David Crane, Catherine Ramey, Dawn Marie Stover

                         from Order & Permanent Injunction [422-1]  Receipt # 409598
                         (tely)

3/22/99   450   RECORD OF ORDER  by Honorable Robert E. Jones DENYING Paul
                deParrie's MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL
                [442-1] & [442-2] as he is not a party to this action
                (counsel notified) Court Rptr none (tely)
                [Entry date 03/23/99]

3/22/99   --    RECEIVED APPEAL fee from Timothy Paul Dreste, Joseph L
                Foreman, Charles Wysong  in amount of $105.00 (Receipt #
                409597) (tomg) [Entry date 03/23/99]

3/22/99   --    RECEIVED APPEAL fee from American Coalition et al in amount
                of $105.00 (Receipt # 409598) (tomg) [Entry date 03/24/99]

3/22/99   --    RECEIVED APPEAL fee from Donald Treshman, Monica Miller in
                amount of $105.00 (Receipt # 409599) (tomg)
                [Entry date 03/24/99] [Edit date 03/24/99]

3/22/99   --    RECEIVED APPEAL fee from Michael Dodds & Bruce Evan Murch
                in amount of $105.00 (Receipt # 409600) (tomg)
                [Entry date 03/24/99]

3/23/99   451   RESPONSE by Plaintiffs to Paul deParrie's MOTION FOR ORDER
                FOR INTERPRETATION OF ORDER & PERMANENT INJUNCTION [438-1]
                Reply due 4/6/99 (tely)

3/23/99   --    NOTIFICATION OF (Paul deParrie) APPEAL mailed to Court of
                Appeals For the Ninth Circuit and to counsel along with copy
                of appealed document and docket sheet. REPRESENTATION
                STATEMENT accompanied Notice of Appeal. No CADS. (tomg)
                [Edit date 03/24/99]

Docket as of September 11, 2002 7:25 pm              Page 55

Proceedings include all events.                         TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

3/23/99   --    NOTIFICATION OF (Treste, Foreman, Wysong) APPEAL mailed to
                Court of Appeals For the Ninth Circuit and to counsel along
                with copy of appealed document and docket sheet.
                REPRESENTATION STATEMENT and CADS mailed to Court of
                Appeals. (tomg)

3/23/99   --    NOTIFICATION OF (Advocates For Life, et al) APPEAL mailed
                to Court of Appeals For the Ninth Circuit and to counsel
                along with copy of appealed document and docket sheet.
                REPRESENTATION STATEMENT accompanying Notice of Appeal and
                CADS mailed to Court of Appeals. (tomg)
                [Entry date 03/24/99]

3/23/99   --    NOTIFICATION OF (Treshman, Miller) APPEAL mailed to Court of

```
                     Appeals For the Ninth Circuit and to counsel along with copy
                     of appealed document and docket sheet. REPRESENTATION
                     STATEMENT accompanying Notice of Appeal and CADS mailed to
                     Court of Appeals. (tomg) [Entry date 03/24/99]
                     [Edit date 03/24/99]

3/23/99   --         NOTIFICATION OF (Dodds,Murch) APPEAL mailed to Court of
                     Appeals For the Ninth Circuit and to counsel along with
                     copy of appealed document and docket sheet. REPRESENTATION
                     STATEMENT accompanying Notice of Appeal and CADS mailed to
                     Court of Appeals. (tomg) [Entry date 03/24/99]

3/26/99   452        RECEIPT #409878 in the amount of $105.00 for the filing fee
                     for this appeal-Paul deParrie-Court of Appeals notified
                     (tely) [Edit date 04/28/99]

3/26/99   453        RECORD OF ORDER  by Honorable Robert E. Jones DENYING Paul
                     DeParrie's MOTION FOR ORDER FOR INTERPRETATION OF ORDER &
                     PERMANENT INJUNCTION [438-1]  (counsel notified)  Court
                     Rptr none (tely) [Entry date 03/29/99]

3/26/99   454        RECORD OF ORDER  by Honorable Robert E. Jones minute order
                     of 3/16/99 is RESCINDED [439-1]  (counsel notified) Court
                     Rptr none (tely) [Entry date 03/29/99]

3/30/99   455        TRANSCRIPT DESIGNATION AND ORDERING FORM for date(s) NONE
                     ORDERED  re appeal filed 3/19/99 by Paul deParrie [443-1]
                     (tely)

4/2/99    456        MOTION  by Plaintiffs TO ENFORCE PARAGRAPH 2 OF THE
                     PERMANENT INJUNCTION (tely)

4/5/99    457        NOTIFICATION by US Court of Appeals for the Ninth Circuit
                     of Docket Number 99-35320 by Defendants M. Miller & D
                     Treshman regarding appeal filed 3/22/99 [444-1] (tely)
```

```
Docket as of September 11, 2002 7:25 pm                     Page 56

Proceedings include all events.                            TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

4/5/99    458        CERTIFIED COPY OF ORDER from the US Court of Appeals for
                     the Ninth Circuit re appeal of Miller & Treshman [444-1]
                     CA 99-35320 setting briefing schedule: R/T order 4/21/99;
                     transcript ddl 5/24/99; appellants  brief 7/8/99; appellees
                     brief 8/9/99 with reply with in 14 days (tely)

4/5/99    459        NOTIFICATION by US Court of Appeals for the Ninth Circuit
                     of Docket Number 99-35325 by Defendants Dodds, McMillan,
                     Murch regarding appeal filed 3/22/99 [445-1] (tely)

4/5/99    460        CERTIFIED COPY OF ORDER from the US Court of Appeals for
                     the Ninth Circuit  re appeal of Dodds, McMillan, Murch
```

| | | |
|---|---|---|
| | | [445-1] CA 99-35325 setting briefing schedule: R/T order 4/21/99; transcript ddl 5/24/99; appellants brief 7/8/99; appellees brief 8/9/99 with reply within 14 days (tely) |
| 4/5/99 | 461 | NOTIFICATION by US Court of Appeals for the Ninth Circuit of Docket Number 99-35327 by Defendants Dreste, Foreman, Wysong regarding appeal filed 3/22/99 [447-1] (tely) |
| 4/5/99 | 462 | CERTIFIED COPY OF ORDER from the US Court of Appeals for the Ninth Circuit appeal filed 3/22/99 of Dreste, Foreman & Wyson [447-1] CA99-35327 setting briefing schedule: R/T order due 4/21/99; transcript due 5/24/99; appellants ddl 7/8/99; appellees ddl 8/9/99 with reply within 14 days (tely) |
| 4/5/99 | 463 | NOTIFICATION by US Court of Appeals for the Ninth Circuit of Docket Number 99-35331 by Defendants American Coalition, et. al regarding appeal filed 3/22/99 [448-1] (tely) |
| 4/5/99 | 464 | CERTIFIED COPY OF ORDER from the US Court of Appeals for the Ninth Circuit re appeal filed 3/22/99 by Defendants American Coalition [448-1] CA99-35331 setting briefing schedule: R/T order 4/21/99; transcript ddl 5/24/99; appellants ddl 7/8/99; appellees ddl 8/9/99 with reply within 14 days (tely) |
| 4/5/99 | 465 | MOTION by Movant Paul deParrie FOR ORDER RE TRIAL EXHIBITS & THE COURT RECORD (tely) |
| 4/5/99 | 466 | AFFIDAVIT by Movant Paul deParrie of Paul deParrie re: MOTION FOR ORDER RE TRIAL EXHIBITS & THE COURT RECORD [465-1] (tely) |
| 4/6/99 | 467 | CERTIFICATION by Defendants of compliance with paragraph 2 & other provisions of the Permanent Injunction (tely) |
| 4/7/99 | 468 | MOTION by Thomas More Center For Law & Justice OPPOSITION TO FINDINGS OF FACT, or in the alternative TO EXTEND TIME TO RESPOND TO THE COURT'S FINDINGS OF FACT MADE AFTER THE TRIAL (tely) [Entry date 04/08/99] |

Docket as of September 11, 2002 7:25 pm         Page 57

Proceedings include all events.         TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

| | | |
|---|---|---|
| 4/7/99 | 469 | MEMORANDUM by Defendant Treshamn IN OPPOSITION to Plaintiffs' MOTION TO ENFORCE PARAGRAPH 2 OF THE PERMANENT INJUNCTION [456-1] Reply due 4/21/99 (tely) [Entry date 04/08/99] |
| 4/7/99 | 470 | OBJECTIONS by Defendant Donald Treshman to Court's Amended Order & Permanent Injunction of 3/16/99 [437-1] (tely) [Entry date 04/08/99] |
| 4/12/99 | 471 | OBJECTIONS by Defendant Donald Treshman to Court's Amended |

                              Order & Permanent Injunction of 3/16/99 [437-1] (tely)
                              [Entry date 04/13/99]

4/14/99   472    JOINT NOTICE OF APPEAL with attached REPRESENTATION
                 STATEMENT to Court of Appeals for the Ninth Circuit by
                 Defendants American Coalition, et al, from AMENDED ORDER
                 and PERMANENT INJUNCTION [437-1] entered 3/16/99. Receipt #
                 410162 (tomg)

4/14/99   --     RECEIVED APPEAL fee from American Coalition, et al in
                 amount of $105.00 (Receipt # 410162) (tomg)

4/14/99   --     NOTIFICATION OF APPEAL mailed to Court of Appeals For the
                 Ninth Circuit and to counsel along with copy of appealed
                 document and docket sheet. CADS mailed to Court of Appeals
                 (tomg)

4/16/99   473    REPLY IN SUPPORT by Plaintiffs re MOTION TO ENFORCE
                 PARAGRAPH 2 OF THE PERMANENT INJUNCTION [456-1] (tely)
                 [Entry date 04/19/99]

4/19/99   474    RESPONSE by Defendant Charles Wysong to Plaintiffs MOTION
                 TO ENFORCE PARAGRAPH 2 OF THE PERMANENT INJUNCTION [456-1]
                 Reply due 5/3/99 (tely)

4/19/99   475    RESPONSE by Plaintiffs to deParrie's MOTION FOR ORDER RE
                 TRIAL EXHIBITS & THE COURT RECORD [465-1] Reply due 5/3/99
                 (tely) [Entry date 04/20/99]

4/20/99   476    MOTION  by Defendants ACLA, AFLM, David Crane & Andrew
                 Burnett TO WITHDRAW AS ATTORNEY  DENIS V BRENAN (tely)

4/20/99   477    MOTION  by Defendants ACLA, AFLM, Catherine Remy, Dawn
                 Stove, David Craine, Andrew Burnett & Michael Bray TO
                 WITHDRAW AS ATTORNEY William D Bailey AS ATTORNEY (tely)

4/20/99   478    TRANSCRIPT DESIGNATION AND ORDERING FORM for date(s) see
                 file for request  re appeal [444-1] CA99-35320,35325,
                 35327, 35331 (tely) [Entry date 04/21/99]

4/21/99   479    AMENDED TRANSCRIPT of Docket Number 344:  Date should be
                 1/5/99 before Honorable Robert E. Jones   Reporter: Kathy
                 Eismann (tomg)

Docket as of September 11, 2002 7:25 pm              Page 58

Proceedings include all events.                            TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

4/21/99   480    AMENDED TRANSCRIPT of docket number 345; Date should be
                 1/6/99 before Honorable Robert E. Jones Court reporter:
                 Kathy Eismann (tomg)

4/22/99   481    TRANSCRIPT  of PROCEEDINGS HAD 1/27/99 Volume XV   before
                 Honorable Robert E. Jones   court reporter: Katherine
                 Eismann (tely)

4/22/99  482     TRANSCRIPT of PROCEEDINGS HAD 1/28/99 Volume XVI before Honorable Robert E. Jones court reporter: Katherine Eismann (tely)

4/22/99  483     TRANSCRIPT of PROCEEDINGS HAD 2/1/99 Volume XVII before Honorable Robert E. Jones court reporter: Katherine Eismann (tely)

4/22/99  484     TRANSCRIPT of PROCEEDINGS HAD 2/2/99 Volume XVIII before Honorable Robert E. Jones court reporter: Katherine Eismann (tely)

4/22/99  485     ORDER by Honorable Robert E. Jones GRANTING MOTION TO ENFORCE PARAGRAPH 2 OF THE PERMANENT INJUNCTION [456-1] (see file for procedures) Signed 4/22/99 (counsel notified) (tely) [Entry date 04/23/99]

4/22/99  486     ORDER by Honorable Robert E. Jones DENYING Paul deParrie's MOTION FOR ORDER RE TRIAL EXHIBITS & THE COURT RECORD [465-1] Signed 4/22/99 (counsel notified) (tely) [Entry date 04/23/99]

4/23/99  487     ORDER by Honorable Robert E. Jones Defendant Treshman filed objections to the Findings of Fact & Conclusions of Law set forth in the Amended Order & Permanent Injunction. I have considered the objections & adhere to my findings & conclusions in the original Order & Permanent Injunction & the Amended Order & Permanent Injunction Signed 4/22/99 (counsel notified) (tely)

4/23/99  488     ORDER by Honorable Robert E. Jones GRANTING Denis Brenan's MOTION TO WITHDRAW AS ATTORNEY for Defendants American Coalition of Life Activists, Advocates for Life Ministries, David Crane & Andrew Burnett [476-1] . ORDER DENYING Defendants MOTION TO WITHDRAW AS ATTORNEY William D Bailey AS ATTORNEY Signed 4/22/99 (counsel notified) (tely)

4/23/99  489     REPLY by Movant Paul deParrie to Defendants response re MOTION FOR ORDER RE TRIAL EXHIBITS & THE COURT RECORD [465-1] (tely)

4/26/99  490     MOTION by Movant Christopher A Ferrara FOR ORDER TO JOIN IN PRO SE OBJECTIONS OF DENIS BRENAN TO ENFORCEMENT OF PAR 2 OF THE PERMANENT INJUNCTION (tely)

Proceedings include all events.               TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

4/26/99  491     NOTIFICATION by US Court of Appeals for the Ninth Circuit of Docket Number 99-35333 by Movant deParrie regarding appeal filed 3/19/99 [443-1] (tely)

4/26/99  492     CERTIFIED COPY OF ORDER from the US Court of Appeals for the Ninth Circuit re appeal filed 3/19/99 [443-1]

CA99-35333 setting briefing schedule: R/T order ddl 4/30/99;
transcript ddl 6/1/99; appellants brief 7/19/99; appellees
brief 8/16/99 with reply within 14 days (tely)

4/27/99    493    MEMORANDUM IN OPPOSITION of Denis V Brenan to enforcement
of paragraph 2 of the Injunction vis a vis former counsel
[437-1] (tely)

4/28/99    494    TRANSCRIPT DESIGNATION AND ORDERING FORM for date(s) SEE
FILE re appeal 99-35405 (tely)

4/28/99    495    CERTIFIED COPY OF ORDER from the US Court of Appeals for
the Ninth Circuit re appeal filed 4/14/99 [472-1]
CA99-35405 setting briefing schedule: R/T order due 5/14/99;
transcript ddl 6/14/99; appellants brief 8/2/99; appellees
brief 8/30/99 with reply within 14 days (tely)
[Entry date 04/29/99]

5/3/99     496    NOTIFICATION by US Court of Appeals for the Ninth Circuit
of Docket Number 99-35405 by Defendants regarding appeal
filed 4/14/99 [472-1] (tely)

5/3/99     497    CERTIFIED COPY OF ORDER from the US Court of Appeals for
the Ninth Circuit re appeal filed 4/14/99 [472-1]
CA99-35405 setting briefing schedule: R/T order ddl 5/14/99;
transcript ddl 6/14/99; appellants brief 8/2/99; appellees
brief 8/30/99 with reply within 14 days (tely)

5/3/99     498    MOTION by Defendants Catherine Ramey, Dawn Marie Stover TO
WITHDRAW AS ATTORNEY Mark Renart Peck AS ATTORNEY (tely)

5/11/99    499    MOTION  by David T Daulton FOR ORDER TO ADOPT &
INCORPORATE BY REFERENCE THE OPPOSITION OF DENIS V BRENAN
TO ENFORCEMENT OF PARAGRAPH 2 OF THE INJUNCTION VIS A VIS
FORMER COUNSEL (tely)

5/11/99    500    TRANSCRIPT  of 6/4/98 & 11/12/98   before Honorable Robert
E. Jones   court reporter: Jerry Harris (tely)

5/11/99    501    TRANSCRIPT  of PROCEEDINGS HAD 3/3/97   before Honorable
Robert E. Jones re appeals [472-1], [448-1], [447-1],
[445-1], [444-1], [443-1], [163-1]   court reporter:
Katherine Eismann (tely)

5/11/99    502    TRANSCRIPT  of PROCEEDINGS HAD 3/17/99   before Honorable
Robert E. Jones appeals [472-1], [448-1], [447-1],
[445-1], [444-1], [443-1], [163-1]   court reporter:
Katherine Eismann (tely)

Docket as of September 11, 2002 7:25 pm                    Page 60

Proceedings include all events.                              TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

5/17/99    503    RECORD OF ORDER  by Honorable Robert E. Jones the Court
notes that David Daulton being neither counsel or a party
has no further status in this litigation & his MOTION FOR

```
                    ORDER TO ADOPT & INCORPORATE BY REFERENCE THE OPPOSITION OF
                    DENIS V BRENAN TO ENFORCEMENT OF PARAGRAPH 2 OF THE
                    INJUNCTION VIS A VIS FORMER COUNSEL is DENIED as MOOT.
                    [499-1] (counsel notified)  Court Rptr none (tely)
                    [Entry date 05/18/99] [Edit date 05/18/99]

6/14/99  504        CERTIFICATE OF RECORD transmitted to US Court of Appeals
                    for the Ninth Circuit re appeal CA 99-35333 [443-1] filed
                    by Paul DeParrie on 3/19/99. (tomg)

6/14/99  505        CERTIFICATE OF RECORD transmitted to US Court of Appeals
                    for the Ninth Circuit re appeal CA 99-35320 [444-1] filed
                    by Monica Miller on 3/22/99. (tomg)

6/14/99  506        CERTIFICATE OF RECORD transmitted to US Court of Appeals
                    for the Ninth Circuit re appeal CA 99-35325 [445-1] filed
                    by Michael Dodds on 3/22/99. (tomg)

6/14/99  507        CERTIFICATE OF RECORD transmitted to US Court of Appeals
                    for the Ninth Circuit re appeal CA 99-35327 [447-1] filed
                    by Timothy Dreste on 3/22/99. (tomg)

6/14/99  508        CERTIFICATE OF RECORD transmitted to US Court of Appeals
                    for the Ninth Circuit re appeal CA 99-35331 [448-1] filed
                    by American Coalition on 3/22/99. (tomg)

6/14/99  509        CERTIFICATE OF RECORD transmitted to US Court of Appeals
                    for the Ninth Circuit re appeal CA 99-35405 [472-1] filed
                    by American Coalition on 4/14/99. (tomg)

6/18/99  510        CERTIFICATE OF RECORD transmitted to US Court of Appeals
                    for the Ninth Circuit re appeal CA 99-35405 [472-1] filed
                    by American Coalition on 4/14/99. (tomg)

6/22/99  511        OBJECTIONS to proposed jury instructions submitted by
                    amicus curiae filed by Plaintiffs (tely)

6/22/99  512        PRELIMINARY EXCEPTIONS to jury charges filed by Defendants
                    (tely)

6/30/99  513        MOTION  by Movant Paul deParrie FOR ORDER FOR
                    INTERPRETATION OF AMENDED ORDER & PERMANENT INJUNCTION (tely)

7/9/99   514        RESPONSE by Plaintiffs to deParrie's MOTION FOR ORDER FOR
                    INTERPRETATION OF AMENDED ORDER & PERMANENT INJUNCTION
                    [513-1] Reply due 7/23/99 (tely) [Entry date 07/12/99]
```

```
Docket as of September 11, 2002 7:25 pm              Page 61

Proceedings include all events.                               TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

7/14/99  515        LETTER to Court dated 12/18/98 re a more readable format
                    some of Defense Counsel's concerns about the proposed jury
```

charges of Plaintiffs & ACLU filed by Defendant American Coalition (tely)

9/7/99   516   MOTION  by Defendant American Coalition, Advocates For Life M, Michael Bray, Andrew Burnett, David Crane, Catherine Ramey, and Dawn Marie Stover TO STAY ENFORCEMENT OF JUDGMENT AND INJUNCTION PENDING DECISION OF COURT OF APPEALS (sher)

9/10/99  517   RESPONSE TO Defendants MOTION by Plaintiff MOTION TO STAY ENFORCEMENT OF JUDGMENT AND INJUNCTION PENDING DECISION OF COURT OF APPEALS [516-1] Reply due 9/24/99 AND MOTION by Plaintiff to TO COMPEL POST JUDGMENT DISCOVERY Response due 9/24/99 (sher)

9/10/99  518   AFFIDAVIT by Plaintiff of Maria T Vullo re: MOTION response [517-1], MOTION TO COMPEL POST JUDGMENT DISCOVERY [517-2] (sher)

9/10/99  519   CERTIFICATE OF SERVICE of affidavit [518-1], MOTION response [517-1], MOTION TO COMPEL POST JUDGMENT DISCOVERY [517-2] by Plaintiffs (sher)

9/13/99  520   ORDER  by Honorable Robert E. Jones  DENYING Defendants MOTION TO STAY ENFORCEMENT OF JUDGMENT AND INJUNCTION PENDING DECISION OF COURT OF APPEALS [516-1]; Discovery will proceed as scheduled (see file for full 1 page order) Signed 9/13/99 (counsel notified) (sher) [Entry date 09/14/99]

9/30/99  521   RECORD OF ORDER  by Honorable Robert E. Jones: Thomas More Center For Law & Justice's MOTION OPPOSITION TO FINDINGS OF FACT [468-1] and MOTION TO EXTEND TIME TO RESPOND TO THE COURT'S FINDINGS OF FACT MADE AFTER THE TRIAL [468-2] MOOT; Christopher Ferrara's MOTION FOR ORDER TO JOIN IN PRO SE OBJECTIONS OF DENIS BRENAN TO ENFORCEMENT OF PAR 2 OF THE PERMANENT INJUNCTION [490-1] is MOOT; GRANTING Defendant's Catherine Ramey and Dawn Stover's MOTION TO WITHDRAW Mark Renart Peck AS ATTORNEY [498-1]; DENYING Movant Paul deParrie's MOTION FOR ORDER INTERPRETATION OF AMENDED ORDER & PERMANENT INJUNCTION [513-1]; GRANTING Plaintiff's MOTION TO COMPEL POST JUDGMENT DISCOVERY [517-2] (counsel notified) (tomg) [Entry date 10/06/99]

10/12/99 522   MOTION by Movant Paul deParrie TO QUASH DEPOSITION OF ADVOCATES FOR LIFE MINISTRIES and affidavit in support. Oral Argument Requested (tomg)

10/15/99 523   MEMORANDUM by Plaintiffs IN OPPOSITION TO DEPARRIE'S MOTION TO QUASH DEPOSITION OF ADVOCATES FOR LIFE MINISTRIES [522-1] Reply due 10/29/99 (tomg) [Entry date 10/18/99]

Docket as of September 11, 2002 7:25 pm                    Page 62

Proceedings include all events.                                   TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

| 10/19/99 | 524 | RECORD OF TELEPHONE CONFERENCE: before Honorable Robert E. Jones: No depositions shall last longer than one day. Court orders production of requested discovery. Failure to produce discovery will allow deposition to go longer than one day. Failure to produce discovery will be subject to sanctions. DENYING DeParrie's MOTION TO QUASH DEPOSITION OF ADVOCATES FOR LIFE MINISTRIES [522-1] (counsel notified) Court Rptr Kathy Eismann (tomg) [Entry date 10/20/99] |
|---|---|---|
| 10/27/99 | 525 | MOTION by Plaintiffs FOR ORDER FOR WRIT OF EXECUTION (sher) [Entry date 10/28/99] |
| 10/29/99 | 526 | MOTION by Plaintiffs FOR ORDER ALLOWING REGISTRATION OF OUT OF STATE JUDGMENT (tomg) |
| 11/1/99 | 527 | MOTION by NORMAN L. LINDSTEDT TO WITHDRAW AS LOCAL COUNSEL FOR DEFENDANT ATTORNEYS TRESHMAN AND DODDS (tomg) |
| 11/1/99 | 528 | MOTION by MICHAEL R. HIRSH TO WITHDRAW AS LOCAL COUNSEL FOR DEFENDANT ATTORNEYS JOSEPH FOREMAN AND TIM DRESTE (tomg) |
| 11/1/99 | 530 | ORDER by Honorable Robert E. Jones GRANTING PLAINTIFF'S MOTION FOR ORDER ALLOWING REGISTRATION OF OUT OF STATE JUDGMENT; Signed 11/1/99 (counsel notified) (tomg) [Entry date 11/03/99] |
| 11/3/99 | 529 | RESPONSE by Defendants to PLAINTIFF'S MOTION FOR ORDER ALLOWING REGISTRATION OF OUT OF STATE JUDGMENT [526-1]; Reply due 11/17/99 (tomg) |
| 11/8/99 | 531 | RECORD OF PROCEEDINGS before Honorable Robert E. Jones SETTING MOTIONS TO WITHDRAW [528-1] and [527-1] and MOTION FOR ORDER ALLOWING REGISTRATION OF OUT OF STATE JUDGMENT [526-1] for Telephone argument at 1:00 11/16/99 Mr. Ferrara is ordered to file an affidavit stating that he represents all listed defendants, signed by each defendant and giving each defendant's current address (counsel notified) (tomg) [Entry date 11/09/99] |
| 11/9/99 | 532 | MOTION by Defendants Advocates For Life M, Andrew Burnett, and Catherine Ramey FOR PROTECTIVE ORDER ON PLAINTIFF'S DOCUMENT REQUESTS AND DEPOSITION INQUIRY (tomg) |
| 11/9/99 | 533 | MOTION by Plaintiffs FOR CIVIL CONTEMPT (tomg) [Entry date 11/10/99] |
| 11/9/99 | 534 | MEMORANDUM IN SUPPORT by Plaintiffs of PLAINTIFF'S MOTION FOR CIVIL CONTEMPT [533-1] (tomg) [Entry date 11/10/99] |
| 11/9/99 | 535 | AFFIDAVIT by Plaintiffs of Maria T. Vullo re: MOTION FOR CIVIL CONTEMPT [533-1] (tomg) [Entry date 11/10/99] |
| 11/12/99 | 536 | AFFIDAVIT by Plaintiff Planned Parenthood C of Amy C Brown re: Deposition of defendant Timothy Dreste (sher) |

Docket as of September 11, 2002 7:25 pm          Page 63

Proceedings include all events.                          TERMED APPEAL

3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

11/15/99 537    ADDITIIONAL SUBMISSIONS by Plaintiff IN SUPPORT OF MOTION
                FOR CIVIL CONTEMPT [533-1] (tomg) [Entry date 11/16/99]

11/15/99 538    MEMORANDUM by Plaintiffs IN OPPOSITION TO DEFENDANT'S
                MOTION FOR PROTECTIVE ORDER ON PLAINTIFF'S DOCUMENT
                REQUESTS AND DEPOSITION INQUIRY [532-1]; Reply due 11/29/99
                (tomg) [Entry date 11/16/99]

11/16/99 541    RECORD OF PROCEEDINGS before Honorable Robert E. Jones
                GRANTING MOTION TO WITHDRAW Michael Hirsh AS LOCAL COUNSEL
                FOR DEFENDANTS JOSEPH FOREMAN AND TIM DRESTE for
                post-judgment proceedings [528-1]; GRANTING ORAL MOTION TO
                WITHDRAW ATTORNEY Richard Traynor AS COUNSEL; ATTORNEY
                Steve Safranek IS RELIEVED AS COUNSEL FOR POST-JUDGMENT
                PROCEEDINGS; DENYING MOTION TO WITHDRAW Norman Lindstedt AS
                LOCAL COUNSEL FOR DEFENDANTS TRESMAN AND DODDS. Attorney
                Lindstedt will continue as local counsel until depositions
                are complete, then he will be allowed to withdraw [527-1];
                GRANTING MOTION TO WITHDRAW William D Bailey AS ATTORNEY
                [477-1] for Dawn Marie Stover, Catherine Ramey, David
                Crane, Andrew Burnett, Michael Bray, Advocates For Life M,
                and American Coalition For Life [477-1]; DEFENDANT'S MOTION
                FOR PROTECTIVE ORDER ON PLAINTIFF'S DOCUMENT REQUESTS AND
                DEPOSITION INQUIRY [532-1] taken under advisement as of
                11/16/99; MOTION FOR CIVIL CONTEMPT [533-1] is in abeyance;
                Attorney Ferrara is to assume responsibility for
                post-judgment proceedings for all currently represented
                defendants. All documents subject to outstanding requests
                for production are to be produced to attorney Vullo's
                office by 11/24/99. (see file for full order)counsel
                notified) Court Rptr Kathy Eismann (tomg)
                [Entry date 11/18/99]

11/17/99 539    RESPONSE by Defendants Timothy Paul Dreste and Joseph L
                Foreman TO MOTION FOR CIVIL CONTEMPT [533-1]. MOTIONS by
                Defendants Timothy Paul Dreste and Joseph L Foreman TO
                STRIKE and FOR ATTORNEY FEES Replies due 12/1/99;
                Responses due 12/1/99 (tomg)

11/17/99 540    MEMORANDUM IN RESPONSE by Defendants Advocates For Life M,
                Andrew Burnett and Catherine Ramey TO PLAINTIFF'S
                MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR
                PROTECTIVE ORDER [538-1] (tomg)

```
Proceedings include all events.                      TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al
```

11/17/99 542    ORDER by Honorable Robert E. Jones: IT IS ORDERED that
                Catherine Ramey, acting as agent for Advocates for Life
                Ministries, shall turn over to the court for in camera
                inspection all documents reflecting donations and names of
                donors made to that organization for 1998 and 1999. Ms
                Ramey has at this time refused to turn over this
                information and has been advised that the court will is an
                Order to Show Cause why she should not be held in contempt
                of court with a sanction of imprisonment if she fails to
                turn over the list of names and documents by 11/19/99, at
                10:00am. Signed 11/17/99 (counsel notified) (tomg)
                [Entry date 11/18/99]

11/17/99 543    LETTER to Court from Movant Christopher A Ferrara of the
                American Catholic Lawyers Association dated 11/15/99. (tomg)
                [Entry date 11/18/99]

11/17/99 544    LETTER to Court from Movant Christopher A Ferrara of the
                American Catholic Lawyers Association dated 11/16/99. (tomg)
                [Entry date 11/18/99]

11/18/99 545    TRANSCRIPT of 10/19/99 before Honorable Robert E. Jones
                court reporter: Katherine Eismann (tomg)
                [Entry date 11/19/99]

11/18/99 546    RESPONSE by Defendants Dreste and Foreman to PLAINTIFF'S
                MOTION TO STRIKE [539-2], MOTION FOR ATTORNEY FEES [539-3],
                and MOTION FOR CIVIL CONTEMPT [533-1]; Reply due 12/2/99
                (tomg) [Entry date 11/19/99]

11/18/99 547    RESPONSE (filed as AFFIRMATION) by Christopher A Ferrara by
                Defendant Donald Treshman in reply to Plaintiffs Additional
                Submission in support of MOTION FOR CIVIL CONTEMPT [533-1];
                Reply due 12/2/99 (tomg) [Entry date 11/19/99]
                [Edit date 11/22/99]

11/19/99 548    Writ of Execution issued as to Advocates For Life Ministries
                and Catherine Ramey: seize property and sell at public
                auction; deliver proceeds of sale to plaintiff in partial
                satisfaction of judgment awarded in plaintiff's favor (see
                file for full 3-page Writ). (tomg) [Entry date 11/22/99]
                [Edit date 11/22/99]

Docket as of September 11, 2002 7:25 pm          Page 65

Proceedings include all events.                          TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

11/23/99 549     ORDER by Honorable Robert E. Jones: IT IS ORDERED that
                 defendants Advocates for Life Ministries, Inc., and all of
                 its agents including Andrew Burnett, Catherine Ramey and
                 paul deParrie, are ordered to place all contributions of
                 whatever form received by them(cash, check or money order)
                 in the bank account at Bank of Salem, Account No. 1201190.
                 IT IS FURTHER ORDERED that all defendants are to
                 immediately comply with the Order and Permanent Injunction
                 issued by this Court February 25, 1999, as amended on March
                 16, 1999, nunc pro tunc February 25, 1999, and refrain from
                 transferring any assets, including but not limited to cash,
                 to any person. Signed 11/19/99 (counsel notified) (tomg)
                 [Entry date 11/24/99]

11/24/99 550     MOTION by Defendants Advocates For Life M, Andrew Burnett,
                 and Catherine Ramey TO ENLARGE TIME TO SUBMIT SIMULTANEOUS
                 MEMORANDA PURSUANT TO COURT ORDER [22-1] DATED 11/29/99
                 (tomg) [Entry date 11/29/99]

11/24/99 551     CLAIMS OF EXEMPTION of Defendant Catherine Ramey (tomg)
                 [Entry date 11/29/99]

Docket as of September 11, 2002 7:25 pm                    Page 66

Proceedings include all events.                            TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

11/30/99 552     ORDER by Honorable Robert E. Jones re MOTION FOR CIVIL
                 CONTEMPT [533-1]: ORDERED that defendant Timothy Paul Dreste
                 is hereby held in civil contempt of this Court for his
                 refusals to comply with this Court's Orders directing him to
                 provide post-judgment discovery.  IT IS FURTHER ORDERED that
                 defendant Timothy Paul Dreste shall SHOW CAUSE why an
                 additional Order should not be entered: 1) Ordering that
                 defendant Timothy Paul Dreste be imprisoned until he fully
                 complies with the Court's Orders, 2) imposing a fine against
                 defendant Timothy Paul Dreste in the amount of $1,000 for
                 each day that he fails to provide all information relating
                 to post-judgment issues as ordered by the Court, 3)
                 requiring defendant Timothy Paul Dreste to pay the costs and
                 attorney's fees incurred by plaintiffs in attempting to
                 obtain post-judgment discovery from him, 4) warning
                 defendant Timothy Paul Dreste that, if he continues to
                 refuse to provide full discovery and otherwise comply with
                 this Court's Orders, further sanctions may result, and 5)
                 imposing sanctions against any counsel who is found by the
                 Court to have failed to cooperate as required of this
                 Court's Rules of Court in connection with plaintiff's
                 efforts to obtain post-judgment discovery from defendant
                 Timothy Paul Dreste.  IT IS FURTHER ORDERED that defendant
                 Timothy Paul Dreste shall attend, in person, the hearing
                 before this Court on December 13, 1999, beginning at 1:00pm,
                 and on any subsequent day as ordered by this Court, to
                 answer this Order to Show Cause, to provide full discovery
                 of his assets and regarding his compliance with the Court's
                 Orders and Injunctions, to produce at the hearing all the
                 documents requested in Plaintiff's First Post-Judgment
                 Documents Requests, dated July 23, 1999, and to be available
                 to testify at the hearing regarding all relevant
                 post-judgment matters as determined by the Court. IT IS
                 FURTHER ORDERED that any written responses to this Order to
                 Show Cause must be filed with the Court and served by
                 overnight mail to plaintiffs' counsel, Maria T. Vullo, Esq.,
                 so that it is received by December 6, 1999. IT IS FURTHER
                 ORDERED that service of a copy of this Order to Show Cause
                 shall be deemed good and sufficient service of this Order to
                 Show Cause upon defendant Timothy Paul Dreste, if served on
                 or before December 6, 1999, by: (a) facsimile and
                 first-class mail upon Mark Belz, Esq., and (b) by overnight
                 mail to Timothy Paul Dreste;  order to show cause hearing
                 set for 1:00 12/13/99 (See file for full 3-page Order)
                 Signed 11/30/99 (counsel notified) (tomg)
                 [Edit date 11/30/99]

11/30/99 553     RECORD OF ORDER by Honorable Robert E. Jones: DEFENDANT
                 ACLA'S MOTION [550-1] TO ENLARGE TIME TO SUBMIT
                 SIMULTANEOUS MEMORANDA is GRANTED to 12/7/99. (counsel
                 notified) (tomg) [Entry date 12/01/99]

12/3/99  554     CERTIFICATE OF SERVICE of Order to Show Cause [552-2] (tomg)

Docket as of September 11, 2002 7:25 pm       Page 67

Proceedings include all events.            TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

12/3/99   555     CERTIFICATE OF SERVICE by Maria Vullo of order to show
                cause [552-2] (tomg) [Entry date 12/06/99]

12/3/99   568     RECORD OF PROCEEDINGS  before Honorable Robert E. Jones:
                Ruling made on the record. Plaintiff to prepare motion and
                order. (counsel notified) Court Rptr Bob Stimler (tomg)
                [Entry date 12/09/99]

12/6/99   556     MOTION by Plaintiffs TO COMPEL DISCOVERY (tomg)

12/6/99   557     ORDER by Honorable Robert E. Jones  GRANTING PLAINTIFF'S
                MOTION TO COMPEL DISCOVERY [556-1] (See file for full
                3-page Order) Signed 12/6/99 (counsel notified) (tomg)

12/6/99   558     TRANSCRIPT of 11/19/99 and 11/29/99 before Honorable Robert
                E. Jones court reporter: Robert Stimler (tomg)
                [Entry date 12/07/99]

12/6/99   559     NOTICE OF WITHDRAWAL OF ONE REQUEST FOR RELIEF IN THEIR
                PENDING MOTION FOR CIVIL CONTEMPT by Plaintiffs. (tomg)
                [Entry date 12/07/99]

12/7/99   560     SECOND MOTION by Plaintiffs FOR CIVIL CONTEMPT FOR
                VIOLATION OF THE COURT'S INJUNCTION (tomg)
                [Edit date 12/14/99]

12/7/99   561     MEMORANDUM IN SUPPORT by Plaintiffs of SECOND MOTION FOR
                CIVIL CONTEMPT FOR VIOLATION OF THE COURT'S INJUNCTION
                [560-1] (tomg) [Edit date 12/14/99]

12/7/99   562     AFFIDAVIT by Plaintiffs of Maria T. Vullo re: SECOND MOTION
                FOR CIVIL CONTEMPT FOR VIOLATION OF THE COURT'S INJUNCTION
                [560-1] (tomg) [Edit date 12/14/99]

12/7/99   563     MOTION by Norman L. Lindstedt FOR LEAVE TO WITHDRAW AS
                ATTORNEY FOR DEFENDANTS TRESHMAN AND DODDS, AND FOR ORDER
                CONFIRMING THAT NORMAN L. LINDSTEDT IS NOT LOCAL COUNSEL OF
                RECORD POST JUDGMENT FOR ANY OF THE DEFENDANTS (tomg)

12/7/99   564     MEMORANDUM by Defendants Advocates For Life M, Andrew
                Burnett and Catherine Ramey re order [549-1] (tomg)
                [Entry date 12/08/99]

12/7/99   565     MEMORANDUM by Plaintiffs regarding ALM'S TAX EMEMPT STATUS
                (tomg) [Entry date 12/08/99]

12/7/99   566     MAIL RETURNED  [order [542-1] ] addressed to Michael R
                Hirsh for Defendant Charles Wysong (tomg)
                [Entry date 12/08/99]

12/7/99   569     ORDER TO SHOW CAUSE re:  MOTION FOR CIVIL CONTEMPT FOR
                VIOLATION OF THE COURT'S INJUNCTION [560-1] Order to show
                cause hearing set for 1:00 12/13/99 (see file for full
                4-page order) Honorable Robert E. Jones (counsel notified)

Docket as of September 11, 2002 7:25 pm                    Page 68

Proceedings include all events.                              TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

                        (tomg) [Entry date 12/09/99]

12/8/99   567    AFFIDAVIT by Plaintiff of Maria T. Vullo re: MOTION FOR
                 CIVIL CONTEMPT FOR VIOLATION OF THE COURT'S INJUNCTION
                 [560-1] (tomg)

12/9/99   570    MOTION by Defendants Advocates For Life M, Andrew Burnett,
                 Catherine Ramey and Dawn Marie Stover TO CONTINUE HEARING
                 ON PLAINTIFF'S SECOND MOTION FOR CIVIL CONTEMPT Expedited
                 Oral Argument Requested (tomg) [Entry date 12/10/99]

12/9/99   571    CERTIFICATE OF SERVICE on American Caatholic Lawyers Assn
                 of order to show cause [569-1] by Maria T. Vullo, and
                 Supplemental Affidavit of Maria T. Vullo served on Norman
                 Lindstedt, William Stiles, Paul deParrie and Diane Burnett.
                 (tomg) [Entry date 12/10/99]

12/10/99 572     CERTIFICATE OF SERVICE of envelope addressed to Paul
                 deParrie. Envelope was delivered to Mr. deParrie's doorstep
                 by TranServ Systems, upon being picked up from Davis,
                 Wright, Tremaine. (tomg)

12/10/99 573     CERTIFICATE OF SERVICE of envelope addressed to Diane
                 Burnett/Good Impressions Printing.  Envelope was left at
                 door by TranServ Systems, upon being picked up from Davis,
                 Wright, Tremaine. (tomg)

12/10/99 574     MAIL RETURNED  [writ [548-1] ] addressed to Michael R Hirsh
                 for Defendant Charles Wysong (tomg) [Entry date 12/13/99]

12/10/99 575     MOTION by Movant Paul deParrie TO POSTPONE SHOW CAUSE
                 HEARING AND ENLARGE TIME FOR WRITTEN RESPONSE [569-1] (tomg)
                 [Entry date 12/13/99]

12/10/99 576     RECORD OF PROCEEDINGS before Honorable Robert E. Jones Show
                 Cause hearing set for 12/13/99 is limited to motion
                 concerning defendant Dreste.  Defendants to provide
                 responsive pleadings to plaintiff's motion for civil
                 contempt by 12:00pm on 12/13/99. Motion Hearing on
                 plaintiff's motion set for 9:00 12/14/99 (counsel
                 notified) Court Rptr Kathy Eismann and Dennis Grube (tomg)
                 [Entry date 12/14/99]

12/13/99 577     RECORD OF PROCEEDINGS  before Honorable Robert E. Jones
                 (counsel notified)  Court Rptr Liz Meacham (tomg)
                 [Entry date 12/14/99]

Docket as of September 11, 2002 7:25 pm          Page 69

Proceedings include all events.                              TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

12/13/99 578    RECORD OF ORDER by Honorable Robert E. Jones: All matters
                pertaining to Bray, Wysong and Crane are stayed due to
                bankruptcy. The deposition of Dr. McMillan is continued to
                12/22/99, at the same location. All deposition documents to
                be produced by 12/16/99. DENYING DePARRIE'S MOTION TO
                POSTPONE SHOW CAUSE HEARING AND ENLARGE TIME FOR WRITTEN
                RESPONSE [569-1] [575-1]; DENYING AFLM, Burnett, Stover and
                Ramey's MOTION TO CONTINUE HEARING ON PLAINTIFF'S SECOND
                MOTION FOR CIVIL CONTEMPT [570-1]; DENYING Norm Lindstedt's
                MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY FOR DEFENDANTS
                TRESHMAN AND DODDS, AND FOR ORDER CONFIRMING NORMAN L.
                LINDSTEDT IS NOT LOCAL COUNSEL OF RECORD POST JUDGMENT FOR
                ANY OF THE DEFENDANTS [563-1]; Re: Timothy Dreste: THE
                COURT FINDS THAT Timothy Dreste is found not in contempt.
                Fifth Amendment privelege claimed by defendant based on
                good faith. Court referred the matter to the US Attorney's
                Office for investigation without revealing in camera
                materials.  Copy of plaintiff's memorandum regarding ALM's
                tax-exempt status given to AUSA Lance Caldwell for review
                (counsel notified) (tomg) [Entry date 12/14/99]

12/13/99 579    SUBSTITUTION of Attorney William R. Valent replacing
                William N. Stiles for respondents Diane Burnett and Good
                Impressions Printing Company, Inc. (tomg)
                [Entry date 12/14/99]

12/13/99 580    RECORD OF ORDER by Honorable Robert E. Jones: All
                defendants' counsel are invited to submit anything they
                wish to Assistant US Attorney Lance Caldwell.  This is not
                an order, however, as defendants assert everything that
                they have done is perfectly legal. If so, review by the
                AUSA would appear to inure to the benefit of all defendants
                (counsel notified) (tomg) [Entry date 12/14/99]

12/13/99 581    RESPONSE by Movant Paul deParrie  to [560-1] PLAINTIFF'S
                (SECOND) MOTION FOR CIVIL CONTEMPT FOR VIOLATION OF THE
                COURT'S INJUNCTION (tomg) [Entry date 12/14/99]

12/13/99 582    REPLY and OBJECTIONS by Defendants American Coalition,
                Advocates For Life M and counsel Norman L. Lindstedt re
                order to show cause order [569-1] and contempt proceedings
                (tomg) [Entry date 12/14/99]

12/13/99 583    MEMORANDUM by Defendants American Coalition, Advocates For
                Life M and counsel Norman L. Lindstedt IN OPPOSITION TO
                PLAINTIFF'S SECOND MOTION FOR CIVIL CONTEMPT FOR VIOLATION
                OF THE COURT'S INJUNCTION [560-1] Reply due 12/27/99 (tomg)
                [Entry date 12/14/99]

Docket as of September 11, 2002 7:25 pm          Page 70

Proceedings include all events.                  TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

12/15/99 590    RECORD OF PROCEEDINGS  before Honorable Robert E. Jones
                Proceedings on MOTION continued to April 2000 at a date &
                time to be determined. In the interim, the Court modifies &
                clarifies the injunction on transfer of assets as follows:
                Defendants are under Court Order to follow the explicit
                terms of the injunction. Defendant Advocates for Life
                Ministries must deposit all contributions into the bank
                account(s) previously identified & must keep accurate &
                complete records showing the amount & source of all
                contributions. Andrew Burnett, Cathy Ramey & Paul deParrie
                are Ordered to keep accurate & complete records showing all
                money received from any source & all expenditures.
                Defendants may file a formal MOTION for appropriate
                modificate of the injunction. ORDER TAKING UNDER
                ADVISEMENT on 12/15/99 Plaintiffs 2nd MOTION FOR CIVIL
                CONTEMPT FOR VIOLATION OF THE COURT'S INJUNCTION [560-1]
                pending further proceedings (counsel notified) Court Rptr
                Kathy Eismann (tely) [Entry date 12/22/99]

12/17/99 584    RECORD OF PROCEEDINGS  before Honorable Robert E. Jones All
                plaintiffs' and defendants' exhibits offered and received.
                Witnesses sworn. Andrew Burnett and Cathy Ramey. Hearing
                continued to 12/15/99 at 9:00 (counsel notified) Court Rptr
                Kathy Eismann (tomg)

12/17/99 585    CLERK'S LIST OF EXHIBITS AND WITNESSES (tomg)

12/17/99 593    NOTICE OF NON REPRESENTATION by Defendant American
                Coalition of Life Activists (tomg) [Entry date 12/22/99]

12/20/99 586    TRANSCRIPT of 11/16/99 before Honorable Robert E. Jones
                court reporter: Kathy Eismann/Chris Ervin (tomg)
                [Entry date 12/22/99]

12/20/99 591    MAIL RETURNED  [order [549-1] ] addressed to Michael R
                Hirsh for Defendant Charles Wysong (tomg)
                [Entry date 12/22/99]

12/21/99 592    MAIL RETURNED  [order [552-2] ] addressed to Michael R
                Hirsh for Defendant Charles Wysong (tomg)
                [Entry date 12/22/99]

12/22/99 587    MOTION  by Plaintiffs FOR SANCTIONS (tely)

12/22/99 588    MEMORANDUM IN SUPPORT by Plaintiffs of MOTION FOR SANCTIONS
                [587-1] (tely)

12/22/99 589    AFFIDAVIT by Plaintiffs of Maria T Vullo re: MOTION FOR

```
                 SANCTIONS [587-1] (tely)

12/23/99  594    MAIL RETURNED  [minutes order [553-1] ] addressed to
                 Michael R Hirsh for Defendant Charles Wysong (tomg)
                 [Entry date 12/27/99]




Docket as of September 11, 2002 7:25 pm              Page 71

Proceedings include all events.                          TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

1/3/00    595    MAIL RETURNED  [order [557-1] ] addressed to Michael R
                 Hirsh for Defendant Charles Wysong (tomg)

1/3/00    596    MAIL RETURNED  [order to show cause order [569-1] ]
                 addressed to Michael R Hirsh for Defendant Charles Wysong
                 (tomg)

1/6/00    597    MOTION by Defendants American Coalition, Andrew Burnett,
                 Catherine Ramey and Dawn Marie Stover TO STAY DISCOVERY
                 PROCEEDINGS AND PROTECTIVE ORDERS and TO QUASH SUBPOENA
                 SERVED UPON BURNETT PAINTING Oral Argument Requested
                 (Expedited Hearing Requested) (tomg) [Entry date 01/07/00]

1/7/00    598    MAIL RETURNED [minutes order [580-1], minutes order
                 [578-1] ] addressed to Michael R Hirsh for Defendant
                 Charles Wysong (tomg)

1/10/00   599    LETTER to Court from Paul DeParrie dated 4/19/99. (tomg)

1/10/00   600    LETTER to Court from Christopher Ferrara dated 7/12/99.
                 (tomg)

1/10/00   601    LETTER to Court from Christopher Ferrara dated 7/13/99 re:
                 correspondence from Carol Bernick. (tomg)

1/10/00   602    LETTER to Christopher Ferrara from the Court dated 7/13/99.
                 (tomg)

1/10/00   603    LETTER to Court from Maria T. Vullo dated 7/23/99 re:
                 response to July 12, 1999 Christopher Ferrara letter. (tomg)
                 [Edit date 01/10/00]

1/10/00   604    LETTER to Court from Maria T. Vullo dated 7/23/99 re: July
                 13, 1999 Christopher Ferraro letter. (tomg)

1/10/00   605    LETTER to Mr. Safranek from Catherine Ramey dated 10/5/99
                 (tomg)

1/10/00   606    LETTER to Mr. Safranek from Catherine Ramey dated 10/9/99.
                 (tomg)

1/10/00   607    LETTER to Court from Norman Lindstedt dated 10/19/99. (tomg)

1/10/00   608    LETTER to Court from Norman Lindstedt dated 11/1/99. (tomg)

1/10/00   609    LETTER to Court from Carol Bernick dated 11/3/99. (tomg)
```

```
1/10/00   610      LETTER to Court from Stephen Safranek dated 11/4/99. (tomg)

1/10/00   611      LETTER to Court from William D Bailey dated 11/4/99. (tomg)

1/10/00   612      LETTER to Court from Stephen Safranek dated 11/4/99. (tomg)

1/10/00   613      LETTER to Court from Christopher Ferara dated 11/4/99. (tomg)
```

```
Docket as of September 11, 2002 7:25 pm              Page 72

Proceedings include all events.                      TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al
```

```
1/10/00   614      LETTER to Court from Norman Lindstedt dated 11/5/99. (tomg)

1/10/00   615      LETTER to Court from Norman Lindstedt dated 11/5/99. (tomg)

1/10/00   616      LETTER to Court from William D Bailey dated 11/4/99. (tomg)

1/10/00   617      LETTER to Court from Maria T. Vullo dated 11/9/99. (tomg)

1/10/00   618      LETTER to Court from Carol Bernick dated 11/12/99. (tomg)

1/10/00   619      LETTER to Court from Norman Lindstedt dated 11/12/99. (tomg)

1/10/00   620      LETTER to Court from Christopher Ferrara dated 11/15/99.
                   (tomg)

1/10/00   621      LETTER to Court from Christopher Ferrara dated 11/16/99.
                   (tomg)

1/10/00   622      LETTER to Court from Carol Bernick dated 11/16/99. (tomg)

1/10/00   623      LETTER to Court from Maria T Vullo dated 11/18/99. (tomg)

1/10/00   624      LETTER to Court from Norman Lindstedt dated 11/19/99. (tomg)

1/10/00   625      LETTER to Court from Paul DeParrie dated 11/19/99. (tomg)

1/10/00   626      LETTER to Court from Norman Lindstedt dated 11/24/99. (tomg)

1/10/00   627      LETTER to Court from Norman Lindstedt dated 11/24/99 re:
                   non-receipt of proposed order form. (tomg)

1/10/00   628      LETTER to Court from Christopher Ferrara dated 11/24/99.
                   (tomg)

1/10/00   629      LETTER to Court from Christopher Ferrara dated 11/29/99.
                   (tomg)

1/10/00   630      LETTER to Court from Maria T Vullo dated 11/29/99. (tomg)

1/10/00   631      LETTER to Court from Maria T Vullo dated 11/30/99. (tomg)

1/10/00   632      LETTER to Court from Mark Belz dated 12/1/99. (tomg)
```

```
1/10/00  633      LETTER to Court from Christopher Ferrara dated 12/1/99.
                  (tomg)

1/10/00  634      LETTER to Court from John A Obriski dated 12/1/99. (tomg)

1/10/00  635      LETTER to Court from Christopher Ferrara dated 12/2/99.
                  (tomg)

1/10/00  636      LETTER to Court from Maria T Vullo dated 12/2/99. (tomg)




Docket as of September 11, 2002 7:25 pm            Page 73

Proceedings include all events.                    TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

1/10/00  637      LETTER to Court from Maria T Vullo dated 12/2/99. (tomg)

1/10/00  638      LETTER to Court from Christopher Ferrara dated 12/3/99.
                  (tomg)

1/10/00  639      LETTER to Court from Maria T Vullo dated 12/6/99. (tomg)

1/10/00  640      LETTER to Court from Michael Bray dated 12/6/99. (tomg)

1/10/00  641      LETTER to Court from Christopher Ferrara dated 12/6/99.
                  (tomg)

1/10/00  642      LETTER to Court from Maria T Vullo dated 12/6/99. (tomg)

1/10/00  643      LETTER to Court from Maria T Vullo dated 12/7/99. (tomg)

1/10/00  644      LETTER to Court from Maria T Vullo dated 12/7/99 re:
                  Plaintiff's Memorandum Regarding ALM'S Tax Exempt Status.
                  (tomg)

1/10/00  645      LETTER to Court from Maria T Vullo dated 12/7/99 re:
                  deposition of Bruce Murch. (tomg)

1/10/00  646      LETTER to Court from Christopher Ferrara dated 12/7/99.
                  (tomg)

1/10/00  647      LETTER to Court from Bruce Murch dated 12/7/99. (tomg)

1/10/00  648      LETTER to Court from Christopher Ferrara dated 12/7/99 (tomg)

1/10/00  649      LETTER to Court from Michael Bray dated 12/7/99. (tomg)

1/10/00  650      LETTER to Court from Michael Bray dated 12/7/99 re: whether
                  order proscribing expenditure of money has been issued by
                  Court. (tomg)

1/10/00  651      LETTER to Michael Bray from Maria T Vullo dated 12/7/99.
                  (tomg)

1/10/00  652      LETTER to Court from Maria T Vullo dated 12/7/99 re: status
                  of Michael Bray. (tomg)
```

1/10/00   653    LETTER from Court to Michael Bray, Maria T Vullo dated
                 12/7/99. (tomg)

1/10/00   654    LETTER to Court from Norman Lindstedt dated 12/7/99. (tomg)

1/10/00   655    LETTER to Court from Maria T Vullo dated 12/9/99. (tomg)

1/10/00   656    LETTER to Court from Christopher Ferrara dated 12/9/99.
                 (tomg)

1/10/00   657    LETTER to Court from Christopher Ferrara dated 12/9/99 re:
                 reply to Maria T Vullo letter dated 12/9/99. (tomg)


Docket as of September 11, 2002 7:25 pm              Page 74

Proceedings include all events.                         TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

1/10/00   658    LETTER to Court from Michael Bray dated 12/9/99. (tomg)

1/10/00   659    LETTER to Court from Mark Belz dated 12/8/99. (tomg)

1/10/00   660    LETTER from Court to Mark Belz dated 12/10/99. (tomg)

1/10/00   661    LETTER to Court from Christopher Ferrara dated 12/10/99.
                 (tomg)

1/10/00   662    LETTER to Court from Maria T Vullo dated 12/10/99 (tomg)

1/10/00   663    LETTER to Court from Maria T Vullo dated 12/11/99. (tomg)

1/10/00   664    LETTER to Court from Maria T Vullo dated 12/11/99 re: in
                 camera information from Norm Lindstedt. (tomg)

1/10/00   665    LETTER to Court from Mark Belz dated 12/13/99. (tomg)

1/10/00   666    LETTER to Court from Christopher Ferrara dated 12/17/99.
                 (tomg)

1/10/00   667    CERTIFICATE OF SERVICE of MOTION FOR SANCTIONS [587-1],
                 memorandum [588-1], affidavit [589-1] by Plaintiff Planned
                 Parenthood C (tomg) [Entry date 01/11/00]

1/11/00   668    CERTIFICATE OF SERVICE of SUBPOENA by Plaintiff Planned
                 Parenthood; Northwest Tax Professionals served on 1/4/00.
                 (tomg) [Entry date 01/12/00]

1/11/00   669    CERTIFICATE OF SERVICE of SUBPOENA by Plaintiff Planned
                 Parenthood; served upon Beutelschies & Co on 1/4/00. (tomg)
                 [Entry date 01/12/00]

1/11/00   670    CERTIFICATE OF SERVICE of SUBPOENA by Plaintiff Planned
                 Parenthood; served upon Burnett Painting and Roofing
                 Company on 1/4/00. (tomg) [Entry date 01/12/00]

1/11/00   671    CERTIFICATE OF SERVICE of SUBPOENA by Plaintiff Planned
                 Parenthood; served upon Lien & Hobson/Lien & Johnson on

                    1/4/00. (tomg) [Entry date 01/12/00]

1/12/00   672      TRANSCRIPT of 12/10/99 before Honorable Robert E. Jones
                   court reporter: Katherine Eismann (tomg)

1/12/00   673      TRANSCRIPT of 12/14/99 Volume I  before Honorable Robert E.
                   Jones  court reporter: Katherine Eismann (tomg)

1/12/00   674      TRANSCRIPT of 12/15/99 Volume II  before Honorable Robert
                   E. Jones court reporter: Katherine Eismann (tomg)

Docket as of September 11, 2002 7:25 pm                    Page 75

Proceedings include all events.                              TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

1/13/00   675      OPPOSITION TO MOTION by Plaintiff Planned Parenthood to
                   DEFENDANT'S MOTION FOR PROTECTIVE ORDER ON PLAINTIFF'S
                   DOCUMENT REQUESTS AND DEPOSITION INQUIRY [532-1]: Reply due
                   1/27/00; AND MOTION by Plaintiff Planned ParenthoodTO
                   COMPEL PRODUCTION OF DOCUMENTS REGARDING ADVICE OF COUNSEL
                   DEFENSE: Response due 1/27/00 (tomg) [Entry date 01/14/00]

1/13/00   676      AFFIDAVIT by Plaintiff Planned Parenthood C  of Maria T.
                   Vullo IN SUPPORT OF OPPOSITION TO  MOTION [675-1], AND IN
                   SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS
                   REGARDING ADVICE OF COUNSEL DEFENSE [675-2] (tomg)
                   [Entry date 01/14/00]

1/14/00   677      MEMORANDUM IN SUPPORT by Defendants Advocates For Life M,
                   Burnett, Catherine Ramey and Dawn Marie Stover of MOTION TO
                   STAY DISCOVERY PROCEEDINGS AND PROTECTIVE ORDERS [597-1],
                   of MOTION TO QUASH SUBPOENA SERVED UPON BURNETT PAINTING
                   [597-2] (tomg)

1/14/00   678      CERTIFICATE OF SERVICE of affidavit [676-1], MOTION
                   response [675-1] by Plaintiff Planned Parenthood C (tomg)
                   [Entry date 01/18/00]

1/14/00   679      AMENDED CERTIFICATE OF SERVICE of affidavit [589-1],
                   memorandum [588-1] by Plaintiff Planned Parenthood C (tomg)
                   [Entry date 01/18/00] [Edit date 01/18/00]

1/18/00   680      RESPONSE by Movant Thomas More Center to PLAINTIFF'S MOTION
                   FOR SANCTIONS [587-1] Reply due 2/1/00 (tomg)
                   [Entry date 01/19/00]

1/18/00   681      AFFIDAVIT by Movant Thomas More Center of Jane Bonanni re:
                   MOTION response [680-1] (tomg) [Entry date 01/19/00]

1/19/00   682      RESPONSE by Movant Thomas More Center to PLAINTIFF'S MOTION
                   FOR SANCTIONS [587-1] (tomg) [Entry date 01/25/00]

1/21/00   683      NOTICE OF ADDRESS CHANGE by attorney Michael R Hirsh for

```
                Charles Wysong (tomg) [Entry date 01/25/00]

1/25/00  684    MAIL RETURNED  [minutes order [584-1] ] addressed to
                Michael R Hirsh for Defendant Charles Wysong (tomg)

1/25/00  685    MOTION by Movant Paul deParrie TO AMEND COURT'S ORDER
                CONTAINED IN ITS 12/15/99 CIVIL MINUTES (tomg)

1/26/00  686    TRANSCRIPT of 12/10/99 before Honorable Robert E. Jones
                court reporter: Dennis Grube (tomg)

1/26/00  687    NOTICE OF APPEARANCE OF ATTORNEY for Paul deParrie by James
                E Leuenberger (tomg) [Entry date 01/27/00]
```

```
Docket as of September 11, 2002 7:25 pm              Page 76

Proceedings include all events.                          TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al
```

```
1/28/00  690    JOINT RESPONSE by Defendants Advocates For Life M, Andrew
                Burnett and Catherine Ramey to PLAINTIFF'S SECOND MOTION TO
                COMPEL PRODUCTION OF DOCUMENTS REGARDING ADVICE OF COUNSEL
                DEFENSE [675-2]: Reply due 2/11/00 (tomg)
                [Entry date 02/03/00]

2/1/00   688    REPLY MEMORANDUM OF LAW IN SUPPORT by Plaintiffs Planned
                Parenthood C of CROSS MOTION TO COMPEL DISCOVERY [675-2]
                (tomg) [Entry date 02/02/00]

2/1/00   689    REPLY MEMORANDUM OF LAW IN SUPPORT by Plaintiff Planned
                Parenthood C of MOTION FOR SANCTIONS [587-1] (tomg)
                [Entry date 02/02/00]

2/3/00   691    LETTER to Court dated 12/21/99 from Maria T Vullo (tomg)

2/3/00   692    LETTER to Court dated 12/21/99 from James E Leuenberger
                (tomg)

2/3/00   693    LETTER to Court dated 12/23/99 from James E Leuenberger
                (tomg)

2/3/00   694    LETTER to Court dated 12/27/99 from Christopher A Ferrera
                (tomg)

2/3/00   695    LETTER to Court dated 12/28/99 from Maria T Vullo (tomg)

2/3/00   696    LETTER to Court dated 12/29/99 from Maria T Vullo (tomg)

2/3/00   697    LETTER to Court dated 12/30/99 from Christopher A Ferrera
                (tomg)

2/3/00   698    LETTER to Court dated 12/20/99 from Maria T Vullo (tomg)

2/3/00   699    LETTER to Court dated 12/31/99 from James E Leuenberger
                (tomg)
```

```
2/3/00    700    LETTER to Court dated 1/3/00 from Christopher A Ferrara
                 (tomg)

2/3/00    701    LETTER to Court dated 1/6/00 from Maria T Vullo (tomg)

2/3/00    702    LETTER to Court dated 1/10/00 from Norman L Lindstedt (tomg)

2/3/00    703    LETTER to Court dated 1/10/00 from Maria T Vullo (tomg)

2/3/00    704    LETTER to Court dated 1/11/00 from Maria T Vullo (tomg)

2/3/00    705    LETTER to Court dated 1/12/00 from Maria T Vullo (tomg)

2/3/00    706    LETTER to Court dated 1/18/00 from Maria T Vullo (tomg)

2/3/00    707    LETTER to Court dated 1/18/00 from Norman L Lindstedt (tomg)
```

```
Docket as of September 11, 2002 7:25 pm            Page 77

Proceedings include all events.                        TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al
```

```
2/3/00    708    LETTER to Court dated 1/19/00 from Norman L Lindstedt (tomg)

2/3/00    709    LETTER to Court dated 1/19/00 from Christopher A Ferrara
                 (tomg)

2/3/00    710    LETTER to Court dated 1/21/00 from James E Leuenberger (tomg)

2/3/00    711    LETTER to Court dated 1/26/00 from Stephen J Safranek (tomg)

2/3/00    712    LETTER to Court dated 1/27/00 from Christopher A Ferrara
                 (tomg)

2/3/00    713    LETTER ORDER to counsel dated 1/27/00 from Honorable Robert
                 E. Jones (tomg)

2/3/00    714    LETTER to Court dated 1/31/00 from Maria T Vullo (tomg)

2/3/00    715    AFFIDAVIT by Movant Thomas More Center of Stephen J
                 Safranek (not an original signature) (tomg)
                 [Entry date 02/04/00]

2/3/00    716    MOTION by Movant Paul deParrie FOR ORDER DETERMINING THAT
                 PAUL dePARRIE IS NO LONGER AN AGENT OF DEFENDANTS, TO
                 CLARIFY INJUNCTION, and, TO MODIFY INJUNCTION (tomg)
                 [Entry date 02/04/00]

2/3/00    717    AFFIDAVIT by Movant Paul deParrie of Paul deParrie re:
                 MOTION FOR ORDER DETERMINING THAT PAUL dePARRIE IS NO
                 LONGER AN AGENT OF DEFENDANTS [716-1], MOTION TO CLARIFY
                 INJUNCTION [716-2], MOTION TO MODIFY INJUNCTION [716-3]
                 (tomg) [Entry date 02/04/00]

2/4/00    718    AFFIDAVIT by Movant Thomas More Center of Stephen J
                 Safranek (tomg)
```

2/4/00   719   RESPONSE by Plaintiff Planned Parenthood C  to [718-1]
               affidavit (tomg)

2/8/00   720   MEMORANDUM by Plaintiffs IN OPPOSITION to Paul DeParrie's
               MOTION TO AMEND COURT'S ORDER CONTAINED IN ITS 12/15/99
               CIVIL MINUTES [685-1] Reply due 2/22/00 (tely)
               [Entry date 02/09/00]

2/10/00  721   NOTICE OF ADDRESS CHANGE  by attorney Christopher A Ferrara
               for Monica Migliorino Miller, Donald Treshman (tely)

2/11/00  722   MOTION AND MEMORANDUM by Plaintiffs TO ENFORCE JUDGMENT AND
               INJUNCTION AS TO AMERICAN COALITION FOR LIFE (tomg)
               [Entry date 02/14/00] [Edit date 02/14/00]

2/11/00  723   AFFIDAVIT by Plaintiff of Maria T Vullo IN SUPPORT OF
               MOTION TO ENFORCE JUDGMENT AND INJUNCTION AS TO AMERICAN
               COALITION LIFE [722-1] (tomg) [Entry date 02/14/00]


Docket as of September 11, 2002 7:25 pm          Page 78

Proceedings include all events.                          TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

2/14/00  724   RESPONSE by Plaintiffs to PAUL DEPARRIE'S 2/3/00 MOTIONS
               [716-1] [716-2] [716-3]; Reply due 2/28/00 (tomg)
               [Entry date 02/15/00]

2/14/00  725   RESPONSE TO MOTION by Defendants Andrew Burnett and
               Catherine Ramey re: MOTION FOR ORDER DETERMINING THAT PAUL
               dePARRIE IS NO LONGER AN AGENT OF DEFENDANTS [716-1],
               MOTION TO CLARIFY INJUNCTION [716-2], MOTION TO MODIFY
               INJUNCTION [716-3] Reply due 2/28/00 AND MOTION by
               Defendants Andrew Burnett and Catherine Ramey , TO
               DISMISS PLAINTIFF'S CONTEMPT MOTION AND TO CLARIFY, MODIFY,
               AND/OR VACATE PARAGRAPH 4 OF THE AMENDED PERMANENT
               INJUNCTION: Response due 2/28/00 (tomg)
               [Entry date 02/15/00]

2/17/00  726   LETTER to Court from Defendant Attorney Norman L Lindstedt
               dated 2/9/00. (tomg)

2/22/00  727   RESPONSE by Defendants David Crane and Charles Wysong to
               PLAINTIFF'S MOTION TO ENFORCE JUDGMENT AND INJUNCTION AS TO
               AMERICAN COALITION FOR LIFE [722-1]; Reply due 3/7/00 (tomg)
               [Entry date 02/23/00]

2/23/00  728   RESPONSE TO MOTION (titled: MOTION TO DISMISS) by Movant
               Paul deParrie PLAINTIFF'S MOTION FOR CIVIL CONTEMPT FOR
               VIOLATION OF THE COURT'S INJUNCTION [560-1]: Reply due
               3/8/00;  AND MOTION by Movant Paul deParrie , TO
               CLARIFY, MODIFY AND/OR VACATE PARAGRAPH 4 OF THE AMENDED
               PERMANENT INJUNCTION: Response due 3/8/00 (tomg)
               [Entry date 02/28/00]

2/24/00  729   REPLY by Movant Paul deParrie TO PLAINTIFF'S RESPONSE TO

DePARRIE'S MOTION DATED 2/3/00 [724-1] (tomg)
[Entry date 02/28/00]

2/24/00   730     REPLY by Movant Paul deParrie TO PLAINTIFF'S MEMORANDUM
OPPOSING DePARRIE'S MOTION TO AMEND [720-1] (tomg)
[Entry date 02/28/00]

2/25/00   731     UNOPPOSED MOTION by Plaintiffs TO EXTEND TIME TO RESPOND
TO DEFENDANT'S MOTION TO DISMISS [728] (tomg)
[Entry date 02/28/00]

2/28/00   732     RECORD OF ORDER   by Honorable Robert E. Jones GRANTING
UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S
MOTION TO DISMISS [728] [731-1]: Plaintiff's brief to be
filed 10 days after the filing of Diane Burnett/Good
Impressions' motion. (counsel notified) (tomg)
[Entry date 03/01/00]

3/7/00   733     REPLY by Plaintiff Planned Parenthood C re MOTION TO
ENFORCE JUDGMENT AND INJUNCTION AS TO AMERICAN COALITION
FOR LIFE [722-1] (tomg) [Entry date 03/08/00]

Docket as of September 11, 2002 7:25 pm        Page 79

Proceedings include all events.               TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

3/7/00   734     REPLY AFFIDAVIT by Plaintiff Planned Parenthood C  of Maria
T Vullo re: reply [733-1] (tomg) [Entry date 03/08/00]

3/13/00   735     ORDER by Honorable Robert E. Jones  GRANTING PLAINTIFF'S
MOTION TO ENFORCE JUDGMENT AND INJUNCTION AS TO AMERICAN
COALITION LIFE [722-1]: ORDERED that American Coalition For
Life ("ACFL") is liable for the full amount of the 2/22/99
Judgment against defendant American Coalition For Life
Activists ("ACLA") as a successor to ACLA, that ACFL also
is bound by the Court's Amended Order and Permanent
Injunction dated 3/16/99, nunc pro tunc 2/25/99, and that
all of this Court's Orders as to ACLA are fully binding
upon ACFL, nunc pro tunc Signed 3/14/00 (counsel notified)
(tomg) [Entry date 03/15/00]

3/13/00   736     JUDGMENT (see file for full text of 3-page judgment) Signed
3/14/00 microfilmed 3/15/00 Honorable Robert E. Jones
(counsel notified) (tomg) [Entry date 03/15/00]

3/17/00   737     ORDER  by Honorable Robert E. Jones GRANTING DEFENDANT
DeParrie's MOTION FOR ORDER DETERMINING THAT PAUL dePARRIE
IS NO LONGER AN AGENT OF DEFENDANTS [716-1]; GRANTING
DEFENDANT DeParrie's MOTION TO CLARIFY [716-2]: Paul
DeParrie was never a defendant in this action, but was
involved as an agent of certain defendants. The court finds
that, as of this date, deParrie is no longer an agent of any
defendant; DENYING MOTION TO MODIFY INJUNCTION [716-3]: The
injunction was never intended to prohibit deParrie from
transferring or taking any other action with respect to his
own property or assets, provided the property or assets were

                    not received or derived from any defendant.  The Court
                    declines to modify the terms of the permanent injunction
                    Signed 3/16/00 (counsel notified) (tomg)
                    [Entry date 03/21/00] [Edit date 03/21/00]

3/27/00   738       ORDER TO SHOW CAUSE: Order to show cause hearing set for
                    9:00 6/13/00 (see file for full text of 6-page Order)
                    Honorable Robert E. Jones (counsel notified) (tomg)
                    [Entry date 03/28/00]

3/30/00   739       AFFIDAVIT OF SERVICE EXECUTED upon Christopher A Ferrara,
                    American Catholic Lawyers Associatio, Inc on 3/28/00 re:
                    Order to Show Cause (tomg) [Entry date 04/05/00]

4/10/00   740       RECORD OF TELEPHONE CONFERENCE before Honorable Robert E.
                    Jones (counsel notified) Court Rptr Kathy Eismann (tomg)
                    [Entry date 04/11/00]

4/12/00   741       MAIL RETURNED [order [737-1]] addressed to Stephen J.
                    Safranek, counsel for Movant Thomas More Center (peg)

4/12/00   742       MAIL RETURNED [order to show cause order [738-1] ]
                    addressed to Attorney Stephen J. Safranek for Movant Thomas
                    More Center (peg)

Docket as of September 11, 2002 7:25 pm              Page 80

Proceedings include all events.                          TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

4/21/00   743       RECORD OF ORDER  by Honorable Robert E. Jones striking
                    order to show cause hrg scheduled for 6/21/00, motion
                    hearing ddl set for 9:00 6/13/00 regarding all pending
                    motions (counsel notified) (tomg) [Entry date 05/01/00]

5/2/00    744       ORDER by Honorable Robert E. Jones  GRANTING cost MOTION
                    [433-1]: Costs are taxed in the above entitled proceeding
                    in favor of plaintiffs and against all defendants in the
                    amount of $112,860.38 (Copy of Cost Bill attached) Signed
                    5/2/00 (counsel notified) (tomg) [Entry date 05/05/00]

5/3/00    745       MOTION by Plaintiff Planned Parenthood C FOR LEAVE TO
                    EXCEED PAGE LIMITATION (tomg) [Entry date 05/05/00]

5/3/00    746       RESPONSE (titled: MEMORANDUM IN OPPOSITION) by Plaintiffs
                    to RESPONDENT'S MOTION TO DISMISS PLAINTIFF'S CONTEMPT
                    MOTION AND TO CLARIFY, MODIFY, AND/OR VACATE PARAGRAPH 4 OF
                    THE AMENDED PERMANENT INJUNCTION [725-2] Reply due 5/17/00
                    (tomg) [Entry date 05/05/00]

5/3/00    747       AFFIDAVIT by Plaintiff Planned Parenthood C of Maria T
                    Vullo (tomg) [Entry date 05/05/00]

5/3/00    748       CERTIFICATE OF SERVICE of affidavit [747-1], MOTION
                    response [746-1] by Plaintiff (tomg) [Entry date 05/05/00]

5/3/00    749       LETTER to Court from Plaintiff Maria T Vullo, dated 5/3/00

                        (tomg) [Entry date 05/05/00]

5/9/00    750     MOTION by Respondent Good Impressions and Diane Burnett TO
                  DISMISS PLAINTIFF'S CONTEMPT MOTION AND TO CLARIFY, MODIFY
                  AND/OR VACATE PARAGRAPH 4 OF THE AMENDED PERMANENT
                  INJUNCTION (tomg) [Entry date 05/10/00]

5/9/00    751     MEMORANDUM IN SUPPORT by Respondent Good Impressions of
                  MOTION TO DISMISS PLAINTIFF'S CONTEMPT MOTION AND TO
                  CLARIFY, MODIFY AND/OR VACATE PARAGRAPH 4 OF THE AMENDED
                  PERMANENT INJUNCTION [750-1] (tomg) [Entry date 05/10/00]

5/11/00   752     RECORD OF ORDER by Honorable Robert E. Jones: Motion
                  hearing previously set for 6/13/00 is RESET to 7/24/00 at
                  9:00 AM. Mr Ferrara's request for an extension of time to
                  file a reply brief is GRANTED to 6/1/00; the court will not
                  entertain any motions filed after 5/11/00. Any responses to
                  be filed by 6/1/00; Any replies to be filed by 7/1/00;
                  There will be no further requests for extensions of time to
                  file responses/replies.The court will resolve all pending
                  motions at that time.  (counsel notified) Court Rptr: none
                  (peg) [Entry date 05/12/00]

Docket as of September 11, 2002 7:25 pm               Page 81

Proceedings include all events.                       TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

6/1/00    753     MOTION by Defendant Advocates For Life Ministries, Andrew
                  Burnett and Catherine Ramey FOR LEAVE TO EXCEED PAGE
                  LIMITATION ON REPLY MEMORANDUM RE DEFENDANT'S MOTION TO
                  DISMISS (tomg) [Entry date 06/02/00]

6/1/00    754     RESPONSE (titled MEMORANDUM IN OPPOSITION) by Plaintiffs
                  Planned Parenthood C, et al to DEFENDANT'S MOTION TO
                  DISMISS PLAINTIFF'S CONTEMPT MOTION AND TO CLARIFY, MODIFY
                  AND/OR VACATE PARAGRAPH 4 OF THE AMENDED PERMANENT
                  INJUNCTION [750-1] (tomg) [Entry date 06/02/00]

6/1/00    755     REPLY TO RESPONSE by Defendant Advocates For Life M  re
                  MOTION TO DISMISS PLAINTIFF'S CONTEMPT MOTION AND TO
                  CLARIFY, MODIFY AND/OR VACATE PARAGRAPH 4 OF THE AMENDED
                  PERMANENT INJUNCTION [750-1] (tomg) [Entry date 06/02/00]

6/1/00    756     REPLY TO RESPONSE by Movant Paul deParrie  re MOTION TO
                  DISMISS PLAINTIFF'S CONTEMPT MOTION AND TO CLARIFY, MODIFY
                  AND/OR VACATE PARAGRAPH 4 OF THE AMENDED PERMANENT
                  INJUNCTION [750-1] (tomg) [Entry date 06/02/00]

6/1/00    757     REPLY EXHIBITS IN SUPPORT OF DEFENDANT'S (Reply To) MOTION
                  TO DISMISS PLAINTIFF'S CONTEMPT MOTION [755-1] (tomg)
                  [Entry date 06/02/00]

6/2/00    758     RECORD OF ORDER by Honorable Robert E. Jones GRANTING

DEFENDANT'S MOTION FOR LEAVE TO EXCEED PAGE LIMITATION ON
REPLY MEMORANDUM RE DEFENDANT'S MOTION TO DISMISS [753-1];
GRANTING PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE
LIMITATION [745-1]. ACCORDING TO THE COURT'S RECORDS, only
the following motions will be heard on 7/24/00 at 9:00am:
(560) Plaintiff's motion for civil contempt; (685)
deParrie's motion to amend court's order contained in its
12/15/99 civil minutes; (725) Burnett's motion to dismiss;
(728) deParrie's motion to clarify; (750) Good Impressions'
motion to dismiss plaintiff's contempt motion and to
clarify (counsel notified) (tomg)

6/2/00   759   RECORD OF ORDER by Honorable Robert E. Jones DENYING
               DREST'S MOTION TO STRIKE [539-2] AND FOR ATTORNEY FEES
               [539-3]; FINDING PLAINTIFF'S MOTION FOR SANCTIONS [587-1]
               MOOT; GRANTING IN PART AND DENYING IN PART ACLA'S MOTION TO
               STAY DISCOVERY PROCEEDINGS AND PROTECTIVE ORDERS [597-1];
               GRANTING IN PART AND DENYING IN PART ACLA'S MOTION TO QUASH
               SUBPOENA SERVED UPON BURNETT PAINTING [597-2]; DENYING
               PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS
               REGARDING ADVICE OF COUNSEL DEFENSE [675-2]; FINDING the
               MOTION FOR ORDER FOR WRIT OF EXECUTION [525-1] MOOT AS IT
               WAS ALREADY GRANTED IN DOCKET #548; FINDING the MOTION FOR
               PROTECTIVE ORDER ON PLAINTIFF'S DOCUMENT REQUESTS AND
               DEPOSITION INQUIRY [532-1] MOOT AS IT HAS ALREADY BEEN
               RULED ON; FINDING the MOTION FOR CIVIL CONTEMPT [533-1]
               MOOT AS IT WAS ALREADY RULED ON IN DOCKET #557 (counsel
               notified) (tomg)

Docket as of September 11, 2002 7:25 pm               Page 82

Proceedings include all events.                      TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

7/6/00   760   RENEWED MOTION TO WITHDRAW Norman L Lindstedt AS ATTORNEY
               (tomg) [Entry date 07/07/00]

7/14/00  761   RESPONSE by Plaintiff Planned Parenthood C to NORMAN
               LINDSTEDT'S MOTION TO WITHDRAW Norman L Lindstedt AS
               ATTORNEY [760-1]; Reply due 7/28/00 (tomg)
               [Entry date 07/17/00]

7/24/00  762   REQUEST by Defendants, Respondent for FINDINGS (tomg)
               [Entry date 07/25/00]

7/24/00  763   RECORD OF CONTEMPT PROCEEDINGS before Honorable Robert E.
               Jones: Witnesses sworn, Exhibits received; The following
               motions are under advisement: Plaintiff's Motion (560) for
               civil contempt, Burnett's Motion (725) to dismiss, and Good
               Impression's Motion (750) to dismiss plaintiff's contempt
               motion and to clarify. DENUING dePARRIE'S MOTION TO AMEND
               COURT'S ORDER CONTAINED IN ITS 12/15/99 CIVIL MINUTES
               [685-1] AS MOOT. DENYING dePARRIE'S MOTION TO CLARIFY,
               MODIFY AND/OR VACATE PARAGRAPH 4 OF THE AMENDED PERMANENT
               INJUNCTION [728-2] AS MOOT. GRANTING MR. LINDSTEDT'S MOTION
               TO WITHDRAW Norman L Lindstedt AS ATTORNEY [760-1]. Mr.
               Ferrara's oral motion to withdraw as counsel is GRANTED.

```
                      Mr. deParrie is dismissed from contempt proceedings.
                      (counsel notified) Court Rptr Kathy Eismann (tomg)
                      [Entry date 07/26/00]

7/26/00    764        CLERK'S LIST OF EXHIBITS AND WITNESSES (tomg)

8/2/00     765        MAIL RETURNED  [minutes order [763-1] ] addressed to
                      William Richard Valent for Respondent Good Impressions (tomg)
                      [Entry date 08/07/00]

8/3/00     766        MOTION by Movant Paul deParrie FOR DECLARATIVE JUDGMENT
                      AND RETURN OF PROPERTY (tomg) [Entry date 08/07/00]

8/11/00    767        MOTION by Movant Paul deParrie FOR SANCTIONS  Oral
                      Argument Requested (tomg)

8/14/00    768        RECORD OF ORDER  by Honorable Robert E. Jones GRANTING
                      DeParrie's MOTION FOR DECLARATIVE JUDGMENT AND RETURN OF
                      PROPERTY [766-1] as follows:  Magazines to be returned to
                      Mr. DeParrie (counsel notified) (tomg) [Entry date 08/15/00]

8/15/00    769        MAIL RETURNED  [minutes order [763-1] ] addressed to
                      Stephen J Safranek for Movant Thomas More Center (tomg)

8/16/00    770        RECORD OF ORDER  by Honorable Robert E. Jones DENYING
                      deParrie's MOTION FOR SANCTIONS [767-1] (counsel notified)
                      (tomg) [Entry date 08/18/00]
```

Docket as of September 11, 2002 7:25 pm              Page 83

Proceedings include all events.                              TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

```
8/18/00    --         CLERK'S RECORD on appeal (Volumes 1-14 including documents
                      1-560, with all transcripts and expandos up to that point)
                      transmitted to US Court of Appeals for the Ninth Circuit
                      regarding appeal CA 99-35320 [472-1] (tomg)
                      [Entry date 08/19/00]

8/18/00    771        RESPONSE by Plaintiff Planned Parenthood C to dePARRIE'S
                      MOTION FOR DECLARATORY JUDGMENT AND FOR RETURN OF PROPERTY
                      (tomg) [Entry date 08/21/00]

8/21/00    772        MAIL RETURNED  [minutes order [768-1] ] addressed to
                      William Richard Valent for Respondent Good Impressions (tomg)

8/28/00    773        MAIL RETURNED  [minutes order [768-1] ] addressed to
                      Stephen J Safranek for Movant Thomas More Center (tomg)
                      [Entry date 08/29/00]

9/1/00     774        TRANSCRIPT of 7/24/00 before Honorable Robert E. Jones
                      court reporter: Katherine Eismann (tomg)

11/22/00   775        MOTION by Plaintiff Planned Parenthood C TO CONSOLIDATE
                      (tomg) [Entry date 11/30/00]
```

11/22/00 776     MEMORANDUM IN SUPPORT by Plaintiff Planned Parenthood C of
                 MOTION TO CONSOLIDATE [775-1] (tomg) [Entry date 11/30/00]

11/28/00 777     RESPONSE (OPPOSITION) by Movant Paul deParrie to
                 PLAINTIFF'S MOTION TO CONSOLIDATE [775-1] Reply due
                 12/12/00 (tomg) [Entry date 11/30/00]

11/30/00 778     RECORD OF ORDER by Honorable Robert E. Jones DENYING
                 PLAINTIFF'S MOTION TO CONSOLIDATE [775-1]. Case number CV
                 00-1579-JE will be transferred to Judge Jones (counsel
                 notified) (tomg)

12/5/00  779     MAIL RETURNED  [minutes order [778-1] ] addressed to
                 William Richard Valent for Respondent Good Impressions (tomg)
                 [Entry date 12/06/00]

12/18/00 780     MAIL RETURNED  [minutes order [778-1] ] addressed to
                 Stephen J Safranek for Movant Thomas More Center (tomg)
                 [Entry date 12/20/00]

5/11/01  781     CERTIFIED COPY OF ORDER from the US Court of Appeals for
                 the Ninth Circuit [472-1]: re appeals 99-35320, 99-35325,
                 99-35327, 99-35331, 99-35333 and 99-35405: Appellant's
                 motion to extime time and file an oversize brief is
                 granted.  Appellant's shall file a joint brief as to
                 whether the case should be reheard  en banc. (tomg)
                 [Entry date 05/21/01]


Docket as of September 11, 2002 7:25 pm              Page 84

Proceedings include all events.                              TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

7/29/02  782     CERTIFIED COPY OF ORDER from the US Court of Appeals for
                 the Ninth Circuit re appeals [472-1], [448-1], [447-1],
                 [445-1], [444-1]:  Appellants' joint motion to stay the
                 mandate pending a petition to the United States Supreme
                 Court for a writ of certiorari is GRANTED.  The mandate is
                 stayed until the Supreme Court rules on the petition for
                 writ of certiorari. (tomg) [Entry date 08/25/02]

[END OF DOCKET: 3:95cv1671]