Docket as of September 11, 2002 7:25 pm                    Page 1

Proceedings include all events.                           TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

                                                 TERMED APPEAL
                        U.S. District Court
      U.S. District Court for the District of Oregon (Portland)

              CIVIL DOCKET FOR CASE #: 95-CV-1671

Planned Parenthood, et al v. American Coalition, et al      Filed: 10/26/95
Assigned to: Honorable Robert E Jones
Demand: $200,000,000                    Nature of Suit:  890
Lead Docket: None                       Jurisdiction: Federal Question
Dkt # in C/A 4/14/99 : is  :99-  -35405
Dkt # in C/A 3/19/99 : is  :99-  -35333

Cause: 18:1962 Racketeering (RICO) Act


PLANNED PARENTHOOD OF THE          Carol J Bernick
COLUMBIA/WILLAMETTE INC            [COR LD NTC]
     Plaintiff                     Davis Wright Tremaine
                                   1300 SW 5th Avenue
                                   Suite 2300
                                   Portland, OR 97201
                                   503-241-2300
                                   FTS 778-5299

                                   Stephen S Walters
                                   224-3380
                                   [COR LD NTC]
                                   Stoel Rives LLP
                                   900 SW Fifth Avenue
                                   Suite 2600
                                   Portland, OR 97204-1268
                                   (503) 224-3380

                                   Elizabeth Maringer
                                   [COR]
                                   Maria T Vullo
                                   [COR]
                                   Martin London
                                   [COR]
                                   Paul Weiss Rifkind Wharton &
                                   Garrison
                                   1285 Avenue of the Americas
                                   New York, NY 10019-6064
                                   212-373-3000
                                   FTS 373-2212

                                   Roger Evans
                                   [COR]
                                   Planned Parenthood Federation
                                   of America Inc
                                   810 7th Ave
                                   New York, NY 10019

Docket as of September 11, 2002 7:25 pm                Page 2

Proceedings include all events.                                TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al


PORTLAND FEMINIST WOMEN'S        Carol J Bernick
HEALTH CENTER                   (See above)
        Plaintiff               [COR LD NTC]

                                Stephen S Walters
                                (See above)
                                [COR LD]

                                Elizabeth Maringer
                                (See above)
                                [COR]
                                Maria T Vullo
                                (See above)
                                [COR]
                                Martin London
                                (See above)
                                [COR]


ROBERT CRIST, MD                Carol J Bernick
        Plaintiff               (See above)
                                [COR LD NTC]

                                Stephen S Walters
                                (See above)
                                [COR LD]

                                Elizabeth Maringer
                                (See above)
                                [COR]
                                Maria T Vullo
                                (See above)
                                [COR]
                                Martin London
                                (See above)
                                [COR]


WARREN M HERN, MD               Carol J Bernick
        Plaintiff               (See above)
                                [COR LD NTC]

                                Stephen S Walters
                                (See above)
                                [COR LD]

                                Elizabeth Maringer
                                (See above)
                                [COR]
                                Maria T Vullo
                                (See above)
                                [COR]

```
Docket as of September 11, 2002 7:25 pm                    Page 3

Proceedings include all events.                           TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al
                                    Martin London
                                    (See above)
                                    [COR]


ELIZABETH NEWHALL, MD               Carol J Bernick
     Plaintiff                      (See above)
                                    [COR LD NTC]

                                    Stephen S Walters
                                    (See above)
                                    [COR LD]

                                    Elizabeth Maringer
                                    (See above)
                                    [COR]
                                    Maria T Vullo
                                    (See above)
                                    [COR]
                                    Martin London
                                    (See above)
                                    [COR]


JAMES NEWHALL, MD                   Carol J Bernick
     Plaintiff                      (See above)
                                    [COR LD NTC]

                                    Stephen S Walters
                                    (See above)
                                    [COR LD]

                                    Elizabeth Maringer
                                    (See above)
                                    [COR]
                                    Maria T Vullo
                                    (See above)
                                    [COR]
                                    Martin London
                                    (See above)
                                    [COR]


KAREN SWEIGERT, MD                  Stephen S Walters
Individually & on behalf of          [term 12/30/98]
all persons similarly situated      (See above)
     Plaintiff                      [COR LD]
  [term 12/30/98]
                                    Elizabeth Maringer
                                     [term 12/30/98]
                                    (See above)
                                    [COR]
                                    Maria T Vullo
                                     [term 12/30/98]
```

Docket as of September 11, 2002 7:25 pm                    Page 4

Proceedings include all events.                                      TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

                              (See above)
                              [COR]
                              Martin London
                               [term 12/30/98]
                              (See above)
                              [COR]


        v.


AMERICAN COALITION OF LIFE         David T Daulton
ACTIVISTS                          [COR NTC]
        Defendant                  Berean Law Group PC
                                   125 St. Paul's Blvd
                                   Third Floor--Suite 302
                                   Norfolk, VA 23510
                                   757-622-0225
                                   FTS 622-0791

                                   Kevin L Gibbs
                                   [COR]
                                   Olmstead Gibbs & Harper
                                   705 Second Ave
                                   Suite 610
                                   Seattle, WA 98104
                                   206-223-9366
                                   FTS 626-0873

                                   Mark Renart Peck
                                   [COR]
                                   Law Office of Mark Renart Peck
                                   3 Prospect Street
                                   Morristown, NJ 07960
                                   973-451-0030
                                   FTS 451-0034

                                   William D Bailey
                                    [term 11/16/99]
                                   [COR LD NTC]
                                   5 Centerpointe Dr
                                   Suite 100
                                   Lake Oswego, OR 97035
                                   503-639-9093
                                   FTS 670-7674

                                   Denis V Brenan
                                   [COR LD NTC]
                                   1701 Market Street
                                   Philadelphia, PA 19103
                                   215-963-5407
                                   FTS 963-5299

```
Docket as of September 11, 2002 7:25 pm                    Page 5

Proceedings include all events.                               TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al
```

ADVOCATES FOR LIFE MINISTRIES          David T Daulton
    Defendant                              (See above)
                                                   [COR LD NTC]

```
                                       Kevin L Gibbs
                                       (See above)
                                       [COR]

                                       Mark Renart Peck
                                       (See above)
                                       [COR]

                                       William D Bailey
                                        [term  11/16/99]
                                       (See above)
                                       [COR LD NTC]


MICHAEL BRAY                           Kevin L Gibbs
     Defendant                        (See above)
                                       [COR]

                                       Mark Renart Peck
                                       (See above)
                                       [COR]

                                       William D Bailey
                                        [term  11/16/99]
                                       (See above)
                                       [COR LD NTC]


ANDREW BURNETT                        David T Daulton
     Defendant                        (See above)
                                       [COR LD NTC]

                                       Kevin L Gibbs
                                       (See above)
                                       [COR]

                                       Mark Renart Peck
                                       (See above)
                                       [COR]

                                       William D Bailey
                                        [term  11/16/99]
                                       (See above)
                                       [COR LD NTC]
```

```
DAVID CRANE                         David T Daulton
        Defendant                   (See above)
                                    [COR NTC]
```

```
Docket as of September 11, 2002 7:25 pm              Page 6
```

Proceedings include all events.                     TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

```
                                    Kevin L Gibbs
                                    (See above)
                                    [COR]

                                    Mark Renart Peck
                                    (See above)
                                    [COR]

                                    William D Bailey
                                     [term  11/16/99]
                                    (See above)
                                    [COR LD NTC]

TIMOTHY PAUL DRESTE                  Mark Belz
        Defendant                   [COR NTC]
                                    Belz & Jones PC
                                    7777 Bonhomme
                                    Suite 1710
                                    St Louis, MO 63105-1911
                                    314-863-0200

                                    Kevin L Gibbs
                                    (See above)
                                    [COR]

                                    Michael R Hirsh
                                     [term  11/16/99]
                                    [COR]
                                    Hirsh & Heuser PC
                                    125 TownPark Drive
                                    Suite 300
                                    Kennesaw, GA 30144
                                    770-420-8224
                                    FTS 713-4400

                                    Mark Renart Peck
                                    (See above)
                                    [COR]

                                    William D Bailey
                                    (See above)
                                    [COR LD NTC]

MICHAEL DODDS                       Michael P Tierney
        Defendant                   [COR]
                                    Legal Center For The Defense Of
```

Life
210 East 23rd Street
Suite 5F
New York, NY 10010
212-695-1360



Docket as of September 11, 2002 7:25 pm                    Page 7

Proceedings include all events.                                        TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

                              David T Daulton
                              (See above)
                              [COR LD NTC]

                              John M McSherry
                              [COR NTC]
                              Legal Center For Defense Of
                              Life
                              210 East 23rd Street
                              #5F
                              New York, NY 10010
                              212-685-1360

                              James M Bendell
                              [COR]
                              Law Office of James M Bendell
                              PO Box 587
                              2535 Ivy Street
                              Port Townsend, WA 98368
                              360-379-5221
                              FTS 379-5319

                              Norman L Lindstedt
                              [COR LD NTC]
                              Norman L Lindstedt, PC
                              1001 SW 5th Ave
                              Suite 1300
                              Portland, OR 97204
                              503-227-7904
                              FTS 222-4429


JOSEPH L FOREMAN               Mark Belz
        Defendant             (See above)
                              [COR LD NTC]

                              Kevin L Gibbs
                              (See above)
                              [COR]

                              Michael R Hirsh
                               [term 11/16/99]
                              (See above)
                              [COR]

                              Mark Renart Peck

```
                              (See above)
                              [COR]

                              William D Bailey
                              (See above)
                              [COR NTC]
```

```
Docket as of September 11, 2002 7:25 pm              Page 8

Proceedings include all events.                           TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

CHARLES ROY MCMILLAN          Kevin L Gibbs
      Defendant              (See above)
                             [COR]

                             Mark Renart Peck
                             (See above)
                             [COR]

                             William D Bailey
                             (See above)
                             [COR LD NTC]


STEPHEN P MEARS               Michael P Tierney
      Defendant               [term  12/30/98]
[term  12/30/98]             (See above)
                             [COR]

                             David T Daulton
                              [term  12/30/98]
                             (See above)
                             [COR LD NTC]

                             John M McSherry
                              [term  12/30/98]
                             (See above)
                             [COR NTC]

                             James M Bendell
                              [term  12/30/98]
                             (See above)
                             [COR]

                             Norman L Lindstedt
                             (See above)
                             [COR LD NTC]


MONICA MIGLIORINO MILLER      Christopher A Ferrara
      Defendant               [term  12/30/98]
[term  12/30/98]             [COR NTC]
                             American Catholic Lawyers
                             Association
                             50 South Franklin Turnpike,
```

                                    Suite 1
                                    PO Box 277
                                    Ramsey, NJ 07446
                                    201-236-1799

                                    James M Bendell
                                     [term  12/30/98]
                                    (See above)
                                    [COR]


Docket as of September 11, 2002 7:25 pm              Page 9

Proceedings include all events.                         TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

                                    Norman L Lindstedt
                                    (See above)
                                    [COR LD NTC]


BRUCE EVAN MURCH                    Kevin L Gibbs
     Defendant                     (See above)
                                    [COR]

                                    Mark Renart Peck
                                    (See above)
                                    [COR]

                                    William D Bailey
                                    (See above)
                                    [COR LD NTC]


CATHERINE RAMEY                     David T Daulton
     Defendant                     (See above)
                                    [COR LD NTC]

                                    Kevin L Gibbs
                                    (See above)
                                    [COR]

                                    Mark Renart Peck
                                    (See above)
                                    [COR]

                                    William D Bailey
                                     [term  11/16/99]
                                    (See above)
                                    [COR LD NTC]


DAWN MARIE STOVER                   David T Daulton
     Defendant                     (See above)
                                    [COR LD NTC]

                                    Kevin L Gibbs
                                    (See above)

```
                                    [COR]

                                    Mark Renart Peck
                                    (See above)
                                    [COR]

                                    William D Bailey
                                     [term  11/16/99]
                                    (See above)
                                    [COR LD NTC]
```

```
Docket as of September 11, 2002 7:25 pm              Page 10

Proceedings include all events.                    TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al
```

```
DONALD TRESHMAN                Christopher A Ferrara
     Defendant                 (See above)
                               [COR LD NTC]

                               James M Bendell
                               (See above)
                               [COR]

                               Norman L Lindstedt
                               (See above)
                               [COR LD NTC]

                               Mark Renart Peck
                               (See above)
                               [COR]


CHARLES WYSONG                 Mark Belz
     Defendant                 (See above)
                               [COR LD NTC]

                               Kevin L Gibbs
                               (See above)
                               [COR]

                               Michael R Hirsh
                               (See above)
                               [COR LD NTC]

                               Mark Renart Peck
                               (See above)
                               [COR]

                               William D Bailey
                               (See above)
                               [COR LD NTC]


DIANE BURNETT                  William Richard Valent
     Respondent                [COR LD NTC]
```

```
                                   Dierking & Schuster
                                   3565 NE Broadway St
                                   Portland, OR 97232-1820
                                   503-231-7765


GOOD IMPRESSIONS PRINTING          William Richard Valent
COMPANY, INC.                      (See above)
      Respondent                   [COR LD NTC]


       -------------------------
```

Docket as of September 11, 2002 7:25 pm                  Page 11

Proceedings include all events.                          TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

```
AMERICAN CIVIL LIBERTIES UNION     Michael H Simon
FOUNDATION OF OREGON               503-727-2018
      Amicus                       [COR LD NTC]
                                   Chin See Ming
                                   [COR]
                                   Perkins Coie
                                   1211 SW Fifth Ave
                                   1500 PACWest Bldg
                                   Portland, OR 97204-3715
                                   (503)727-2000
                                   FTS 727-2222


       v.


HENRY KANE                         Henry Kane
      Movant                       [COR LD NTC] [PRO SE]
                                   12077 SW Camden Laneet
                                   Beaverton, OR 97008
                                   503-643-4054


PAUL DEPARRIE                      James E Leuenberger
      Movant                       [COR LD NTC]
                                   8100B SW Durham Road
                                   Tigard, OR 97224
                                   503-670-8182
                                   FTS 213-6085

                                   Paul deParrie
                                   [COR LD NTC] [PRO SE]
                                   539 SE 39th PMB 711
                                   Portland, OR 97214
                                   503-236-0883


THOMAS MORE CENTER FOR LAW &       Stephen J Safranek
```

```
JUSTICE                         [COR LD NTC]
     Movant                     Thomas More Center For Law &
                                Justice
                                24 Frank Lloyd Wright Drive
                                PO Box 422
                                Ann Arbor, MI 48106-0422
                                734-930-4400


CHRISTOPHER A FERRARA           Christopher A Ferrara
     Movant                     [COR LD NTC]
                                American Catholic Lawyers
                                Association
                                50 South Franklin Turnpike,
                                Suite 1
                                PO Box 277
```

```
Docket as of September 11, 2002 7:25 pm              Page 12

Proceedings include all events.                       TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

                                Ramsey, NJ 07446
                                201-236-1799
```

Docket as of September 11, 2002 7:25 pm            Page 13

Proceedings include all events.                                    TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

10/26/95 1       CLASS ACTION COMPLAINT and JURY TRIAL DEMAND (Cause Code:
                 18:1962) (Receipt # 157127)  Intentional infliction of
                 emotional distress (wri)

10/26/95 2       DISCOVERY ORDER AND ORDER REQUIRING JOINT STATUS REPORT
                 discovery ddl set for 2/23/96 Joint status report due
                 2/23/96 pretrial order deadline set for 3/25/96 (wri)

10/26/95 3       SUMMONS ISSUED as to Defendant American Coalition of Life
                 Activists (wri)

10/26/95 4       SUMMONS ISSUED as to Defendant Advocates for Life
                 Ministries (wri)

10/26/95 5       SUMMONS ISSUED as to Defendant Michael Bray (wri)

10/26/95 6       SUMMONS ISSUED as to Defendant Andrew Burnett (wri)

10/26/95 7       SUMMONS ISSUED as to Defendant David Crane (wri)

10/26/95 8       SUMMONS ISSUED as to Defendant Timothy Paul Dreste (wri)

10/26/95 9       SUMMONS ISSUED as to Defendant Micheal Dodds (wri)

10/26/95 10      SUMMONS ISSUED as to Defendant Charles Roy McMillan (wri)

10/26/95 11      SUMMONS ISSUED as to Defendant Stephen P Mears (wri)

10/26/95 12      SUMMONS ISSUED as to Defendant Monica Migliorino Miller (wri)

10/26/95 13      SUMMONS ISSUED as to Defendant Catherine Ramey (wri)

10/26/95 14      SUMMONS ISSUED as to Defendant Dawn Marie Stover (wri)

```
10/26/95 15      SUMMONS ISSUED as to Defendant Donald Treshman (wri)

10/26/95 16      SUMMONS ISSUED as to Defendant Charles Wysong (wri)

10/26/95 17      SUMMONS ISSUED as to Defendant Bruce Evan Murch (wri)
                 [Entry date 11/03/95]

10/26/95 18      SUMMONS ISSUED as to Defendant Joseph L Foreman (wri)
                 [Entry date 11/03/95]

10/30/95 22      RETURN OF SERVICE EXECUTED upon Defendant Catherine Ramey
                 on 10/28/95 (wri) [Entry date 11/09/95]

10/31/95 19      MOTION  by Plaintiff Planned Parenthood C, Plaintiff
                 Portland Feminist Wo, Plaintiff Robert Crist, Plaintiff
                 Warren M Hern, Plaintiff Elizabeth Newhall, Plaintiff James
                 Newhall, Plaintiff Karen Sweigert FOR ATTORNEY ROGER EVANS
                 TO APPEAR PRO HAC VICE (wri) [Entry date 11/03/95]
```

Docket as of September 11, 2002 7:25 pm              Page 14

Proceedings include all events.                        TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

```
10/31/95 20      AFFIDAVIT of Stephen S Walters IN SUPPORT OF MOTION FOR
                 ATTORNEY ROGER EVANS TO APPEAR PRO HAC VICE [19-1] (wri)
                 [Entry date 11/03/95]

11/2/95  21      RECORD OF ORDER  by Honorable Robert E. Jones GRANTING
                 MOTION FOR ATTORNEY ROGER EVANS, EDWARD N COSTIKYAN, MARIA
                 T VULLO & EDWARD S ZAS TO APPEAR PRO HAC VICE [19-1]
                 (counsel notified) (wri) [Entry date 11/03/95]

11/8/95  23      RETURN OF SERVICE EXECUTED upon Defendant Dawn Marie Stover
                 on 10/31/95 (wri) [Entry date 11/09/95]

11/8/95  24      RETURN OF SERVICE EXECUTED upon Defendant Advocates For
                 Life Ministries on 10/27/95 (wri) [Entry date 11/09/95]

11/8/95  25      RETURN OF SERVICE EXECUTED upon Defendant American
                 Coalition of Life Activists on 10/27/95 (wri)
                 [Entry date 11/09/95]

11/8/95  26      RETURN OF SERVICE EXECUTED upon Defendant Andrew Burnett
                 on 10/27/95 (wri) [Entry date 11/09/95]

11/8/95  27      RETURN OF SERVICE EXECUTED upon Defendant Michael Bray  on
                 10/27/95 (wri) [Entry date 11/09/95]

11/8/95  28      RETURN OF SERVICE EXECUTED upon Defendant Micheal Dodds  on
                 10/31/95 (wri) [Entry date 11/09/95]

11/9/95  29      RETURN OF SERVICE EXECUTED upon Defendant Bruce Evan Murch
                 on 10/27/95 (wri)

11/9/95  30      RETURN OF SERVICE EXECUTED upon Defendant Charles Wysong
```

```
                     on 11/1/95 (wri)

11/15/95 31          MOTION  by Defendant Catherine Ramey TO EXTEND TIME TO
                     ANSWER (wri) [Entry date 11/16/95]

11/15/95 32          MOTION  by Defendants Advocates For Life Ministries Andrew
                     Burnett & Dawn Marie Stover TO ALLOW EXTENSION OF TIME FOR
                     FILING RESPONSE (wri) [Entry date 11/16/95]

11/16/95 33          RETURN OF SERVICE EXECUTED upon Defendant Monica Migliorino
                     Miller  on 11/1/95 (wri) [Entry date 11/17/95]

11/20/95 34          MOTION  by Defendant Donald Treshman TO EXTEND TIME TO
                     ANSWER (wri) [Entry date 11/21/95]

11/21/95 35          MOTION TO TAKE JUDICIAL NOTICE by Defendant Bruce Evan
                     Murch TO EXTEND TIME TO ANSWER (wri) [Entry date 11/22/95]

11/22/95 36          RETURN OF SERVICE EXECUTED upon Defendant Stephen P Mears
                     on 11/2/95 (clar) [Entry date 11/24/95]
```

Docket as of September 11, 2002 7:25 pm                    Page 15

Proceedings include all events.                           TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

```
11/22/95 37          RETURN OF SERVICE EXECUTED upon Defendant Charles Roy
                     McMillan  on 11/6/95 (clar) [Entry date 11/24/95]

11/22/95 38          RECORD OF ORDER  by Honorable Robert E. Jones GRANTING
                     RAMEYS MOTION TO EXTEND TIME TO ANSWER [31-1] Answer
                     deadline reset to 1/22/96 for Catherine Ramey GRANTING
                     MOTION TO ALLOW EXTENSION OF TIME FOR FILING RESPONSE
                     [32-1] Answer reset to 12/8/95 for Advocates For Life
                     Ministries GRANTING MOTION TO EXTEND TIME TO ANSWER [34-1]
                     Answer deadline reset to 1/23/96 for Donald Treshman
                     FINDING DEFENDANT MURCHS MOTION TO EXTEND TIME TO ANSWER
                     [35-1] MOOT answer ddl set for 12/8/95 Parties have
                     stipulated to extension of time to file answer by 12/8/95
                     The Court concurs (counsel notified) (wri)
                     [Entry date 11/27/95]

11/24/95 39          MOTION by Defendant Michael Bray TO EXTEND TIME TO ANSWER
 (wri) [Entry date 11/27/95]

11/24/95 40          MOTION  by Defendant American Coalition TO EXTEND TIME TO
                     ANSWER (wri) [Entry date 11/27/95]

11/24/95 41          MOTION by Defendant David Crane TO EXTEND TIME TO ANSWER
                     (wri) [Entry date 11/27/95]

11/29/95 42          MOTION by Defendant Micheal Dodds FOR EXTENSION OF TIME TO
                     ANSWER (wri)

11/29/95 43          MOTION by Defendants Stephen P Mears & Monica Migliorino
                     Miller TO EXTEND TIME TO ANSWER (wri)
```

```
11/29/95 44    AFFIDAVIT of Michael P Tierney in Support of MOTION TO
               EXTEND TIME TO ANSWER [43-1] (wri)

11/29/95 45    CERTIFICATE OF SERVICE of affidavit [44-1], MOTION TO
               EXTEND TIME TO ANSWER [43-1] by Defendants Stephen P Mears
               & Monica Migliorino Miller (wri)

11/29/95 46    RECORD OF ORDER  by Honorable Robert E. Jones GRANTING
               MOTION TO EXTEND TIME TO ANSWER [39-1] Answer deadline
               reset to 1/17/96 for Michael Bray GRANTING  MOTION TO
               EXTEND TIME TO ANSWER [40-1] Answer deadline reset to
               1/17/96 For American Coalition GRANTING MOTION TO EXTEND
               TIME TO ANSWER [41-1] Answer deadline reset to 1/17/96 for
               David Crane GRANTING MOTION FOR EXTENSION OF TIME TO ANSWER
               [42-1] Answer deadline reset to 1/17/96 for Michael Dodds
               GRANTING TO EXTEND TIME TO ANSWER [43-1] Answer deadline
               reset to 1/17/96 for Monica Migliorino Miller & Stephen P
               Mears (counsel notified) (wri) [Entry date 11/30/95]

12/1/95  47    RESPONSE by Plaintiffs to Various Defendants Motions For
               Extension of Time (wri) [Entry date 12/05/95]
```

Docket as of September 11, 2002 7:25 pm                Page 16

Proceedings include all events.                     TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

```
12/4/95  48    MOTION  by Defendant Charles Wysong FOR EXTENSION OF TIME
               TO ANSWER (wri) [Entry date 12/05/95]

12/4/95  49    RECORD OF ORDER  by Honorable Robert E. Jones GRANTING
               MOTION FOR EXTENSION OF TIME TO ANSWER [48-1] Answer
               deadline reset to 2/2/96 for Charles Wysong  (counsel
               notified) (wri) [Entry date 12/06/95]

12/6/95  50    RETURN OF SERVICE EXECUTED upon Defendant Donald Treshman
               on 11/3/95 (wri)

12/7/95  51    MOTION  by Defendants Advocates For Life Ministries, Andrew
               Burnett, & Dawn Marie Stover TO ALLOW ADDITIONAL EXTENSION
               OF TIME FOR FILING RESPONSE (wri) [Entry date 12/08/95]

12/11/95 52    RESPONSE by Plaintiff to MOTIONS FOR EXTENSION OF TIME
               FILED BY DEFENDANTS MCMILLAN & WYSONG (wri)
               [Entry date 12/13/95]

12/14/95 53    RECORD OF ORDER  by Honorable Robert E. Jones GRANTING
               DEFENDANT ADVOCATES FOR LIFES MOTION TO ALLOW ADDITIONAL
               EXTENSION OF TIME FOR FILING RESPONSE [51-1] Answer
               deadline reset to 1/23/96 for Advocates For Life Ministries
               GRANTING Request for Extension [52-1]  Discovery ddl set
               for 4/23/96 Pretrial order ddl set for 5/23/96 Joint status
               report to be filed by 4/23/96 (counsel notified) (wri)
               [Entry date 12/15/95]
```

```
1/2/96    54      MOTION  by Defendant Timothy Paul Dreste TO EXTEND TIME TO
                  ANSWER COMPLAINT (peg) [Entry date 01/03/96]

1/2/96    55      RECORD OF ORDER  by Honorable Robert E. Jones GRANTING
                  MOTION TO EXTEND TIME TO ANSWER COMPLAINT [54-1] Answer
                  deadline reset to 2/5/96 for Timothy Paul Dreste  (counsel
                  notified) (peg) [Entry date 01/03/96]

1/3/96    56      MOTION  by Plaintiff  TO EXTEND TIME FOR FILING MOTION
                  PURSUANT TO LR 200-4 expedited consideration requested (fshr)
                  [Entry date 01/04/96]

1/3/96    57      AFFIDAVIT by Plaintiff of Stephen S. Walters MOTION  TO
                  EXTEND TIME FOR FILING MOTION PURSUANT TO LR 200-4 [56-1]
                  (fshr) [Entry date 01/04/96]

1/10/96   58      MOTION by Attorney William E McCann for Defendants
                  Advocates For Life Ministries, Andrew Burnett, & Dawn Marie
                  Stover TO WITHDRAW AS COUNSEL (wri) [Entry date 01/11/96]

1/12/96   59      RECORD OF ORDER  by Honorable Robert E. Jones GRANTING
                  PLAINTIFFS MOTION TO EXTEND TIME FOR FILING MOTION PURSUANT
                  TO LR 200-4 [56-1] & GRANTING DEFENDANTS BURNETT STOVER &
                  ADVOCATES FOR LIFE MINISTRIES MOTION TO WITHDRAW AS COUNSEL
                  [58-1] attorney William E McCann withdrawn (counsel
                  notified) (wri) [Entry date 01/16/96]
```

Docket as of September 11, 2002 7:25 pm              Page 17

Proceedings include all events.                          TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

```
1/16/96   60      MOTION by Defendant Donald Treshman FOR LEAVE TO WITHDRAW
                  REPRESENTATION OF DEFENDANT, and TO SUBSTITUTE ATTORNEY
                  Chris Ferrara (wri) [Entry date 01/17/96]

1/17/96   61      MOTION by Defendants Monica Migliorino Miller & Donald
                  Treshman FOR ATTORNEY Christopher A Ferrara TO APPEAR PRO
                  HAC VICE (wri) [Entry date 01/18/96]

1/17/96   62      ANSWER by Defendant Monica Migliorino Miller to Complaint
                  [1-1] (wri) [Entry date 01/18/96]

1/17/96   63      ANSWER by Defendant Donald Treshman to Complaint [1-1] (wri)
                  [Entry date 01/18/96]

1/17/96   64      ANSWER and JURY TRIAL DEMAND by Defendant Michael Dodds to
                  Complaint [1-1] (wri) [Entry date 01/18/96]

1/17/96   65      ANSWER and JURY TRIAL DEMAND by Defendant Stephen P Mears
                  to Complaint [1-1] (wri) [Entry date 01/18/96]

1/19/96   66      RECORD OF ORDER  by Honorable Robert E. Jones GRANTING
                  DEFENDANTS D TRESHMAN & M MILLERS MOTION FOR ATTORNEY
                  Christopher A Ferrara TO APPEAR PRO HAC VICE [61-1],
                  GRANTING DEFENDANT TRESHMANS MOTION FOR LEAVE TO WITHDRAW
                  REPRESENTATION [60-1] attorney Norman L Lindstedt for
```

```
                    Donald Treshman, GRANTING DEFENDANT TRESHMANS MOTION TO
                    SUBSTITUTE ATTORNEY Chris Ferrara [60-2] (counsel notified)
                    (wri) [Entry date 01/22/96]

1/22/96   67        MOTION by Plaintiff  FOR EXTENSION OF TIME TO FILE MOTION
                    ON CLASS CERTIFICATION PURSUANT TO LOCAL RULE 200-4 (wri)
                    [Entry date 01/23/96]

2/1/96    68        RECORD OF ORDER  by Honorable Robert E. Jones GRANTING
                    PLAINTIFFS MOTION FOR EXTENSION OF TIME TO FILE MOTION ON
                    CLASS CERTIFICATION PURSUANT TO LOCAL RULE 200-4 [67-1]
                    notified) (wri) [Entry date 02/06/96]

2/6/96    69        RETURN OF SERVICE EXECUTED upon Defendant Timothy Paul
                    Dreste  on 11/29/95 (wri) [Entry date 02/07/96]

2/13/96   70        MOTION by Defendants ADVOCATES FOR LIFE MINISTRIES, MICHAEL
                    BRAY, ANDREW BURNETT, CHARLES ROY MCMILLAN, BRUCE EVAN
                    MURCH, CATHERINE RAMEY & DAWN MARIE STOVER FOR ATTORNEY
                    JOHN J. BRODERICK TO APPEAR PRO HAC VICE (wri)
                    [Entry date 02/14/96]

2/13/96   71        AFFIDAVIT of John J Broderick IN SUPPORT OF MOTION FOR
                    ATTORNEY JOHN J. BRODERICK TO APPEAR PRO HAC VICE [70-1]
                    (wri) [Entry date 02/14/96]

2/13/96   72        MOTION by Defendants American Coalition of Life & David
                    Crane FOR ATTORNEY DAVID T DAULTON TO APPEAR PRO HAC VICE
```

```
Docket as of September 11, 2002 7:25 pm              Page 18

Proceedings include all events.                      TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

                    (wri) [Entry date 02/14/96]

2/13/96   73        AFFIDAVIT of David T Daulton in support of MOTION FOR
                    ATTORNEY DAVID T DAULTON TO APPEAR PRO HAC VICE [72-1] (wri)
                    [Entry date 02/14/96]

2/15/96   74        RECORD OF ORDER  by Honorable Robert E. Jones GRANTING
                    DEFENDANTS AMERICAN COALITION & DAVID CRANES MOTION FOR
                    ATTORNEY DAVID T DAULTON TO APPEAR PRO HAC VICE [72-1], &
                    GRANTING DEFENDANTS ADVOCATES FOR LIFE, MICHAEL BRAY,
                    ANDREW BURNETT, CHARLES MCMILLAN, BRUCE EVAN MURCH,
                    CATHERINE RAMEY & DAWN MARIE STOVERS MOTION FOR ATTORNEY
                    JOHN J BRODERICK TO APPEAR PRO HAC VICE [70-1] (counsel
                    notified) (wri) [Entry date 02/16/96]

2/16/96   75        RETURN OF SERVICE EXECUTED upon Defendant Joseph L Foreman
                    on 2/11/96 (wri) [Entry date 02/20/96]

2/21/96   76        MOTION by Defendants Timothy Paul Dreste & Charles Wysong
                    FOR ATTORNEY MARK BELZ TO APPEAR PRO HAC VICE (wri)
                    [Entry date 02/22/96]

2/21/96   77        MOTION by Defendants American Coalition, Advocates For Life
                    Ministries, Michael Bray, Andrew Burnett, David Crane,
```

Case 3:95-cv-01671-JO   Document 865   Filed 07/14/03   Page 19 of 87

                    Timothy Paul Dreste, Charles Roy McMillan, Bruce Murch,
                    Catherine Ramey, Dawn Marie Stover & Charles Wysong FOR
                    EXTENSION OF TIME TO FILE APPEARANCE (wri)
                    [Entry date 02/22/96]

2/21/96   78        RECORD OF ORDER  by Honorable Robert E. Jones GRANTING
                    DEFENDANTS MOTION FOR EXTENSION OF TIME TO FILE APPEARANCE
                    [77-1] Answer deadline reset to 2/23/96 for all Defendants;
                    & GRANTING DEFENDANTS DRESTE & WYSONGS MOTION FOR ATTORNEY
                    MARK BELZ TO APPEAR PRO HAC VICE [76-1] (counsel notified)
                    (wri) [Entry date 02/23/96]

2/23/96   79        RETURN OF SERVICE EXECUTED upon Defendant David Crane  on
                    10/31/95 (wri) [Entry date 02/26/96]

2/26/96   80        ANSWER and JURY TRIAL DEMAND  by Defendants American
                    Coalition, Advocates For Life Ministries, Michael Bray,
                    Andrew Burnett, David Crane, Timothy Paul Dreste, Charles
                    Roy McMillan, Bruce Evan Murch, Catherine Ramey, Dawn Marie
                    Stover, Charles Wysong to complaint [1-1] (wri)
                    [Entry date 02/27/96]

3/4/96    81        MOTION by Defendants Michael Dodds & Stephen P Mears FOR
                    ATTORNEYS JOHN M MCSHERRY and MICHAEL P TIERNEY TO APPEAR
                    PRO HAC VICE (wri)

3/4/96    82        AFFIDAVIT of John M McSherry IN SUPPORT OF MOTION FOR
                    ATTORNEYS JOHN M MCSHERRY and MICHAEL P TIERNEY TO APPEAR
                    PRO HAC VICE (wri)

Docket as of September 11, 2002 7:25 pm              Page 19

Proceedings include all events.                         TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

3/4/96    83        AFFIDAVIT of Michael P Tierney IN SUPPORT OF MOTION FOR
                    ATTORNEYS JOHN M MCSHERRY and MICHAEL P TIERNEY TO APPEAR
                    PRO HAC VICE (wri)

3/6/96    84        RECORD OF ORDER  by Honorable Robert E. Jones GRANTING
                    DEFENDANTS MEARS & DODDS MOTION FOR ATTORNEYS JOHN M
                    MCSHERRY and MICHAEL P TIERNEY TO APPEAR PRO HAC VICE
                    [81-1] (counsel notified) (wri) [Entry date 03/07/96]

3/8/96    86        AFFIDAVIT of Mark Belz in support of Defendants MOTION FOR
                    ATTORNEY MARK BELZ TO APPEAR PRO HAC VICE [85-1] (wri)
                    [Entry date 03/11/96]

3/8/96    87        CERTIFICATE OF SERVICE of MOTION FOR ATTORNEY MARK BELZ TO
                    APPEAR PRO HAC VICE [85-1], Affidavit in support [86-1] by
                    Defendant Joseph L Foreman (wri) [Entry date 03/11/96]

3/9/96    85        MOTION  by Defendant Joseph L Foreman FOR ATTORNEY MARK
                    BELZ TO APPEAR PRO HAC VICE (wri) [Entry date 03/11/96]

3/11/96   88        ANSWER and JURY TRIAL DEMAND  by Defendant Joseph L Foreman
                    to Complaint [1-1] (wri)

```
3/11/96   89    RECORD OF ORDER  by Honorable Robert E. Jones GRANTING
                DEFENDANT FOREMANS MOTION FOR ATTORNEY MARK BELZ TO APPEAR
                PRO HAC VICE [85-1] (counsel notified) (wri)
                [Entry date 03/13/96]

3/12/96   90    MAIL RETURNED  [minute order [78-1] ] addressed to John C
                Broderick for Defendants Dawn Marie Stover, Advocates for
                Life, Michael Bray, Andrew Burnett, Brian Murch, Catherine
                Ramey, & Charles McMillan (wri) [Entry date 03/13/96]

3/13/96   --    REMARK as to Advocates For Life Ministries, Michael Bray,
                Andrew Burnett, Charles Roy McMillan, Bruce Evan Murch,
                Catherine Ramey, Dawn Marie Stover:  Minute Order [78-1]
                resent to Defendants counsel John Broderick at new address
                (wri)

4/1/96    91    MOTION by Defendants Michael Dodds & Stephen P Mears TO
                EXTEND DISCOVERY, and REQUESTING A SCHEDULING CONFERENCE
                (wri) [Entry date 04/04/96]

4/1/96    92    MOTION by Defendants Monica Migliorino Miller & Donald
                Treshman TO EXTEND DISCOVERY, and REQUESTING A
                SCHEDULING CONFERENCE (wri) [Entry date 04/04/96]

4/17/96   93    DISCOVERY MOTION by Plaintiffs TO COMPEL THE PRODUCTION OF
                DOCUMENTS & DEPOSITIONS OF THE DEFENDANTS, and TO EXTEND
                THE DISCOVERY DEADLINE Expedited Consideration Requested
                (wri) [Entry date 04/18/96]
```

Docket as of September 11, 2002 7:25 pm              Page 20

Proceedings include all events.                              TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

```
4/17/96   94    MEMORANDUM IN SUPPORT by Plaintiffs of MOTION TO COMPEL THE
                PRODUCTION OF DOCUMENTS & DEPOSITIONS OF THE DEFENDANTS
                [93-1] & of MOTION TO EXTEND THE DISCOVERY DEADLINE [93-2]
                (wri) [Entry date 04/18/96]

4/17/96   95    AFFIDAVIT of Maria T Vullo IN SUPPORT OF DISCOVERY MOTION
                BY PLAINTIFFS TO COMPEL THE PRODUCTION OF DOCUMENTS &
                DEPOSITIONS OF THE DEFENDANTS [93-1] & MOTION TO EXTEND THE
                DISCOVERY DEADLINE [93-2] (wri) [Entry date 04/18/96]

4/22/96   96    RECORD OF ORDER  by Honorable Robert E. Jones GRANTING
                PLAINTIFFS MOTION TO EXTEND THE DISCOVERY DEADLINE [93-2]
                Discovery ddl to be reset on 5/15/96; Joint Status Report
                ddl to be reset on 5/15/95, GRANTING DEFENDANTS MOTION TO
                EXTEND DISCOVERY [92-1], GRANTING DEFENDANTS MOTION
                REQUESTING A SCHEDULING CONFERENCE [92-2], GRANTING
                DEFENDANTS MOTION TO EXTEND DISCOVERY [91-1], & GRANTING
                DEFENDANTS MOTION REQUESTING A SCHEDULING CONFERENCE [91-2]
                 status conference set for 1:30 on 5/15/96, and all
                dates are continued to 5/15/96 (counsel notified) (wri)
```

                        [Entry date 04/23/96]

4/24/96    97    DISCOVERY MOTION by Defendants Michael Dodds & Stephen P
                 Mears FOR PROTECTIVE ORDER (wri)

4/24/96    98    MEMORANDUM by Defendants Michael Dodds & Stephen P Mears IN
                 OPPOSITION TO PLAINTIFFS MOTION TO COMPEL THE PRODUCTION OF
                 DOCUMENTS & DEPOSITIONS OF THE DEFENDANTS [93-1], & IN
                 SUPPORT OF DEFENDANTS MOTION FOR PROTECTIVE ORDER [97-1]
                 (wri)

4/24/96    99    CERTIFICATE OF SERVICE of MOTION FOR PROTECTIVE ORDER
                 [97-1], & MEMORANDUM [98-1] by Defendants Michael Dodds &
                 Stephen P Mears (wri)

5/3/96     100   MEMORANDUM by Plaintiffs' IN OPPOSITION  to Defendants
                 Dodds & Mears MOTION FOR PROTECTIVE ORDER [97-1] (tely)

5/8/96     101   RECORD OF ORDER  by Honorable Robert E. Jones re Mears &
                 Dodds MOTION FOR PROTECTIVE ORDER [97-1]; Motion to be
                 addressed at the 5/15/96 conference (counsel notified) (wri)
                 [Entry date 05/09/96]

5/15/96    102   MOTION UNDER LOCAL RULE 220-3(d) by Defendants Michael
                 Dodds & Stephen P Mears FOR LEAVE TO FILE A BRIEF ON
                 MOTIONS TO DISMISS EXCEEDING 35 PAGES (wri)

5/15/96    103   MOTION by Defendants Michael Dodds & Stephen P Mears TO
                 DISMISS (wri)

5/15/96    104   MOTION by Defendants Monica Migliorino Miller & Donald
                 Treshman TO DISMISS (wri)

Docket as of September 11, 2002 7:25 pm                Page 21

Proceedings include all events.                          TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

5/15/96    105   MEMORANDUM IN SUPPORT by Defendants Monica Migliorino
                 Miller & Donald Treshman of MOTION TO DISMISS THE COMPLAINT
                 & FOR OTHER RELIEF [104-1] (wri)

5/15/96    106   MEMORANDUM OF LAW IN SUPPORT by Defendants Michael Dodds &
                 Stephen P Mears of THEIR MOTION TO DISMISS THE COMPLAINT
                 [103-1] (gam)

5/15/96    107   RECORD OF PROCEEDINGS (Hearing) before Honorable Robert E.
                 Jones; Defendant Dreste joins in Defendant Millers Motion
                 To Dismiss [104-1]; SETTING DEFENDANT MILLERS MOTION TO
                 DISMISS [104-1] & DEFENDANTS MEARS & DODDS MOTION TO
                 DISMISS [103-1] for hearing on 7/1/96 at 9:30; GRANTING
                 DEFENDANT MEARS & DODDS MOTION FOR LEAVE TO FILE A BRIEF ON
                 MOTIONS TO DISMISS EXCEEDING 35 PAGES [102-1]  Dispositive
                 motions due 5/20/96; Response to dispositive motions due
                 6/17/96; No replies to be filed; Motion Hearing set for
                 9:30 7/1/96, Discovery conference held on 5/15/96; David

```
                     Daulton will coordinate ACLU participation; Discovery is
                     STAYED until Motions To Dismiss & determination of class
                     certification are resolved; Plaintiff may apply to the
                     Court for leave to conduct discovery on Motions To Dismiss
                     if appropriate (counsel notified) Court Rptr Kathy Eismann
                     (wri) [Entry date 05/17/96]

5/16/96   108        MOTION FOR LEAVE TO APPEAR AS AMICUS CURIAE filed by ACLU
                     Foundation of Oregon Inc (wri) [Entry date 05/17/96]

5/16/96   109        CERTIFICATE OF SERVICE of MEMORANDUM IN SUPPORT OF MOTION
                     TO DISMISS THE COMPLAINT & OTHER RELIEF [105-1] by
                     Defendants Monica Migliorino Miller & Donald Treshman (wri)
                     [Entry date 05/17/96]

5/16/96   110        MOTION by Plaintiffs FOR ATTORNEYS Dina Huebner & Anne T
                     Amann TO APPEAR PRO HAC VICE (wri) [Entry date 05/17/96]

5/16/96   111        AFFIDAVIT of Stephen S Walters IN SUPPORT OF PLAINTIFFS
                     MOTION FOR ATTORNEYS Dina Huebner & Anne T Amann TO APPEAR
                     PRO HAC [110-1] (wri) [Entry date 05/17/96]

5/20/96   112        MOTION  by Defendants Timothy Paul Dreste, Joseph L
                     Foreman, Charles Wysong TO DISMISS DEFENDANTS DRESTE
                     FOREMAN & WYSONG BASED ON LACK OF PERSONAL JURISDICTION
                     (tely) [Entry date 05/21/96]

5/20/96   113        MEMORANDUM IN SUPPORT by Defendants Timothy Paul Dreste,
                     Joseph L Foreman, Charles Wysong of MOTION TO DISMISS
                     DEFENDANTS DRESTE FOREMAN & WYSONG BASED ON LACK OF
                     PERSONAL JURISDICTION [112-1] (tely) [Entry date 05/21/96]

5/20/96   114        MOTION  by  American Coalition Defendants JUDGMENT ON THE
                     PLEADINGS Oral Argument Requested (tely)
                     [Entry date 05/21/96]




Docket as of September 11, 2002 7:25 pm                  Page 22

Proceedings include all events.                          TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

5/20/96   115        MEMORANDUM IN SUPPORT by ACLA Defendants of MOTION JUDGMENT
                     ON THE PLEADINGS [114-1] (tely) [Entry date 05/21/96]

5/20/96   116        RECORD OF ORDER  by Honorable Robert E. Jones GRANTING
                     ACLU'S MOTION FOR LEAVE TO APPEAR AS AMICUS CURIAE [108-1].
                     GRANTING Plaintiff's MOTION FOR ATTORNEYS Dina Huebner &
                     Anne T Amann TO APPEAR PRO HAC VICE [110-1] (counsel
                     notified) Court Rptr none (tely) [Entry date 05/21/96]

5/22/96   117        BRIEF IN SUPPORT by Defendants Monica Migliorino Miller &
                     Donald Treshman of MOTION TO DISMISS & FOR OTHER RELIEF
                     [104-1] (wri)

5/23/96   118        AFFIDAVIT PURSUANT TO LOCAL RULE 220-2(b) by Defendants
                     American Coalition of Life Activists, Advocates For Life
                     Ministries, Michael Bray, Andrew Burnett, David Crane,
```

                  Timothy Paul Dreste, Joseph L Foreman, Charles Roy
                  McMillan, Bruce Evan Murch, Catherine Ramey, Dawn Marie
                  Stover & Charles Wysong of David Crane in support of
                  Defendants MOTION TO DISMISS DEFENDANTS DRESTE FOREMAN &
                  WYSONG BASED ON LACK OF PERSONAL JURISDICTION [112-1] &
                  MEMORANDUM IN SUPPORT [113-1] (wri)

5/23/96  119      RECORD OF ORDER  by Honorable Robert E. Jones SETTING
                  DEFENDANT AMERICAN COALITION OF LIFE ACTIVISTS MOTION FOR
                  JUDGMENT ON THE PLEADINGS [114-1] & DEFENDANTS DRESTE,
                  FOREMAN & WYSONGS MOTION TO DISMISS DEFENDANTS DRESTE
                  FOREMAN & WYSONG BASED ON LACK OF PERSONAL JURISDICTION
                  [112-1] on oral argument calendar of 9:00 on 7/1/96
                  (counsel notified) (wri)

6/14/96  120      NOTICE OF JOINDER by Defendants Monica Migliorino Miller &
                  Donald Treshman JOINING MOTION JUDGMENT ON THE PLEADINGS
                  [114-1] of American Coalition of Life Activists, et.al.
                  (tely) [Entry date 06/17/96]

6/19/96  121      RECORD OF ORDER  by Honorable Robert E. Jones RESETTING
                  Defendant American Coalition Of Life Activists MOTION
                  JUDGMENT ON THE PLEADINGS [114-1] & Defendant Dreste,
                  Foreman & Wyson's MOTION TO DISMISS DEFENDANTS DRESTE
                  FOREMAN & WYSONG BASED ON LACK OF PERSONAL JURISDICTION
                  [112-1] to the oral argument calendar of  7/19/96 at 9am
                  (counsel notified) Court Rptr none (tely)
                  [Entry date 06/20/96]

7/2/96   122      RECORD OF ORDER  by Honorable Robert E. Jones RESETTING
                  MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS & DEPOSITIONS
                  OF THE DEFENDANTS [93-1];  MOTION FOR PROTECTIVE ORDER
                  [97-1]; MOTION TO DISMISS [103-1]; MOTION DISMISS [104-1];
                  MOTION TO DISMISS DEFENDANTS DRESTE FOREMAN & BASED ON LACK
                  OF PERSONAL JURISDICTION [112-1] & MOTION JUDGMENT ON THE
                  PLEADINGS [114-1] on oral argument calendar of 1:30 7/29/96
                   (counsel notified)  Court Rptr none (tely)
                  [Entry date 07/03/96]

Docket as of September 11, 2002 7:25 pm         Page 23

Proceedings include all events.                    TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

7/9/96   123      NOTICE by Plaintiffs of WITHDRAWAL of CLASS ACTION
                  ALLEGATIONS set for in their Complaint dated 10/26/95 (tely)

7/9/96   124      MEMORANDUM by Plaintiff IN OPPOSITION to Defendants' MOTION
                  JUDGMENT ON THE PLEADINGS [114-1], MOTION TO DISMISS
                  DEFENDANTS DRESTE FOREMAN & WYSONG BASED ON LACK OF
                  PERSONAL JURISDICTION [112-1], MOTION TO DISMISS [104-1],
                  MOTION TO DISMISS [103-1] (tely)

7/23/96  125      RECORD OF ORDER  by Honorable Robert E. Jones RESETTING
                  Plaintiff's MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS &
                  DEPOSITIONS OF THE DEFENDANTS [93-1];  Defendant Dodds'
                  MOTION FOR PROTECTIVE ORDER [97-1] & MOTION TO DISMISS

```
                    [103-1]; Defendant Miller's MOTION TO DISMISS [104-1] ;
                    Defendant Dreste's MOTION TO DISMISS DEFENDANTS DRESTE
                    FOREMAN & BASED ON LACK OF PERSONAL JURISDICTION [112-1]  &
                    American Coalition's MOTION JUDGMENT THE PLEADINGS [114-1]
                    on oral argument calendar of 9:30 8/2/96 (counsel notified)
                    Court Rptr none (tely)

    7/24/96  126    MEMORANDUM  by Amicus ACLU regarding Defendants Dreste'
                    MOTION TO DISMISS DEFENDANTS DRESTE FOREMAN & WYSONG BASED
                    ON LACK OF PERSONAL JURISDICTION [112-1]; Defendant
                    Miller's MOTION TO DISMISS [104-1] & Defendants Dodds
                    MOTION TO DISMISS [103-1] (tely)

    7/25/96  127    REPLY IN SUPPORT by Defendants Monica Migliorino Miller,
                    Donald Treshman  re their [104-1] MOTION TO DISMISS (tely)

    7/25/96  128    RECORD OF ORDER by Honorable Robert E. Jones STRIKING
                    HEARING set for 8/2/96 regarding Plaintiff's MOTION TO
                    COMPEL THE PRODUCTION OF DOCUMENTS & DEPOSITIONS OF THE
                    DEFENDANTS [93-1]; Defendant Dodds' MOTION FOR PROTECTIVE
                    ORDER [97-1] & MOTION TO DISMISS [103-1]; Defendant
                    Miller's MOTION TO DISMISS [104-1]; Defendant Dreste'
                    MOTION TO DISMISS DEFENDANTS DRESTE FOREMAN & WYSONG BASED
                    ON LACK OF JURISDICTION [112-1] & American Coalition's
                    MOTION JUDGMENT ON THE PLEADINGS [114-1]. Counsel to confer
                    & let Court know on an acceptable date & time for this
                    hearing (counsel notified) Court Rptr none (tely)

    8/9/96   129    RECORD OF ORDER  by Honorable Robert E. Jones SETTING
                    Plaintiff's MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS &
                    DEPOSITIONS OF THE DEFENDANTS [93-1]; Defendant Dodds
                    MOTION FOR PROTECTIVE ORDER [97-1] & MOTION TO DISMISS
                    [103-1] ; Defendant Miller's MOTION DISMISS [104-1];
                    Defendants Dreste' MOTION TO DISMISS DEFENDANTS DRESTE
                    FOREMAN & BASED ON LACK OF PERSONAL JURISDICTION [112-1] &
                    American Coalition's MOTION JUDGMENT ON THE PLEADINGS
                    [114-1] on oral argument calendar of 4:00 9/16/96  (counsel
                    notified)  Court Rptr none (tely)
```

Docket as of September 11, 2002 7:25 pm          Page 24

Proceedings include all events.                 TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

```
    8/26/96  130    REPLY IN SUPPORT by Defendants Michael Dodds, Stephen P
                    Mears re [103-1] MOTION TO DISMISS (tely)

    8/26/96  131    CERTIFICATE OF SERVICE of MOTION reply [130-1] by Michael
                    Dodds, Stephen P Mears (tely)

    9/6/96   132    RECORD OF ORDER  by Honorable Robert E. Jones FINDING
                    Plaintiff's MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS &
                    DEPOSITIONS OF THE DEFENDANTS [93-1]  MOOT & Defendants
                    Michael Dodds & Stephen P Mear's MOTION FOR PROTECTIVE
                    ORDER [97-1] MOOT (counsel notified) Court Rptr none (tely)
                    [Entry date 09/09/96]
```

| 9/18/96 | 133 | OPINION AND ORDER DENYING Defendants' MOTIONS TO DISMISS [103-1], [104-1] & [112-1]. Defendant ACLA'S MOTION JUDGMENT ON THE PLEADINGS [114-1] IS DENIED in part & GRANTED in part (see file). Plaintiffs are given leave to amend their complaint to clearly distinguish between the allegedly actionable & the contextual expressions, as well as to specifically name the individual Defendants who intended to further the alleged threats of violence. Signed 9/18/96 by Honorable Robert E. Jones   microfilmed & eod 9/18/96 (counsel notified) (tely) |
|---|---|---|
| 10/1/96 | 134 | TRANSCRIPT of PROCEEDINGS HAD 9/16/96  before Honorable Robert E. Jones   court reporter: Katherine Eismann (tely) [Entry date 10/02/96] |
| 1/28/97 | 135 | AMENDED COMPLAINT [1-1]  and JURY TRIAL DEMAND by Plaintiffs' (tely) |
| 1/29/97 | 136 | TRANSCRIPT of PROCEEDINGS HAD 5/15/96  before Honorable Robert E. Jones   court reporter: Katherine Eismann (tely) |
| 2/13/97 | 137 | RECORD OF ORDER by Honorable Robert E. Jones SETTING telephone conference for 3/3/97 at 9:30am regarding Christopher Ferrara's letter dated 2/4/97 (counsel notified) Court Rptr none (tely) [Entry date 02/14/97] |

Docket as of September 11, 2002 7:25 pm                    Page 25

Proceedings include all events.                              TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

| 3/3/97 | 138 | RECORD OF PROCEEDINGS before Honorable Robert E. Jones STAY on discovery is FORMALLY LIFTED. No party will be held to have waived any objections to any discovery requests. Document discovery will be completed within 30 days. All depositions will be taken thereafter & will be completed by 7/1/97, unless a party presents the Court with a good reason for needing more time. Regarding document discovery: all relevant documents must be produced. If there are disagreements, the parties are Ordered to cooperate & to confer among themselves to try to resolve |
|---|---|---|

the dispute. If they cannot resolve the dispute the parties
shall submit the disputed documents to the Court for in
camera inspection, following by Court rulings. Mr.
Ferrara's remaining objection is DENIED as to public
presentations by Defendants. Plaintiffs are entitled to
know about Defendants upcoming public presentations
(counsel notified) Court Rptr Kathy Eismann (tely)
[Entry date 03/05/97]

5/4/97    139    RECORD OF ORDER by Honorable Robert E. Jones  SETTING
telephone conference  for 9:30am on 5/8/97  (counsel
notified) Court Rptr none (tely) [Entry date 05/05/97]

5/14/97   140    RECORD OF ORDER  by Honorable Robert E. Jones SETTING
telephone conference  for 10:30am on 5/19/97  (counsel
notified) Court Rptr none (tely) [Entry date 05/15/97]

5/19/97   142    RECORD OF ORDER Of Status Hearing  by Honorable Robert E.
Jones  Plaintiff shall hi-lite areas that relate to
express threats by 6/3/97. Plaintiff's depositions of
Defendant will be taken first & Defendants depositions of
Plaintiff will be scheduled last. ORDER copies of all
depositions shall be given to ACLU at ACLU costs. Parties
shall send copies of all documents & pleadings filed with
this Court to ACLU. Amended complaint, answers from
original complaint will stand as answer to amended
complaint unless otherwise stated. (counsel notified)
Court Rptr none (tely) [Entry date 05/30/97]

5/22/97   141    NOTICE OF ADDRESS CHANGE  by attorney David T Daulton for
Defendants American Coalition, Advocates for Life
Ministries, Andrew Burnett, Catherine Ramey, Dawn Marie
Stover & David Crane (tely)

6/5/97    143    MOTION  by Defendants American Coalition & David Crane
FOR DISCOVERY (tely)

6/5/97    144    MEMORANDUM IN SUPPORT by American Coalition, David Crane of
MOTION FOR DISCOVERY [143-1] (tely)

6/12/97   145    MEMORANDUM by Plaintiffs' IN OPPOSITION to Defendants Crane
& ACLA'S MOTION FOR DISCOVERY [143-1] (tely)

Docket as of September 11, 2002 7:25 pm          Page 26

Proceedings include all events.                      TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

6/12/97   146    AFFIDAVIT by Plaintiffs of Maria T Vullo IN OPPOSITION TO
DEFENDANTS CRANE & ACLA'S MOTION FOR DISCOVERY [143-1] (tely)

6/25/97   147    RECORD OF ORDER  by Honorable Robert E. Jones  SETTING
discovery conference  for 9:30am on 7/21/97  (counsel
notified) Court Rptr none (tely) [Entry date 06/26/97]

7/7/97    148    RECORD OF ORDER  by Honorable Robert E. Jones  Discovery

|          |     | hearing shall remain as set for 7/21/97 at 9:30am (counsel notified)  Court Rptr none (tely) |
| -------- | --- | --- |

7/17/97  149    ASSOCIATION OF COUNSEL by Plaintiffs of attorney Carol J Bernick (tely)

7/22/97  150    RECORD OF PROCEEDINGS  before Honorable Robert E. Jones All depositions may be video taped. All Defendants will be available in person for trial. Deposition dates given. ORDER Drestie & Wysong to produce documents by 8/1/97. ORDER all Defendants shall produce any documents contained in computer files with respect to request for production of documents. ORDER with respect to a box of document production delivered to Plaintiff, Mr. Broderick shall confirm which documents are Ramey & Stovers & shall identify the loose documents in the box by 8/1/97. ORDER with respect to Roy McMillen's response, Plaintiff needs to know what exhibits 1,2 & 3 are . Counsel shall prepare a formal response by 8/1/97. ORDER Defendants shall represent to Plaintiff all documents have been produced. ORDER Defendants shall provide any files labeled "Death Threats" or "Harassment" or similar. ORDER by 8/30/97 Plaintiff shall by letter indicate to Defendants pecuniary loss-per Plaintiff. ORDER Plaintiffs shall bring to depositions any medical expenses to date. After depositions, Defendants may request individual Plaintiffs to produce a written report from their doctor of treatment. Reports will be due 30 days after date of request. ORDER Defendant American Coalitions MOTION FOR DISCOVERY [143-1] is DENIED.  (counsel notified)  Court Rptr Kathy Eismann (tely) [Entry date 07/24/97] [Edit date 08/06/97]

8/8/97   151    TRANSCRIPT  of PROCEEDINGS HAD 7/21/97   before Honorable Robert E. Jones   court reporter: Katherine Eismann (tely)

1/15/98  152    MOTION  by Plaintiffs FOR LEAVE TO DEPOSE INMATE PAUL HILL (tely) [Entry date 01/16/98]

1/15/98  153    AFFIDAVIT by Plaintiff of Maria T Vullo re: MOTION FOR LEAVE TO DEPOSE INMATE PAUL HILL [152-1] (tely) [Entry date 01/16/98]

1/15/98  154    MOTION  by Plaintiffs' FOR LEAVE TO DEPOSE INMATE RACHELLE SHANNON (tely) [Entry date 01/16/98]

1/15/98  155    AFFIDAVIT by Plaintiff of Maria T Vullo re: MOTION FOR LEAVE TO DEPOSE INMATE RACHELLE SHANNON [154-1] (tely)

Docket as of September 11, 2002 7:25 pm            Page 27

Proceedings include all events.                    TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

                [Entry date 01/16/98]

1/22/98  156    ORDER ESTABLISHING TRIAL & PRETRIAL CONFERENCE DATES & PROCEDURES by Honorable Robert E. Jones discovery deadline set for 3/31/98; pretrial order set for 10/3/98; dispositive motions due 3/31/98; pretrial conference set

```
                    for 9:30 10/19/98 & 9 day jury trial set for 9:00 11/3/98
                    in Portland Signed 1/22/98 Deputy Clerk/C Skopil (counsel
                    notified) (tely) [Entry date 01/23/98]

1/23/98  157        ORDER by Honorable Robert E. Jones GRANTING Plaintiff's
                    MOTION FOR LEAVE TO DEPOSE INMATE RACHELLE SHANNON [154-1]
                    in the Topeka Correctional Facility in Topeka, Kansas
                    Signed 1/22/98 (counsel notified) (tely)

1/23/98  158        ORDER by Honorable Robert E. Jones GRANTING Plaintiff's
                    MOTION FOR LEAVE TO DEPOSE INMATE PAUL HILL [152-1] in the
                    Florida State Prison in Starke, Florida Signed 1/22/98
                    (counsel notified) (tely)

2/19/98  159        NOTICE OF CASE REASSIGNMENT  from Honorable Robert E. Jones
                    to Hon Ann L. Aiken  (counsel notified) (tely)

2/23/98  160        RECORD OF ORDER before Honorable Robert E. Jones  reassign
                    hrg to Honorable Robert E. Jones  STRIKING pretrial
                    conference of 10/19/98 & jury trial of 11/3/98 from Judge
                    Jones' calendar (counsel notified) Court Rptr none (tely)
                    [Entry date 02/24/98]

2/23/98  160        RECORD OF ORDER  by Honorable Ann L. Aiken   SETTING
                    pretrial conference for 9:30am on 10/19/98 & 9 day jury
                    trial set for 9:00am on 11/3/98 in Portland (counsel
                    notified) Court Rptr none (tely) [Entry date 02/24/98]

2/27/98  161        RECORD OF ORDER by Honorable Ann L. Aiken: Pursuant to
                    Judge Jones letter to counsel deadlines reset as follows:
                    Discovery due 5/4/98; Dispositive motions due 7/31/98
                    (counsel notified) (kirk) [Entry date 03/04/98]

2/27/98  162        RECORD OF ORDER to strike hearing previously set before the
                    Honorable Robert E. Jones (kirk) [Entry date 03/04/98]

2/27/98  162        RECORD OF ORDER by Honorable Ann L. Aiken: Resetting case
                    schedule as follows: Pretrial order due 10/5/98; Pretrial
                    conference set for 8:30am on 10/20/98 & 9 day Jury Trial
                    set to begin at 9:00am on 11/3/98 in Portland (counsel
                    notified) (kirk) [Entry date 03/04/98]

2/27/98  163        INTERLOCUTORY APPEAL by Defendant Michael Bray to the 9th
                    Circuit Court of Appeals from a letter to all counsel from
                    the Honorable Robert E. Jones dated 1/22/98 and from an
                    Order entered by the Clerk on said decision (Receipt
                    number: 402247) (kirk) [Entry date 03/04/98]




Docket as of September 11, 2002 7:25 pm           Page 28

Proceedings include all events.                       TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

2/27/98  --         RECEIVED APPEAL fee from Michael Bray in amount of $105.00
                    (Receipt # 402247) (tomg) [Entry date 03/06/98]

3/6/98   --         NOTIFICATION OF INTERLOCUTORY APPEAL mailed to Court of
```

|          |     | Appeals For the Ninth Circuit and to counsel along with copy of appealed document and docket sheet.  No CADS.  (tomg) |

3/18/98   164   RESPONSE by Plaintiffs to Defendant Bray's Letter Request for Reconsideration (kirk) [Entry date 03/19/98]

3/18/98   165   RECORD OF ORDER by Honorable Robert E. Jones: Pursuant to Mr Brodericks letter of 3/6/98 requesting reconsideration of Judge Jones Order that Mr Bray submit to 4 hours of deposition & answer all questions about his conviction, parties have until 3/31/98 to file any response to this request for reconsideration; replies due 4/13/98 (counsel notified) (kirk) [Entry date 03/19/98]

3/18/98   170   APPLICATION FOR SPECIAL ADMISSION PRO HAC VICE by attorney John F Baughman; Local Counsel: Carol J Bernick representing Plaintiff Planned Parenthood of the Columbia/Willamette Inc ; Fee paid, receipt # 402441; Approved 3/18/98 by Honorable Ann L. Aiken (counsel notified) (kirk) [Entry date 03/23/98]

3/19/98   166   MOTION by Plaintiff FOR LEAVE TO DEPOSE INMATE FLIP BENHAM (kirk)

3/19/98   167   AFFIDAVIT by Plaintiff of Maria T Vullo in Support of MOTION FOR LEAVE TO DEPOSE INMATE FLIP BENHAM [166-1] (kirk)

3/19/98   168   MOTION by Plaintiffs FOR LEAVE TO DEPOSE INMATE MICHAEL GRIFFIN (kirk)

3/19/98   169   AFFIDAVIT by Plaintiffs of Maria T Vullo in Support of MOTION FOR LEAVE TO DEPOSE INMATE MICHAEL GRIFFIN [168-1] (kirk)

3/23/98   171   ORDER by Honorable Ann L. Aiken: GRANTING Plaintiffs MOTION FOR LEAVE TO DEPOSE INMATE MICHAEL GRIFFIN [168-1];(See formal Order) Signed 3/23/98 (counsel notified) (kirk) [Entry date 03/24/98]

3/23/98   172   ORDER by Honorable Ann L. Aiken: GRANTING Plaintiffs MOTION FOR LEAVE TO DEPOSE INMATE FLIP BENHAM [166-1]; (See formal Order) Signed 3/23/98 (counsel notified) (kirk) [Entry date 03/24/98]

3/23/98   173   CERTIFIED COPY OF TIME SCHEDULE ORDER from the US Court of Appeals for the Ninth Circuit: Appellant/petitioner to file transcript order form by 3/30/98; Court reporter to file transcript by 4/29/98; Appellant/petitioners opening brief due 6/15/98 & Appellee/respondent to file reply brief by 7/15/98 [163-1] (kirk) [Entry date 03/24/98]

Docket as of September 11, 2002 7:25 pm                    Page 29

Proceedings include all events.                                    TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

3/23/98   174   NOTIFICATION by US Court of Appeals for the Ninth Circuit

|          |     |                                                                                                                                                                                                                                                                    |
|----------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |     | of Docket Number 98-35260 by Defendant regarding Interlocutory Appeal [163-1] (kirk) [Entry date 03/24/98]                                                                                                                                                        |
| 3/31/98  | 175 | RESPONSE by Plaintiffs' to Defendant Bray's request for RECONSIDERATION re Court's minute order [165-1] requiring him to answer questions at his deposition (tely)                                                                                                 |
| 4/1/98   | 176 | MOTION by Plaintiffs FOR EIGHT DAY EXTENSION OF DEPOSITION DISCOVERY DEADLINE TO PERMIT THE DEPOSITION OF DONALD SPITZ (Expedited Consideration Requested) (kirk) [Entry date 04/02/98]                                                                            |
| 4/1/98   | 177 | AFFIDAVIT by Plaintiffs of Anne T. Amann in Support of MOTION FOR EIGHT DAY EXTENSION OF DEPOSITION DISCOVERY DEADLINE TO PERMIT DEPOSITION OF DONALD SPITZ [176-1] (kirk) [Entry date 04/02/98]                                                                   |
| 4/7/98   | 178 | RECORD OF ORDER by Honorable Ann L. Aiken: GRANTING Plaintiffs MOTION FOR EIGHT DAY EXTENSION OF DEPOSITION DISCOVERY DEADLINE TO PERMIT THE DEPOSITION OF DONALD SPITZ [176-1] (counsel notified) (kirk) [Entry date 04/08/98]                                     |
| 4/14/98  | 179 | OPINION AND ORDER: Defendant Bray's MOTION FOR RECONSIDERATION OF THE COURTS 1/22/98 DISCOVERY ORDER IS DENIED [156-2]; Plaintiffs request for production of Bray's personal notes taken during November 1997 deposition is DENIED; Signed 4/13/98 by Honorable Robert E. Jones (See formal 5-Page Opinion & Order)(microfilmed 4/14/98) (counsel notified) (kirk) |
| 4/21/98  | 180 | MOTION by Defendants Monica Migliorino Miller & Donald Treshman TO COMPEL RESPONSES TO PRIOR WRITTEN DISCOVERY(Expedited Consideration Requested) (kirk)                                                                                                           |
| 4/21/98  | 181 | CERTIFICATE OF SERVICE of MOTION TO COMPEL RESPONSES TO PRIOR WRITTEN DISCOVERY [180-1] by Defendant Monica Migliorino Miller, Defendant Donald Treshman (kirk)                                                                                                     |
| 4/29/98  | 182 | RECORD OF ORDER by Honorable Ann L. Aiken: Issuance of 16 subpoenas that are subject of Defense Attorney David Daulton's letter of 4/28/98, is STAYED; Defendant is allowed until 5/8/98 to file a motion to quash those subpoenas; Plaintiff is allowed until 5/15/98 to reply; (counsel notified) (dcap) [Entry date 04/30/98] |
| 4/30/98  | 183 | MEMORANDUM by Plaintiffs' IN OPPOSITION to Defendants Miller & Treshman's MOTION TO COMPEL RESPONSES TO PRIOR WRITTEN DISCOVERY [180-1] (tely)                                                                                                                     |
| 5/6/98   | 184 | REPLY DECLARATION of Christopher A. Ferrara filed by Defendants Monica Migliorino Miller & Donald Treshman (kirk) [Entry date 05/07/98]                                                                                                                           |

Docket as of September 11, 2002 7:25 pm                        Page 30

Proceedings include all events.                              TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

```
5/6/98    185    REPLY MEMORANDUM OF LAW by Defendants Monica Migliorino
                 Miller & Donald Treshman (kirk) [Entry date 05/07/98]

5/6/98    186    CERTIFICATE OF SERVICE of reply [185-1], reply [184-1] by
                 Defendants Monica Migliorino Miller & Donald Treshman (kirk)
                 [Entry date 05/07/98]

5/8/98    187    MOTION by Defendants American Coalition, Advocates For Life
                 Ministries, Andrew Burnett, David Crane, Catherine Ramey, &
                 Dawn Marie Stover TO QUASH SUBPOENAS DUCES TECUM SERVED BY
                 PLAINTIFFS (kirk) [Entry date 05/11/98]

5/8/98    188    RESPONSE by Plaintiffs to Defendants MOTION TO COMPEL
                 RESPONSES TO PRIOR WRITTEN DISCOVERY [180-1] (kirk)
                 [Entry date 05/11/98]

5/8/98    189    NOTICE OF CASE REASSIGNMENT  from Honorable Ann L. Aiken
                 to Honorable Robert E. Jones  (counsel notified) (kirk)
                 [Entry date 05/11/98]

5/15/98   190    MEMORANDUM by Plaintiff IN OPPOSITION to Defendants MOTION
                 TO QUASH SUBPOENAS DUCES TECUM SERVED BY PLAINTIFFS [187-1]
                 (tely)

5/15/98   191    RECORD OF ORDER  by Honorable Robert E. Jones SETTING
                 MOTION TO COMPEL RESPONSES TO PRIOR WRITTEN DISCOVERY
                 [180-1] on not for oral argument calendar of 5/15/98
                 (counsel notified)  Court Rptr none (tely)
                 [Entry date 05/18/98]

5/20/98   193    RECORD OF ORDER  by Honorable Robert E. Jones SETTING
                 Defendants MOTION TO QUASH SUBPOENAS DUCES TECUM SERVED BY
                 PLAINTIFFS [187-1] Telephone argument set for 11:00 6/4/98.
                  Discovery ddl for 6/4/98 (counsel notified) Court Rptr
                 none (tely) [Entry date 05/21/98]

5/21/98   192    CERTIFICATE OF RECORD transmitted to US Court of Appeals
                 for the Ninth Circuit re appeal CA 98-35260 [163-1] filed
                 by Michael Bray on 2/27/98. (tomg)

6/4/98    196    RECORD OF PROCEEDINGS  before Honorable Robert E. Jones
                 DENYING Defendants MOTION TO QUASH SUBPOENAS DUCES TECUM
                 SERVED BY PLAINTIFFS [187-1]. The subpoenaed records are
                 subject to a protective order as follows: (see file).
                 (counsel notified) Court Rptr Jerry Harris (tely)
                 [Entry date 06/12/98]

6/10/98   194    ORDER REINSTATING subpoenas Duces Tecum by Honorable Robert
                 E. Jones re MOTION TO QUASH SUBPOENAS DUCES TECUM SERVED BY
                 PLAINTIFFS [187-1] (see file) Signed 6/8/98 (counsel
                 notified) (tely)
```

Docket as of September 11, 2002 7:25 pm                Page 31

Proceedings include all events.                        TERMED APPEAL

3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

6/11/98   195   ORDER by Honorable Robert E. Jones on 6/4/98 the Court
                DENIED Defendans' MOTION TO QUASH SUBPOENAS DUCES TECUM
                SERVED BY PLAINTIFFS [187-1] this AMENDED ORDER is entered
                for the purposes of clarifying the protective order
                applicable to the records (see file) Signed 6/11/98
                (counsel notified) (tely)

7/2/98    197   RECORD OF PROCEEDINGS  before Honorable Robert E. Jones re
                Defendants MOTION TO COMPEL RESPONSES TO PRIOR WRITTEN
                DISCOVERY [180-1]  (see file for ruling). ORDER Defendant
                shall file dispositive motions by 7/31/98; Response to
                dispositive motions due 8/31/98; Reply to response due
                9/14/98; pretrial conference set for 1:30pm on 10/19/98 & 3
                day jury trial set for 11/3/98 at 9am in Portland (counsel
                notified) Court Rptr Bob Stimler (tely)
                [Entry date 07/07/98]

7/28/98   198   MOTION  by Plaintiffs TO EXCEED PAGE LIMITATION IN ITS
                RESPONSE TO DEFENDANT MICHAEL BRAY'S MOTION FOR
                CERTIFICATION & BRIEF IN SUPPORT OF PLAINTIFFS CROSS MOTION
                TO HOLD MICHAEL BRAY IN CONTEMPT (tely)

7/28/98   199   MOTION  by Plaintiffs TO HOLD DEFENDANT MICHAEL BRAY IN
                CONTEMPT (tely)

7/28/98   200   MEMORANDUM by Plaintiffs IN OPPOSITION to Defendant Michael
                Bray's MOTION for CERTIFICATION of an Interlocutory Appeal
                (tely)

7/28/98   200   MEMORANDUM IN SUPPORT by Plaintiffs of MOTION TO HOLD
                DEFENDANT MICHAEL BRAY IN CONTEMPT [199-1] (tely)

7/28/98   201   AFFIDAVIT by Plaintiff of Maria T Vullo re: opposition
                Defendant Michael Bray's MOTION for CERTIFICATION & in
                support of their MOTION TO HOLD DEFENDANT MICHAEL BRAY IN
                CONTEMPT [199-1] (tely)

7/28/98   202   CERTIFICATE OF SERVICE of affidavit [201-1], memorandum
                [200-1], memorandum [200-1], MOTION TO HOLD DEFENDANT
                MICHAEL BRAY IN CONTEMPT [199-1], MOTION TO EXCEED PAGE
                LIMITATION IN ITS RESPONSE TO DEFENDANT MICHAEL BRAY'S
                MOTION FOR CERTIFICATION & BRIEF IN SUPPORT OF PLAINTIFFS
                CROSS MOTION TO HOLD MICHAEL BRAY IN CONTEMPT [198-1] by
                Plaintiff (tely)

7/31/98   203   MOTION by Defendants American Coalition, Advocates For Life
                M, Andrew Burnett, David Crane, Catherine Ramey, Dawn Marie
                Stover FOR SUMMARY JUDGMENT (tely)

7/31/98   204   MEMORANDUM IN SUPPORT by Defendants American Coalition,
                Advocates For Life M, Andrew Burnett, David Crane,
                Catherine Ramey, Dawn Marie Stover of MOTION FOR SUMMARY
                JUDGMENT [203-1] (tely)


Docket as of September 11, 2002 7:25 pm                    Page 32

Proceedings include all events.                          TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

7/31/98   205   CONCISE STATEMENT OF MATERIAL FACTS by Defendants American
                Coalition, Advocates For Life M, Andrew Burnett, David
                Crane, Ramey, Dawn Marie Stover in support of MOTION FOR
                SUMMARY JUDGMENT [203-1] (tely)

7/31/98   206   JOINT MOTION by Defendants Timothy Paul Dreste, Joseph L
                Foreman, Charles Wysong FOR SUMMARY JUDGMENT (tely)

7/31/98   207   MEMORANDUM IN SUPPORT by Defendant Timothy Paul Dreste of
                MOTION FOR SUMMARY JUDGMENT [206-1] (tely)

7/31/98   208   MEMORANDUM IN SUPPORT by Defendant Joseph L Foreman of
                MOTION FOR SUMMARY JUDGMENT [206-1] (tely)

7/31/98   209   MEMORANDUM IN SUPPORT by Defendant Charles Wysong of MOTION
                FOR SUMMARY JUDGMENT [206-1] (tely)

8/3/98    210   MOTION  by Monica Migliorino Miller, Donald Treshman TO
                EXCEED PAGE LIMITATION IN ITS BRIEF TO THE SUMMARY JUDGMENT
                MOTION (tely)

8/3/98    211   MOTION  by Defendants Monica Migliorino Miller & Donald
                Treshman FOR SUMMARY JUDGMENT (tely)

8/3/98    212   MEMORANDUM IN SUPPORT by Defendants Monica Migliorino
                Miller & Donald Treshman of MOTION FOR SUMMARY JUDGMENT
                [211-1] (tely)

8/3/98    213   EXHIBITS TO CONCISE STATEMENT OF MATERIAL FACTS by
                Defendants Monica Migliorino Miller & Donald Treshman in
                support of MOTION FOR SUMMARY JUDGMENT [211-1] (tely)

8/3/98    214   CERTIFICATE OF SERVICE of statement [213-1], memorandum
                [212-1], MOTION FOR SUMMARY JUDGMENT [211-1], MOTION TO
                EXCEED PAGE LIMITATION IN ITS BRIEF TO THE SUMMARY JUDGMENT
                MOTION [210-1] by Monica Migliorino Miller, Donald Treshman
                (tely)

8/7/98    215   RECORD OF ORDER  by Honorable Robert E. Jones GRANTING
                Miller & Trershaman's MOTION TO EXCEED PAGE LIMITATION IN
                ITS BRIEF TO THE SUMMARY JUDGMENT MOTION [210-1]. GRANTING
                Plaintiff's MOTION TO EXCEED PAGE LIMITATION IN ITS RESPONSE
                TO DEFENDANT MICHAEL BRAY'S MOTION FOR CERTIFICATION & BRIEF
                IN SUPPORT OF PLAINTIFFS CROSS MOTION TO HOLD MICHAEL BRAY
                IN CONTEMPT [198-1]. ORDE SETTING Plaintiff's CROSS MOTION
                TO HOLD DEFENDANT MICHAEL BRAY IN CONTEMPT [199-1];
                Migliorino, Miller & Treshamm's MOTION FOR SUMMARY JUDGMENT
                [211-1]; Dreste, Foreman & Wysong's MOTION FOR SUMMARY
                JUDGMENT [206-1] &  American Coalition of Life, Burnett,
                Crane, Ramey & Stover's MOTION FOR SUMMARY JUDGMENT [203-1]
                on oral calendar of 9:30 9/28/98 (counsel notified) Court
                Rptr (tely) [Entry date 08/10/98] [Edit date 08/10/98]

Docket as of September 11, 2002 7:25 pm                    Page 33

Proceedings include all events.                                TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

8/11/98   216    MOTION  by Defendants American Coalition for Life
                 Activists, Advocates for Life Ministries, Andrew Burnett,
                 David Crane, Catherine Ramey & Dawn Marie Stover FOR ORDER
                 TO INCORPORATION BY REFERENCE ALL LEGAL ARGUMENTS CONTAINED
                 IN EACH MOTION FOR SUMMARY JUDGMENT, MEMORANDUM IN SUPPORT
                 & STATE OF FACTS FILED BY OTHER COUNSEL ON BEHALF OF THE
                 OTHER NAMED DEFENDANTS (tely)

8/11/98   217    RECORD OF ORDER  by Honorable Robert E. Jones GRANTING
                 Defendants American Coalition, Burnett, Crane, Ramey &
                 Stover's MOTION FOR ORDER TO INCORPORATION BY REFERENCE ALL
                 LEGAL ARGUMENTS CONTAINED IN EACH MOTION FOR SUMMARY
                 JUDGMENT, MEMORANDUM IN SUPPORT & STATE OF FACTS FILED BY
                 OTHER COUNSEL ON BEHALF OF THE OTHER NAMED DEFENDANTS
                 [216-1] (counsel notified)  Court Rptr none (tely)
                 [Entry date 08/13/98]

8/19/98   218    MOTION  by Plaintiffs TO EXCEED PAGE LIMITATION IN THERE
                 MEMORANDUM IN OPPOSITION TO DEFENDANTS MOTIONS FOR SUMMARY
                 JUDGMENT (tely)

8/24/98   219    MEMORANDUM by Defendant Michael Bray  IN OPPOSITION  to
                 Plaintiffs' MOTION TO HOLD DEFENDANT MICHAEL BRAY IN
                 CONTEMPT [199-1] Reply 9/8/98 & REPLY MEMORANDUM of law
                 regarding MOTION for INTERLOCUTORY APPEAL (tely)

8/26/98   220    RECORD OF ORDER  by Honorable Robert E. Jones GRANTING
                 Plaintiffs' MOTION TO EXCEED PAGE LIMITATION IN THERE
                 MEMORANDUM IN OPPOSITION TO DEFENDANTS MOTIONS FOR SUMMARY
                 JUDGMENT [218-1]  (counsel notified)  Court Rptr none (tely)
                 [Entry date 08/27/98]

8/31/98   221    MOTION  by Plaintiffs FOR ORDER TO SEAL PLAINTIFFS
                 AFFIDAVITS IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY
                 JUDGMENT (tely) [Entry date 09/01/98]

8/31/98   222    MEMORANDUM by Plaintiffs IN OPPOSITION  to Defendants'
                 MOTIONS FOR SUMMARY JUDGMENT [211-1], [206-1] & [203-1]
                 Reply due 9/14/98 (tely) [Entry date 09/01/98]

8/31/98   223    EXHIBITS in support of Plaintiffs memorandum of law in
                 opposition to Defendants' MOTIONS for SUMMARY JUDGMENT
                 [222-1] (tely) [Entry date 09/01/98]

8/31/98   224    DEPOSITION excerpts in support of Plaintiffs' memorandum of
                 law in opposition to Defendants' MOTIONS for SUMMARY
                 JUDGMENT-volume I [222] (tely) [Entry date 09/01/98]

8/31/98   225    DEPOSITION excerpts in support of Plaintiffs' memorandum of
                 law in opposition to Defendants MOTIONS for SUMMARY
                 JUDGMENT-Volume II [222] (tely) [Entry date 09/01/98]

Docket as of September 11, 2002 7:25 pm                    Page 34

Proceedings include all events.                                    TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

8/31/98    226    CONCISE STATEMENT OF MATERIAL FACTS by Plaintiff re
                  Defendants MOTION FOR SUMMARY JUDGMENT [211-1],[ 206-1] &
                  [203-1] (tely) [Entry date 09/01/98]

8/31/98    227    AFFIDAVITS by Plaintiffs  re: memorandum  in opposition to
                  Defendants MOTIONS for SUMMARY JUDGMENT [222-1]  (FILED
                  UNDER SEAL) (tely) [Entry date 09/01/98]

8/31/98    228    AFFIDAVIT by Plaintiffs of Robert Crist, MD re: memorandum
                  in opposition to Defendants MOTIONS for SUMMARY JUDGMENT
                  [222-1]  (FILED UNDER SEAL) (tely) [Entry date 09/01/98]

8/31/98    229    AFFIDAVIT by Plaintiffs of Warren M Hern, MD re: memorandum
                  in opposition to Defendants' MOTIONS for SUMMARY JUDGMENT
                  [222-1]   (FILED UNDER SEAL) (tely) [Entry date 09/01/98]

8/31/98    230    AFFIDAVIT by Plaintiffs of Laura Blue re: memorandum in
                  opposition to Defendants' MOTIONS for SUMMARY JUDGMENT
                  [222-1] (FILED UNDER SEAL) (tely) [Entry date 09/01/98]

8/31/98    231    AFFIDAVIT by Plaintiffs of Karen Sweigert, MD re:
                  memorandum in opposition to Defendants' MOTIONS for SUMMARY
                  JUDGMENT [222-1] (FILED UNDER SEAL) (tely)
                  [Entry date 09/01/98]

8/31/98    232    AFFIDAVIT by Plaintiffs of Elizabeth Newhall, MD re:
                  memorandum in opposition to Defendants MOTIONS for SUMMARY
                  JUDGMENT [222-1] WITH VIDEO (FILED UNDER SEAL) (tely)
                  [Entry date 09/01/98]

8/31/98    233    AFFIDAVIT by Plaintiffs of Jeanne Atkins re: memorandum in
                  opposition to Defendants MOTIONS for SUMMARY JUDGMENT
                  [222-1] (FILED UNDER SEAL) (tely) [Entry date 09/01/98]

8/31/98    234    AFFIDAVIT by Plaintiffs of James Newhall, MD re: memorandum
                  in opposition to Defendants MOTIONS for SUMMARY JUDGMENT
                  [222-1]  (FILED UNDER SEAL) (tely) [Entry date 09/01/98]

8/31/98    235    RECORD OF ORDER  by Honorable Robert E. Jones GRANTING
                  Plaintiff's MOTION FOR ORDER TO SEAL PLAINTIFFS AFFIDAVITS
                  IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
                  [221-1] notified)  Court Rptr none (tely)
                  [Entry date 09/02/98]

9/9/98     236    RESPONSE by Plaintiffs to  Defendants' MOTION for EXTENSION
                  OF TIME to file a reply on Defendants MOTION for SJ (not
                  filed) (tely)

9/17/98    237    MOTION  by Defendants Monica Migliorino Miller, Donald
                  Treshman TO EXCEED PAGE LIMITATION IN ITS REPLY MEMORANDUM
                  TO ITS MOTION FOR SUMMARY JUDGMENT (tely)

Docket as of September 11, 2002 7:25 pm                    Page 35

Proceedings include all events.                                    TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

9/17/98   238    RECORD OF ORDER by Honorable Robert E. Jones GRANTING
                 Defendants Dreste, Foreman, Wysong, Miller & Treshman's
                 MOTION TO EXCEED PAGE LIMITATION IN ITS REPLY MEMORANDUM TO
                 ITS MOTION FOR SUMMARY JUDGMENT [237-1] [222-1], [206-1],
                 [211-1] Reply due 9/21/98 (counsel notified) (wri)
                 [Entry date 09/21/98]

9/17/98   240    RECORD OF ORDER by Honorable Robert E. Jones GRANTING
                 Defendants American Coalition, Advocates for Life
                 Ministries, Michael Bray, Andrew Burnett, David Crane,
                 Michael Dodds, Charles Roy McMillan, Stephen P. Mears,
                 Bruce Evan Murch, Catherine Ramey & Dawn Marie Stover's
                 MOTION FOR EXTENSION OF TIME IN WHICH TO FILE A REPLY TO
                 Plaintiffs' RESPONSE [222-1] TO Defendants' MOTION FOR
                 SUMMARY JUDGMENT [203-1] [239-1]; Reply due 9/21/98
                 (counsel notified) (wri) [Entry date 09/21/98]

9/18/98   239    SEPARATE MOTION by Defendants American Coalition, Advocates
                 For Life Ministries, Michael Bray, Andrew Burnett, David
                 Crane, Michael Dodds, Charles Roy McMillan, Stephen P
                 Mears, Bruce Evan Murch, Catherine Ramey, & Dawn Marie
                 Stover FOR EXTENSION OF TIME IN WHICH TO FILE A REPLY TO
                 Plaintiffs' RESPONSE [222-1] TO Defendants' MOTION FOR
                 SUMMARY JUDGMENT [203-1] (wri) [Entry date 09/21/98]

9/18/98   241    MEMORANDUM OF LAW IN REPLY by Defendants Timothy Paul
                 Dreste, Joseph L Foreman & Charles Wysong TO Plaintiffs'
                 MEMORANDUM OF LAW IN OPPOSITION [222-1] TO Defendants'
                 MOTIONS FOR SUMMARY JUDGMENT [206-1], [203-1], [211-1] (wri)
                 [Entry date 09/21/98]

9/18/98   242    FORMAL OBJECTION by Defendants Timothy Paul Dreste, Joseph
                 L Foreman, Charles Wysong, Monica Migliorino Miller, &
                 Donald Treshman to Plaintiffs' AFFIDAVITS [234-1], [233-1],
                 [232-1], [231-1], [230-1], [229-1], [228-1], [227-1], IN
                 RESPONSE TO Defendants' MOTIONS FOR SUMMARY JUDGMENT
                 [211-1], [206-1], [203-1] (wri) [Entry date 09/21/98]

9/21/98   243    REPLY MEMORANDUM by Defendants Monica Miller and Donald
                 Treshman in SUPPORT of their MOTION FOR SUMMARY JUDGMENT
                 [211-1] (peg)

9/21/98   244    RECORD OF ORDER  by Honorable Robert E. Jones GRANTING
                 Miller & Treshman's MOTION TO EXCEED PAGE LIMITATION IN ITS
                 REPLY MEMORANDUM TO ITS MOTION FOR SUMMARY JUDGMENT [237-1]
                 (counsel notified) Court Rptr none (tely)
                 [Entry date 09/22/98]

9/22/98   245    MEMORANDUM  by Amicus ACLU re Defendants MOTIONS FOR
                 SUMMARY JUDGMENT [211-1], [206-1] & [203-1] (tely)

Docket as of September 11, 2002 7:25 pm                    Page 36

Proceedings include all events.                                    TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

9/23/98   246   NOTICE OF JOINDER by Defendants Monica Migliorino Miller,
                Donald Treshman in the memorandum of law of Defendants
                Foreman, Dreste & Wysong in reply to Plaintiffs' memorandum
                of law & hereby adopts for purposes of the pending summary
                judgment motion all the legal arguments contained there in.
                (tely)

9/24/98   247   MOTION  by Defendants American Coalition of Life Activists,
                Advocates for Life Ministries, Michael Bray, Andrew
                Burnett, David Crane, Michael Dodds, Charles McMillan,
                Stephen Mears, Bruce Murch, Catherine Ramey & Dawn Marie
                Stover  FOR ORDER TO ADOPT THE FORMAL OBJECTION OF
                DEFENDANTS DRESTE, FOREMAN, WYSONG, MILLER & TRRESHAM TO
                PLAINTIFFS AFFIDAVITS FILED IN SUPPORT OF PLAINTIFFS
                RESPONSE TO DEFENDANTS' MOITON FOR SUMMARY JUDGMENT (tely)

9/24/98   248   MOTION by Defendants American Coalition, Advocates For Life
                M, Michael Bray, Andrew Burnett, David Crane, Michael
                Dodds, Joseph L Foreman, Charles Roy McMillan, Stephen P
                Mears,, Bruce Evan Catherine Ramey,, Dawn Marie Stover FOR
                ORDER TO ADOPT THE REPLY MEMORANDUM OF LAW OF DEFENDANTS
                MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANTS MONICA
                MILLER & DONALD TRESHMAN (tely)

9/24/98   249   MOTION  by American Coalition, Advocates For Life M,
                Michael Bray, Andrew Burnett, David Crane, Michael Dodds,
                Joseph L Foreman, Charles Roy McMillan, Stephen P Mears,
                Bruce Evan Murch, Catherine Ramey, Dawn Marie Stover FOR
                ORDER  TO ADOPT MEMORANDUM OF LAW OF DEFENDANTS FOREMAN,
                DRESTE & WYSON IN REPLY TO PLAINTIFFS MEMORANDUM OF LAW IN
                OPPOSITION TO DEFENDANTS MOTIONS FOR SUMMARY JUDGMENT (tely)

9/25/98   250   RESPONSE by Plaintiff to Defendants' formal objection to
                Plaintiffs affidavits (tely)

9/28/98   251   APPLICATION FOR SPECIAL ADMISSION PRO HAC VICE by  attorney
                KEVIN L GIBBS;  Local Counsel: WILLIAM D BAILEY
                representing Defendants American Coalition, Advocates For
                Life M, Michael Bray, Andrew Burnett, David Crane, Timothy
                Paul Dreste, Joseph L Foreman, Charles Roy McMillan, Murch,
                Ramey, Stover & Wysong Fee paid, receipt # WAIVED; Approved
                9/28/98 by Honorable Robert E. Jones (counsel notified)
                (tely) [Entry date 09/29/98]

Docket as of September 11, 2002 7:25 pm                Page 37

Proceedings include all events.                                    TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

9/29/98  252     RECORD OF PROCEEDINGS  before Honorable Robert E. Jones
                 TAKING UNDER ADVISEMENT on 9/29/98 Defendants' MOTIONS FOR
                 SUMMARY JUDGMENT [203-1], [206-1] [211-1]. ORDER STRIKING
                 pretrial conference of 10/19/98. Bray's MOTION for
                 CERTIFICATION of interlocutory appeal is DENIED. Plaintiffs
                 MOTION TO HOLD DEFENDANT MICHAEL BRAY IN CONTEMPT [199-1] is
                 GRANTED in part as follows: Defendant Bray has until 12pm on
                 9/30/98 to decide whether he will comply with Court's
                 previous discovery order & until 10/13/98 to submit a
                 further deposition or be found in contempt. American
                 Coalition's MOTIONS [247,248 & 249] to ADOPT are GRANTED.
                 (counsel notified) Court Rptr Kathy Eismann (tely)
                 [Entry date 10/05/98] [Edit date 10/05/98]

10/13/98 253     TRANSCRIPT  of PROCEEDINGS HAD 9/28/98  before Honorable
                 Robert E. Jones appeal [163-1]   court reporter: Katherine
                 Eismann (tely) [Entry date 10/14/98]

10/14/98 254     RECORD OF ORDER  by Honorable Robert E. Jones   Setting
                 pretrial conference  for 9:00am on 11/2/98. Pretrial
                 materials as described in the Order Establishing Trial
                 filed on 1/22/98 are due on the date of the pretrial
                 conference. Trial to begin on 11/3/98 at 9am. It is
                 requested that Michael Simon prepare & submit to the COurt
                 by 11/2/98 a neutral set of jury instructions based on the
                 Opinion issued on 10/14/98. (counsel notified) Court Rptr
                 none (tely)

10/14/98 255     OPINION AND ORDER DENYING Defendants' MOTIONS FOR SUMMARY
                 JUDGMENT [203-1] [206-1] & [211-1] with the following
                 exceptions: Summary judgment is GRANTED in favor of all
                 Defendants on Plaintiffs' claims arising out of the bumper
                 sticker & the posters attached as Plaintiffs exhibits 56-60
                 to the Concise Statement of Material Facts. ORDER that (1)
                 Defendant Bray is REINSTATED as a Defendant to Plaintiffs
                 RICO & ORICO claims (2) Defendant Bray is in CONTEMPT &
                 declared to be in DEFAULT & his defenses stricken as a
                 sanction for non compliance with Court Orders, subject to
                 relief from default, if appropriate, after a VERDICT is
                 rendered on the issue of the existence of "true threats".
                 Signed 10/14/98 by Honorable Robert E. Jones   microfilmed
                 & eod 10/14/98 (counsel notified) (tely)

10/19/98 256     MOTION by Defendants Timothy Paul Dreste, Joseph L Foreman,
                 Monica Migliorino Miller, Donald Treshman, Charles Wysong
                 TO CONTINUE PRETRIAL CONFERENCE & TRIAL DATES (tely)

10/19/98 257     MOTION  by Defendants American Coalition of Life Activists,
                 Advocates for Life Ministries, Burnett, Crane, Dodds,
                 Mears, Ramey & Stover TO CONTINUE PRETRIAL CONFERENCE &

TRIAL DATES (tely)

10/19/98 258    AFFIDAVIT by Defendants' of David T Daulton re: MOTION TO
                CONTINUE PRETRIAL CONFERENCE & TRIAL DATES [257-1] (tely)


Docket as of September 11, 2002 7:25 pm                Page 38

Proceedings include all events.                           TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al


10/20/98 259    MEMORANDUM by Plaintiff IN OPPOSITION To Defendants MOTIONS
                TO CONTINUE PRETRIAL CONFERENCE & TRIAL DATES [257-1] &
                [256-1] Reply due 11/3/98 (tely)

10/21/98 260    RECORD OF ORDER  Of Telephone Conference by Honorable
                Robert E. Jones GRANTING in part MOTIONS TO CONTINUE
                PRETRIAL CONFERENCE & TRIAL DATES [257-1] & [256-1]. Jury
                trial reset to 12/7/98 at 9am. Pretrial conference remains
                set for 11/2/98 at 9am (counsel notified) Court Rptr none
                (tely) [Entry date 10/22/98]

10/27/98 261    SEPARATE & AMENDED MOTION  by Defendant Charles Wysong TO
                CONTINUE TRIAL PRESENTLY SET FOR 12/7/98 (tely)

10/28/98 262    MOTION  by Plaintiffs IN LIMINE REGARDING EXPERTS (tely)

10/28/98 263    MEMORANDUM IN SUPPORT by Plaintiffs of MOTION IN LIMINE
                REGARDING EXPERTS [262-1] (tely)

11/2/98  264    WITNESS LIST by Plaintiffs (tely)

11/2/98  265    2ND MOTION/MEMORANDUM  by Plaintiffs IN LIMINE (tely)
                [Edit date 11/02/98]

11/2/98  266    MOTION/MEMORANDUM  by Plaintiffs IN LIMINE (tely)

11/2/98  267    MOTION  by Defendants IN LIMINE (tely)

11/2/98  268    WITNESS LIST by Defendants (tely)

11/2/98  292    RECORD OF PROCEEDINGS Of Pretrial Conference of 11/2 &
                11/3/98 before Honorable Robert E. Jones ORDER DENYING
                Wysong's MOTION TO CONTINUE TRIAL PRESENTLY SET FOR 12/7/98
                [261-1]. Wysong is excused from being at trial. With respect
                to jury instructions, ACLU must submit neutrual set of
                instructions by 11/16/98, after which time Plaintiff will
                have 1 week for review, Defendant will have 1 week for
                review. Plaintiffs & Defendants proposed exhibits are
                admitted & excluded as stated on the record. The following
                MOTIONS are underadvisement: Plaintiffs MOTION IN LIMINE
                REGARDING EXPERTS [262-1] , 2nd MOTION [265] in LIMINE; 3rd
                MOTION [266] in LIMINE; Defendants 1st & 2nd MOTIONS in
                LIMINE [276]. Parties will exchange deposition designations
                on 11/9/98 & cross designations on 11/16/98 (counsel
                notified) Court Rptr Kathy Eismann (tely)
                [Entry date 12/01/98] [Edit date 12/01/98]

Docket as of September 11, 2002 7:25 pm                    Page 39

Proceedings include all events.                                    TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

11/4/98  269    APPLICATION FOR SPECIAL ADMISSION PRO HAC VICE by  attorney
                ELIZABETH MARINGER;  Local Counsel: CAROL BERNICK
                representing Plaintiffs Planned Parenthood C, Portland
                Feminist Wo,  Robert Crist, Warren M Hern, Elizabeth
                Newhall, James Newhall, Karen Sweigert ; Fee paid, receipt
                # 406728;  Approved 11/3/98  by Honorable Robert E. Jones
                (counsel notified) (tely)

11/5/98  270    RESPONSE by Plaintiffs to Defendants MOTION IN LIMINE
                [267-1] Reply due 11/19/98 (tely)

11/5/98  271    AMENDED WITNESS LIST by Plaintiffs' (tely)

11/5/98  272    EXHIBIT LIST-Volume I filed by Plaintiffs (tely)

11/5/98  273    CERTIFICATE OF SERVICE of witness list [271-1], MOTION
                response [270-1] by Plaintiff (tely)

11/5/98  274    CERTIFICATE OF SERVICE of service certificate [273-1],
                exhibits list [272-1] by Plaintiffs (tely)

11/10/98 275    DEPOSITION  DESIGNATIONS filed by Plaintiffs (tely)

11/12/98 282    RECORD OF PROCEEDINGS Of Telephone Conference  before
                Honorable Robert E. Jones Jurors will appear 12/3/98 to
                complete questionnaire. Jury selection will begin 12/7/98
                at 9am. Trial schedule is as follows: Plaintiffs case
                12/7/98 thru 12/14/98; Defendants case 12/15/98 thru
                12/18/98; closing arguments 12/22/98. Plaintiffs shall file
                any responses to jury instructions by 11/18/98 & Defendants
                shall file any responses to jury instructions by 12/2/98
                (counsel notified) Court Rptr Jerry Harris (tely)
                [Entry date 11/16/98]

11/13/98 276    2ND MOTION  by Defendants IN LIMINE (tely)
                [Entry date 11/16/98]

11/13/98 277    OBJECTIONS by Defendants to Plaintiffs' amended witness
                list [271-1] (tely) [Entry date 11/16/98]

11/13/98 278    RESPONSE by Defendants to Plaintiff's 2nd MOTION IN LIMINE
                [265-1] Reply due 11/27/98 (tely) [Entry date 11/16/98]

11/13/98 279    REPLY IN SUPPORT by Plaintiffs re MOTION IN LIMINE [265-1]
                (tely) [Entry date 11/16/98]

```
11/13/98 280     RESPONSE by Plaintiffs to [277-1] Defendants objections to
                 witnesses (tely) [Entry date 11/16/98]

11/16/98 281     NOTICE OF SUBMISSIONS of related rulings filed by
                 Plaintiffs' (tely)
```

Docket as of September 11, 2002 7:25 pm                    Page 40

Proceedings include all events.                                  TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

```
11/16/98 283     APPLICATION FOR SPECIAL ADMISSION PRO HAC VICE by  attorney
                 MARTIN LONDON;  Local Counsel: CAROL J BERNICK representing
                 Plaintiffs Planned Parenthood Portland Feminist Wo, Robert
                 Crist, Warren M Hern, Elizabeth Newhall, James Newhall,  &
                 Karen Sweigert ; Fee paid, receipt # 407012; Approved
                 11/16/98  by Honorable Robert E. Jones (counsel notified)
                 (tely)

11/17/98 284     RESPONSE by Plaintiffs to Defendants request for
                 preliminary instructions (filed by letter dated 11/13/98)
                 (tely)

11/19/98 285     OPINION AND ORDER  re Plaintiffs 1st MOTION IN LIMINE
                 REGARDING EXPERTS [262-1]; Plaintiffs 2nd MOTION IN LIMINE
                 [265-1] Plaintiffs 3rd MOTION IN LIMINE [266-1]; Defendants
                 1st  MOTION IN LIMINE [267-1] & Defendants 2nd MOTION IN
                 LIMINE [276-1] (see 9 pg order)   Signed 11/18/98  by
                 Honorable Robert E. Jones   microfilmed & eod 11/19/98
                 (counsel notified) (tely)

11/19/98 286     APPLICATION FOR SPECIAL ADMISSION PRO HAC VICE by  attorney
                 JAMES M BENDELL;  Local Counsel: NORMAN LINDSTEDT
                 representing Defendant Michael Dodds, Defendant Stephen P
                 Mears, Defendant Monica Migliorino Miller, Defendant Donald
                 Treshman ; Fee paid,;  Approved 11/19/98  by Honorable
                 Robert E. Jones (counsel notified) (tely)

11/20/98 287     FORMAL OBJECTIONS by Defendants Monica Migliorino Miller,
                 Donald Treshman to proffered testimony (tely)

11/23/98 288     PROPOSED JURY INSTRUCTIONS by Amicus ACLU (tely)

11/23/98 289     PROPOSED SPECIAL VERDICT submitted by Amicus ACLU (tely)

11/25/98 290     AMENDED EXHIBIT LIST by Plaintiffs (tely)

11/27/98 291     MOTION  by Defendants Monica Migliorino Miller and Donald
                 Treshman FOR RECONSIDERATION OF ITS OPINION AND ORDER OF
                 11/18/98 (sher) [Entry date 11/30/98]

12/1/98  293     MOTION & MEMORANDUM  by Plaintiffs IN LIMINE TO ADMIT
                 CERTAIN NEWSPAPER ARTICLES (tely)

12/1/98  294     PROPOSED JURY INSTRUCTIONS by Plaintiffs (tely)
```

12/1/98  295    PROPOSED JURY VERDICT FORM submitted by Plaintiffs (tely)

12/1/98  296    OBJECTIONS by Plaintiffs to proposed testimony of Joan
                Appleton (tely)

12/2/98  297    MOTION  by Plaintiffs IN LIMINE REGARDING SUBJECTIVE
                INTENT EVIDENCE (tely)

Docket as of September 11, 2002 7:25 pm              Page 41

Proceedings include all events.                     TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

12/2/98  298    ORDER setting forth guidelines that the Court intends to
                follow in conducting the trial so that the parties may
                receive a fair trial & that the trial itself will be
                conducted with proper order & decorum. by Honorable Robert
                E. Jones Signed 12/2/98 (counsel notified) (tely)

12/3/98  299    ORDER by Honorable Robert E. Jones DENYING Plaintiffs
                MOTION IN LIMINE REGARDING SUBJECTIVE INTENT EVIDENCE
                [297-1] Signed 12/3/98 (counsel notified) (tely)

12/3/98  301    RECORD OF PROCEEDINGS Of Conference  before Honorable
                Robert E. Jones  Pretrial conference is reset for 9:00am
                on 1/6/99 & 3 week jury trial reset to 9:00am on 1/7/99 in
                Portland. Within 7 days, defense to provide definitive list
                of which Defendants & 3rd party witnesses will be present
                at trial &  will testify. Plaintiffs will have an
                additional 7 days to provide equivalent definitive witness
                list. Defendants proposed jury instructions due within 7
                days. Defendants to immediately provide objections to
                Plaintiffs proposed deposition excerpts. (counsel
                notified) Court Rptr Kathy Eismann (tely)
                [Entry date 12/07/98]

12/7/98  300    MEMORANDUM by Defendants IN OPPOSITION  to Plaintiffs
                MOTION IN LIMINE TO ADMIT CERTAIN NEWSPAPER ARTICLES
                [293-1] Reply due 12/21/98 (tely)

12/7/98  302    TRANSCRIPT  of PROCEEDINGS HAD 12/2/98-Volume I   before
                Honorable Robert E. Jones   court reporter: Katherine
                Eismann (tely)

12/7/98  303    TRANSCRIPT  of PROCEEDINGS HAD 12/3/98 -Volume II  before
                Honorable Robert E. Jones   court reporter: Katherine
                Eismann (tely)

12/10/98 304    ORDER  by Honorable Robert E. Jones this Court hereby
                prohibits counsel of record, including their agents &
                employees, & all parties, including, their agents &
                employees from discussing the issues & proceedings in this
                case with any media until the conclusion of the trial.
                Signed 12/10/98 (counsel notified) (tely)

```
12/14/98 305      PROPOSED JURY INSTRUCTIONS by Defendants Monica Migliorino
                  Miller & Donald Treshman (tely)

12/18/98 306      OBJECTIONS by Defendants  to Plaintiffs' proposed jury
                  instructions [294-1] (tely) [Entry date 12/21/98]

12/22/98 307      RESPONSE by Plaintiffs to proposed jury instructions of
                  Defendants Miller & Treshman [305-1] & to objection of
                  Defendants  [306-1] to Plaintiffs proposed jury
                  instructions (tely)
```

```
Docket as of September 11, 2002 7:25 pm                Page 42

Proceedings include all events.                        TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al
```

```
12/22/98 308      REVISED & SUPPLEMENTED JURY INSTRUCTIONS filed by
                  Defendants Monica Migliorino Miller & Donald Treshman re
                  jury [305-1] (tely)

12/28/98 309      3RD MOTION  by Defendants IN LIMINE REGARDING DEPOSITION
                  DESIGNATIONS (tely)

12/28/98 310      MOTION  by Plaintiffs FOR ORDER FOR RULINGS ON THEIR
                  OBJECTIONS TO DEFENDANTS DEPOOSITION DESIGNATIONS (tely)

12/28/98 311      REVISED & PROPOSED JURY INSTRUCTIONS on the Hobbs Act filed
                  by Plaintiffs (tely)

12/28/98 312      RESPONSE by Plaintiffs to [308-1] Defendants
                  Treshmam/Miller's revised & supplemented proposed jury
                  instructions (tely)

12/28/98 313      RESPONSE by Plaintiffs to Defendants' 3rd MOTION IN LIMINE
                  REGARDING DEPOSITION DESIGNATIONS [309-1] Reply due 1/11/99
                  (tely)

12/28/98 314      MOTION  by Plaintiffs IN LIMINE TO INTRODUCE EVIDENCE OF
                  DEFENDANTS' OTHER ACTS PURSUANT TO FED. R. EVID. 404(b)
                  (tely)

12/28/98 326      RECORD OF PROCEEDINGS Of Telephone Conference  before
                  Honorable Robert E. Jones  (counsel notified)  Court Rptr
                  Kathy Eismann (tely) [Entry date 01/04/99]

12/29/98 315      CHALLENGES FOR CAUSE filed by Defendants  Monica Migliorino
                  Miller, Donald Treshman (tely)

12/30/98 316      MOTION by Defendant Charles Wysong TO DISMISS COUNTS ONE &
                  TWO OF THE AMENDED COMPLAINT (kirk) [Entry date 12/31/98]

12/30/98 317      MEMORANDUM IN SUPPORT by Defendant Charles Wysong of MOTION
                  TO DISMISS COUNTS ONE & TWO OF THE AMENDED COMPLAINT
                  [316-1] (kirk) [Entry date 12/31/98]

12/30/98 318      MOTION by Defendant Charles Wysong TO DISMISS COUNTS THREE
```

```
                    & FOUR FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN
                    BE GRANTED (kirk) [Entry date 12/31/98]

12/30/98 319        MEMORANDUM IN SUPPORT by Defendant Charles Wysong of MOTION
                    TO DISMISS COUNTS THREE & FOUR FOR FAILURE TO STATE A CLAIM
                    UPON WHICH RELIEF CAN BE GRANTED [318-1] (kirk)
                    [Entry date 12/31/98]

12/30/98 320        MOTION by Defendant Charles Wysong TO DISMISS COUNTS FIVE
                    & SIX OF THE AMENDED COMPLAINT (kirk) [Entry date 12/31/98]

12/30/98 321        MEMORANDUM OF LAW IN SUPPORT by Defendant Charles Wysong of
                    MOTION TO DISMISS COUNTS FIVE & SIX OF THE AMENDED
                    COMPLAINT [320-1] (kirk) [Entry date 12/31/98]




Docket as of September 11, 2002 7:25 pm              Page 43

Proceedings include all events.                             TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al


12/30/98 327        RECORD OF PROCEEDINGS  before Honorable Robert E. Jones re
                    time table for trial; Plaintiffs' ORAL MOTION for VOLUNTARY
                    DISMISSAL of claims & defenses is GRANTED as follows:
                    claims of Plaintiff Karen Sweigert are DISMISSED with
                    prejudice; Defendants Monica Miller & Steven Mears are
                    DISMISSED with prejudice. (counsel notified)  Court Rptr
                    Kathy Eismann (tely) [Entry date 01/04/99]

12/31/98 322        TRANSCRIPT  of PROCEEDINGS HAD 12/3/98   before Honorable
                    Robert E. Jones   court reporter: Katherine Eismann (tely)
                    [Entry date 01/04/99]

12/31/98 323        TRANSCRIPT  of PROCEEDGINS HAD 12/18/98   before Honorable
                    Robert E. Jones   court reporter: Katherine Eismann (tely)
                    [Entry date 01/04/99]

12/31/98 324        TRANSCRIPT  of PROCEEDGINS HAD 12/28/98   before Honorable
                    Robert E. Jones   court reporter: Katherine Eismann (tely)
                    [Entry date 01/04/99]

12/31/98 325        TRANSCRIPT  of PROCEEDGINS HAD 12/30/98   before Honorable
                    Robert E. Jones   court reporter: Katherine Eismann (tely)
                    [Entry date 01/04/99]

12/31/98 328        RECORD OF ORDER  by Honorable Robert E. Jones DENYING
                    Defendant Wysong's MOTION TO DISMISS COUNTS ONE & TWO OF
                    THE AMENDED COMPLAINT [316-1] ; MOTION TO DISMISS COUNTS
                    THREE & FOUR FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF
                    CAN BE GRANTED [318-1] & MOTION TO DISMISS COUNTS FIVE &
                    SIX OF THE AMENDED COMPLAINT [320-1] (counsel notified)
                    Court Rptr none (tely) [Entry date 01/04/99]

12/31/98 329        ORDER  by Honorable Robert E. Jones re trial management etc
                    (see file) Signed 12/31/98 (counsel notified) (tely)
                    [Entry date 01/04/99]

1/5/99   330        APPLICATION FOR SPECIAL ADMISSION PRO HAC VICE by  attorney
```

                    MICHAEL R HIRSH;  Local Counsel: WILLIAM D BAILEY
                    representing Defendant Timothy Paul Dreste, Charlie Wysong,
                    Joseph Foreman ; Approved 1/5/99  by Honorable Robert E.
                    Jones (counsel notified) (tely) [Entry date 01/06/99]

1/5/99   331        APPLICATION FOR SPECIAL ADMISSION PRO HAC VICE by  attorney
                    RICHARD J TRAYNOR;  Local Counsel: NORMAN L LINDSTED
                    representing Defendants Donald Treshman, M. Miller, S.
                    Mears, & M. Dodds ; Fee paid, receipt 407976;  Approved
                    1/5/99  by Honorable Robert E. Jones (counsel notified)
                    (tely) [Entry date 01/06/99]

Docket as of September 11, 2002 7:25 pm               Page 44

Proceedings include all events.                        TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

1/5/99   337        RECORD OF PROCEEDINGS OF Status Conference  before
                    Honorable Robert E. Jones  Hirsh & Traynor are admitted pro
                    hac vice upon payment & filing of proper application, with
                    conditions as stated on the record (counsel notified)
                    Court Rptr Kathy Eismann (tely) [Entry date 01/07/99]

1/6/99   332        OBJECTIONS by Plaintiffs to  Defendants deposition
                    summaries of Drs. Warren Hern & Karen Sweigert (tely)

1/6/99   333        MEMORANDUM OF LAW opposing admission of evidence of
                    Defendants' prior arrests & convictions of Defendants filed
                    by Defendants' (tely)

1/6/99   334        OBJECTIONS by Defendants to Plaintiffs' deposition
                    transcript designations (tely)

1/6/99   335        OBJECTIONS by Donald Treshman  to proposed preliminary jury
                    instructions (tely) [Entry date 01/07/99]

1/6/99   336        MOTION/MEMORANDUM  by Movant Henry Kane MAKING MOVANT AN
                    AMICUS CURIAE (tely) [Entry date 01/07/99]

1/6/99   338        ORDER re individuals who are authorized to bring laptop
                    computers into the courtroom for the trial in this case
                    (see file) by Honorable Robert E. Jones Signed 1/6/99
                    (counsel notified) (tely) [Entry date 01/07/99]

1/6/99   346        RECORD OF PROCEEDINGS Of Pretrial Conference  before
                    Honorable Robert E. Jones  Bill Bailey's objection to
                    subpoena of Mr. Craine. Plaintiff to make a showing of
                    correct service. Defendants' object to deposition
                    summaries. Written objections to be exchanged by 1/10/99 at
                    11am. Preliminary instructions due by 1/13/99 at 5pm.
                    Parties to exchange exhibits by 2pm, 1/6/99. Defendants'
                    request to subpoena tax returns is DENIED. Plaintiffs
                    objections to Defendants' exhibits 502,503,504 DENIED.

Defendant to redact last 5 paragraphs of page 3 of exhibit
506. Defendant to redact Michael Hirsh's name in exhibit
515.  (counsel notified) Court Rptr Kathy Eismann (tely)
[Entry date 01/11/99]

1/7/99   339   ITEMIZED LIST OF SPECIAL DAMAGES filed by Plaintiffs (tely)

1/7/99   340   MOTION  by Plaintiffs' FOR ORDER TO READ DEFENDANTS
ADMISSIONS TO THE JURY (submitted as a request) (tely)
[Entry date 01/08/99]

1/7/99   341   MEMORANDUM  in support of compelling Defendant Crane to
appear at trial filed by Plaintiffs (tely)
[Entry date 01/08/99]

Docket as of September 11, 2002 7:25 pm                 Page 45

Proceedings include all events.                         TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

1/7/99   342   MEMORANDUM on why it would be grounds for a mistrial to
allow Plaintiffs counsel to say to the jury that Bray's
invocation of the 5th amendment is admissible against &
supports an inference against the other Defendants filed by
 Defendant Donald Treshman (tely) [Entry date 01/08/99]

1/7/99   347   RECORD OF JURY TRIAL 1ST DAY   before Honorable Robert E.
Jones VOIR DIRE BEGINS JURY IMPANELED; opening statements;
Defendants' ORAL MOTIONS for MISTRIAL based upon Plaintiffs
mini-opening & full opening DENIED; Plaintiffs ORAL MOTION
for SANCTIONS of Mr. Michael Hirsch & MOTION to INSTRUCT
the jury of violation of Court rules & rules of
decorum/professional conduct with respect to opposing
counsel DENIED; Witness sworn, evidence adduced   (counsel
notified)  Court Rptr Kathy Eismann (tely)
[Entry date 01/11/99]

1/8/99   343   APPLICATION FOR SPECIAL ADMISSION PRO HAC VICE by  attorney
MARK RENART PECK;  Local Counsel: WILLIAM D BAILEY
representing Defendants ; Fee paid, receipt # 407798;
Approved 1/8/99  by Honorable Robert E. Jones (counsel
notified) (tely) [Entry date 01/11/99]

1/8/99   348   RECORD OF JURY TRIAL 2ND DAY   before Honorable Robert E.
Jones Defendants exhibit 34A received; Plaintiffs exhibit
34B received; witnesses sworn & evidence adduced (counsel
notified) Court Rptr Kathy Eismann (tely)
[Entry date 01/11/99]

1/11/99  344   TRANSCRIPT of PROCEEDINGS HAD 12/5/98   before Honorable
Robert E. Jones appeal [163-1]   court reporter: Katherine
Eismann  (Note:  Date incorrect, see docket number 479)
(tely) [Edit date 04/21/99]

1/11/99  345      TRANSCRIPT  of PROCEEDINGS HAD 12/6/98  before Honorable
                  Robert E. Jones appeal [163-1]  court reporter: Katherine
                  Eismann  (Note:  Date incorrect, see docket number 480)
                  (tely) [Edit date 04/21/99]

1/11/99  349      RECORD OF JURY TRIAL 3RD DAY   before Honorable Robert E.
                  Jones Trial hours changed to 9am to 4pm. With respect to
                  5th Amendment issue, counsel may comment with respect to
                  Defendant Bray but Court DEFERS ruling with respect to
                  other parties. Media may obtain transcripts within 4 hours
                  after the close of trial each day. Defendants MOTION for
                  SEVERANCE of claims against Defendant Bray DENIED. Exhibits
                  131,133,135,137,138,144 offered but not received. Exhibit
                  308 received. Defendants ORAL MOTION for MISTRIAL based on
                  FBI agents testimony DENIED. Defendants' ORAL MOTION to
                  EXCUSE 2 jurors (or for mistrial) DENIED. ORDER NO contact
                  with jurors whatsoever by parties, lawyers, witnesses, etc.
                  ORDER Gag order extends to ALL testifying witnesses.
                  Witness sworn & evidence adduced. (counsel notified) Court
                  Rptr Kathy Eismann (tely) [Entry date 01/14/99]

Docket as of September 11, 2002 7:25 pm           Page 46

Proceedings include all events.                          TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

1/12/99  354      RECORD OF JURY TRIAL 4TH DAY   before Honorable Robert E.
                  Jones Exhibits received 314,323,304,320,303,345,144.
                  Defendant must provide deposition designation page numbers
                  to Plaintiff 48 hours before Defendant intends to read
                  them. Evidence adduced & witnesses sworn. (counsel
                  notified) Court Rptr Kathy Eismann (tely)
                  [Entry date 01/19/99]

1/13/99  355      RECORD OF JURY TRIAL 5TH DAY   before Honorable Robert E.
                  Jones Defendants application for mistrial or
                  disqualification of juror offended by the use of the term
                  "abortionist" DENIED. ORDER counsel to use the terms
                  "abortion provider" and "pro-life activist". Exhibit 722
                  offered & received. Plaintiff may read judicial admissions
                  of Defendants to jury but the document itself does ot go to
                  the jury. Witness sworn & evidence adduced (counsel
                  notified) Court Rptr Kathy Eismann (tely)
                  [Entry date 01/19/99]

1/14/99  350      RECORD OF ORDER  by Honorable Robert E. Jones Pursuant to
                  Local Rule 5.1 Parties must file an original & one copy of
                  every pleading with the Court. The Court does not ACCEPT
                  documents filed via E-mail unless specifically ordered.
                  Pursuant to Local Rule 10.1 Format requirements-Parties
                  must file pleadings in accordance with Local Rule 10.1. The
                  exparte application for leave to file amicus curiae
                  memorandum by A.B. Kyle is DENIED (counsel notified)  Court
                  Rptr none (tely)

1/14/99  356      RECORD OF JURY TRIAL 6TH DAY   before Honorable Robert E.
                  Jones Exhibits 409,319 received. Defendant's object to

```
                    exhibit 73 sustained; exhibit 73 pulled from all exhibit
                    books. ORDER no insignia of any kind may be worn by ANYONE
                    in the Court. Evidence adduced & witnesses sworn (counsel
                    notified) Court Rptr Kathy Eismann (tely)
                    [Entry date 01/19/99]

1/15/99  351        ORDER  by Honorable Robert E. Jones to US Marshals-anyone
                    entering the Courthouse will be instructed that they may not
                    possess any leaflets or literature pertaining to the
                    above-entitled trial & may not distribute any such leaflets
                    or literature to anyone in the building or place any such
                    literature or leaflets anywhere in the building. Violation
                    of this Order will result in SANCTIONS ordered by the Court
                    Signed 1/15/99 (counsel notified) (tely)
                    [Edit date 01/15/99]

1/15/99  352        TRANSCRIPT  of PROCEEDINGS OF 1/7/99   before Honorable
                    Robert E. Jones    court reporter: Katherine Eismann (tely)

1/15/99  353        TRANSCRIPT  of PROCEEDINGS HAD 1/8/99   before Honorable
                    Robert E. Jones    court reporter: Katherine Eismann (tely)




Docket as of September 11, 2002 7:25 pm                 Page 47

Proceedings include all events.                             TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

1/15/99  357        RECORD OF JURY TRIAL 7TH DAY   before Honorable Robert E.
                    Jones Evidence adduced, witnesses sworn; Plaintiffs
                    deposition summaries read; Plaintiffs rest; Defendants Rule
                    50 MOTIONS to DISMISS DENIED; exhibit 73 re-admitted;
                    exhibits 74,133, 744 received; Defendants MOTION for
                    MISTRIAL DENIED (counsel notified) Court Rptr Kathy Eismann
                    (tely) [Entry date 01/22/99]

1/18/99  358        RECORD OF PROCEEDINGS  before Honorable Robert E. Jones
                    Defendants offer of proof (ie testimony of Neal Horsley)
                    accepted; but Plaintiffs' cross examination of Horsley will
                    not count against their time limit. Jury names will NOT be
                    revealed. Defendants request to subpoena tax records
                    denied. Ruling: no lawyer for any party will testify
                    (counsel notified) Court Rptr Kathy Eismann (tely)
                    [Entry date 01/22/99]

1/19/99  359        RECORD OF JURY TRIAL 8TH DAY   before Honorable Robert E.
                    Jones Evidence adduced, witnesses sworn; exhibits 387,743 &
                    691 received (counsel notified) Court Rptr Kathy Eismann
                    (tely) [Entry date 01/22/99]

1/20/99  360        RECORD OF JURY TRIAL 9TH DAY   before Honorable Robert E.
                    Jones Evidence adduced, witnesses sworn; Defendants 3
                    MOTIONS for MISTRIAL are DENIED; Defense counsel's name
                    redaced from exhibit 79; Exhibit 389 offered & received;
                    Ruling: Defendant Bray is already in DEFAULT & is not
                    permitted to testify unless Plaintiffs wish otherwise
                    (counsel notified) Court Rptr Kathy Eismann (tely)
                    [Entry date 01/22/99]
```

1/21/99   361    RECORD OF JURY TRIAL 10th DAY    before Honorable Robert E.
                 Jones Evidence adduced, witnesses sworn; Defendants ORAL
                 MOTION for MISTRIAL DENIED; Exhibits received 428, 41d,379
                 (counsel notified) Court Rptr Kathy Eismann (tely)
                 [Entry date 01/22/99]

1/22/99   365    RECORD OF JURY TRIAL 11TH DAY   before Honorable Robert E.
                 Jones  Witnesses sworn & evidence adduced; Defendants offer
                 of Life Advocate magazines & Reverend Foreman's book-DENIED;
                 exhibits 766 & 454 received. (counsel notified) Court Rptr
                 Kathy Eismann (tely) [Entry date 01/26/99]

1/22/99   369    RECORD OF JURY TRIAL 11TH DAY    before Honorable Robert E.
                 Jones Witnesses sworn, evidence adduced. Defendants' offer
                 of Life Advocate magazines & Reverend Foreman's book
                 DENIED. Exhibits 766 & 454 received (counsel notified)
                 Court Rptr Kathy Eismann (tely) [Entry date 01/28/99]

1/25/99   362    EXCEPTIONS to jury charges on behalf of all remaining
                 Defendants filed  by Defendant Donald Treshman (tely)


Docket as of September 11, 2002 7:25 pm            Page 48

Proceedings include all events.                          TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

1/25/99   363    PROPOSED  additional jury charges submitted on behalf of
                 all remaining Defendants submitted by Defendant Donald
                 Treshman (tely)

1/25/99   364    PROPOSED JURY VERDICT submitted on behalf of all remaining
                 Defendants  by Defendant Donald Treshman (tely)

1/25/99   370    RECORD OF JURY TRIAL 12TH DAY   before Honorable Robert E.
                 Jones  Evidence adduced; Defendants MOTION to ADMIT Life
                 Advocate issues of 1996 & 1997 DENIED; Exhibits
                 421,495,494,769,770,771,772 received; Defendants MOTION to
                 RECALL Defendant Crane as witness DENIED; Defense rest;
                 Rebuttal by Plaintiffs. Ruing: parties may not make any
                 reference to Department of Justice action in closings.
                 Defendants ORAL MOTIONS to AMEND answers DENIED.
                 Defendants' Rule 50 MOTIONS to DISMISS will be DENIED after
                 closings (except for those Defendants who Plaintiffs may
                 decide to withdraw). (counsel notified) Court Rptr Kathy
                 Eismann (tely) [Entry date 01/28/99]

1/26/99   371    RECORD OF JURY TRIAL 13TH DAY    before Honorable Robert E.
                 Jones Jury instructions; closing arguments; bailiff sworn;
                 jury to deliberations; jury dismissed until 1/27/99 at
                 8:45am (counsel notified) Court Rptr Kathy Eismann (tely)
                 [Entry date 01/28/99]

1/27/99   366    COURT'S JURY INSTRUCTIONS (tely)

1/27/99  367    MOTION  by Donald Treshman FOR MISTRIAL (tely)

1/27/99  368    FORMAL OBJECTIONS by Donald Treshman (tely)

1/27/99  372    RECORD OF JURY TRIAL 14TH DAY    before Honorable Robert E.
                Jones Jury in deliberations. ORDER DENYING Defendants
                MOTION FOR MISTRIAL [367-1]. Jury dismissed until 1/28/99
                to continue deliberations  (counsel notified)  Court Rptr
                Kathy Eismann (tely) [Entry date 01/28/99]

1/28/99  373    TRANSCRIPT  of PROCEEDINGS HAD 1/17/99   before Honorable
                Robert E. Jones   court reporter: Katherine Eismann (tely)

1/28/99  374    TRANSCRIPT  of PROCEEDINGS HAD 1/26/99-Plaintiffs Rebuttal
                argument  before Honorable Robert E. Jones   court
                reporter: Katherine Eismann (tely)

1/28/99  375    PROPOSED JURY VERDICT FORM 1/24/99 submitted by Plaintiffs
                (sher) [Entry date 01/29/99]

1/28/99  376    PROPOSED EXCEPTIONS TO JURY INSTRUCTIONS by Plaintiffs (sher)
                [Entry date 01/29/99]

1/28/99  381    RECORD OF JURY TRIAL 15TH DAY    before Honorable Robert E.
                Jones  Jury in deliberations  (counsel notified)  Court
                Rptr none (tely) [Entry date 02/04/99]


Docket as of September 11, 2002 7:25 pm          Page 49

Proceedings include all events.                       TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al


1/29/99  382    RECORD OF JURY TRIAL 16TH DAY    before Honorable Robert E.
                Jones Jury in deliberations   (counsel notified)  Court
                Rptr NONE (tely) [Entry date 02/04/99]

2/1/99   377    AFFIDAVIT by Defendant American Coalition of John A
                Obrinski (tely)

2/1/99   383    RECORD OF JURY TRIAL 17TH DAY    before Honorable Robert E.
                Jones Defendants ORAL MOTION for MISTRIAL DENIED; jury in
                deliberations; jury questions  (counsel notified) Court
                Rptr Kathy Eismann (tely) [Entry date 02/04/99]

2/2/99   378    JURY VERDICT for Plaintiffs & against Defendants (see file)
                (tely)

2/2/99   379    MOTION  by Plaintiffs FOR PRELIMINARY INJUNCTION (tely)
                [Entry date 02/03/99]

2/2/99   394    RECORD OF JURY TRIAL 18TH DAY    before Honorable Robert E.
                Jones Verdict received; jury polled; jury dismissed. All
                exhibits returned to parties  (counsel notified) Court
                Rptr Kathy Eismann (tely) [Entry date 02/05/99]

2/3/99   380    AMENDED MOTION FOR PRELIMINARY INJUNCTION  by Plaintiffs
                replacing Motion [379-1] (tely)

```
2/4/99    384    MOTION  by Defendant Donald Treshman FOR LEAVE TO FILE
                 OPPOSITION TO PROPOSED MOTION FOR PRELIMINARY INJUNCTION
                 WITHOUT SIGNATURE OF LOCAL COUNSEL (tely)

2/4/99    385    MEMORANDUM by Defendant Donald Treshman  IN OPPOSITION to
                 Plaintiffs MOTION FOR PRELIMINARY INJUNCTION [380-1] Reply
                 due 2/18/99 (not an original signature) (tely)

2/4/99    386    ORDER  by Honorable Robert E. Jones  this Court will act on
                 Plaintiffs MOTION FOR PRELIMINARY INJUNCTION [380-1] in due
                 course. (see file)  Signed 2/4/99 (counsel notified) (tely)

2/4/99    387    NOTICE to counsel that all further proceedings before this
                 Court all parties are required to have local counsel
                 present (tely)

2/4/99    388    CLERK'S LIST OF EXHIBITS AND WITNESSES (tely)

2/4/99    389    JURY NOTES of 1/21/99 filed (tely)

2/4/99    390    JURY NOTES of 1/28/99  filed (tely)

2/4/99    391    JURY NOTES of 1/29/99 filed (tely)

2/4/99    392    JURY NOTES of 2/1/99 filed (tely)

2/4/99    393    JURY NOTES of 2/1/99 at 3:30pm filed (tely)




Docket as of September 11, 2002 7:25 pm          Page 50

Proceedings include all events.                        TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al


2/8/99    395    MOTION  by Plaintiffs FOR ENTRY OF  JUDGMENT (tely)
                 [Entry date 02/09/99]

2/8/99    396    RECORD OF ORDER  by Honorable Robert E. Jones DENYING
                 Defendants MOTION FOR MISTRIAL [367-1] (counsel notified)
                 Court Rptr none (tely) [Entry date 02/09/99]

2/9/99    397    ORDER  by Honorable Robert E. Jones  GRANTING Defendants'
                 MOTION for LEAVE TO FILE OBJECTIONS to Plaintiffs proposed
                 form of judgment (not yet filed). Objections shall be filed
                 by 2/16/99. The Court also requests review of the proposed
                 judgment & injunction by amici, ACLU.Signed 2/9/99 (counsel
                 notified) (tely)

2/12/99   398    TRANSCRIPT  of PRETRIAL CONFERENCE HAD  11/2/98  before
                 Honorable Robert E. Jones   court reporter: Katherine
                 Eismann (tely)

2/12/99   399    TRANSCRIPT  of PRETRIAL CONFERENCE HAD 11/3/98  before
                 Honorable Robert E. Jones   court reporter: Katherine
                 Eismann (tely)

2/12/99   400    TRANSCRIPT  of MOTION HEARING HAD 1/5/99  before Honorable
```

Case 3:95-cv-01671-JO    Document 865    Filed 07/14/03    Page 52 of 87

```
                        Robert E. Jones    court reporter: Katherine Eismann (tely)

2/12/99  401        TRANSCRIPT  of PROCEEDINGS HAD 1/11/99   before Honorable
                        Robert E. Jones    court reporter: Katherine Eismann (tely)

2/12/99  402        TRANSCRIPT  of PROCEEDINGS HAD 1/12/99   before Honorable
                        Robert E. Jones    court reporter: Katherine Eisamnn (tely)

2/12/99  403        TRANSCRIPT  of PROCEEDINGS HAD 1/13/99   before Honorable
                        Robert E. Jones    court reporter: Katherine Eismann (tely)

2/12/99  404        TRANSCRIPT  of PROCEEDINGS HAD 1/14/99   before Honorable
                        Robert E. Jones    court reporter: Katherine Eismann (tely)

2/12/99  405        TRANSCRIPT  of PROCEEDINGS HAD 1/15/99   before Honorable
                        Robert E. Jones    court reporter: Katherine Eismann (tely)

2/12/99  406        TRANSCRIPT  of PROCEEDINGS HAD 1/18/99   before Honorable
                        Robert E. Jones    court reporter: Katherine Eisamnn (tely)

2/12/99  407        TRANSCRIPT  of PROCEEDINGS HAD 1/19/99   before Honorable
                        Robert E. Jones    court reporter: Katherine Eismann (tely)

2/12/99  408        TRANSCRIPT  of PROCEEDINGS HAD 1/20/99   before Honorable
                        Robert E. Jones    court reporter: Katherine Eismann (tely)

2/12/99  409        TRANSCRIPT  of PROCEEDINGS HAD 1/22/99   before Honorable
                        Robert E. Jones    court reporter: Katherine Eismann (tely)
```

Docket as of September 11, 2002 7:25 pm              Page 51

Proceedings include all events.                              TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

```
2/12/99  410        TRANSCRIPT  of PROCEEDINGS HAD 1/21/99   before Honorable
                        Robert E. Jones    court reporter: Katherine Eismann (tely)

2/12/99  411        TRANSCRIPT  of 1/25/99 Testimony of Paul Deparrie  before
                        Honorable Robert E. Jones    court reporter: Katherine
                        Eismann (tely)

2/12/99  412        TRANSCRIPT  of 1/25/99 Cross-Examination of Thomas R
                        Reardon before Honorable Robert E. Jones    court reporter:
                        Katherine Eismann (tely)

2/12/99  413        TRANSCRIPT  of JURY CONFERENCE HAD 1/25/99   before
                        Honorable Robert E. Jones    court reporter: Katherine
                        Eismann (tely)

2/12/99  414        TRANSCRIPT  of PROCEEDINGS HAD 1/26/99   before Honorable
                        Robert E. Jones    court reporter: Katherine Eismann (tely)

2/12/99  415        MOTION  by Defendants Treshman, Brunett, Crane, Advocates
                        for Life Ministries & American Coalition of Life Activists
                        TO BE RELIEVED OF REQUIREMENT FOR CERTIFICATIONS &
                        SIGNATURES BY LOCAL COUNSEL (tely) [Entry date 02/16/99]
```

2/12/99   416    ORDER by Honorable Robert E. Jones DENYING Defendants'
                 MOTION TO BE RELIEVED OF REQUIREMENT FOR CERTIFICATIONS &
                 SIGNATURES BY LOCAL COUNSEL [415-1]. Any post-trial motion
                 must designate the portions of the transcript on which the
                 motion is based, which local counsel can readily review
                 Signed 2/12/99 (counsel notified) (tely)
                 [Entry date 02/16/99]

2/17/99   417    OBJECTIONS by Defendants to Plaintiffs' PROPOSED PERMANENT
                 INJUNCTION ORDER and or TEMPORARY INJUNCTION ORDER [380-1];
                 o/a requested; Reply due 3/3/99 (tely)

2/18/99   418    RESPONSE by Defendants to Plaintiffs MOTION FOR ENTRY OF
                 JUDGMENT [395-1] Reply due 3/4/99 (submitted as objections
                 to Plaintiffs proposed judgment on verdict for money
                 damages); o/a requested (tely)

2/22/99   419    JUDGMENT GRANTING Plaintiffs MOTION FOR ENTRY OF JUDGMENT
                 [395-1]. Each Plaintiff shall recover damages with interest
                 along with Plaintiffs costs of this action (see file). This
                 judgment encompasses the relief awarded by the jury & does
                 not include additional relief that the Court may imprOse,
                 including without limitation injunctive relief. (12 pages)
                 Signed 2/22/99 microfilmed & EOD 2/22/99 Honorable Robert
                 E. Jones (counsel notified) (tely)

2/23/99   420    RESPONSE by Plaintiffs to [418-1] Defendants objections to
                 Plaintiffs proposed judgment on verdict for money damages
                 (tely)

Docket as of September 11, 2002 7:25 pm                    Page 52

Proceedings include all events.                           TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

2/24/99   421    MEMORANDUM by Amicus ACLU IN OPPOSITION to Plaintiffs
                 MOTION FOR PERMANENT INJUNCTION [380-1] Reply due 3/10/99
                 (tely)

2/24/99   423    RECORD OF ORDER  by Honorable Robert E. Jones Plaintiffs
                 MOTION IN LIMINE TO ADMIT CERTAIN NEWSPAPER ARTICLES
                 [293-1]are to be admitted; Plaintiffs MOTION IN LIMINE
                 REGARDING DEPOSITION DESIGNATIONS [309-1] ;Plaintiffs
                 MOTION FOR ORDER FOR RULINGS ON THEIR OBJECTIONS TO
                 DEFENDANTS DEPOOSITION DESIGNATIONS [310-1] MOOT;
                 Plaintiffs MOTION IN LIMINE TO INTRODUCE EVIDENCE OF
                 DEFENDANTS' OTHER ACTS PURSUANT TO FED. R. EVID. 404(b)
                 [314-1] MOOT; MOTION by Henry Kane MOVANT AN AMICUS CURIAE
                 [336-1] MOOT; GRANTING Plaintiffs MOTION FOR ORDER TO READ
                 DEFENDANTS ADMISSIONS TO THE JURY [340-1] (counsel
                 notified)  Court Rptr none (tely) [Entry date 02/25/99]

2/25/99   422    ORDER & PERMANENT INJUNCTION (SEE FILE-11pgs) [380-1]  by
                 Honorable Robert E. Jones   Signed 2/25/99 (counsel
                 notified) (tely)

2/25/99  424   ORDER  by Honorable Robert E. Jones the US Marshall is
               ORDERED to serve the Order & Permanent Injunction on Paul
               DeParrie & to incur the costs of service Signed 2/25/99
               (counsel notified) (tely)

3/3/99   425   MOTION  by Plaintiffs'  TO EXTEND TIME TO 3/15/99 TO FILE
               THEIR COST BILL [422-1], [419-1] (tely)

3/3/99   426   AFFIDAVIT by Plaintiffs of Carol Bernick re: MOTION  TO
               EXTEND TIME TO 3/15/99 TO FILE THEIR COST BILL [422-1],
               [419-1] [425-1] (tely)

3/3/99   427   RETURN OF SERVICE of Court's Order to Paul DeParrie exec
               2/26/99 (tely)

3/3/99   428   MOTION  by Defendants TO EXCEED PAGE LIMITATION IN
               DEFENDANTS POST TRIAL MOTIONS TO BE UP TO 50 PAGES IN
               LENGTH (tely)

3/4/99   429   RECORD OF ORDER  by Honorable Robert E. Jones GRANTING
               Plaintiff's MOTION  TO EXTEND TIME TO 3/15/99 TO FILE THEIR
               COST BILL [422-1], [419-1] [425-1] .GRANTING Defendants
               MOTION TO EXCEED PAGE LIMITATION IN DEFENDANTS POST TRIAL
               MOTIONS TO BE UP TO 50 PAGES IN LENGTH [428-1] (counsel
               notified) Court Rptr (tely) [Entry date 03/05/99]

3/12/99  430   TRANSCRIPT  of PROCEEDINGS HAD 1/25/99   before Honorable
               Robert E. Jones   court reporter: Katherine Eismann (tely)

3/12/99  431   PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW submitted
               by Plaintiffs (peg) [Entry date 03/15/99]

3/12/99  432   AFFIDAVIT  of Carol J. Bernick (peg) [Entry date 03/15/99]


Docket as of September 11, 2002 7:25 pm              Page 53

Proceedings include all events.                       TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al


3/16/99  433   BILL OF COSTS in the amount of $112,860.38 submitted by
               Plaintiffs re: Judgment [419-1], entered on 2/22/99. (peg)

3/16/99  434   MEMORANDUM IN SUPPORT by Plaintiffs of their BILL OF COSTS
               [433-1] (peg)

3/16/99  435   AFFIDAVIT of Carol J. Bernick (peg)

3/16/99  436   AFFIDAVIT of Maria T. Vullo in Support of Plaintiffs' BILL
               OF COSTS [433-1] (peg)

3/16/99  437   AMENDED ORDER & PERMANENT INJUNCTION by Honorable Robert E.
               Jones re order [422-1] Signed 3/16/99 (74 pages) (counsel
               notified) (tely) [Entry date 03/17/99]

3/16/99  439   RECORD OF ORDER  by Honorable Robert E. Jones  This case is
               DISMISSED. Any pending MOTIONS are MOOT (counsel notified)

Court Rptr none (tely) [Entry date 03/17/99]

3/17/99   438     MOTION  by Non-Defendant-Movant Paul deParrie FOR ORDER
                  FOR INTERPRETATION OF ORDER & PERMANENT INJUNCTION (tely)

3/17/99   440     RECORD OF ORDER  by Honorable Robert E. Jones Defense
                  counsel is allowed until 4/7/99 in which to file objections
                  to the Court's Amended Order & Permanent Injunction
                  (counsel notified)  Court Rptr none (tely)

3/18/99   441     POST TRIAL MEMORANDUM of amicus curiae  Movant Henry Kane
                  re Order & Permanent Injunction (tely)

3/19/99   442     APPLICATION by Movant Paul deParrie TO PROCEED IN FORMA
                  PAUPERIS ON APPEAL (tely)

3/19/99   443     NOTICE OF APPEAL to Court of Appeals by Movant Paul
                  deParrie from the Amended Order & Permanent Injunction
                  entered 3/17/99 [437-1] Receipt # IFP (tely)

3/19/99   449     RECORD OF ORDER  by Honorable Robert E. Jones the Court
                  interprets Defendant's last communication as a request to
                  extend the date in order to challenge the Amended Findings
                  of Fact & Conclusions of Law. The request to extend the time
                  for appeal is GRANTED to 4/21/99 notified) Court Rptr none
                  (tely) [Entry date 03/22/99] [Edit date 03/22/99]

3/19/99   --      NO APPEAL FEE RECEIVED from Paul deParrie and in forma
                  pauperis application filed 3/19/99 (doc. #442) and DENIED
                  3/22/99 [doc. #450]. (tomg) [Entry date 03/23/99]

3/22/99   444     NOTICE OF APPEAL to Court of Appeals by Defendants Monica
                  Migliorino Miller & Donald Treshman from  Order & Permanent
                  Injunction entered 2/25/99 [422-1] Receipt # 409599 (tely)
                  [Edit date 03/22/99]

Docket as of September 11, 2002 7:25 pm            Page 54

Proceedings include all events.                         TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

3/22/99   445     NOTICE OF APPEAL to Court of Appeals by Defendants Michael
                  Dodds, Charles Roy McMillan, Bruce Evan Murch from Order  &
                  Permanent Injunction  entered 2/25/99 [422-1] Receipt #
                  409600 (tely) [Edit date 03/22/99]

3/22/99   446     REPRESENTATION STATEMENT by Michael Dodds, Charles Roy
                  McMillan, Bruce Evan Murch (tely)

3/22/99   447     NOTICE OF APPEAL to Court of Appeals by Defendants Timothy
                  Paul Dreste, Joseph L Foreman, Charles Wysong from Order &
                  Permanent Injunction entered 2/25/99  [422-1] Receipt #
                  409597 (tely)

3/22/99   448     NOTICE OF APPEAL to Court of Appeals by Defendants American
                  Coalition, Advocates For Life M, Michael Bray, Andrew
                  Burnett, David Crane, Catherine Ramey, Dawn Marie Stover

```
                     from Order & Permanent Injunction [422-1]  Receipt # 409598
                     (tely)

3/22/99  450         RECORD OF ORDER  by Honorable Robert E. Jones DENYING Paul
                     deParrie's MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL
                     [442-1] & [442-2] as he is not a party to this action
                     (counsel notified) Court Rptr none (tely)
                     [Entry date 03/23/99]

3/22/99  --          RECEIVED APPEAL fee from Timothy Paul Dreste, Joseph L
                     Foreman, Charles Wysong  in amount of $105.00 (Receipt #
                     409597) (tomg) [Entry date 03/23/99]

3/22/99  --          RECEIVED APPEAL fee from American Coalition et al in amount
                     of $105.00 (Receipt # 409598) (tomg) [Entry date 03/24/99]

3/22/99  --          RECEIVED APPEAL fee from Donald Treshman, Monica Miller in
                     amount of $105.00 (Receipt # 409599) (tomg)
                     [Entry date 03/24/99] [Edit date 03/24/99]

3/22/99  --          RECEIVED APPEAL fee from Michael Dodds & Bruce Evan Murch
                     in amount of $105.00 (Receipt # 409600) (tomg)
                     [Entry date 03/24/99]

3/23/99  451         RESPONSE by Plaintiffs to Paul deParrie's MOTION FOR ORDER
                     FOR INTERPRETATION OF ORDER & PERMANENT INJUNCTION [438-1]
                     Reply due 4/6/99 (tely)

3/23/99  --          NOTIFICATION OF (Paul deParrie) APPEAL mailed to Court of
                     Appeals For the Ninth Circuit and to counsel along with copy
                     of appealed document and docket sheet. REPRESENTATION
                     STATEMENT accompanied Notice of Appeal. No CADS. (tomg)
                     [Edit date 03/24/99]
```

Docket as of September 11, 2002 7:25 pm                Page 55

Proceedings include all events.                        TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

```
3/23/99  --          NOTIFICATION OF (Treste, Foreman, Wysong) APPEAL mailed to
                     Court of Appeals For the Ninth Circuit and to counsel along
                     with copy of appealed document and docket sheet.
                     REPRESENTATION STATEMENT and CADS mailed to Court of
                     Appeals. (tomg)

3/23/99  --          NOTIFICATION OF (Advocates For Life, et al) APPEAL mailed
                     to Court of Appeals For the Ninth Circuit and to counsel
                     along with copy of appealed document and docket sheet.
                     REPRESENTATION STATEMENT accompanying Notice of Appeal and
                     CADS mailed to Court of Appeals. (tomg)
                     [Entry date 03/24/99]

3/23/99  --          NOTIFICATION OF (Treshman, Miller) APPEAL mailed to Court of
```

```
                    Appeals For the Ninth Circuit and to counsel along with copy
                    of appealed document and docket sheet. REPRESENTATION
                    STATEMENT accompanying Notice of Appeal and CADS mailed to
                    Court of Appeals. (tomg) [Entry date 03/24/99]
                    [Edit date 03/24/99]

3/23/99  --         NOTIFICATION OF (Dodds,Murch) APPEAL mailed to Court of
                    Appeals For the Ninth Circuit and to counsel along with
                    copy of appealed document and docket sheet. REPRESENTATION
                    STATEMENT accompanying Notice of Appeal and CADS mailed to
                    Court of Appeals. (tomg) [Entry date 03/24/99]

3/26/99  452        RECEIPT #409878 in the amount of $105.00 for the filing fee
                    for this appeal-Paul deParrie-Court of Appeals notified
                    (tely) [Edit date 04/28/99]

3/26/99  453        RECORD OF ORDER  by Honorable Robert E. Jones DENYING Paul
                    DeParrie's MOTION FOR ORDER FOR INTERPRETATION OF ORDER &
                    PERMANENT INJUNCTION [438-1]  (counsel notified) Court
                    Rptr none (tely) [Entry date 03/29/99]

3/26/99  454        RECORD OF ORDER  by Honorable Robert E. Jones minute order
                    of 3/16/99 is RESCINDED [439-1]  (counsel notified) Court
                    Rptr none (tely) [Entry date 03/29/99]

3/30/99  455        TRANSCRIPT DESIGNATION AND ORDERING FORM for date(s) NONE
                    ORDERED  re appeal filed 3/19/99 by Paul deParrie [443-1]
                    (tely)

4/2/99   456        MOTION  by Plaintiffs TO ENFORCE PARAGRAPH 2 OF THE
                    PERMANENT INJUNCTION (tely)

4/5/99   457        NOTIFICATION by US Court of Appeals for the Ninth Circuit
                    of Docket Number 99-35320 by Defendants M. Miller & D
                    Treshman regarding appeal filed 3/22/99 [444-1] (tely)




Docket as of September 11, 2002 7:25 pm                     Page 56

Proceedings include all events.                             TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

4/5/99   458        CERTIFIED COPY OF ORDER from the US Court of Appeals for
                    the Ninth Circuit re appeal of Miller & Treshman [444-1]
                    CA 99-35320 setting briefing schedule: R/T order 4/21/99;
                    transcript ddl 5/24/99; appellants  brief 7/8/99; appellees
                    brief 8/9/99 with reply with in 14 days (tely)

4/5/99   459        NOTIFICATION by US Court of Appeals for the Ninth Circuit
                    of Docket Number 99-35325 by Defendants Dodds, McMillan,
                    Murch regarding appeal filed 3/22/99 [445-1] (tely)

4/5/99   460        CERTIFIED COPY OF ORDER from the US Court of Appeals for
                    the Ninth Circuit  re appeal of Dodds, McMillan, Murch
```

```
            [445-1] CA 99-35325 setting briefing schedule: R/T order
            4/21/99; transcript ddl 5/24/99; appellants brief 7/8/99;
            appellees brief 8/9/99 with reply within 14 days (tely)

4/5/99   461   NOTIFICATION by US Court of Appeals for the Ninth Circuit
               of Docket Number 99-35327 by Defendants Dreste, Foreman,
               Wysong regarding appeal filed 3/22/99 [447-1] (tely)

4/5/99   462   CERTIFIED COPY OF ORDER from the US Court of Appeals for
               the Ninth Circuit appeal filed 3/22/99 of Dreste, Foreman &
               Wyson [447-1] CA99-35327 setting briefing schedule: R/T
               order due 4/21/99; transcript due 5/24/99; appellants ddl
               7/8/99; appellees ddl 8/9/99 with reply within 14 days (tely)

4/5/99   463   NOTIFICATION by US Court of Appeals for the Ninth Circuit
               of Docket Number 99-35331 by Defendants American Coalition,
               et. al regarding appeal filed 3/22/99 [448-1] (tely)

4/5/99   464   CERTIFIED COPY OF ORDER from the US Court of Appeals for
               the Ninth Circuit re appeal filed 3/22/99 by Defendants
               American Coalition [448-1] CA99-35331 setting briefing
               schedule: R/T order 4/21/99; transcript ddl 5/24/99;
               appellants ddl 7/8/99; appellees ddl 8/9/99 with reply
               within 14 days (tely)

4/5/99   465   MOTION  by Movant Paul deParrie FOR ORDER RE TRIAL
               EXHIBITS & THE COURT RECORD (tely)

4/5/99   466   AFFIDAVIT by Movant Paul deParrie  of Paul deParrie re:
               MOTION FOR ORDER RE TRIAL EXHIBITS & THE COURT RECORD
               [465-1] (tely)

4/6/99   467   CERTIFICATION  by Defendants of compliance with paragraph 2
               & other provisions of the Permanent Injunction (tely)

4/7/99   468   MOTION  by Thomas More Center For Law & Justice
               OPPOSITION TO FINDINGS OF FACT, or in the alternative  TO
               EXTEND TIME TO RESPOND TO THE COURT'S FINDINGS OF FACT MADE
               AFTER THE TRIAL (tely) [Entry date 04/08/99]




Docket as of September 11, 2002 7:25 pm           Page 57

Proceedings include all events.                         TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

4/7/99   469   MEMORANDUM by Defendant Treshamn IN OPPOSITION  to
               Plaintiffs' MOTION TO ENFORCE PARAGRAPH 2 OF THE PERMANENT
               INJUNCTION [456-1] Reply due 4/21/99 (tely)
               [Entry date 04/08/99]

4/7/99   470   OBJECTIONS by Defendant Donald Treshman  to Court's Amended
               Order & Permanent Injunction of 3/16/99 [437-1] (tely)
               [Entry date 04/08/99]

4/12/99  471   OBJECTIONS by Defendant Donald Treshman  to Court's Amended
```

                         Order & Permanent Injunction of 3/16/99 [437-1] (tely)
                         [Entry date 04/13/99]

        4/14/99   472    JOINT NOTICE OF APPEAL with attached REPRESENTATION
                         STATEMENT to Court of Appeals for the Ninth Circuit by
                         Defendants American Coalition, et al, from AMENDED ORDER
                         and PERMANENT INJUNCTION [437-1] entered 3/16/99. Receipt #
                         410162 (tomg)

        4/14/99   --     RECEIVED APPEAL fee from American Coalition, et al in
                         amount of $105.00 (Receipt # 410162) (tomg)

        4/14/99   --     NOTIFICATION OF APPEAL mailed to Court of Appeals For the
                         Ninth Circuit and to counsel along with copy of appealed
                         document and docket sheet. CADS mailed to Court of Appeals
                         (tomg)

        4/16/99   473    REPLY IN SUPPORT by Plaintiffs re MOTION TO ENFORCE
                         PARAGRAPH 2 OF THE PERMANENT INJUNCTION [456-1] (tely)
                         [Entry date 04/19/99]

        4/19/99   474    RESPONSE by Defendant Charles Wysong to Plaintiffs MOTION
                         TO ENFORCE PARAGRAPH 2 OF THE PERMANENT INJUNCTION [456-1]
                         Reply due 5/3/99 (tely)

        4/19/99   475    RESPONSE by Plaintiffs to deParrie's MOTION FOR ORDER RE
                         TRIAL EXHIBITS & THE COURT RECORD [465-1] Reply due 5/3/99
                         (tely) [Entry date 04/20/99]

        4/20/99   476    MOTION by Defendants ACLA, AFLM, David Crane & Andrew
                         Burnett TO WITHDRAW AS ATTORNEY  DENIS V BRENAN (tely)

        4/20/99   477    MOTION  by Defendants ACLA, AFLM, Catherine Remy, Dawn
                         Stove, David Craine, Andrew Burnett & Michael Bray TO
                         WITHDRAW AS ATTORNEY William D Bailey AS ATTORNEY (tely)

        4/20/99   478    TRANSCRIPT DESIGNATION AND ORDERING FORM for date(s) see
                         file for request  re appeal [444-1] CA99-35320,35325,
                         35327, 35331 (tely) [Entry date 04/21/99]

        4/21/99   479    AMENDED TRANSCRIPT of Docket Number 344:  Date should be
                         1/5/99 before Honorable Robert E. Jones   Reporter: Kathy
                         Eismann (tomg)




        Docket as of September 11, 2002 7:25 pm            Page 58

        Proceedings include all events.                          TERMED APPEAL
        3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

        4/21/99   480    AMENDED TRANSCRIPT of docket number 345; Date should be
                         1/6/99 before Honorable Robert E. Jones Court reporter:
                         Kathy Eismann (tomg)

        4/22/99   481    TRANSCRIPT  of PROCEEDINGS HAD 1/27/99 Volume XV   before
                         Honorable Robert E. Jones   court reporter: Katherine
                         Eismann (tely)

Case 3:95-cv-01671-JO   Document 865   Filed 07/14/03   Page 60 of 87

4/22/99   482   TRANSCRIPT  of PROCEEDINGS HAD 1/28/99  Volume XVI  before
                Honorable Robert E. Jones   court reporter: Katherine
                Eismann (tely)

4/22/99   483   TRANSCRIPT  of PROCEEDINGS HAD 2/1/99 Volume XVII   before
                Honorable Robert E. Jones   court reporter: Katherine
                Eismann (tely)

4/22/99   484   TRANSCRIPT  of PROCEEDINGS HAD 2/2/99  Volume XVIII  before
                Honorable Robert E. Jones   court reporter: Katherine
                Eismann (tely)

4/22/99   485   ORDER  by Honorable Robert E. Jones  GRANTING  MOTION TO
                ENFORCE PARAGRAPH 2 OF THE PERMANENT INJUNCTION [456-1]
                (see file for procedures) Signed 4/22/99 (counsel notified)
                (tely) [Entry date 04/23/99]

4/22/99   486   ORDER  by Honorable Robert E. Jones  DENYING Paul
                deParrie's MOTION FOR ORDER RE TRIAL EXHIBITS & THE COURT
                RECORD [465-1]  Signed 4/22/99 (counsel notified) (tely)
                [Entry date 04/23/99]

4/23/99   487   ORDER  by Honorable Robert E. Jones Defendant Treshman
                filed objections to the Findings of Fact & Conclusions of
                Law set forth in the Amended Order & Permanent Injunction.
                I have considered the objections & adhere to my findings &
                conclusions in the original Order & Permanent Injunction &
                the Amended Order & Permanent Injunction Signed 4/22/99
                (counsel notified) (tely)

4/23/99   488   ORDER  by Honorable Robert E. Jones  GRANTING Denis
                Brenan's MOTION TO WITHDRAW AS ATTORNEY  for Defendants
                American Coalition of Life Activists, Advocates for Life
                Ministries, David Crane & Andrew Burnett [476-1] . ORDER
                DENYING Defendants MOTION TO WITHDRAW AS ATTORNEY William D
                Bailey AS ATTORNEY Signed 4/22/99 (counsel notified) (tely)

4/23/99   489   REPLY by Movant Paul deParrie to Defendants response re
                MOTION FOR ORDER RE TRIAL EXHIBITS & THE COURT RECORD
                [465-1] (tely)

4/26/99   490   MOTION  by Movant Christopher A Ferrara FOR ORDER TO JOIN
                IN PRO SE OBJECTIONS OF DENIS BRENAN TO ENFORCEMENT OF PAR
                2 OF THE PERMANENT INJUNCTION (tely)

Docket as of September 11, 2002 7:25 pm                    Page 59

Proceedings include all events.                      TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

4/26/99   491   NOTIFICATION by US Court of Appeals for the Ninth Circuit
                of Docket Number 99-35333 by Movant deParrie  regarding
                appeal filed 3/19/99 [443-1] (tely)

4/26/99   492   CERTIFIED COPY OF ORDER from the US Court of Appeals for
                the Ninth Circuit re appeal filed 3/19/99 [443-1]

|         |     |                                                                                                                                                                                                                                                    |
|---------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|         |     | CA99-35333 setting briefing schedule: R/T order ddl 4/30/99; transcript ddl 6/1/99; appellants brief 7/19/99; appellees brief 8/16/99 with reply within 14 days (tely)                                                                            |
| 4/27/99 | 493 | MEMORANDUM IN OPPOSITION of Denis V Brenan to enforcement of paragraph 2 of the Injunction vis a vis former counsel [437-1] (tely)                                                                                                                  |
| 4/28/99 | 494 | TRANSCRIPT DESIGNATION AND ORDERING FORM for date(s) SEE FILE re appeal 99-35405 (tely)                                                                                                                                                            |
| 4/28/99 | 495 | CERTIFIED COPY OF ORDER from the US Court of Appeals for the Ninth Circuit re appeal filed 4/14/99 [472-1] CA99-35405 setting briefing schedule: R/T order due 5/14/99; transcript ddl 6/14/99; appellants brief 8/2/99; appellees brief 8/30/99 with reply within 14 days (tely) [Entry date 04/29/99] |
| 5/3/99  | 496 | NOTIFICATION by US Court of Appeals for the Ninth Circuit of Docket Number 99-35405 by Defendants regarding appeal filed 4/14/99 [472-1] (tely)                                                                                                    |
| 5/3/99  | 497 | CERTIFIED COPY OF ORDER from the US Court of Appeals for the Ninth Circuit re appeal filed 4/14/99 [472-1] CA99-35405 setting briefing schedule: R/T order ddl 5/14/99; transcript ddl 6/14/99; appellants brief 8/2/99; appellees brief 8/30/99 with reply within 14 days (tely) |
| 5/3/99  | 498 | MOTION by Defendants Catherine Ramey, Dawn Marie Stover TO WITHDRAW AS ATTORNEY Mark Renart Peck AS ATTORNEY (tely)                                                                                                                                |
| 5/11/99 | 499 | MOTION by David T Daulton FOR ORDER TO ADOPT & INCORPORATE BY REFERENCE THE OPPOSITION OF DENIS V BRENAN TO ENFORCEMENT OF PARAGRAPH 2 OF THE INJUNCTION VIS A VIS FORMER COUNSEL (tely)                                                            |
| 5/11/99 | 500 | TRANSCRIPT of 6/4/98 & 11/12/98 before Honorable Robert E. Jones court reporter: Jerry Harris (tely)                                                                                                                                               |
| 5/11/99 | 501 | TRANSCRIPT of PROCEEDINGS HAD 3/3/97 before Honorable Robert E. Jones re appeals [472-1], [448-1], [447-1], [445-1], [444-1], [443-1], [163-1] court reporter: Katherine Eismann (tely)                                                             |
| 5/11/99 | 502 | TRANSCRIPT of PROCEEDINGS HAD 3/17/99 before Honorable Robert E. Jones appeals [472-1], [448-1], [447-1], [445-1], [444-1], [443-1], [163-1] court reporter: Katherine Eismann (tely)                                                               |

Docket as of September 11, 2002 7:25 pm        Page 60

Proceedings include all events.                TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

| 5/17/99 | 503 | RECORD OF ORDER by Honorable Robert E. Jones the Court notes that David Daulton being neither counsel or a party has no further status in this litigation & his MOTION FOR |
|---------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------|

```
                    ORDER TO ADOPT & INCORPORATE BY REFERENCE THE OPPOSITION OF
                    DENIS V BRENAN TO ENFORCEMENT OF PARAGRAPH 2 OF THE
                    INJUNCTION VIS A VIS FORMER COUNSEL is DENIED as MOOT.
                    [499-1] (counsel notified)  Court Rptr none (tely)
                    [Entry date 05/18/99] [Edit date 05/18/99]

6/14/99  504       CERTIFICATE OF RECORD transmitted to US Court of Appeals
                    for the Ninth Circuit re appeal CA 99-35333 [443-1] filed
                    by Paul DeParrie on 3/19/99. (tomg)

6/14/99  505       CERTIFICATE OF RECORD transmitted to US Court of Appeals
                    for the Ninth Circuit re appeal CA 99-35320 [444-1] filed
                    by Monica Miller on 3/22/99. (tomg)

6/14/99  506       CERTIFICATE OF RECORD transmitted to US Court of Appeals
                    for the Ninth Circuit re appeal CA 99-35325 [445-1] filed
                    by Michael Dodds on 3/22/99. (tomg)

6/14/99  507       CERTIFICATE OF RECORD transmitted to US Court of Appeals
                    for the Ninth Circuit re appeal CA 99-35327 [447-1] filed
                    by Timothy Dreste on 3/22/99. (tomg)

6/14/99  508       CERTIFICATE OF RECORD transmitted to US Court of Appeals
                    for the Ninth Circuit re appeal CA 99-35331 [448-1] filed
                    by American Coalition on 3/22/99. (tomg)

6/14/99  509       CERTIFICATE OF RECORD transmitted to US Court of Appeals
                    for the Ninth Circuit re appeal CA 99-35405 [472-1] filed
                    by American Coalition on 4/14/99. (tomg)

6/18/99  510       CERTIFICATE OF RECORD transmitted to US Court of Appeals
                    for the Ninth Circuit re appeal CA 99-35405 [472-1] filed
                    by American Coalition on 4/14/99. (tomg)

6/22/99  511       OBJECTIONS to proposed jury instructions submitted by
                    amicus curiae filed by Plaintiffs (tely)

6/22/99  512       PRELIMINARY EXCEPTIONS to jury charges filed by Defendants
                    (tely)

6/30/99  513       MOTION  by Movant Paul deParrie FOR ORDER FOR
                    INTERPRETATION OF AMENDED ORDER & PERMANENT INJUNCTION (tely)

7/9/99   514       RESPONSE by Plaintiffs to deParrie's MOTION FOR ORDER FOR
                    INTERPRETATION OF AMENDED ORDER & PERMANENT INJUNCTION
                    [513-1] Reply due 7/23/99 (tely) [Entry date 07/12/99]




Docket as of September 11, 2002 7:25 pm              Page 61

Proceedings include all events.                          TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

7/14/99  515       LETTER to Court dated 12/18/98 re a more readable format
                    some of Defense Counsel's concerns about the proposed jury
```

charges of Plaintiffs & ACLU filed by Defendant American
Coalition (tely)

9/7/99    516    MOTION  by Defendant American Coalition, Advocates For Life
                 M, Michael Bray, Andrew Burnett, David Crane, Catherine
                 Ramey, and Dawn Marie Stover TO STAY ENFORCEMENT OF
                 JUDGMENT AND INJUNCTION PENDING DECISION OF COURT OF
                 APPEALS (sher)

9/10/99   517    RESPONSE TO Defendants MOTION by Plaintiff MOTION TO STAY
                 ENFORCEMENT OF JUDGMENT AND INJUNCTION PENDING DECISION OF
                 COURT OF APPEALS [516-1] Reply due 9/24/99 AND MOTION by
                 Plaintiff to to COMPEL POST JUDGMENT DISCOVERY Response
                 due 9/24/99 (sher)

9/10/99   518    AFFIDAVIT by Plaintiff of Maria T Vullo re: MOTION response
                 [517-1], MOTION TO COMPEL POST JUDGMENT DISCOVERY [517-2]
                 (sher)

9/10/99   519    CERTIFICATE OF SERVICE of affidavit [518-1], MOTION
                 response [517-1], MOTION TO COMPEL POST JUDGMENT DISCOVERY
                 [517-2] by Plaintiffs (sher)

9/13/99   520    ORDER  by Honorable Robert E. Jones  DENYING Defendants
                 MOTION TO STAY ENFORCEMENT OF JUDGMENT AND INJUNCTION
                 PENDING DECISION OF COURT OF APPEALS [516-1]; Discovery
                 will proceed as scheduled (see file for full 1 page order)
                 Signed 9/13/99 (counsel notified) (sher)
                 [Entry date 09/14/99]

9/30/99   521    RECORD OF ORDER  by Honorable Robert E. Jones: Thomas More
                 Center For Law & Justice's MOTION OPPOSITION TO FINDINGS OF
                 FACT [468-1] and MOTION TO EXTEND TIME TO RESPOND TO THE
                 COURT'S FINDINGS OF FACT MADE AFTER THE TRIAL [468-2] MOOT;
                 Christopher Ferrara's MOTION FOR ORDER TO JOIN IN PRO SE
                 OBJECTIONS OF DENIS BRENAN TO ENFORCEMENT OF PAR 2 OF THE
                 PERMANENT INJUNCTION [490-1] is MOOT; GRANTING Defendant's
                 Catherine Ramey and Dawn Stover's MOTION TO WITHDRAW Mark
                 Renart Peck AS ATTORNEY [498-1]; DENYING Movant Paul
                 deParrie's MOTION FOR ORDER INTERPRETATION OF AMENDED ORDER
                 & PERMANENT INJUNCTION [513-1]; GRANTING Plaintiff's MOTION
                 TO COMPEL POST JUDGMENT DISCOVERY [517-2] (counsel
                 notified) (tomg) [Entry date 10/06/99]

10/12/99  522    MOTION by Movant Paul deParrie TO QUASH DEPOSITION OF
                 ADVOCATES FOR LIFE MINISTRIES and affidavit in support.
                 Oral Argument Requested (tomg)

10/15/99  523    MEMORANDUM by Plaintiffs IN OPPOSITION TO DEPARRIE'S MOTION
                 TO QUASH DEPOSITION OF ADVOCATES FOR LIFE MINISTRIES
                 [522-1] Reply due 10/29/99 (tomg) [Entry date 10/18/99]

Docket as of September 11, 2002 7:25 pm                    Page 62

Proceedings include all events.                          TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

```
10/19/99 524    RECORD OF TELEPHONE CONFERENCE: before Honorable Robert E.
                Jones: No depositions shall last longer than one day. Court
                orders production of requested discovery. Failure to
                produce discovery will allow deposition to go longer than
                one day. Failure to produce discovery will be subject to
                sanctions. DENYING DeParrie's MOTION TO QUASH DEPOSITION OF
                ADVOCATES FOR LIFE MINISTRIES [522-1] (counsel notified)
                Court Rptr Kathy Eismann (tomg) [Entry date 10/20/99]

10/27/99 525    MOTION  by Plaintiffs FOR ORDER FOR WRIT OF EXECUTION (sher)
                [Entry date 10/28/99]

10/29/99 526    MOTION by Plaintiffs FOR ORDER ALLOWING REGISTRATION OF
                OUT OF STATE JUDGMENT (tomg)

11/1/99  527    MOTION by NORMAN L. LINDSTEDT TO WITHDRAW AS LOCAL COUNSEL
                FOR DEFENDANT ATTORNEYS TRESHMAN AND DODDS (tomg)

11/1/99  528    MOTION by MICHAEL R. HIRSH TO WITHDRAW AS LOCAL COUNSEL
                FOR DEFENDANT ATTORNEYS JOSEPH FOREMAN AND TIM DRESTE (tomg)

11/1/99  530    ORDER by Honorable Robert E. Jones GRANTING PLAINTIFF'S
                MOTION FOR ORDER ALLOWING REGISTRATION OF OUT OF STATE
                JUDGMENT; Signed 11/1/99 (counsel notified) (tomg)
                [Entry date 11/03/99]

11/3/99  529    RESPONSE by Defendants to PLAINTIFF'S MOTION FOR ORDER
                ALLOWING REGISTRATION OF OUT OF STATE JUDGMENT [526-1];
                Reply due 11/17/99 (tomg)

11/8/99  531    RECORD OF PROCEEDINGS  before Honorable Robert E. Jones
                SETTING MOTIONS TO WITHDRAW [528-1] and [527-1] and MOTION
                FOR ORDER ALLOWING REGISTRATION OF OUT OF STATE JUDGMENT
                [526-1] for Telephone argument at 1:00 11/16/99 Mr. Ferrara
                is ordered to file an affidavit stating that he represents
                all listed defendants, signed by each defendant and giving
                each defendant's current address (counsel notified) (tomg)
                [Entry date 11/09/99]

11/9/99  532    MOTION by Defendants Advocates For Life M, Andrew Burnett,
                and Catherine Ramey FOR PROTECTIVE ORDER ON PLAINTIFF'S
                DOCUMENT REQUESTS AND DEPOSITION INQUIRY (tomg)

11/9/99  533    MOTION by Plaintiffs FOR CIVIL CONTEMPT (tomg)
                [Entry date 11/10/99]

11/9/99  534    MEMORANDUM IN SUPPORT by Plaintiffs of PLAINTIFF'S MOTION
                FOR CIVIL CONTEMPT [533-1] (tomg) [Entry date 11/10/99]

11/9/99  535    AFFIDAVIT by Plaintiffs of Maria T. Vullo re: MOTION FOR
                CIVIL CONTEMPT [533-1] (tomg) [Entry date 11/10/99]

11/12/99 536    AFFIDAVIT by Plaintiff Planned Parenthood C  of Amy C Brown
                re: Deposition of defendant Timothy Dreste (sher)
```

```
Docket as of September 11, 2002 7:25 pm          Page 63

Proceedings include all events.                  TERMED APPEAL
```

3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

11/15/99 537    ADDITIIONAL SUBMISSIONS by Plaintiff IN SUPPORT OF MOTION
                FOR CIVIL CONTEMPT [533-1] (tomg) [Entry date 11/16/99]

11/15/99 538    MEMORANDUM by Plaintiffs IN OPPOSITION TO DEFENDANT'S
                MOTION FOR PROTECTIVE ORDER ON PLAINTIFF'S DOCUMENT
                REQUESTS AND DEPOSITION INQUIRY [532-1]; Reply due 11/29/99
                (tomg) [Entry date 11/16/99]

11/16/99 541    RECORD OF PROCEEDINGS before Honorable Robert E. Jones
                GRANTING MOTION TO WITHDRAW Michael Hirsh AS LOCAL COUNSEL
                FOR DEFENDANTS JOSEPH FOREMAN AND TIM DRESTE for
                post-judgment proceedings [528-1]; GRANTING ORAL MOTION TO
                WITHDRAW ATTORNEY Richard Traynor AS COUNSEL; ATTORNEY
                Steve Safranek IS RELIEVED AS COUNSEL FOR POST-JUDGMENT
                PROCEEDINGS; DENYING MOTION TO WITHDRAW Norman Lindstedt AS
                LOCAL COUNSEL FOR DEFENDANTS TRESMAN AND DODDS. Attorney
                Lindstedt will continue as local counsel until depositions
                are complete, then he will be allowed to withdraw [527-1];
                GRANTING MOTION TO WITHDRAW William D Bailey AS ATTORNEY
                [477-1] for Dawn Marie Stover, Catherine Ramey, David
                Crane, Andrew Burnett, Michael Bray, Advocates For Life M,
                and American Coalition For Life [477-1]; DEFENDANT'S MOTION
                FOR PROTECTIVE ORDER ON PLAINTIFF'S DOCUMENT REQUESTS AND
                DEPOSITION INQUIRY [532-1] taken under advisement as of
                11/16/99; MOTION FOR CIVIL CONTEMPT [533-1] is in abeyance;
                Attorney Ferrara is to assume responsibility for
                post-judgment proceedings for all currently represented
                defendants. All documents subject to outstanding requests
                for production are to be produced to attorney Vullo's
                office by 11/24/99. (see file for full order)counsel
                notified) Court Rptr Kathy Eismann (tomg)
                [Entry date 11/18/99]

11/17/99 539    RESPONSE by Defendants Timothy Paul Dreste and Joseph L
                Foreman TO MOTION FOR CIVIL CONTEMPT [533-1]. MOTIONS by
                Defendants Timothy Paul Dreste and Joseph L Foreman TO
                STRIKE and FOR ATTORNEY FEES Replies due 12/1/99;
                Responses due 12/1/99 (tomg)

11/17/99 540    MEMORANDUM IN RESPONSE by Defendants Advocates For Life M,
                Andrew Burnett and Catherine Ramey TO PLAINTIFF'S
                MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR
                PROTECTIVE ORDER [538-1] (tomg)

Proceedings include all events.                          TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

11/17/99 542    ORDER by Honorable Robert E. Jones: IT IS ORDERED that
                Catherine Ramey, acting as agent for Advocates for Life
                Ministries, shall turn over to the court for in camera
                inspection all documents reflecting donations and names of
                donors made to that organization for 1998 and 1999. Ms
                Ramey has at this time refused to turn over this
                information and has been advised that the court will is an
                Order to Show Cause why she should not be held in contempt
                of court with a sanction of imprisonment if she fails to
                turn over the list of names and documents by 11/19/99, at
                10:00am. Signed 11/17/99 (counsel notified) (tomg)
                [Entry date 11/18/99]

11/17/99 543    LETTER to Court from Movant Christopher A Ferrara of the
                American Catholic Lawyers Association dated 11/15/99. (tomg)
                [Entry date 11/18/99]

11/17/99 544    LETTER to Court from Movant Christopher A Ferrara of the
                American Catholic Lawyers Association dated 11/16/99. (tomg)
                [Entry date 11/18/99]

11/18/99 545    TRANSCRIPT of 10/19/99 before Honorable Robert E. Jones
                court reporter: Katherine Eismann (tomg)
                [Entry date 11/19/99]

11/18/99 546    RESPONSE by Defendants Dreste and Foreman to PLAINTIFF'S
                MOTION TO STRIKE [539-2], MOTION FOR ATTORNEY FEES [539-3],
                and MOTION FOR CIVIL CONTEMPT [533-1]; Reply due 12/2/99
                (tomg) [Entry date 11/19/99]

11/18/99 547    RESPONSE (filed as AFFIRMATION) by Christopher A Ferrara by
                Defendant Donald Treshman in reply to Plaintiffs Additional
                Submission in support of MOTION FOR CIVIL CONTEMPT [533-1];
                Reply due 12/2/99 (tomg) [Entry date 11/19/99]
                [Edit date 11/22/99]

11/19/99 548    Writ of Execution issued as to Advocates For Life Ministries
                and Catherine Ramey: seize property and sell at public
                auction; deliver proceeds of sale to plaintiff in partial
                satisfaction of judgment awarded in plaintiff's favor (see
                file for full 3-page Writ). (tomg) [Entry date 11/22/99]
                [Edit date 11/22/99]

Docket as of September 11, 2002 7:25 pm                Page 65

Proceedings include all events.                        TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

11/23/99 549    ORDER by Honorable Robert E. Jones: IT IS ORDERED that
                defendants Advocates for Life Ministries, Inc., and all of
                its agents including Andrew Burnett, Catherine Ramey and
                paul deParrie, are ordered to place all contributions of
                whatever form received by them(cash, check or money order)
                in the bank account at Bank of Salem, Account No. 1201190.
                IT IS FURTHER ORDERED that all defendants are to
                immediately comply with the Order and Permanent Injunction
                issued by this Court February 25, 1999, as amended on March
                16, 1999, nunc pro tunc February 25, 1999, and refrain from
                transferring any assets, including but not limited to cash,
                to any person. Signed 11/19/99 (counsel notified) (tomg)
                [Entry date 11/24/99]

11/24/99 550    MOTION by Defendants Advocates For Life M, Andrew Burnett,
                and Catherine Ramey TO ENLARGE TIME TO SUBMIT SIMULTANEOUS
                MEMORANDA PURSUANT TO COURT ORDER [22-1] DATED 11/29/99
                (tomg) [Entry date 11/29/99]

11/24/99 551    CLAIMS OF EXEMPTION of Defendant Catherine Ramey (tomg)
                [Entry date 11/29/99]

Docket as of September 11, 2002 7:25 pm                    Page 66

Proceedings include all events.                           TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

11/30/99 552    ORDER by Honorable Robert E. Jones re MOTION FOR CIVIL
                CONTEMPT [533-1]: ORDERED that defendant Timothy Paul Dreste
                is hereby held in civil contempt of this Court for his
                refusals to comply with this Court's Orders directing him to
                provide post-judgment discovery.  IT IS FURTHER ORDERED that
                defendant Timothy Paul Dreste shall SHOW CAUSE why an
                additional Order should not be entered: 1) Ordering that
                defendant Timothy Paul Dreste be imprisoned until he fully
                complies with the Court's Orders, 2) imposing a fine against
                defendant Timothy Paul Dreste in the amount of $1,000 for
                each day that he fails to provide all information relating
                to post-judgment issues as ordered by the Court, 3)
                requiring defendant Timothy Paul Dreste to pay the costs and
                attorney's fees incurred by plaintiffs in attempting to
                obtain post-judgment discovery from him, 4) warning
                defendant Timothy Paul Dreste that, if he continues to
                refuse to provide full discovery and otherwise comply with
                this Court's Orders, further sanctions may result, and 5)
                imposing sanctions against any counsel who is found by the
                Court to have failed to cooperate as required of this
                Court's Rules of Court in connection with plaintiff's
                efforts to obtain post-judgment discovery from defendant
                Timothy Paul Dreste.  IT IS FURTHER ORDERED that defendant
                Timothy Paul Dreste shall attend, in person, the hearing
                before this Court on December 13, 1999, beginning at 1:00pm,
                and on any subsequent day as ordered by this Court, to
                answer this Order to Show Cause, to provide full discovery
                of his assets and regarding his compliance with the Court's
                Orders and Injunctions, to produce at the hearing all the
                documents requested in Plaintiff's First Post-Judgment
                Documents Requests, dated July 23, 1999, and to be available
                to testify at the hearing regarding all relevant
                post-judgment matters as determined by the Court. IT IS
                FURTHER ORDERED that any written responses to this Order to
                Show Cause must be filed with the Court and served by
                overnight mail to plaintiffs' counsel, Maria T. Vullo, Esq.,
                so that it is received by December 6, 1999. IT IS FURTHER
                ORDERED that service of a copy of this Order to Show Cause
                shall be deemed good and sufficient service of this Order to
                Show Cause upon defendant Timothy Paul Dreste, if served on
                or before December 6, 1999, by: (a) facsimile and
                first-class mail upon Mark Belz, Esq., and (b) by overnight
                mail to Timothy Paul Dreste;  order to show cause hearing
                set for 1:00 12/13/99 (See file for full 3-page Order)
                Signed 11/30/99 (counsel notified) (tomg)
                [Edit date 11/30/99]

11/30/99 553    RECORD OF ORDER by Honorable Robert E. Jones: DEFENDANT
                ACLA'S MOTION [550-1] TO ENLARGE TIME TO SUBMIT
                SIMULTANEOUS MEMORANDA is GRANTED to 12/7/99. (counsel
                notified) (tomg) [Entry date 12/01/99]

12/3/99  554    CERTIFICATE OF SERVICE of Order to Show Cause [552-2] (tomg)

Docket as of September 11, 2002 7:25 pm        Page 67

Proceedings include all events.                 TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

12/3/99   555     CERTIFICATE OF SERVICE by Maria Vullo of order to show
                 cause [552-2] (tomg) [Entry date 12/06/99]

12/3/99   568     RECORD OF PROCEEDINGS  before Honorable Robert E. Jones:
                 Ruling made on the record. Plaintiff to prepare motion and
                 order. (counsel notified) Court Rptr Bob Stimler (tomg)
                 [Entry date 12/09/99]

12/6/99   556     MOTION by Plaintiffs TO COMPEL DISCOVERY (tomg)

12/6/99   557     ORDER by Honorable Robert E. Jones  GRANTING PLAINTIFF'S
                 MOTION TO COMPEL DISCOVERY [556-1] (See file for full
                 3-page Order) Signed 12/6/99 (counsel notified) (tomg)

12/6/99   558     TRANSCRIPT of 11/19/99 and 11/29/99 before Honorable Robert
                 E. Jones court reporter: Robert Stimler (tomg)
                 [Entry date 12/07/99]

12/6/99   559     NOTICE OF WITHDRAWAL OF ONE REQUEST FOR RELIEF IN THEIR
                 PENDING MOTION FOR CIVIL CONTEMPT by Plaintiffs. (tomg)
                 [Entry date 12/07/99]

12/7/99   560     SECOND MOTION by Plaintiffs FOR CIVIL CONTEMPT FOR
                 VIOLATION OF THE COURT'S INJUNCTION (tomg)
                 [Edit date 12/14/99]

12/7/99   561     MEMORANDUM IN SUPPORT by Plaintiffs of SECOND MOTION FOR
                 CIVIL CONTEMPT FOR VIOLATION OF THE COURT'S INJUNCTION
                 [560-1] (tomg) [Edit date 12/14/99]

12/7/99   562     AFFIDAVIT by Plaintiffs of Maria T. Vullo re: SECOND MOTION
                 FOR CIVIL CONTEMPT FOR VIOLATION OF THE COURT'S INJUNCTION
                 [560-1] (tomg) [Edit date 12/14/99]

12/7/99   563     MOTION by Norman L. Lindstedt FOR LEAVE TO WITHDRAW AS
                 ATTORNEY FOR DEFENDANTS TRESHMAN AND DODDS, AND FOR ORDER
                 CONFIRMING THAT NORMAN L. LINDSTEDT IS NOT LOCAL COUNSEL OF
                 RECORD POST JUDGMENT FOR ANY OF THE DEFENDANTS (tomg)

12/7/99   564     MEMORANDUM by Defendants Advocates For Life M, Andrew
                 Burnett and Catherine Ramey re order [549-1] (tomg)
                 [Entry date 12/08/99]

12/7/99   565     MEMORANDUM by Plaintiffs regarding ALM'S TAX EMEMPT STATUS
                 (tomg) [Entry date 12/08/99]

12/7/99   566     MAIL RETURNED  [order [542-1] ] addressed to Michael R
                 Hirsh for Defendant Charles Wysong (tomg)
                 [Entry date 12/08/99]

12/7/99   569     ORDER TO SHOW CAUSE re:  MOTION FOR CIVIL CONTEMPT FOR
                 VIOLATION OF THE COURT'S INJUNCTION [560-1] Order to show
                 cause hearing set for 1:00 12/13/99 (see file for full
                 4-page order) Honorable Robert E. Jones (counsel notified)

Docket as of September 11, 2002 7:25 pm          Page 68

Proceedings include all events.                      TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

              (tomg) [Entry date 12/09/99]

12/8/99  567   AFFIDAVIT by Plaintiff of Maria T. Vullo re: MOTION FOR
               CIVIL CONTEMPT FOR VIOLATION OF THE COURT'S INJUNCTION
               [560-1] (tomg)

12/9/99  570   MOTION by Defendants Advocates For Life M, Andrew Burnett,
               Catherine Ramey and Dawn Marie Stover TO CONTINUE HEARING
               ON PLAINTIFF'S SECOND MOTION FOR CIVIL CONTEMPT Expedited
               Oral Argument Requested (tomg) [Entry date 12/10/99]

12/9/99  571   CERTIFICATE OF SERVICE on American Caatholic Lawyers Assn
               of order to show cause [569-1] by Maria T. Vullo, and
               Supplemental Affidavit of Maria T. Vullo served on Norman
               Lindstedt, William Stiles, Paul deParrie and Diane Burnett.
               (tomg) [Entry date 12/10/99]

12/10/99 572   CERTIFICATE OF SERVICE of envelope addressed to Paul
               deParrie. Envelope was delivered to Mr. deParrie's doorstep
               by TranServ Systems, upon being picked up from Davis,
               Wright, Tremaine. (tomg)

12/10/99 573   CERTIFICATE OF SERVICE of envelope addressed to Diane
               Burnett/Good Impressions Printing.  Envelope was left at
               door by TranServ Systems, upon being picked up from Davis,
               Wright, Tremaine. (tomg)

12/10/99 574   MAIL RETURNED  [writ [548-1] ] addressed to Michael R Hirsh
               for Defendant Charles Wysong (tomg) [Entry date 12/13/99]

12/10/99 575   MOTION by Movant Paul deParrie TO POSTPONE SHOW CAUSE
               HEARING AND ENLARGE TIME FOR WRITTEN RESPONSE [569-1] (tomg)
               [Entry date 12/13/99]

12/10/99 576   RECORD OF PROCEEDINGS before Honorable Robert E. Jones Show
               Cause hearing set for 12/13/99 is limited to motion
               concerning defendant Dreste.  Defendants to provide
               responsive pleadings to plaintiff's motion for civil
               contempt by 12:00pm on 12/13/99. Motion Hearing on
               plaintiff's motion set for 9:00 12/14/99 (counsel
               notified) Court Rptr Kathy Eismann and Dennis Grube (tomg)
               [Entry date 12/14/99]

12/13/99 577   RECORD OF PROCEEDINGS  before Honorable Robert E. Jones
               (counsel notified)  Court Rptr Liz Meacham (tomg)
               [Entry date 12/14/99]

Docket as of September 11, 2002 7:25 pm              Page 69

Proceedings include all events.                          TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

12/13/99 578    RECORD OF ORDER by Honorable Robert E. Jones: All matters
                pertaining to Bray, Wysong and Crane are stayed due to
                bankruptcy. The deposition of Dr. McMillan is continued to
                12/22/99, at the same location. All deposition documents to
                be produced by 12/16/99. DENYING DePARRIE'S MOTION TO
                POSTPONE SHOW CAUSE HEARING AND ENLARGE TIME FOR WRITTEN
                RESPONSE [569-1] [575-1]; DENYING AFLM, Burnett, Stover and
                Ramey's MOTION TO CONTINUE HEARING ON PLAINTIFF'S SECOND
                MOTION FOR CIVIL CONTEMPT [570-1]; DENYING Norm Lindstedt's
                MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY FOR DEFENDANTS
                TRESHMAN AND DODDS, AND FOR ORDER CONFIRMING NORMAN L.
                LINDSTEDT IS NOT LOCAL COUNSEL OF RECORD POST JUDGMENT FOR
                ANY OF THE DEFENDANTS [563-1]; Re: Timothy Dreste: THE
                COURT FINDS THAT Timothy Dreste is found not in contempt.
                Fifth Amendment privelege claimed by defendant based on
                good faith. Court referred the matter to the US Attorney's
                Office for investigation without revealing in camera
                materials.  Copy of plaintiff's memorandum regarding ALM's
                tax-exempt status given to AUSA Lance Caldwell for review
                (counsel notified) (tomg) [Entry date 12/14/99]

12/13/99 579    SUBSTITUTION of Attorney William R. Valent replacing
                William N. Stiles for respondents Diane Burnett and Good
                Impressions Printing Company, Inc. (tomg)
                [Entry date 12/14/99]

12/13/99 580    RECORD OF ORDER by Honorable Robert E. Jones: All
                defendants' counsel are invited to submit anything they
                wish to Assistant US Attorney Lance Caldwell.  This is not
                an order, however, as defendants assert everything that
                they have done is perfectly legal. If so, review by the
                AUSA would appear to inure to the benefit of all defendants
                (counsel notified) (tomg) [Entry date 12/14/99]

12/13/99 581    RESPONSE by Movant Paul deParrie  to [560-1] PLAINTIFF'S
                (SECOND) MOTION FOR CIVIL CONTEMPT FOR VIOLATION OF THE
                COURT'S INJUNCTION (tomg) [Entry date 12/14/99]

12/13/99 582    REPLY and OBJECTIONS by Defendants American Coalition,
                Advocates For Life M and counsel Norman L. Lindstedt re
                order to show cause order [569-1] and contempt proceedings
                (tomg) [Entry date 12/14/99]

12/13/99 583    MEMORANDUM by Defendants American Coalition, Advocates For
                Life M and counsel Norman L. Lindstedt IN OPPOSITION TO
                PLAINTIFF'S SECOND MOTION FOR CIVIL CONTEMPT FOR VIOLATION
                OF THE COURT'S INJUNCTION [560-1] Reply due 12/27/99 (tomg)
                [Entry date 12/14/99]

Docket as of September 11, 2002 7:25 pm                Page 70

Proceedings include all events.                                    TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

12/15/99 590    RECORD OF PROCEEDINGS  before Honorable Robert E. Jones
                Proceedings on MOTION continued to April 2000 at a date &
                time to be determined. In the interim, the Court modifies &
                clarifies the injunction on transfer of assets as follows:
                Defendants are under Court Order to follow the explicit
                terms of the injunction. Defendant Advocates for Life
                Ministries must deposit all contributions into the bank
                account(s) previously identified & must keep accurate &
                complete records showing the amount & source of all
                contributions. Andrew Burnett, Cathy Ramey & Paul deParrie
                are Ordered to keep accurate & complete records showing all
                money received from any source & all expenditures.
                Defendants may file a formal MOTION for appropriate
                modificate of the injunction. ORDER TAKING UNDER
                ADVISEMENT on 12/15/99 Plaintiffs 2nd MOTION FOR CIVIL
                CONTEMPT FOR VIOLATION OF THE COURT'S INJUNCTION [560-1]
                pending further proceedings (counsel notified) Court Rptr
                Kathy Eismann (tely) [Entry date 12/22/99]

12/17/99 584    RECORD OF PROCEEDINGS  before Honorable Robert E. Jones All
                plaintiffs' and defendants' exhibits offered and received.
                Witnesses sworn. Andrew Burnett and Cathy Ramey. Hearing
                continued to 12/15/99 at 9:00 (counsel notified) Court Rptr
                Kathy Eismann (tomg)

12/17/99 585    CLERK'S LIST OF EXHIBITS AND WITNESSES (tomg)

12/17/99 593    NOTICE OF NON REPRESENTATION by Defendant American
                Coalition of Life Activists (tomg) [Entry date 12/22/99]

12/20/99 586    TRANSCRIPT of 11/16/99 before Honorable Robert E. Jones
                court reporter: Kathy Eismann/Chris Ervin (tomg)
                [Entry date 12/22/99]

12/20/99 591    MAIL RETURNED  [order [549-1] ] addressed to Michael R
                Hirsh for Defendant Charles Wysong (tomg)
                [Entry date 12/22/99]

12/21/99 592    MAIL RETURNED  [order [552-2] ] addressed to Michael R
                Hirsh for Defendant Charles Wysong (tomg)
                [Entry date 12/22/99]

12/22/99 587    MOTION  by Plaintiffs FOR SANCTIONS (tely)

12/22/99 588    MEMORANDUM IN SUPPORT by Plaintiffs of MOTION FOR SANCTIONS
                [587-1] (tely)

12/22/99 589    AFFIDAVIT by Plaintiffs of Maria T Vullo re: MOTION FOR

```
                    SANCTIONS [587-1] (tely)

12/23/99  594       MAIL RETURNED  [minutes order [553-1] ] addressed to
                    Michael R Hirsh for Defendant Charles Wysong (tomg)
                    [Entry date 12/27/99]




Docket as of September 11, 2002 7:25 pm            Page 71

Proceedings include all events.                    TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

1/3/00    595       MAIL RETURNED  [order [557-1] ] addressed to Michael R
                    Hirsh for Defendant Charles Wysong (tomg)

1/3/00    596       MAIL RETURNED  [order to show cause order [569-1] ]
                    addressed to Michael R Hirsh for Defendant Charles Wysong
                    (tomg)

1/6/00    597       MOTION by Defendants American Coalition, Andrew Burnett,
                    Catherine Ramey and Dawn Marie Stover TO STAY DISCOVERY
                    PROCEEDINGS AND PROTECTIVE ORDERS and TO QUASH SUBPOENA
                    SERVED UPON BURNETT PAINTING Oral Argument Requested
                    (Expedited Hearing Requested) (tomg) [Entry date 01/07/00]

1/7/00    598       MAIL RETURNED  [minutes order [580-1], minutes order
                    [578-1] ] addressed to Michael R Hirsh for Defendant
                    Charles Wysong (tomg)

1/10/00   599       LETTER to Court from Paul DeParrie dated 4/19/99. (tomg)

1/10/00   600       LETTER to Court from Christopher Ferrara dated 7/12/99.
                    (tomg)

1/10/00   601       LETTER to Court from Christopher Ferrara dated 7/13/99 re:
                    correspondence from Carol Bernick. (tomg)

1/10/00   602       LETTER to Christopher Ferrara from the Court dated 7/13/99.
                    (tomg)

1/10/00   603       LETTER to Court from Maria T. Vullo dated 7/23/99 re:
                    response to July 12, 1999 Christopher Ferrara letter. (tomg)
                    [Edit date 01/10/00]

1/10/00   604       LETTER to Court from Maria T. Vullo dated 7/23/99 re: July
                    13, 1999 Christopher Ferraro letter. (tomg)

1/10/00   605       LETTER to Mr. Safranek from Catherine Ramey dated 10/5/99
                    (tomg)

1/10/00   606       LETTER to Mr. Safranek from Catherine Ramey dated 10/9/99.
                    (tomg)

1/10/00   607       LETTER to Court from Norman Lindstedt dated 10/19/99. (tomg)

1/10/00   608       LETTER to Court from Norman Lindstedt dated 11/1/99. (tomg)

1/10/00   609       LETTER to Court from Carol Bernick dated 11/3/99. (tomg)
```

```
1/10/00   610    LETTER to Court from Stephen Safranek dated 11/4/99. (tomg)

1/10/00   611    LETTER to Court from William D Bailey dated 11/4/99. (tomg)

1/10/00   612    LETTER to Court from Stephen Safranek dated 11/4/99. (tomg)

1/10/00   613    LETTER to Court from Christopher Ferara dated 11/4/99. (tomg)
```

Docket as of September 11, 2002 7:25 pm              Page 72

Proceedings include all events.                      TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

```
1/10/00   614    LETTER to Court from Norman Lindstedt dated 11/5/99. (tomg)

1/10/00   615    LETTER to Court from Norman Lindstedt dated 11/5/99. (tomg)

1/10/00   616    LETTER to Court from William D Bailey dated 11/4/99. (tomg)

1/10/00   617    LETTER to Court from Maria T. Vullo dated 11/9/99. (tomg)

1/10/00   618    LETTER to Court from Carol Bernick dated 11/12/99. (tomg)

1/10/00   619    LETTER to Court from Norman Lindstedt dated 11/12/99. (tomg)

1/10/00   620    LETTER to Court from Christopher Ferrara dated 11/15/99.
                 (tomg)

1/10/00   621    LETTER to Court from Christopher Ferrara dated 11/16/99.
                 (tomg)

1/10/00   622    LETTER to Court from Carol Bernick dated 11/16/99. (tomg)

1/10/00   623    LETTER to Court from Maria T Vullo dated 11/18/99. (tomg)

1/10/00   624    LETTER to Court from Norman Lindstedt dated 11/19/99. (tomg)

1/10/00   625    LETTER to Court from Paul DeParrie dated 11/19/99. (tomg)

1/10/00   626    LETTER to Court from Norman Lindstedt dated 11/24/99. (tomg)

1/10/00   627    LETTER to Court from Norman Lindstedt dated 11/24/99 re:
                 non-receipt of proposed order form. (tomg)

1/10/00   628    LETTER to Court from Christopher Ferrara dated 11/24/99.
                 (tomg)

1/10/00   629    LETTER to Court from Christopher Ferrara dated 11/29/99.
                 (tomg)

1/10/00   630    LETTER to Court from Maria T Vullo dated 11/29/99. (tomg)

1/10/00   631    LETTER to Court from Maria T Vullo dated 11/30/99. (tomg)

1/10/00   632    LETTER to Court from Mark Belz dated 12/1/99. (tomg)
```

| | | |
|---|---|---|
| 1/10/00 | 633 | LETTER to Court from Christopher Ferrara dated 12/1/99. (tomg) |
| 1/10/00 | 634 | LETTER to Court from John A Obriski dated 12/1/99. (tomg) |
| 1/10/00 | 635 | LETTER to Court from Christopher Ferrara dated 12/2/99. (tomg) |
| 1/10/00 | 636 | LETTER to Court from Maria T Vullo dated 12/2/99. (tomg) |

Docket as of September 11, 2002 7:25 pm                    Page 73

Proceedings include all events.                                    TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

| | | |
|---|---|---|
| 1/10/00 | 637 | LETTER to Court from Maria T Vullo dated 12/2/99. (tomg) |
| 1/10/00 | 638 | LETTER to Court from Christopher Ferrara dated 12/3/99. (tomg) |
| 1/10/00 | 639 | LETTER to Court from Maria T Vullo dated 12/6/99. (tomg) |
| 1/10/00 | 640 | LETTER to Court from Michael Bray dated 12/6/99. (tomg) |
| 1/10/00 | 641 | LETTER to Court from Christopher Ferrara dated 12/6/99. (tomg) |
| 1/10/00 | 642 | LETTER to Court from Maria T Vullo dated 12/6/99. (tomg) |
| 1/10/00 | 643 | LETTER to Court from Maria T Vullo dated 12/7/99. (tomg) |
| 1/10/00 | 644 | LETTER to Court from Maria T Vullo dated 12/7/99 re: Plaintiff's Memorandum Regarding ALM'S Tax Exempt Status. |
| 1/10/00 | 645 | LETTER to Court from Maria T Vullo dated 12/7/99 re: deposition of Bruce Murch. (tomg) |
| 1/10/00 | 646 | LETTER to Court from Christopher Ferrara dated 12/7/99. (tomg) |
| 1/10/00 | 647 | LETTER to Court from Bruce Murch dated 12/7/99. (tomg) |
| 1/10/00 | 648 | LETTER to Court from Christopher Ferrara dated 12/7/99 (tomg) |
| 1/10/00 | 649 | LETTER to Court from Michael Bray dated 12/7/99. (tomg) |
| 1/10/00 | 650 | LETTER to Court from Michael Bray dated 12/7/99 re: whether order proscribing expenditure of money has been issued by Court. (tomg) |
| 1/10/00 | 651 | LETTER to Michael Bray from Maria T Vullo dated 12/7/99. (tomg) |
| 1/10/00 | 652 | LETTER to Court from Maria T Vullo dated 12/7/99 re: status of Michael Bray. (tomg) |

| 1/10/00 | 653 | LETTER from Court to Michael Bray, Maria T Vullo dated 12/7/99. (tomg) |
| 1/10/00 | 654 | LETTER to Court from Norman Lindstedt dated 12/7/99. (tomg) |
| 1/10/00 | 655 | LETTER to Court from Maria T Vullo dated 12/9/99. (tomg) |
| 1/10/00 | 656 | LETTER to Court from Christopher Ferrara dated 12/9/99. (tomg) |
| 1/10/00 | 657 | LETTER to Court from Christopher Ferrara dated 12/9/99 re: reply to Maria T Vullo letter dated 12/9/99. (tomg) |

Docket as of September 11, 2002 7:25 pm                    Page 74

Proceedings include all events.                            TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

| 1/10/00 | 658 | LETTER to Court from Michael Bray dated 12/9/99. (tomg) |
| 1/10/00 | 659 | LETTER to Court from Mark Belz dated 12/8/99. (tomg) |
| 1/10/00 | 660 | LETTER from Court to Mark Belz dated 12/10/99. (tomg) |
| 1/10/00 | 661 | LETTER to Court from Christopher Ferrara dated 12/10/99. (tomg) |
| 1/10/00 | 662 | LETTER to Court from Maria T Vullo dated 12/10/99 (tomg) |
| 1/10/00 | 663 | LETTER to Court from Maria T Vullo dated 12/11/99. (tomg) |
| 1/10/00 | 664 | LETTER to Court from Maria T Vullo dated 12/11/99 re: in camera information from Norm Lindstedt. (tomg) |
| 1/10/00 | 665 | LETTER to Court from Mark Belz dated 12/13/99. (tomg) |
| 1/10/00 | 666 | LETTER to Court from Christopher Ferrara dated 12/17/99. (tomg) |
| 1/10/00 | 667 | CERTIFICATE OF SERVICE of MOTION FOR SANCTIONS [587-1], memorandum [588-1], affidavit [589-1] by Plaintiff Planned Parenthood C (tomg) [Entry date 01/11/00] |
| 1/11/00 | 668 | CERTIFICATE OF SERVICE of SUBPOENA by Plaintiff Planned Parenthood; Northwest Tax Professionals served on 1/4/00. (tomg) [Entry date 01/12/00] |
| 1/11/00 | 669 | CERTIFICATE OF SERVICE of SUBPOENA by Plaintiff Planned Parenthood; served upon Beutelschies & Co on 1/4/00. (tomg) [Entry date 01/12/00] |
| 1/11/00 | 670 | CERTIFICATE OF SERVICE of SUBPOENA by Plaintiff Planned Parenthood; served upon Burnett Painting and Roofing Company on 1/4/00. (tomg) [Entry date 01/12/00] |
| 1/11/00 | 671 | CERTIFICATE OF SERVICE of SUBPOENA by Plaintiff Planned Parenthood; served upon Lien & Hobson/Lien & Johnson on |

```
            1/4/00. (tomg) [Entry date 01/12/00]

1/12/00  672    TRANSCRIPT of 12/10/99 before Honorable Robert E. Jones
                court reporter: Katherine Eismann (tomg)

1/12/00  673    TRANSCRIPT of 12/14/99 Volume I  before Honorable Robert E.
                Jones  court reporter: Katherine Eismann (tomg)

1/12/00  674    TRANSCRIPT of 12/15/99 Volume II  before Honorable Robert
                E. Jones court reporter: Katherine Eismann (tomg)
```

```
Docket as of September 11, 2002 7:25 pm              Page 75

Proceedings include all events.                         TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

1/13/00  675    OPPOSITION TO MOTION by Plaintiff Planned Parenthood to
                DEFENDANT'S MOTION FOR PROTECTIVE ORDER ON PLAINTIFF'S
                DOCUMENT REQUESTS AND DEPOSITION INQUIRY [532-1]: Reply due
                1/27/00; AND MOTION by Plaintiff Planned ParenthoodTO
                COMPEL PRODUCTION OF DOCUMENTS REGARDING ADVICE OF COUNSEL
                DEFENSE: Response due 1/27/00 (tomg) [Entry date 01/14/00]

1/13/00  676    AFFIDAVIT by Plaintiff Planned Parenthood C  of Maria T.
                Vullo IN SUPPORT OF OPPOSITION TO  MOTION [675-1], AND IN
                SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS
                REGARDING ADVICE OF COUNSEL DEFENSE [675-2] (tomg)
                [Entry date 01/14/00]

1/14/00  677    MEMORANDUM IN SUPPORT by Defendants Advocates For Life M,
                Burnett, Catherine Ramey and Dawn Marie Stover of MOTION TO
                STAY DISCOVERY PROCEEDINGS AND PROTECTIVE ORDERS [597-1],
                of MOTION TO QUASH SUBPOENA SERVED UPON BURNETT PAINTING
                [597-2] (tomg)

1/14/00  678    CERTIFICATE OF SERVICE of affidavit [676-1], MOTION
                response [675-1] by Plaintiff Planned Parenthood C (tomg)
                [Entry date 01/18/00]

1/14/00  679    AMENDED CERTIFICATE OF SERVICE of affidavit [589-1],
                memorandum [588-1] by Plaintiff Planned Parenthood C (tomg)
                [Entry date 01/18/00] [Edit date 01/18/00]

1/18/00  680    RESPONSE by Movant Thomas More Center to PLAINTIFF'S MOTION
                FOR SANCTIONS [587-1] Reply due 2/1/00 (tomg)
                [Entry date 01/19/00]

1/18/00  681    AFFIDAVIT by Movant Thomas More Center of Jane Bonanni re:
                MOTION response [680-1] (tomg) [Entry date 01/19/00]

1/19/00  682    RESPONSE by Movant Thomas More Center to PLAINTIFF'S MOTION
                FOR SANCTIONS [587-1] (tomg) [Entry date 01/25/00]

1/21/00  683    NOTICE OF ADDRESS CHANGE by attorney Michael R Hirsh for
```

```
                 Charles Wysong (tomg) [Entry date 01/25/00]

1/25/00  684   MAIL RETURNED  [minutes order [584-1] ] addressed to
               Michael R Hirsh for Defendant Charles Wysong (tomg)

1/25/00  685   MOTION by Movant Paul deParrie TO AMEND COURT'S ORDER
               CONTAINED IN ITS 12/15/99 CIVIL MINUTES (tomg)

1/26/00  686   TRANSCRIPT of 12/10/99 before Honorable Robert E. Jones
               court reporter: Dennis Grube (tomg)

1/26/00  687   NOTICE OF APPEARANCE OF ATTORNEY for Paul deParrie by James
               E Leuenberger (tomg) [Entry date 01/27/00]
```

Docket as of September 11, 2002 7:25 pm        Page 76

Proceedings include all events.                  TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

```
1/28/00  690   JOINT RESPONSE by Defendants Advocates For Life M, Andrew
               Burnett and Catherine Ramey to PLAINTIFF'S SECOND MOTION TO
               COMPEL PRODUCTION OF DOCUMENTS REGARDING ADVICE OF COUNSEL
               DEFENSE [675-2]: Reply due 2/11/00 (tomg)
               [Entry date 02/03/00]

2/1/00   688   REPLY MEMORANDUM OF LAW IN SUPPORT by Plaintiffs Planned
               Parenthood C of CROSS MOTION TO COMPEL DISCOVERY [675-2]
               (tomg) [Entry date 02/02/00]

2/1/00   689   REPLY MEMORANDUM OF LAW IN SUPPORT by Plaintiff Planned
               Parenthood C of MOTION FOR SANCTIONS [587-1] (tomg)
               [Entry date 02/02/00]

2/3/00   691   LETTER to Court dated 12/21/99 from Maria T Vullo (tomg)

2/3/00   692   LETTER to Court dated 12/21/99 from James E Leuenberger
               (tomg)

2/3/00   693   LETTER to Court dated 12/23/99 from James E Leuenberger
               (tomg)

2/3/00   694   LETTER to Court dated 12/27/99 from Christopher A Ferrera
               (tomg)

2/3/00   695   LETTER to Court dated 12/28/99 from Maria T Vullo (tomg)

2/3/00   696   LETTER to Court dated 12/29/99 from Maria T Vullo (tomg)

2/3/00   697   LETTER to Court dated 12/30/99 from Christopher A Ferrera
               (tomg)

2/3/00   698   LETTER to Court dated 12/20/99 from Maria T Vullo (tomg)

2/3/00   699   LETTER to Court dated 12/31/99 from James E Leuenberger
               (tomg)
```

Case 3:95-cv-01671-JO    Document 865    Filed 07/14/03    Page 79 of 87

| | | |
|---|---|---|
| 2/3/00 | 700 | LETTER to Court dated 1/3/00 from Christopher A Ferrara (tomg) |
| 2/3/00 | 701 | LETTER to Court dated 1/6/00 from Maria T Vullo (tomg) |
| 2/3/00 | 702 | LETTER to Court dated 1/10/00 from Norman L Lindstedt (tomg) |
| 2/3/00 | 703 | LETTER to Court dated 1/10/00 from Maria T Vullo (tomg) |
| 2/3/00 | 704 | LETTER to Court dated 1/11/00 from Maria T Vullo (tomg) |
| 2/3/00 | 705 | LETTER to Court dated 1/12/00 from Maria T Vullo (tomg) |
| 2/3/00 | 706 | LETTER to Court dated 1/18/00 from Maria T Vullo (tomg) |
| 2/3/00 | 707 | LETTER to Court dated 1/18/00 from Norman L Lindstedt (tomg) |

Docket as of September 11, 2002 7:25 pm                    Page 77

Proceedings include all events.                         TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

| | | |
|---|---|---|
| 2/3/00 | 708 | LETTER to Court dated 1/19/00 from Norman L Lindstedt (tomg) |
| 2/3/00 | 709 | LETTER to Court dated 1/19/00 from Christopher A Ferrara (tomg) |
| 2/3/00 | 710 | LETTER to Court dated 1/21/00 from James E Leuenberger (tomg) |
| 2/3/00 | 711 | LETTER to Court dated 1/26/00 from Stephen J Safranek (tomg) |
| 2/3/00 | 712 | LETTER to Court dated 1/27/00 from Christopher A Ferrara (tomg) |
| 2/3/00 | 713 | LETTER ORDER to counsel dated 1/27/00 from Honorable Robert E. Jones (tomg) |
| 2/3/00 | 714 | LETTER to Court dated 1/31/00 from Maria T Vullo (tomg) |
| 2/3/00 | 715 | AFFIDAVIT by Movant Thomas More Center of Stephen J Safranek (not an original signature) (tomg) [Entry date 02/04/00] |
| 2/3/00 | 716 | MOTION by Movant Paul deParrie FOR ORDER DETERMINING THAT PAUL dePARRIE IS NO LONGER AN AGENT OF DEFENDANTS, TO CLARIFY INJUNCTION, and, TO MODIFY INJUNCTION (tomg) [Entry date 02/04/00] |
| 2/3/00 | 717 | AFFIDAVIT by Movant Paul deParrie of Paul deParrie re: MOTION FOR ORDER DETERMINING THAT PAUL dePARRIE IS NO LONGER AN AGENT OF DEFENDANTS [716-1], MOTION TO CLARIFY INJUNCTION [716-2], MOTION TO MODIFY INJUNCTION [716-3] (tomg) [Entry date 02/04/00] |
| 2/4/00 | 718 | AFFIDAVIT by Movant Thomas More Center of Stephen J Safranek (tomg) |

2/4/00    719    RESPONSE by Plaintiff Planned Parenthood C  to [718-1]
                 affidavit (tomg)

2/8/00    720    MEMORANDUM by Plaintiffs IN OPPOSITION to Paul DeParrie's
                 MOTION TO AMEND COURT'S ORDER CONTAINED IN ITS 12/15/99
                 CIVIL MINUTES [685-1] Reply due 2/22/00 (tely)
                 [Entry date 02/09/00]

2/10/00   721    NOTICE OF ADDRESS CHANGE  by attorney Christopher A Ferrara
                 for Monica Migliorino Miller, Donald Treshman (tely)

2/11/00   722    MOTION AND MEMORANDUM by Plaintiffs TO ENFORCE JUDGMENT AND
                 INJUNCTION AS TO AMERICAN COALITION FOR LIFE (tomg)
                 [Entry date 02/14/00] [Edit date 02/14/00]

2/11/00   723    AFFIDAVIT by Plaintiff of Maria T Vullo IN SUPPORT OF
                 MOTION TO ENFORCE JUDGMENT AND INJUNCTION AS TO AMERICAN
                 COALITION LIFE [722-1] (tomg) [Entry date 02/14/00]

Docket as of September 11, 2002 7:25 pm                      Page 78

Proceedings include all events.                              TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

2/14/00   724    RESPONSE by Plaintiffs to PAUL DEPARRIE'S 2/3/00 MOTIONS
                 [716-1] [716-2] [716-3]; Reply due 2/28/00 (tomg)
                 [Entry date 02/15/00]

2/14/00   725    RESPONSE TO MOTION by Defendants Andrew Burnett and
                 Catherine Ramey re: MOTION FOR ORDER DETERMINING THAT PAUL
                 dePARRIE IS NO LONGER AN AGENT OF DEFENDANTS [716-1],
                 MOTION TO CLARIFY INJUNCTION [716-2], MOTION TO MODIFY
                 INJUNCTION [716-3] Reply due 2/28/00 AND MOTION by
                 Defendants Andrew Burnett and Catherine Ramey , TO
                 DISMISS PLAINTIFF'S CONTEMPT MOTION AND TO CLARIFY, MODIFY,
                 AND/OR VACATE PARAGRAPH 4 OF THE AMENDED PERMANENT
                 INJUNCTION: Response due 2/28/00 (tomg)
                 [Entry date 02/15/00]

2/17/00   726    LETTER to Court from Defendant Attorney Norman L Lindstedt
                 dated 2/9/00. (tomg)

2/22/00   727    RESPONSE by Defendants David Crane and Charles Wysong to
                 PLAINTIFF'S MOTION TO ENFORCE JUDGMENT AND INJUNCTION AS TO
                 AMERICAN COALITION FOR LIFE [722-1]; Reply due 3/7/00 (tomg)
                 [Entry date 02/23/00]

2/23/00   728    RESPONSE TO MOTION (titled: MOTION TO DISMISS) by Movant
                 Paul deParrie PLAINTIFF'S MOTION FOR CIVIL CONTEMPT FOR
                 VIOLATION OF THE COURT'S INJUNCTION [560-1]: Reply due
                 3/8/00;  AND MOTION by Movant Paul deParrie , TO
                 CLARIFY, MODIFY AND/OR VACATE PARAGRAPH 4 OF THE AMENDED
                 PERMANENT INJUNCTION: Response due 3/8/00 (tomg)
                 [Entry date 02/28/00]

2/24/00   729    REPLY by Movant Paul deParrie TO PLAINTIFF'S RESPONSE TO

DePARRIE'S MOTION DATED 2/3/00 [724-1] (tomg)
[Entry date 02/28/00]

2/24/00   730   REPLY by Movant Paul deParrie TO PLAINTIFF'S MEMORANDUM
OPPOSING DePARRIE'S MOTION TO AMEND [720-1] (tomg)
[Entry date 02/28/00]

2/25/00   731   UNOPPOSED MOTION by Plaintiffs TO EXTEND TIME TO RESPOND
TO DEFENDANT'S MOTION TO DISMISS [728] (tomg)
[Entry date 02/28/00]

2/28/00   732   RECORD OF ORDER  by Honorable Robert E. Jones GRANTING
UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S
MOTION TO DISMISS [728] [731-1]: Plaintiff's brief to be
filed 10 days after the filing of Diane Burnett/Good
Impressions' motion. (counsel notified) (tomg)
[Entry date 03/01/00]

3/7/00    733   REPLY by Plaintiff Planned Parenthood C re MOTION TO
ENFORCE JUDGMENT AND INJUNCTION AS TO AMERICAN COALITION
FOR LIFE [722-1] (tomg) [Entry date 03/08/00]

Docket as of September 11, 2002 7:25 pm                    Page 79

Proceedings include all events.                              TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

3/7/00    734   REPLY AFFIDAVIT by Plaintiff Planned Parenthood C  of Maria
T Vullo re: reply [733-1] (tomg) [Entry date 03/08/00]

3/13/00   735   ORDER by Honorable Robert E. Jones  GRANTING PLAINTIFF'S
MOTION TO ENFORCE JUDGMENT AND INJUNCTION AS TO AMERICAN
COALITION LIFE [722-1]: ORDERED that American Coalition For
Life ("ACFL") is liable for the full amount of the 2/22/99
Judgment against defendant American Coalition For Life
Activists ("ACLA") as a successor to ACLA, that ACFL also
is bound by the Court's Amended Order and Permanent
Injunction dated 3/16/99, nunc pro tunc 2/25/99, and that
all of this Court's Orders as to ACLA are fully binding
upon ACFL, nunc pro tunc Signed 3/14/00 (counsel notified)
(tomg) [Entry date 03/15/00]

3/13/00   736   JUDGMENT (see file for full text of 3-page judgment) Signed
3/14/00 microfilmed 3/15/00 Honorable Robert E. Jones
(counsel notified) (tomg) [Entry date 03/15/00]

3/17/00   737   ORDER  by Honorable Robert E. Jones GRANTING DEFENDANT
DeParrie's MOTION FOR ORDER DETERMINING THAT PAUL dePARRIE
IS NO LONGER AN AGENT OF DEFENDANTS [716-1]; GRANTING
DEFENDANT DeParrie's MOTION TO CLARIFY [716-2]: Paul
DeParrie was never a defendant in this action, but was
involved as an agent of certain defendants. The court finds
that, as of this date, deParrie is no longer an agent of any
defendant; DENYING MOTION TO MODIFY INJUNCTION [716-3]: The
injunction was never intended to prohibit deParrie from
transferring or taking any other action with respect to his
own property or assets, provided the property or assets were

```
                      not received or derived from any defendant.  The Court
                      declines to modify the terms of the permanent injunction
                      Signed 3/16/00 (counsel notified) (tomg)
                      [Entry date 03/21/00] [Edit date 03/21/00]

3/27/00   738         ORDER TO SHOW CAUSE: Order to show cause hearing set for
                      9:00 6/13/00 (see file for full text of 6-page Order)
                      Honorable Robert E. Jones (counsel notified) (tomg)
                      [Entry date 03/28/00]

3/30/00   739         AFFIDAVIT OF SERVICE EXECUTED upon Christopher A Ferrara,
                      American Catholic Lawyers Associatio, Inc on 3/28/00 re:
                      Order to Show Cause (tomg) [Entry date 04/05/00]

4/10/00   740         RECORD OF TELEPHONE CONFERENCE before Honorable Robert E.
                      Jones (counsel notified) Court Rptr Kathy Eismann (tomg)
                      [Entry date 04/11/00]

4/12/00   741         MAIL RETURNED [order [737-1]] addressed to Stephen J.
                      Safranek, counsel for Movant Thomas More Center (peg)

4/12/00   742         MAIL RETURNED [order to show cause order [738-1] ]
                      addressed to Attorney Stephen J. Safranek for Movant Thomas
                      More Center (peg)
```

```
Docket as of September 11, 2002 7:25 pm                    Page 80

Proceedings include all events.                           TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al
```

```
4/21/00   743         RECORD OF ORDER  by Honorable Robert E. Jones striking
                      order to show cause hrg scheduled for 6/21/00, motion
                      hearing ddl set for 9:00 6/13/00 regarding all pending
                      motions (counsel notified) (tomg) [Entry date 05/01/00]

5/2/00    744         ORDER by Honorable Robert E. Jones  GRANTING cost MOTION
                      [433-1]: Costs are taxed in the above entitled proceeding
                      in favor of plaintiffs and against all defendants in the
                      amount of $112,860.38 (Copy of Cost Bill attached) Signed
                      5/2/00 (counsel notified) (tomg) [Entry date 05/05/00]

5/3/00    745         MOTION by Plaintiff Planned Parenthood C FOR LEAVE TO
                      EXCEED PAGE LIMITATION (tomg) [Entry date 05/05/00]

5/3/00    746         RESPONSE (titled: MEMORANDUM IN OPPOSITION) by Plaintiffs
                      to RESPONDENT'S MOTION TO DISMISS PLAINTIFF'S CONTEMPT
                      MOTION and TO CLARIFY, MODIFY, AND/OR VACATE PARAGRAPH 4 OF
                      THE AMENDED PERMANENT INJUNCTION [725-2] Reply due 5/17/00
                      (tomg) [Entry date 05/05/00]

5/3/00    747         AFFIDAVIT by Plaintiff Planned Parenthood C of Maria T
                      Vullo (tomg) [Entry date 05/05/00]

5/3/00    748         CERTIFICATE OF SERVICE of affidavit [747-1], MOTION
                      response [746-1] by Plaintiff (tomg) [Entry date 05/05/00]

5/3/00    749         LETTER to Court from Plaintiff Maria T Vullo, dated 5/3/00
```

```
                    (tomg) [Entry date 05/05/00]

5/9/00    750    MOTION by Respondent Good Impressions and Diane Burnett TO
                 DISMISS PLAINTIFF'S CONTEMPT MOTION AND TO CLARIFY, MODIFY
                 AND/OR VACATE PARAGRAPH 4 OF THE AMENDED PERMANENT
                 INJUNCTION (tomg) [Entry date 05/10/00]

5/9/00    751    MEMORANDUM IN SUPPORT by Respondent Good Impressions of
                 MOTION TO DISMISS PLAINTIFF'S CONTEMPT MOTION AND TO
                 CLARIFY, MODIFY AND/OR VACATE PARAGRAPH 4 OF THE AMENDED
                 PERMANENT INJUNCTION [750-1] (tomg) [Entry date 05/10/00]

5/11/00   752    RECORD OF ORDER by Honorable Robert E. Jones: Motion
                 hearing previously set for 6/13/00 is RESET to 7/24/00 at
                 9:00 AM. Mr Ferrara's request for an extension of time to
                 file a reply brief is GRANTED to 6/1/00; the court will not
                 entertain any motions filed after 5/11/00. Any responses to
                 be filed by 6/1/00; Any replies to be filed by 7/1/00;
                 There will be no further requests for extensions of time to
                 file responses/replies.The court will resolve all pending
                 motions at that time.  (counsel notified) Court Rptr: none
                 (peg) [Entry date 05/12/00]
```

```
Docket as of September 11, 2002 7:25 pm              Page 81

Proceedings include all events.                    TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

6/1/00    753    MOTION by Defendant Advocates For Life Ministries, Andrew
                 Burnett and Catherine Ramey FOR LEAVE TO EXCEED PAGE
                 LIMITATION ON REPLY MEMORANDUM RE DEFENDANT'S MOTION TO
                 DISMISS (tomg) [Entry date 06/02/00]

6/1/00    754    RESPONSE (titled MEMORANDUM IN OPPOSITION) by Plaintiffs
                 Planned Parenthood C, et al to DEFENDANT'S MOTION TO
                 DISMISS PLAINTIFF'S CONTEMPT MOTION AND TO CLARIFY, MODIFY
                 AND/OR VACATE PARAGRAPH 4 OF THE AMENDED PERMANENT
                 INJUNCTION [750-1] (tomg) [Entry date 06/02/00]

6/1/00    755    REPLY TO RESPONSE by Defendant Advocates For Life M  re
                 MOTION TO DISMISS PLAINTIFF'S CONTEMPT MOTION AND TO
                 CLARIFY, MODIFY AND/OR VACATE PARAGRAPH 4 OF THE AMENDED
                 PERMANENT INJUNCTION [750-1] (tomg) [Entry date 06/02/00]

6/1/00    756    REPLY TO RESPONSE by Movant Paul deParrie  re MOTION TO
                 DISMISS PLAINTIFF'S CONTEMPT MOTION AND TO CLARIFY, MODIFY
                 AND/OR VACATE PARAGRAPH 4 OF THE AMENDED PERMANENT
                 INJUNCTION [750-1] (tomg) [Entry date 06/02/00]

6/1/00    757    REPLY EXHIBITS IN SUPPORT OF DEFENDANT'S (Reply To) MOTION
                 TO DISMISS PLAINTIFF'S CONTEMPT MOTION [755-1] (tomg)
                 [Entry date 06/02/00]

6/2/00    758    RECORD OF ORDER by Honorable Robert E. Jones GRANTING
```

DEFENDANT'S MOTION FOR LEAVE TO EXCEED PAGE LIMITATION ON
REPLY MEMORANDUM RE DEFENDANT'S MOTION TO DISMISS [753-1];
GRANTING PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE
LIMITATION [745-1]. ACCORDING TO THE COURT'S RECORDS, only
the following motions will be heard on 7/24/00 at 9:00am:
(560) Plaintiff's motion for civil contempt; (685)
deParrie's motion to amend court's order contained in its
12/15/99 civil minutes; (725) Burnett's motion to dismiss;
(728) deParrie's motion to clarify; (750) Good Impressions'
motion to dismiss plaintiff's contempt motion and to
clarify (counsel notified) (tomg)

6/2/00    759    RECORD OF ORDER by Honorable Robert E. Jones DENYING
DREST'S MOTION TO STRIKE [539-2] AND FOR ATTORNEY FEES
[539-3]; FINDING PLAINTIFF'S MOTION FOR SANCTIONS [587-1]
MOOT; GRANTING IN PART AND DENYING IN PART ACLA'S MOTION TO
STAY DISCOVERY PROCEEDINGS AND PROTECTIVE ORDERS [597-1];
GRANTING IN PART AND DENYING IN PART ACLA'S MOTION TO QUASH
SUBPOENA SERVED UPON BURNETT PAINTING [597-2]; DENYING
PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS
REGARDING ADVICE OF COUNSEL DEFENSE [675-2]; FINDING the
MOTION FOR ORDER FOR WRIT OF EXECUTION [525-1] MOOT AS IT
WAS ALREADY GRANTED IN DOCKET #548; FINDING the MOTION FOR
PROTECTIVE ORDER ON PLAINTIFF'S DOCUMENT REQUESTS AND
DEPOSITION INQUIRY [532-1] MOOT AS IT HAS ALREADY BEEN
RULED ON; FINDING the MOTION FOR CIVIL CONTEMPT [533-1]
MOOT AS IT WAS ALREADY RULED ON IN DOCKET #557 (counsel
notified) (tomg)

Docket as of September 11, 2002 7:25 pm              Page 82

Proceedings include all events.                      TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

7/6/00    760    RENEWED MOTION TO WITHDRAW Norman L Lindstedt AS ATTORNEY
(tomg) [Entry date 07/07/00]

7/14/00   761    RESPONSE by Plaintiff Planned Parenthood C to NORMAN
LINDSTEDT'S MOTION TO WITHDRAW Norman L Lindstedt AS
ATTORNEY [760-1]; Reply due 7/28/00 (tomg)
[Entry date 07/17/00]

7/24/00   762    REQUEST by Defendants, Respondent for FINDINGS (tomg)
[Entry date 07/25/00]

7/24/00   763    RECORD OF CONTEMPT PROCEEDINGS before Honorable Robert E.
Jones: Witnesses sworn, Exhibits received; The following
motions are under advisement: Plaintiff's Motion (560) for
civil contempt, Burnett's Motion (725) to dismiss, and Good
Impression's Motion (750) to dismiss plaintiff's contempt
motion and to clarify. DENUING dePARRIE'S MOTION TO AMEND
COURT'S ORDER CONTAINED IN ITS 12/15/99 CIVIL MINUTES
[685-1] AS MOOT. DENYING dePARRIE'S MOTION TO CLARIFY,
MODIFY AND/OR VACATE PARAGRAPH 4 OF THE AMENDED PERMANENT
INJUNCTION [728-2] AS MOOT. GRANTING MR. LINDSTEDT'S MOTION
TO WITHDRAW Norman L Lindstedt AS ATTORNEY [760-1]. Mr.
Ferrara's oral motion to withdraw as counsel is GRANTED.

```
                Mr. deParrie is dismissed from contempt proceedings.
                (counsel notified) Court Rptr Kathy Eismann (tomg)
                [Entry date 07/26/00]

7/26/00   764   CLERK'S LIST OF EXHIBITS AND WITNESSES (tomg)

8/2/00    765   MAIL RETURNED  [minutes order [763-1] ] addressed to
                William Richard Valent for Respondent Good Impressions (tomg)
                [Entry date 08/07/00]

8/3/00    766   MOTION by Movant Paul deParrie FOR DECLARATIVE JUDGMENT
                AND RETURN OF PROPERTY (tomg) [Entry date 08/07/00]

8/11/00   767   MOTION by Movant Paul deParrie FOR SANCTIONS  Oral
                Argument Requested (tomg)

8/14/00   768   RECORD OF ORDER  by Honorable Robert E. Jones GRANTING
                DeParrie's MOTION FOR DECLARATIVE JUDGMENT AND RETURN OF
                PROPERTY [766-1] as follows:  Magazines to be returned to
                Mr. DeParrie (counsel notified) (tomg) [Entry date 08/15/00]

8/15/00   769   MAIL RETURNED  [minutes order [763-1] ] addressed to
                Stephen J Safranek for Movant Thomas More Center (tomg)

8/16/00   770   RECORD OF ORDER  by Honorable Robert E. Jones DENYING
                deParrie's MOTION FOR SANCTIONS [767-1] (counsel notified)
                (tomg) [Entry date 08/18/00]
```

```
Docket as of September 11, 2002 7:25 pm              Page 83

Proceedings include all events.                          TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

8/18/00   --    CLERK'S RECORD on appeal (Volumes 1-14 including documents
                1-560, with all transcripts and expandos up to that point)
                transmitted to US Court of Appeals for the Ninth Circuit
                regarding appeal CA 99-35320 [472-1] (tomg)
                [Entry date 08/19/00]

8/18/00   771   RESPONSE by Plaintiff Planned Parenthood C to dePARRIE'S
                MOTION FOR DECLARATORY JUDGMENT AND FOR RETURN OF PROPERTY
                (tomg) [Entry date 08/21/00]

8/21/00   772   MAIL RETURNED  [minutes order [768-1] ] addressed to
                William Richard Valent for Respondent Good Impressions (tomg)

8/28/00   773   MAIL RETURNED  [minutes order [768-1] ] addressed to
                Stephen J Safranek for Movant Thomas More Center (tomg)
                [Entry date 08/29/00]

9/1/00    774   TRANSCRIPT of 7/24/00 before Honorable Robert E. Jones
                court reporter: Katherine Eismann (tomg)

11/22/00  775   MOTION by Plaintiff Planned Parenthood C TO CONSOLIDATE
                (tomg) [Entry date 11/30/00]
```

```
11/22/00 776    MEMORANDUM IN SUPPORT by Plaintiff Planned Parenthood C of
                MOTION TO CONSOLIDATE [775-1] (tomg) [Entry date 11/30/00]

11/28/00 777    RESPONSE (OPPOSITION) by Movant Paul deParrie to
                PLAINTIFF'S MOTION TO CONSOLIDATE [775-1] Reply due
                12/12/00 (tomg) [Entry date 11/30/00]

11/30/00 778    RECORD OF ORDER by Honorable Robert E. Jones DENYING
                PLAINTIFF'S MOTION TO CONSOLIDATE [775-1]. Case number CV
                00-1579-JE will be transferred to Judge Jones (counsel
                notified) (tomg)

12/5/00  779    MAIL RETURNED  [minutes order [778-1] ] addressed to
                William Richard Valent for Respondent Good Impressions (tomg)
                [Entry date 12/06/00]

12/18/00 780    MAIL RETURNED  [minutes order [778-1] ] addressed to
                Stephen J Safranek for Movant Thomas More Center (tomg)
                [Entry date 12/20/00]

5/11/01  781    CERTIFIED COPY OF ORDER from the US Court of Appeals for
                the Ninth Circuit [472-1]: re appeals 99-35320, 99-35325,
                99-35327, 99-35331, 99-35333 and 99-35405: Appellant's
                motion to extime time and file an oversize brief is
                granted.  Appellant's shall file a joint brief as to
                whether the case should be reheard  en banc. (tomg)
                [Entry date 05/21/01]




Docket as of September 11, 2002 7:25 pm              Page 84

Proceedings include all events.                           TERMED APPEAL
3:95cv1671 Planned Parenthood, et al v. American Coalition, et al

7/29/02  782    CERTIFIED COPY OF ORDER from the US Court of Appeals for
                the Ninth Circuit re appeals [472-1], [448-1], [447-1],
                [445-1], [444-1]:  Appellants' joint motion to stay the
                mandate pending a petition to the United States Supreme
                Court for a writ of certiorari is GRANTED.  The mandate is
                stayed until the Supreme Court rules on the petition for
                writ of certiorari. (tomg) [Entry date 08/25/02]

[END OF DOCKET: 3:95cv1671]
```